UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK STATE RESTAURANT
ASSOCIATION,

      Plaintiff,

  - against -

NEW YORK CITY BOARD OF HEALTH,
NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE, and Thomas R. Frieden,
In His Official Capacity as Commissioner
of the New York State Department of Health
and Mental Hygiene,

      Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 2007 Civ.

JUDGE HOLWELL

07 CIV 5710



---

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff New York State Restaurant Association certifies that there exists the following parent companies or publicly held companies owning more than ten percent (10%) of its stock: None.

Dated: New York, New York
    June 14, 2007

              Respectfully submitted,

              ARNOLD & PORTER LLP

              By: _____
                Peter L. Zimroth (PZ1029)
              399 Park Avenue
              New York, New York 10022
              (212) 715-1000

              *Attorneys for Plaintiff*
              *New York State Restaurant Association*