

I'm lovin' it
HAVIN' FUN
FOOD, NUTRITION & FITNESS
SPORTS
RONALD McDONALD
WORK @ McDONALD'S
IN THE NEWS
GET SHOPPIN'
GOOD WORKS
Printer-Friendly
Español
Bag a McMeal
Nutrition Info
Food Quality
Moms, Dads & Kids
Mom's Quality Correspondent
Food News
Tools for Health Professionals
Bob Greene, Personal Trainer
Dean Ornish, MD Tips
it's what i eat and what i do
Choice is crucial: different tastes, menu flexibility, and all the right sizes to fit every active lifestyle. McDonald's range of high-quality foods can fit into a balanced diet. Get the straight facts on all your favorites
choose a menu item
Customize a menu item and get the Nutrition Facts
USA HOME
RESTAURANT LOCATOR
SEARCH
CONTACT US
RONALD McDONALD HOUSE CHARITIES

Corporate McDonald's | Facts about McDonald's | Podcasts | Voice | ©2005-2006 McDonald's. | Terms & Conditions | Subscribe/Unsubscribe

Privacy Policy

I'm lovin' it
HAVIN' FUN
FOOD, NUTRITION & FITNESS
SPORTS
RONALD McDONALD
WORK @ McDONALD'S
IN THE NEWS
GET SHOPPIN'
GOOD WORKS
Printer-Friendly
Español
Bag a McMeal
Nutrition Info
Food Quality
Moms, Dads & Kids
Mom's Quality Correspondent
Food News
Tools for Health Professionals
Bob Greene, Personal Trainer
Dean Ornish, MD Tips
it's what i eat and what i do
Choice is crucial: different tastes, menu flexibility, and all the right sizes to fit every active lifestyle. McDonald's range of high-quality foods can fit into a balanced diet. Get the straight facts on all your favorites
nutrition Info
McDonald's serves a range of high-quality foods that can easily fit into a balanced diet.
USA HOME
RESTAURANT LOCATOR
SEARCH
CONTACT US
RONALD McDONALD HOUSE CHARITIES

Corporate McDonald's | Facts about McDonald's | Podcasts | Voice | ©2005-2006 McDonald's. | Terms & Conditions | Subscribe/Unsubscribe

Privacy Policy



Printer-Friendly

Español

- Bag a McMeal
- Nutrition Info
- Food Quality
- Food News
- Tools for Health Professionals
- Bob Greene, Personal Trainer
  - Biography
  - Quotes from Bob
- Dean Ornish, MD Tips

# Join the McDonald's USA "Go Active!™ American Challenge"

it's what i eat and what i do

i'm lovin' it

McDonald's is proud to have engaged world-class consultants to advise us on valuable lifestyle and fitness information we can use every day. It's a part of our "Go Active! American Challenge" educational initiatives - and part of all of us living more balanced, active, lifestyles.

We've asked them to share their top tips with you. We hope you'll share them with your friends and family.

Bob Greene, Oprah Winfrey's personal trainer, helped McDonald's launch its "Go Active! American Challenge" last year and he continues his role as a valued partner.

## My 5 Simple Rules for More Balanced Eating

- **Have an eating cut-off time.** Finish meals and snacks two to three hours before bedtime.
- **Eat a nourishing breakfast.** McDonald's has wonderful choices that can be part of any balanced lifestyle, like a Fruit 'n Yogurt Parfait, an Egg McMuffin sandwich without cheese and plain Hotcakes with syrup.
- **Drink a minimum of six 8-ounce glasses of water every day.**
- **Eliminate alcohol.** Relax with herbal tea and celebrate family events with all-ages sparkling cider.

*Check out the new "McDonald's & You" brochure featuring a 60%*

- **Make eating a conscious act.** Adopt a family rule of no eating in front of the TV. Sit down to family meals. It's a great way to reconnect.

*discount offer on Bob's new book, "Bob Greene's Total Body Makeover."*

**Start with My 4 Cornerstones to Family Fitness From Total Body Makeover**

- **Honesty.** Determine the reasons your family hasn't been as fit as they can be.
- **Responsibility.** Accept that it's up to all of you to change your exercise and eating habits.
- **Commitment.** Have the whole family pledge to be more active. Visit the link below and encourage everyone to sign the "Commitment with Myself":
  - www.goactive.com
  - www.totalbodymakeover.com
- **Inner Strength.** Yes, being healthier does require making choices and taking action. And you have the Inner Strength to do it!

**Schedule a Full Month of Family-fun Activities**

Go hiking, biking, canoeing or swimming at your local national park. Visit www.nps.gov to find a national park near you.

Take your whole family ice skating or roller skating.

Challenge the kids to a game of one-on-one.

Kids like to shop? Take them on a mall walk and stop at one store per lap.

USA HOME | RESTAURANT LOCATOR | SEARCH | CONTACT US | RONALD McDONALD HOUSE CHARITIES

Corporate McDonald's | Facts about McDonald's | Podcasts | Voice | ©2005-2006 McDonald's. | Terms & Conditions | Subscribe/Unsubscribe

Privacy Policy




## Bag A McMeal And Get The Nutrition Facts

Create your own McDonald's meal and get the nutrition facts. McDonald's menu provides a wide range of options and serving sizes so you can create a meal to help meet your nutrition needs. See the directions below.

1. Select a menu category from the drop down list.
2. Select a menu item by clicking on the menu item name.
3. Add the item to your bag by dragging the picture of the item into the bag, or click the 'Add Item' button. You may choose up to six menu items.
4. Click on 'Get the Facts' to view the nutrition and allergen information for your McMeal. You can customize items in your bag when you view your results.

The nutrition information on this website is derived from testing conducted in accredited laboratories, published resources, or from information provided from McDonald's suppliers. The nutrition information is based on standard product formulations and serving sizes. All nutrition information is based on average values for ingredients from McDonald's suppliers throughout the U.S. and is rounded to meet current US FDA NLEA guidelines. Variation in serving sizes, preparation techniques, product testing and sources of supply, as well as regional and seasonal differences may affect the nutrition values for each product. In addition, product formulations change periodically. You should expect some variation in the nutrient content of the products purchased in our restaurants. None of our products are certified as vegetarian. This information is correct as of January 2007.

SPLENDA® No Calorie Sweetener is the registered trademark of McNeil Nutritionals, LLC
EQUAL® 0 Calorie Sweetener is a registered trademark of Merisant Company

USA HOME | RESTAURANT LOCATOR | SEARCH | CONTACT US | RONALD McDONALD HOUSE CHARITIES

Corporate McDonald's | Country Sites | ©2005 - 2006 McDonald's. | Terms & Conditions

Privacy Policy


Printer-Friendly

Español

Bag a McMeal
Nutrition Info
Food Quality
Food News
Tools for Health Professionals
Bob Greene, Personal Trainer
Dean Ornish, MD Tips
Biography

# Dean Ornish, MD Tips on Heart Health

*Dean Ornish, M.D., is founder of the non-profit Preventive Medicine Research Institute in California. Dr. Ornish has spent decades demonstrating the importance of lifestyle habits to help combat illness and disease. Here are some tips, according to Dr. Ornish, that can help you keep your heart healthy.*

- In my research, I have found that coronary heart disease in both women and men may be prevented or even reversed in most people by making comprehensive lifestyle changes. These include stress management, moderate exercise, group support, and a low-fat whole foods nutrition plan. Most people experience substantial improvements in weight, cholesterol, blood pressure, vitality, and quality of life.
- Emotional stress plays an important role in just about all illnesses, both directly and indirectly. Thus, stress management is an important part of what I recommend. These techniques include:
  - Yoga-based stretching techniques
  - Slow, deep breathing
  - Meditation and imagery
  - Support groups
- It's not just about what you exclude from your diet that's harmful, but also what you include that's beneficial. Fruits, vegetables, whole grains, legumes, and soy products are rich in substances that, in my opinion, can help reduce the risk of coronary heart disease as well as breast cancer, prostate cancer, and colon cancer.
- Just 3 grams per day of fish oil or flax seed oil are rich in omega 3 fatty acids that, in my opinion,



may reduce your risk of a heart attack by 50% or more. Also, this may help reduce your risk of prostate cancer, breast cancer, and arthritis.

For more information and free recipes, please go to www.Ornish.com or www.pmri.org.

USA HOME | RESTAURANT LOCATOR | SEARCH | CONTACT US | RONALD McDONALD HOUSE CHARITIES

Corporate McDonald's | Facts about McDonald's | Podcasts | Voice | ©2005-2006 McDonald's. | Terms & Conditions | Subscribe/Unsubscribe

Privacy Policy



Printer-Friendly

Español

- Bag a McMeal
- Nutrition Info
  - Choose/Customize an Item
  - Nutrition Lists
  - Meal Suggestions
  - Kids Meals
  - Nutrition FAQ
- Food Quality
- Mom's Quality Correspondent
- Food News
- Tools for Health Professionals
- Bob Greene, Personal Trainer
- Dean Ornish, MD Tips

# McDonald's USA Nutrition Information

McDonald's serves a range of high-quality foods that can fit into a balanced diet. The links below will take you to tools and information to help you plan your choices.

Choose/Customize a menu item and get the nutrition facts, ingredients, food exchanges and food allergen information.

View or print listings of popular menu items featuring the following nutrition information:

- Nutrition facts
- Ingredients
- Food exchanges
- Happy Meals
- Mighty Kids Meals

For people concerned about food allergies, we have consolidated all allergen information into the ingredient statement for each menu item so that you have one current source of information. Please check these statements regularly as ingredients in menu items may change. Click here to review nutrition, ingredient and allergen information on your favorite menu items.

For general information on food allergens, we suggest you visit the Food Allergy and Anaphylaxis Network Web site at http://www.foodallergy.org.

More tools and information:

- Bag a McMeal and get the nutrition facts for your favorite McDonald's meal
- See our meal suggestions to enjoy at breakfast, lunch or dinner
- Learn about the nutritional value of kids meals
- Find answers to your frequently asked questions about McDonald's and nutrition.

Start clicking and get the facts!

The nutrition information on this website is derived from testing conducted in accredited laboratories, published resources, or from information provided from McDonald's suppliers. The nutrition information is based on standard product formulations and serving sizes. All nutrition information is based on average values for ingredients from McDonald's suppliers throughout the U.S. and is rounded to meet current US FDA NLEA guidelines. Variation in serving sizes, preparation techniques, product testing and sources of supply, as well as regional and seasonal differences may affect the nutrition values for each product. In addition, product formulations change periodically. You should expect some variation in the nutrient content of the products purchased in our restaurants. None of our products are certified as vegetarian. This information is correct as of January 2007.

SPLENDA® No Calorie Sweetener is the registered trademark of McNeil Nutritionals, LLC
EQUAL® 0 Calorie Sweetener is a registered trademark of Merisant Company

USA HOME | RESTAURANT LOCATOR | SEARCH | CONTACT US | RONALD McDONALD HOUSE CHARITIES

Corporate McDonald's | Facts about McDonald's | Podcasts | Voice | ©2005-2006 McDonald's. | Terms & Conditions | Subscribe/Unsubscribe

Privacy Policy

Printer-Friendly

Español

- Bag a McMeal
- Nutrition Info
  - Choose/Customize an Item
  - Nutrition Lists
  - Meal Suggestions
  - Kids Meals
  - Nutrition FAQ
- Food Quality
- Mom's Quality Correspondent
- Food News
- Tools for Health Professionals
- Bob Greene, Personal Trainer
- Dean Ornish, MD Tips

## Frequently Asked Questions About McDonald's USA Food & Nutrition

Below are answers to your frequently asked questions about McDonald's and nutrition.

**Q:** Can McDonald's food be part of a healthy, balanced diet?

**Q:** I'm watching my fat intake. Can I still eat at McDonald's?

**Q:** What's a good tip for trimming calories and fat when eating at McDonald's?

**Q:** What is the status of the trans fatty acid reduction at McDonald's?

**Q:** Can Happy Meals and Mighty Kids Meals be part of a balanced diet for kids?

**Q:** What role does McDonald's food play in helping adults and kids maintain a healthy weight?

**Q:** Can people with special dietary needs eat at McDonald's?

**Q:** Are any of McDonald's foods considered vegetarian?

**Q:** Why doesn't McDonald's offer a veggie burger on its national menu?

**Q:** Where can I get more information about the ingredients in your products?

**Q:** What are the new allergen labeling regulations and what is McDonald's doing in this regard?

**Q:** How does the quality of McDonald's food compare to the food I serve at home?

**Q:** What are some details about McDonald's partnership with Produce for Better Health Foundation?

**Q:** What's the meaning of your theme, "it's what i eat and what i do…i'm lovin' it"?

**Q:** How does McDonald's obtain nutrition information such as calories, fat, sodium and fiber for its menu items?

Q: How do you keep the apples in your Snack Size Fruit & Walnut Salad and Apple Dippers so fresh?
Q: Why do you now list soy lecithin in your allergen "CONTAINS" statements?
USA HOME
RESTAURANT LOCATOR
SEARCH
CONTACT US
RONALD McDONALD HOUSE CHARITIES

Corporate McDonald's | Facts about McDonald's | Podcasts | Voice | ©2005-2006 McDonald's. | Terms & Conditions | Subscribe/Unsubscribe

Privacy Policy