**DeMuth Exhibit D**

▶ Revised January 2007

# McDonald's®
# nutrition facts

For more than 30 years, McDonald's has been a leader in providing nutrition information to help our customers make informed choices when visiting our restaurants. To make it even easier, we've developed a new Nutrition Chart that will appear right on the packaging of our most popular food items.

## OUR NUTRITION CHART – WHAT'S IT ALL ABOUT?

For each menu item label, our Nutrition Chart (shown below for McDonald's 4-piece Chicken McNuggets®) provides information about five key nutrients: calories, protein, fat, carbohydrates (carbs) and sodium.

| | | |
|---|---|---|
| **Calories** Cal | 8% | 170 |
| **Protein** | 20% | 10g |
| **Fat** | 15% | 10g |
| **Carbs** | 3% | 10g |
| **Sodium** | 19% | 450mg |

The left-hand column shows the percentage of each nutrient a menu item contributes toward recommended amounts for a 2,000-calorie daily diet. The recommended amounts for calories, protein, fat, carbs and sodium vary depending on your gender, age and activity level.

The dotted line represents one-third of the recommended amounts, which helps you plan three balanced meals a day.

The right-hand column shows the amount of each nutrient in the menu item.

McDonald's is proud to offer you a wide variety of high-quality, fresh, great tasting menu options in a range of serving sizes. It's easy to choose well-balanced and delicious meals from McDonald's menu by mixing and matching choices each time you visit. The McDonald's food you love can be part of your balanced, active lifestyle!

This brochure highlights nutrition facts for several popular menu items so you can get the information you need simply and quickly. We also offer nutrition information on our traylines, packaging and Web site at www.mcdonalds.com.

Our Web site provides more in-depth nutrition and ingredient information. It includes food exchanges, information on food allergens, and tips and meal suggestions to help people with special dietary needs dine at McDonald's. You can also use Bag a McMeal™ – our popular meal-planning tool – to create your own McDonald's meal and get the nutrition facts.

For the most complete nutrition information visit www.mcdonalds.com, or call 1-877-MCD-FOOD.

www.mcdonalds.com

For the most complete nutrition information visit www.mcdonalds.com, or call 1-877-MCD-FOOD.

# FOOD QUALITY FACTS
## Serving a Quality Meal Every Time™

McDonald's® has an unmatched, global track record for food quality and safety that extends from the farms to our front counters. We care about the quality of food we serve to our guests, which is the basis for our Quality Promise – "serving a quality meal every time."



### Did you know…

- Our 100% beef hamburgers are seasoned only with salt and pepper. No preservatives, no fillers.
- To make our World Famous French Fries and delicious Hash Browns, we use only select potatoes available from the best potato farmers across North America.
- McDonald's uses many of the same trusted brands consumers purchase at the grocery store, like Dasani and Newman's Own.
- The chicken in our Premium Chicken Sandwiches, Chicken Selects® strips and Chicken McNuggets® is supplied by industry leaders who are known for select poultry that consumers prefer and trust.
- McDonald's uses white fish from the cold, deep waters of the Pacific Ocean and Bering, Baltic and North Seas for our Filet-O-Fish® sandwich.
- To ensure the quality of the strawberries and blueberries in our Fruit 'n Yogurt Parfaits, McDonald's works with local growers to guarantee that both are grown in the perfect field conditions.
- All of the apples McDonald's chooses for its Snack Size Fruit & Walnut Salad, Baked Hot Apple Pie and Apple Dippers are harvested to perfection in some of the same apple orchards that supply local grocery stores and fruit stands.

### ▶ Concerned about food allergies?

If you have food allergies or questions about our food ingredients, please visit www.mcdonalds.com, or call 1-877-MCD-FOOD.



### ▶ FOOD FOR THOUGHT

McDonald's foods and meal combinations can fit into a balanced diet.

- Our Premium Salads provide three servings of vegetables and, according to the Food and Drug Administration labeling regulations, are an excellent source of vitamins A and C.
- Our Happy Meals and Mighty Kids Meals contain important nutrients that growing kids need, including calcium, iron and vitamins A and C.

## NUTRITION TESTING PROCESS
### The facts about our testing process

McDonald's believes that accurate and accessible nutrition information helps our customers make menu choices to maintain balanced, active lifestyles. It's why we've provided this information for more than 30 years.

McDonald's uses a rigorous testing process to verify the most accurate nutrient values in all our menu items.

For the most complete nutrition information visit www.mcdonalds.com, or call 1-877-MCD-FOOD.

◀ turn this brochure over for detailed nutrition information on some of your favorite McDonald's menu items.

# Nutrition Facts

| Serving Size | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Total Carbohydrates (g) | Dietary Fiber (g) | Sugars (g) | Protein (g) | Vitamin A | Vitamin C | Calcium | Iron |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **▼ Beef** | | | | | | | | | | | | | | |
| Hamburger | 250 | 9 | 3.5 | 0.5 | 25 | 520 | 31 | 2 | 6 | 12 | 2 | 0 | 10 | 15 |
| Cheeseburger | 300 | 12 | 6 | 0.5 | 40 | 750 | 33 | 2 | 6 | 15 | 9 | 2 | 20 | 15 |
| Double Cheeseburger | 440 | 23 | 11 | 1.5 | 80 | 1150 | 34 | 2 | 7 | 25 | 10 | 2 | 30 | 20 |
| Quarter Pounder® with Cheese + | 510 | 26 | 12 | 1.5 | 90 | 1190 | 40 | 3 | 9 | 29 | 10 | 4 | 30 | 25 |
| Double Quarter Pounder® with Cheese ++ | 740 | 42 | 19 | 2.5 | 155 | 1380 | 40 | 3 | 9 | 48 | 10 | 4 | 30 | 35 |
| Big Mac® | 540 | 29 | 10 | 1.5 | 75 | 1040 | 45 | 3 | 9 | 25 | 6 | 2 | 25 | 25 |
| Big N' Tasty® | 460 | 24 | 8 | 1.5 | 70 | 720 | 37 | 3 | 8 | 24 | 8 | 8 | 15 | 25 |
| Big N' Tasty with Cheese | 510 | 28 | 11 | 1.5 | 85 | 960 | 38 | 3 | 8 | 27 | 10 | 8 | 20 | 25 |
| **▼ French Fries** | | | | | | | | | | | | | | |
| Small French Fries | 250 | 13 | 2.5 | 3.5 | 0 | 140 | 30 | 3 | 0 | 2 | 0 | 8 | 2 | 4 |
| Medium French Fries | 380 | 20 | 4 | 5 | 0 | 220 | 47 | 5 | 0 | 4 | 0 | 15 | 2 | 6 |
| Large French Fries | 570 | 30 | 6 | 8 | 0 | 330 | 70 | 7 | 0 | 6 | 15 | 2 | 15 | 10 |
| Ketchup Packet (1 pkg) | 15 | 0 | 0 | 0 | 0 | 110 | 3 | 0 | 2 | 0 | 2 | 2 | 0 | 0 |
| **▼ Chicken/Fish** | | | | | | | | | | | | | | |
| McChicken® | 360 | 16 | 3.5 | 0 | 40 | 790 | 40 | 1 | 5 | 14 | 2 | 10 | 15 | 15 |
| Premium Chicken Club Sandwich (crispy) | 660 | 28 | 8 | 1.5 | 80 | 1860 | 63 | 4 | 11 | 39 | 8 | 10 | 20 | 20 |
| Premium Chicken Club Sandwich (grilled) | 570 | 21 | 7 | 0 | 100 | 1720 | 52 | 4 | 12 | 44 | 8 | 10 | 20 | 20 |
| Premium Chicken Ranch BLT Sandwich (crispy) | 600 | 23 | 6 | 1.5 | 65 | 1900 | 64 | 3 | 12 | 35 | 4 | 10 | 8 | 20 |
| Premium Chicken Ranch BLT Sandwich (grilled) | 520 | 16 | 4 | 0 | 90 | 1760 | 53 | 3 | 13 | 40 | 4 | 10 | 8 | 20 |
| Premium Chicken Classic (crispy) | 500 | 17 | 3 | 1.5 | 50 | 1330 | 61 | 3 | 10 | 27 | 4 | 10 | 8 | 20 |
| Premium Chicken Classic (grilled) | 420 | 10 | 2 | 0 | 70 | 1190 | 51 | 3 | 11 | 32 | 4 | 10 | 8 | 20 |
| Chicken McNuggets® (4 piece) | 170 | 10 | 2 | 1 | 25 | 450 | 10 | 0 | 0 | 10 | 0 | 2 | 0 | 2 |
| Chicken McNuggets (6 piece) | 250 | 15 | 3 | 1.5 | 35 | 670 | 15 | 0 | 0 | 15 | 0 | 2 | 2 | 2 |
| Chicken McNuggets (10 piece) | 420 | 24 | 5 | 2.5 | 60 | 1120 | 26 | 0 | 0 | 25 | 0 | 2 | 2 | 6 |
| Barbeque Sauce (1 pkg) | 50 | 0 | 0 | 0 | 0 | 260 | 12 | 0 | 10 | 0 | 2 | 0 | 0 | 2 |
| Hot Mustard Sauce (1 pkg) | 60 | 2.5 | 0 | 0 | 5 | 250 | 9 | 2 | 1 | 0 | 0 | 0 | 2 |
| Sweet 'N Sour Sauce (1 pkg) | 50 | 0 | 0 | 0 | 0 | 150 | 12 | 0 | 10 | 0 | 0 | 0 | 0 | 0 |
| Honey (1 pkg) | 50 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 11 | 0 | 0 | 0 | 0 | 0 |
| Chicken Selects® (3 piece) | 380 | 20 | 3.5 | 2.5 | 55 | 930 | 28 | 0 | 0 | 23 | 2 | 2 | 2 | 4 |
| Chicken Selects (5 piece) | 630 | 33 | 6 | 4.5 | 90 | 1550 | 46 | 0 | 0 | 39 | 0 | 6 | 4 | 8 |
| Creamy Ranch Sauce (1 pkg) | 200 | 22 | 3.5 | 0 | 10 | 320 | 2 | 0 | 1 | 0 | 0 | 0 | 2 | 0 |
| Chipotle Barbeque Sauce (1 pkg) | 45 | 0 | 0 | 0 | 0 | 260 | 18 | 1 | 13 | 0 | 4 | 0 | 2 | 4 |
| Spicy Buffalo Sauce (1 pkg) | 70 | 7 | 1 | 0 | 0 | 960 | 1 | 0 | 2 | 1 | 7 | 0 | 0 | 2 |
| Tangy Honey Mustard Sauce (1 pkg) | 70 | 2.5 | 0 | 0 | 5 | 170 | 13 | 0 | 9 | 0 | 1 | 0 | 0 | 0 |
| Filet-O-Fish® | 380 | 18 | 4 | 1 | 35 | 660 | 38 | 2 | 5 | 15 | 2 | 0 | 15 | 10 |
| **▲ Salads** | | | | | | | | | | | | | | |
| Asian Salad with Grilled Chicken | 300 | 10 | 1 | 0 | 65 | 890 | 23 | 5 | 12 | 32 | 130 | 90 | 15 | 15 |
| Asian Salad with Crispy Chicken | 380 | 17 | 2.5 | 1.5 | 45 | 1030 | 33 | 5 | 12 | 27 | 130 | 80 | 15 | 15 |
| Asian Salad without Chicken | 150 | 7 | 0.5 | 0 | 0 | 35 | 15 | 5 | 8 | 8 | 130 | 70 | 10 | 15 |
| Premium Bacon Ranch Salad with Grilled Chicken | 260 | 9 | 4 | 0 | 90 | 1010 | 12 | 3 | 5 | 33 | 130 | 50 | 15 | 10 |
| Premium Bacon Ranch Salad with Crispy Chicken | 350 | 16 | 5 | 1.5 | 70 | 1150 | 23 | 3 | 4 | 28 | 130 | 50 | 15 | 10 |
| Premium Bacon Ranch Salad without Chicken | 140 | 7 | 3.5 | 0 | 25 | 300 | 10 | 3 | 4 | 9 | 130 | 50 | 15 | 8 |
| Premium Caesar Salad with Grilled Chicken | 220 | 6 | 3 | 0 | 75 | 890 | 12 | 3 | 5 | 30 | 130 | 50 | 20 | 10 |
| Premium Caesar Salad with Crispy Chicken | 300 | 13 | 4 | 1.5 | 55 | 1020 | 22 | 3 | 4 | 25 | 130 | 50 | 20 | 10 |
| Side Salad | 20 | 0 | 0 | 0 | 0 | 10 | 4 | 1 | 2 | 1 | 87 | 20 | 2 | 2 |

## ▲ Coca-Cola® Classic

| Cup Size | Child | Small | Medium | Large |
|---|---|---|---|---|
| | 12 fl. oz. | 16 fl. oz. | 21 fl. oz. | 32 fl. oz. |
| | %DV | %DV | %DV | %DV |
| Calories | 110 | 150 | 210 | 310 |
| Total Fat (g) | 0 | 0 | 0 | 0 |
| Sodium (mg) § | 10 | 15 | 20 | 30 |
| Total Carbohydrates (g) | 29 | 40 | 58 | 86 |
| Sugar (g) | 29 | 40 | 58 | 86 |
| Protein (g) | 0 | 0 | 0 | 0 |
| Vitamin C | — | — | — | — |

## ▲ Diet Coke®

| Cup Size | Child | Small | Medium | Large |
|---|---|---|---|---|
| | 12 fl. oz. | 16 fl. oz. | 21 fl. oz. | 32 fl. oz. |
| | %DV | %DV | %DV | %DV |
| Calories | 0 | 0 | 0 | 0 |
| Total Fat (g) | 0 | 0 | 0 | 0 |
| Sodium (mg) § | 15 | 20 | 30 | 45 |
| Total Carbohydrates (g) | 0 | 0 | 0 | 0 |
| Sugar (g) | 0 | 0 | 0 | 0 |
| Protein (g) | 0 | 0 | 0 | 0 |
| Vitamin C | — | — | — | — |

## ▲ Sprite®

| Cup Size | Child | Small | Medium | Large |
|---|---|---|---|---|
| | 12 fl. oz. | 16 fl. oz. | 21 fl. oz. | 32 fl. oz. |
| | %DV | %DV | %DV | %DV |
| Calories | 110 | 150 | 210 | 310 |
| Total Fat (g) | 0 | 0 | 0 | 0 |
| Sodium (mg) § | 30 | 40 | 55 | 80 |
| Total Carbohydrates (g) | 28 | 39 | 56 | 83 |
| Sugar (g) | 28 | 39 | 56 | 83 |
| Protein (g) | 0 | 0 | 0 | 0 |
| Vitamin C | — | — | — | — |

## ▲ Hi-C® Orange Lavaburst

| Cup Size | Child | Small | Medium | Large |
|---|---|---|---|---|
| | 12 fl. oz. | 16 fl. oz. | 21 fl. oz. | 32 fl. oz. |
| | %DV | %DV | %DV | %DV |
| Calories | 120 | 160 | 240 | 350 |
| Total Fat (g) | 0 | 0 | 0 | 0 |
| Sodium (mg) § | 5 | 5 | 10 | 10 |
| Total Carbohydrates (g) | 32 | 44 | 64 | 94 |
| Sugar (g) | 32 | 44 | 64 | 94 |
| Protein (g) | 0 | 0 | 0 | 0 |
| Vitamin C | 110 | 150 | 210 | 320 |

## ▼ POWERade® Mountain Blast



McDonald's



www.mcdonalds.com

**For the most complete nutrition information visit www.mcdonalds.com, or call 1-877-MCD-FOOD**

▶ Revised December 2006

+ Based on the weight before cooking 4 oz. (113.4 g).
++ Based on the weight before cooking 8 oz. (226.8 g).
■ May be available in certain restaurants in the Midwest, South and Middle Atlantic United States. Call 1-877-MCD-FOOD for additional information.
§ The values represent the sodium derived from ingredients plus water. Sodium content is based on the value for municipal water in the USDA National Nutrient Database. The actual amount of sodium may be higher or lower depending upon the sodium content of the water where the beverage is dispensed.
† SPLENDA is a registered trademark of McNeil Nutritionals, LLC.
†† EQUAL is a registered trademark of Merisant Company.

The nutrition information for this brochure is derived from testing conducted in accredited laboratories, published resources, or from information provided from McDonald's suppliers. The nutrition information is based on standard product formulations and serving sizes. All nutrition information is based on average values for ingredients from McDonald's suppliers throughout the U.S. and is rounded to meet current U.S. FDA NLEA guidelines. Variation in serving sizes, preparation techniques, product testing and sources of supply, as well as regional and seasonal differences may affect the nutrition values for each product. In addition, product formulations change periodically. You should expect some variation in the nutrient content of the products purchased in our restaurants. None of our products are certified as vegetarian. This information is correct as of January 2007.

© 2007 McDonald's.

| | Calories | Total Fat (g) | Sodium (mg) § | Total Carbohydrates (g) | Sugar (g) | Protein (g) | Vitamin C |
|---|---|---|---|---|---|---|---|
| | 70 – 220 | 0 – 100 | 150 – 190 | 20 – 27 | 16 – 31 | 0 – 0 | 0 – 19 |
| | | 0 | 0 | 7 | – | – | – |
| | | 8 | 4 | 39 | 21 | – | – |
| | | 5 | 130 | 85 | – | 0 | 0 |
| | | 13 | 190 | 58 | 46 | 0 | 0 |
| | | | | | | | |

Percent Daily Values (DV) are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | Serving Size | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg)§ | Total Carbohydrates (g) | Dietary Fiber (g) | Sugars (g) | Protein (g) | Vitamin A | Vitamin C | Calcium | Iron |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **▼ Breakfast** | | | | | | | | | | | | | | | |
| Egg McMuffin® | 139 g | 300 | 12 | 5 | 0 | 260 | 820 | 30 | 2 | 3 | 18 | 10 | 0 | 30 | 20 |
| Sausage McMuffin® | 114 g | 370 | 22 | 8 | 0 | 45 | 855 | 29 | 2 | 2 | 14 | 6 | 2 | 25 | 15 |
| Sausage McMuffin with Egg | 165 g | 450 | 27 | 10 | 0 | 285 | 920 | 30 | 2 | 2 | 21 | 10 | 0 | 30 | 20 |
| Bacon, Egg & Cheese Biscuit (Regular Size Biscuit) ■ | 440 g | 440 | 26 | 8 | 5 | 245 | 1340 | 36 | 1 | 4 | 18 | 10 | 0 | 15 | 15 |
| Bacon, Egg & Cheese Biscuit (Large Size Biscuit) ■ | 500 g | 500 | 29 | 9 | 7 | 245 | 1470 | 42 | 2 | 4 | 18 | 10 | 0 | 15 | 20 |
| Sausage Biscuit with Egg (Regular Size Biscuit) | 490 g | 490 | 32 | 10 | 5 | 250 | 1110 | 34 | 1 | 2 | 17 | 9 | 0 | 8 | 20 |
| Sausage Biscuit with Egg (Large Size Biscuit) ■ | 550 g | 550 | 36 | 12 | 7 | 250 | 1240 | 40 | 2 | 2 | 17 | 9 | 0 | 10 | 20 |
| Sausage Biscuit (Regular Size Biscuit) | 400 g | 400 | 27 | 8 | 5 | 30 | 1010 | 32 | 1 | 2 | 11 | 0 | 0 | 6 | 15 |
| Sausage Biscuit (Large Size Biscuit) ■ | 460 g | 460 | 30 | 9 | 7 | 30 | 1140 | 38 | 2 | 2 | 11 | 0 | 0 | 8 | 15 |
| Bacon, Egg & Cheese McGriddles® | 460 g | 460 | 21 | 9 | 0 | 245 | 1360 | 48 | 2 | 16 | 19 | 10 | 0 | 20 | 15 |
| Sausage, Egg & Cheese McGriddles® | 560 g | 560 | 32 | 12 | 0 | 265 | 1360 | 48 | 2 | 15 | 20 | 10 | 0 | 20 | 15 |
| Sausage McGriddles® | 420 g | 420 | 22 | 8 | 0 | 35 | 1030 | 44 | 2 | 15 | 11 | 0 | 0 | 8 | 15 |
| Sausage Burrito | 300 g | 300 | 16 | 7 | 0.5 | 130 | 830 | 26 | 2 | 2 | 12 | 10 | 2 | 15 | 15 |
| Big Breakfast® (Regular Size Biscuit) ■ | 720 g | 720 | 46 | 13 | 7 | 485 | 1500 | 48 | 3 | 3 | 27 | 15 | 4 | 15 | 25 |
| Big Breakfast® (Large Size Biscuit) ■ | 780 g | 780 | 50 | 14 | 9 | 555 | 1620 | 54 | 4 | 3 | 27 | 15 | 4 | 15 | 30 |
| Deluxe Breakfast (Regular Size Biscuit) w/syrup & 2 pats margarine | 1320 g | 1220 | 63 | 17 | 11 | 575 | 2160 | 153 | 6 | 49 | 36 | 15 | 4 | 25 | 40 |
| Deluxe Breakfast (Large Size Biscuit) w/syrup & 2 pats margarine | 1380 g | 1350 | 67 | 18 | 13 | 575 | 2280 | 159 | 6 | 50 | 36 | 15 | 4 | 25 | 40 |
| Hotcakes and Sausage w/syrup & 2 pats margarine | 780 g | 780 | 33 | 9 | 4 | 50 | 1020 | 105 | 3 | 48 | 15 | 2 | 0 | 15 | 15 |
| Hotcakes w/syrup & 2 pats margarine (2) | 264 g | 780 | 33 | 9 | 4 | 50 | 1020 | 105 | 3 | 48 | 15 | 2 | 0 | 15 | 15 |
| Scrambled Eggs (2) | 170 | 170 | 11 | 4 | 0 | 520 | 180 | 1 | 0 | 0 | 15 | 15 | 0 | 6 | 10 |
| Hash Browns | 53 g | 140 | 8 | 1.5 | 2 | 0 | 290 | 15 | 2 | 0 | 1 | 0 | 2 | 0 | 2 |
| Hotcake Syrup | 50 g | 180 | 0 | 0 | 0 | 0 | 15 | 45 | 0 | 33 | 0 | 0 | 0 | 0 | 0 |
| Picante Sauce – Hot | 14 g | 5 | 0 | 0 | 0 | 0 | 155 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| Picante Sauce – Mild | 14 g | 5 | 0 | 0 | 0 | 0 | 120 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| **▼ Desserts** | | | | | | | | | | | | | | | |
| Apple Dippers (1 pkg) | 68 g | 35 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 6 | 0 | 0 | 310 | 0 | 4 |
| Low Fat Caramel Dip (1 pkg) | 21 g | 70 | 0.5 | 0 | 0 | 5 | 35 | 15 | 0 | 9 | 0 | 0 | 0 | 2 | 0 |
| Fruit 'n Yogurt Parfait without Granola | 142 g | 130 | 2 | 1 | 0 | 5 | 55 | 25 | 0 | 19 | 4 | 2 | 15 | 10 | 2 |
| Fruit 'n Yogurt Parfait | 149 g | 160 | 2 | 1 | 0 | 5 | 85 | 31 | 1 | 21 | 4 | 0 | 15 | 15 | 4 |
| Vanilla Reduced Fat Ice Cream Cone | 90 g | 150 | 3.5 | 2 | 0 | 15 | 60 | 24 | 0 | 18 | 4 | 8 | 0 | 10 | 2 |
| Strawberry Sundae | 178 g | 280 | 6 | 4 | 0 | 25 | 95 | 49 | 1 | 45 | 6 | 10 | 4 | 20 | 2 |
| Caramel Sundae | 182 g | 340 | 8 | 5 | 1 | 30 | 160 | 60 | 1 | 44 | 7 | 10 | 0 | 25 | 0 |
| Hot Fudge Sundae | 179 g | 330 | 10 | 7 | 0 | 25 | 180 | 54 | 2 | 48 | 8 | 10 | 0 | 25 | 6 |
| Peanuts (for Sundaes) | 7 g | 45 | 3.5 | 0.5 | 0 | 0 | 0 | 2 | 1 | 0 | 2 | 0 | 0 | 0 | 0 |
| McFlurry® with M&M'S® Candies (12 fl. oz. cup) | 348 g | 620 | 20 | 12 | 1 | 55 | 190 | 96 | 1 | 85 | 14 | 20 | 0 | 45 | 9 |
| McFlurry with OREO® Cookies (12 fl. oz. cup) | 337 g | 560 | 16 | 9 | 2 | 50 | 250 | 88 | 0 | 71 | 14 | 20 | 0 | 45 | 10 |
| Chocolate Triple Thick® Shake (16 fl. oz. cup) | 444 ml | 580 | 14 | 8 | 1 | 50 | 250 | 102 | 1 | 84 | 13 | 20 | 0 | 45 | 10 |
| Strawberry Triple Thick Shake (16 fl. oz. cup) | 444 ml | 550 | 13 | 8 | 1 | 50 | 170 | 97 | 0 | 84 | 13 | 20 | 2 | 45 | 2 |
| Vanilla Triple Thick Shake (16 fl. oz. cup) | 444 ml | 550 | 13 | 8 | 1 | 50 | 190 | 96 | 0 | 72 | 13 | 20 | 0 | 45 | 2 |
| Baked Hot Apple Pie | 76 g | 270 | 12 | 3.5 | 5 | 0 | 190 | 36 | 4 | 14 | 3 | 2 | 10 | 2 | 8 |
| McDonaldland® Chocolate Chip Cookies (1 bag) | 56 g | 270 | 11 | 6 | 0 | 35 | 170 | 39 | 1 | 19 | 3 | 4 | 0 | 2 | 10 |
| McDonaldland Cookies (1 bag) | 57 g | 250 | 8 | 2 | 2.5 | 0 | 270 | 42 | 1 | 14 | 4 | 0 | 0 | 0 | 10 |
| **▼ Beverages** | | | | | | | | | | | | | | | |
| 1% Low Fat Milk Jug (8 fl. oz.) | 236 ml | 100 | 2.5 | 1.5 | 0 | 10 | 125 | 12 | 0 | 12 | 8 | 10 | 4 | 30 | 0 |
| 1% Low Fat Chocolate Milk Jug (8 fl. oz.) | 236 ml | 170 | 3 | 1.5 | 0 | 5 | 150 | 26 | 1 | 25 | 9 | 10 | 0 | 30 | 0 |
| Orange Juice, Small | 12 fl. oz. cup | 140 | 0 | 0 | 0 | 0 | 5 | 33 | 0 | 29 | 2 | 4 | 160 | 2 | 2 |
| Minute Maid® Apple Juice Box (6.75 fl. oz.) | 200 ml | 90 | 0 | 0 | 0 | 0 | 15 | 23 | 0 | 21 | 0 | 0 | 100 | 0 | 0 |
| Coffee § | 12 fl. oz. cup | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Iced Tea, unsweetened § | 16 fl. oz. cup | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Coffee Cream (1 pkg) | 11 ml | 20 | 2 | 1.5 | 0 | 10 | 15 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 |
| Sugar Packet (1 pkg) | 4 g | 15 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 4 | 0 | 0 | 0 | 0 | 0 |
| SPLENDA® No Calorie Sweetener † | 1 pkg | 0 | 0 | 0 | 0 | 0 | 0 | < 1 | 0 | < 1 | 0 | 0 | 0 | 0 | 0 |
| EQUAL® 0 Calorie Sweetener †† | 1 pkg | 0 | 0 | 0 | 0 | 0 | 0 | < 1 | 0 | < 1 | 0 | 0 | 0 | 0 | 0 |