**Exhibit A**

# premium chicken sandwiches

Extra Value Meals include medium fries and medium soft drink. Large fries and large soft drink add

1

2

3

4

**5** Ranch BLT    Grilled or Crispy

**6** Club    Grilled or Crispy

**7** Classic    Grilled or Crispy

**8**

**9**

# Fruit & Salads

**10** Fruit & Walnut    Bacon Ranch    Caesar    California Cobb

NEWMAN'S OWN
ALL-NATURAL DRESSINGS
Ranch • Caesar • Cobb

LOW FAT
Family Recipe Italian

# fruit & walnut salad

Extra Value Meals include hash browns and small coffee.

1  2  3  4
6  7  8  9
11  5  10