Exhibit B

Case 1:07-cv-05710-RJH   Document 6-3   Filed 06/18/2007   Page 1 of 5



Rick Colón
Vice President & GM

May 17, 2007

Commissioner Thomas Friedman
NYC Department of Health and Mental Hygiene
Bureau of Food Safety and Community Sanitation
253 Broadway Street, CN 59A, 13th Floor
New York, NY 10007
Attn: Calorie Labeling Proposals

Dear Commissioner Friedman,

On behalf of the New York Metro Region, we present for your approval our proposed approach to comply with the section 81.50 of the New York City Health Code on calorie labeling.

Your meeting of March 5, 2007, with representatives of McDonald's and other members of the National Restaurant Association, clarified alternative means for making caloric information available to patrons. After careful review of these options with our New York owner-operators, restaurant operations, nutrition and merchandising experts, we propose two approaches (one for in restaurant, one for the drive-thru) which we believe meet your requirements. Artwork is attached in this email, with specific reference in the letter to the various artwork exhibit examples, and actual size reproductions are being sent to you via overnight delivery.

Information in Context

Our proposed formats further the philosophy of McDonald's Nutrition Information Initiative, which is grounded in research by The Hartman Group and the International Food Information Council Foundation (IFIC), that:

- Customers benefit from a broader nutrition context when making menu choices
- Nine out of 10 consumers are unable to provide an accurate estimate of their recommended daily caloric intake.

McDonald's USA has worked to address this consumer education need through an innovative new approach featured in our nutrition information. In addition to the Nutrition Labeling and Education Act (NLEA) Nutrition Facts Panel, the nutrition information we display on our product packaging uses non-language specific dependent icons to represent the five elements experts agree are most relevant to consumer understanding of nutrition – calories, protein, fat, carbohydrates and sodium.



This unique chart was created to convert the language of science into a more easily understood picture that is understood by all. This allows customers to anchor their food choices to the broader context of the recommended daily values for a 2,000-calorie diet.



Our proposed New York City signage approaches list both calories and their percentage against the recommended 2,000-calorie diet, as pictured in this specially created legend.



Customers will also be instructed on all materials of the need to add up the caloric content of their menu choices to understand the total caloric content of their meal.

Following this approach, our proposed signage mechanisms will then work synergistically with our already aggressive nutrition reporting campaign on packaging, in restaurant brochures, on trayliners and other out-of-restaurant sources.

With that as background, let's look specifically at our proposed McDonald's formats for communicating caloric information in our 254 New York City restaurants.

In-Restaurant Signage

We believe that to effectively deliver the caloric information you want conveyed to customers we need to present it in a more dedicated format along with the reminder that more complete information, on all nutrients, is available as well.

Our proposal is to bundle together two different mechanisms (Exhibit A) to convey caloric information at key points during this decision-making path (Exhibit B) in concert with our existing nutrition information materials:

1. <u>Counter Mat (Exhibits C1 and C2)</u> -- As the customer approaches the front counter, a permanently displayed mat at each cashier/order station provides caloric information at the actual point of purchase. Mats are 10" x 14" and will be flipped over between breakfast items and lunch/dinner items each day. Counter mats are already located in 94% of our New York City restaurants and have become a primary ordering method for all non-English speaking customers to confirm their choice.

2. <u>Menu Board Reminder (Exhibit D)</u> -- When the customer looks to the menu board they are reminded that complete nutrition information is important when making their choice and available in a nearby brochure and on the trayliner at the counter.

Our research shows that customers on average spend 30 seconds in reviewing available signage at the front counter and on menu board when making their menu choices. These points of contact provide adequate presence of caloric information if desired.

Combined with the availability of our existing Nutrition Facts Brochure, complete nutrition information on each trayliner and labeled packaging, these five in-restaurant communications vehicles create a robust learning environment in our 254 New York City restaurants beyond the expectations outlined in Health Code section 81.50 (Exhibit E). Through repetitive exposure, our customers will know where to expect nutrition information to be available and in what format it will be displayed...thus leading to it being used more effectively.

<u>Drive-Thru Signage</u>

Drive-thru menu boards already seek to convey too much information. For customers to have time to contemplate caloric information, especially in the fast paced drive-thru setting, it would be more effective to present it in a separate format while they are waiting in line prior to their order.

We propose a stand-alone permanent sign placed in advance of the actual menu board in the drive-thru lane (Exhibit F). The separate, free-standing sign (20" x 59") dedicates significantly more space to present caloric information on our standard menu items. Menu items have been grouped by category, in the fashion that a customer contemplates choices, and presented in a defined column that makes it easier for the eye to identify comparisons.

These signs will be placed at our 91 New York City restaurants with drive-thru service (Exhibit G). We need to stress that we, like all restaurant companies participating in this effort, may need your help in facilitating any required zoning or permit approvals to construct new exterior signs. To secure approvals and arrange for production, construction and possibly even electrical needs for lighting, may take us longer than July 1 to put in place.

Prices are not included in these dedicated reporting vehicles because we can not dictate how our independent owner/operators price menu items. As you've probably already heard from the large, multi-unit restaurant companies, it is impossible for us to produce

one single set of materials which list a consistent price. Plus, we believe that it is more productive to separate nutrition and price information at point-of-purchase communications. This allows for full consideration of nutrition information by the consumer, who needs to understand its relevance, independent of price.

So in conclusion, we propose a multi-level approach that we believe effectively meets the desired goal of Health Code section 81.50 and creates a synergistic effect at these different teachable moments in the restaurant. It's an approach which aligns more effectively with the way we know customers processes information to make menu decisions. We take it a step further by providing context on what the caloric information means in relation to a recommended daily diet. And, we remind people of the need to access and understand complete nutritional information when making menu choices.

We hope you are pleased with McDonald's proposed approach and would be eager to review it in person. We would appreciate your written acceptance of these presentation methods by May 21, so that we can begin production of these materials and education of our crew.

In anticipation of your feedback, I would like to reiterate our belief that Health Code section 81.50 can only work in the best interests of New Yorkers if it is required of all New York City restaurants, not the limited few who have already committed to transparency in nutrition information.

Sincerely,

Rick Colon
Vice President, General Manager
New York Metro Region
McDonald's USA LLC
105 Eisenhower Parkway, 3rd Floor
Roseland, NJ 07068
(973) 287-1446
(973) 287-1512 Fax

Attachment – Proposal Artwork