Exhibit A

# Nutritional Information

## Core Menu Items April 2007

### NUTRITION: MENU ITEMS

#### WHOPPER® Sandwiches

| | Serving Size (g) | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Total Carbs. (g) | Dietary Fiber (g) | Total Sugars (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WHOPPER® Sandwich | 290 | 670 | 39 | 11 | 1.5 | 51 | 1020 | 51 | 3 | 11 | 28 |
| w/o Mayo | 269 | 510 | 22 | 9 | 1 | 80 | 880 | 51 | 3 | 11 | 28 |
| DOUBLE WHOPPER® Sandwich | 373 | 900 | 57 | 19 | 2 | 175 | 1090 | 51 | 3 | 11 | 47 |
| w/o Mayo | 352 | 740 | 39 | 17 | 2 | 160 | 950 | 51 | 3 | 11 | 47 |
| TRIPLE WHOPPER® Sandwich | 456 | 1130 | 74 | 27 | 3 | 255 | 1160 | 51 | 3 | 11 | 67 |
| w/o Mayo | 434 | 980 | 57 | 24 | 2.5 | 240 | 1020 | 51 | 3 | 11 | 66 |
| WHOPPER JR.® Sandwich | 158 | 370 | 21 | 6 | 0.5 | 50 | 570 | 31 | 2 | 6 | 15 |
| w/o Mayo | 147 | 290 | 12 | 4.5 | 0 | 40 | 490 | 31 | 2 | 6 | 15 |
| Bacon (1 Strip) | 2.5 | 15 | 1 | 0 | 0 | 5 | 50 | 0 | 0 | 0 | 1 |

#### Fire-Grilled Burgers

| | Serving Size (g) | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Total Carbs. (g) | Dietary Fiber (g) | Total Sugars (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cheeseburger | 133 | 330 | 16 | 7 | 0.5 | 55 | 780 | 31 | 1 | 6 | 17 |
| Double Cheeseburger | 189 | 500 | 29 | 14 | 1.5 | 105 | 1030 | 31 | 1 | 6 | 30 |
| Bacon Double Cheeseburger | 194 | 530 | 31 | 14 | 1.5 | 110 | 1130 | 32 | 1 | 6 | 32 |
| BK™ Triple Stacker | 250 | 800 | 54 | 23 | 2 | 185 | 1450 | 33 | 1 | 5 | 48 |
| The Angus Steak Burger | 273 | 640 | 33 | 10 | 1.5 | 185 | 1260 | 55 | 3 | 10 | 33 |

TM © 2007 Burger King Brands, Inc. (USA only).
TM © 2007 Burger King Corporation (Outside USA). All rights reserved.

Nutritional - Web

Page 1
4/18/2007

## Chicken, Fish & Veggie

| Item | | Serving Size (g) | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Total Carbs (g) | Dietary Fiber (g) | Total Sugars (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TENDERCRISP® Chicken Sandwich | | 286 | 780 | 43 | 8 | 4 | 75 | 1730 | 73 | 4 | 8 | 25 |
| Original Chicken Sandwich | | 219 | 660 | 40 | 8 | 2.5 | 70 | 1440 | 52 | 4 | 5 | 24 |
| | w/o Mayo | 190 | 450 | 17 | 4 | 2 | 50 | 1250 | 52 | 4 | 5 | 23 |
| CHICKEN TENDERS® (5 pc) | | 77 | 210 | 12 | 3 | 2 | 35 | 600 | 13 | 0 | 0 | 12 |
| CHICKEN TENDERS® (8 pc) | | 123 | 340 | 20 | 5 | 3 | 55 | 960 | 21 | <1 | 1 | 19 |
| Honey Flavored Dipping Sauce (1 oz) | | 28 | 90 | 0 | 0 | 0 | 0 | 0 | 23 | 0 | 22 | 0 |
| Sweet and Sour Dipping Sauce (1 oz) | | 28 | 45 | 0 | 0 | 0 | 0 | 55 | 11 | 0 | 10 | 0 |
| BK™ CHICKEN FRIES (6 pc) | | 85 | 260 | 15 | 3.5 | 3 | 35 | 650 | 18 | 2 | 1 | 12 |
| | 9 pc | 128 | 390 | 23 | 5 | 4.5 | 50 | 980 | 26 | 3 | 1 | 18 |
| | 12 pc | 170 | 520 | 31 | 7 | 6 | 65 | 1300 | 35 | 4 | 2 | 25 |
| BK BIG FISH® Sandwich | | 250 | 630 | 30 | 6 | 2.5 | 60 | 1380 | 67 | 4 | 8 | 24 |
| | w/o Tartar Sauce | 222 | 470 | 13 | 3 | 2 | 50 | 1240 | 65 | 3 | 7 | 23 |
| BK VEGGIE® Burger** | | 215 | 420 | 16 | 2.5 | 0 | 10 | 1100 | 46 | 7 | 8 | 23 |
| | w/ Cheese | 228 | 470 | 20 | 5 | 0 | 20 | 1320 | 47 | 7 | 9 | 25 |
| | w/o Mayo | 205 | 340 | 8 | 1 | 0 | 5 | 1030 | 46 | 7 | 8 | 23 |

## Side Orders

| Item | Serving Size (g) | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Total Carbs (g) | Dietary Fiber (g) | Total Sugars (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Onion Rings - Small | 43 | 150 | 7 | 2 | 1.5 | 0 | 220 | 19 | 1 | 2 | 2 |
| Onion Rings - Medium | 91 | 320 | 16 | 4 | 3.5 | 0 | 460 | 40 | 3 | 5 | 4 |
| Onion Rings - Large | 130 | 450 | 22 | 6 | 5 | 0 | 660 | 57 | 4 | 7 | 6 |
| Onion Rings - King | 150 | 520 | 26 | 7 | 6 | 5 | 760 | 66 | 5 | 8 | 7 |
| CHEESY TOTS™ - Small (6 pc) | 77 | 210 | 12 | 4.5 | 2 | 20 | 650 | 20 | 2 | 1 | 7 |
| CHEESY TOTS™ - Medium (9 pc) | 115 | 320 | 18 | 7 | 3 | 30 | 970 | 30 | 2 | 2 | 10 |
| CHEESY TOTS™ - Large (12 pc) | 153 | 430 | 24 | 9 | 4 | 40 | 1300 | 40 | 3 | 2 | 14 |

TM © 2007 Burger King Brands, Inc. (USA only).
TM © 2007 Burger King Corporation (Outside USA). All rights reserved.

| | Serving Size (g) | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Total Carbs. (g) | Dietary Fiber (g) | Total Sugars (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| French Fries - Small (Salt not added)* | 74 | 230 | 13 | 3 | 3 | 0 | 240 | 26 | 2 | 1 | 2 |
| French Fries - Medium (Salt not added)* | 116 | 360 | 20 | 4.5 | 4.5 | 0 | 380 | 41 | 4 | 1 | 4 |
| French Fries - Large (Salt not added)* | 160 | 500 | 28 | 6 | 6 | 0 | 530 | 57 | 5 | 1 | 5 |
| French Fries - King (Salt not added)* | 194 | 600 | 33 | 8 | 7 | 0 | 640 | 69 | 6 | 2 | 6 |

**Salads**
(w/out dressing or garlic parmesan croutons)

| | Serving Size (g) | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Total Carbs. (g) | Dietary Fiber (g) | Total Sugars (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TENDERGRILL™ Chicken Garden Salad | 292 | 240 | 9 | 3.5 | 0 | 80 | 720 | 8 | 4 | 3 | 33 |
| Garden Salad (no chicken) | 184 | 90 | 5 | 2.5 | 0 | 15 | 125 | 7 | 3 | 3 | 5 |

**Salad Dressings & Toppings**

| | Serving Size (g) | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Total Carbs. (g) | Dietary Fiber (g) | Total Sugars (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KEN'S® Ranch Dressing (2 oz) | 57 | 190 | 20 | 3 | 0 | 20 | 560 | 2 | 0 | 1 | 1 |
| KEN'S® Honey Mustard Dressing (2 oz) | 57 | 270 | 23 | 3 | 0 | 20 | 520 | 15 | 0 | 14 | 1 |
| Garlic Parmesan Croutons | 14 | 60 | 2 | 0 | 0 | 0 | 120 | 9 | 0 | 1 | 1 |

**Desserts**

| | Serving Size (g) | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Total Carbs. (g) | Dietary Fiber (g) | Total Sugars (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HERSHEY®'S Sundae Pie | 79 | 310 | 19 | 12 | 0 | 10 | 220 | 32 | 1 | 22 | 3 |

**Breakfast**

| | Serving Size (g) | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Total Carbs. (g) | Dietary Fiber (g) | Total Sugars (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CROISSAN'WICH® Sausage & Cheese | 106 | 370 | 25 | 9 | 2 | 50 | 810 | 23 | <1 | 4 | 14 |
| CROISSAN'WICH® Ham, Egg, & Cheese | 149 | 340 | 18 | 6 | 2 | 160 | 1230 | 26 | 1 | 6 | 18 |
| DOUBLE CROISSAN'WICH™ w/ Sausage, Egg, & Cheese | 215 | 680 | 51 | 18 | 3 | 220 | 1600 | 26 | <1 | 6 | 29 |
| DOUBLE CROISSAN'WICH™ w/ Ham, Egg, & Cheese | 196 | 420 | 23 | 9 | 2 | 185 | 2210 | 27 | 1 | 7 | 27 |
| DOUBLE CROISSAN'WICH™ w/ Ham, Bacon, Egg, & Cheese | 169 | 420 | 24 | 9 | 2 | 180 | 1600 | 27 | 1 | 7 | 24 |
| Enormous Omelet Sandwich | 266 | 730 | 45 | 16 | 1 | 330 | 1940 | 44 | 2 | 8 | 37 |

TM © 2007 Burger King Brands, Inc. (USA only).
TM © 2007 Burger King Corporation (Outside USA). All rights reserved.

| | Serving Size (g) | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Total Carbs (g) | Dietary Fiber (g) | Total Sugars (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sausage Biscuit | 118 | 390 | 26 | 8 | 5 | 35 | 1020 | 28 | 1 | 2 | 12 |
| Ham, Egg, & Cheese Biscuit | 156 | 390 | 22 | 7 | 5 | 145 | 1410 | 31 | 1 | 4 | 16 |
| Sausage, Egg, & Cheese Biscuit | 183 | 530 | 37 | 12 | 6 | 175 | 1490 | 31 | 1 | 4 | 20 |
| Bacon, Egg & Cheese Biscuit | 146 | 410 | 25 | 8 | 5 | 150 | 1320 | 31 | 1 | 4 | 16 |
| CHEESY TOTS™ - See Side Orders | | | | | | | | | | | |
| Vanilla Icing (for Cini-minis) | 28 | 110 | 3 | 0.5 | 0 | 0 | 40 | 21 | 0 | 20 | 0 |
| French Toast Sticks (3 piece) | 65 | 230 | 12 | 2.5 | 2.5 | 0 | 260 | 27 | 1 | 6 | 4 |
| French Toast Kid's Meal (with syrup) | 494 | 660 | 22 | 6 | 4.5 | 10 | 580 | 102 | 3 | 57 | 15 |
| Strawberry Jam | 12 | 30 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 6 | 0 |
| **Shakes** | | | | | | | | | | | |
| Vanilla Milk Shake - Kid's | 228 | 310 | 11 | 7 | 0 | 45 | 180 | 44 | 0 | 43 | 6 |
| Vanilla Milk Shake - Small | 296 | 400 | 15 | 9 | 0 | 60 | 240 | 57 | 0 | 55 | 8 |
| Vanilla Milk Shake - Medium | 412 | 560 | 21 | 13 | 0.5 | 85 | 330 | 79 | 0 | 77 | 11 |
| Vanilla Milk Shake - Large | 608 | 820 | 30 | 19 | 1 | 125 | 490 | 117 | <1 | 114 | 16 |
| Vanilla Milk Shake - King | 785 | 1070 | 39 | 25 | 1 | 160 | 640 | 151 | <1 | 147 | 21 |
| Strawberry Milk Shake - Kid's | 244 | 360 | 10 | 7 | 0 | 40 | 180 | 60 | 0 | 58 | 6 |
| Strawberry Milk Shake - Small | 314 | 460 | 14 | 9 | 0 | 55 | 240 | 73 | 0 | 71 | 7 |
| Strawberry Milk Shake - Medium | 444 | 660 | 19 | 12 | 0 | 75 | 330 | 111 | 0 | 109 | 10 |
| Strawberry Milk Shake - Large | 637 | 930 | 28 | 18 | 0.5 | 115 | 490 | 148 | <1 | 145 | 15 |
| Strawberry Milk Shake - King | 838 | 1230 | 36 | 23 | 1 | 145 | 640 | 200 | <1 | 195 | 19 |

**Footnote for "Saturated Fat* (g)":** *Does not include Trans Fat.

**Footnote for BK VEGGIE® Burger**:** **Burger King Corporation makes no claim that the BK VEGGIE® Burger or any other of its products meets the requirements of a vegan or vegetarian diet. The patty is cooked in the microwave.

**Footnote for "Salt not added-French Fries":** •To reduce sodium, you can order french fries without added salt

CHEESY TOTS™ is a trademark of H.J. Heinz Company and used under license by Burger King Corporation.

# Beverages

| Cup Serving Size*: | COCA COLA® CLASSIC‡ | | | | | SPRITE®‡ | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Kids | Small | Medium | Large | King | Kids | Small | Medium | Large | King |
| Calories | 110 | 140 | 200 | 290 | 390 | ▓ | 140 | 200 | 290 | 390 |
| Carbohydrate (g) | 30 | 39 | 53 | 79 | 104 | ▓ | 39 | 53 | 79 | 104 |
| Sugar (g) | 30 | 39 | 53 | 79 | 104 | ▓ | 39 | 53 | 79 | 104 |
| Sodium (mg) | 0 | 0 | 0 | 5 | 10 | ▓ | 30 | 45 | 65 | 85 |

| Cup Serving Size*: | DR. PEPPER®‡ | | | | | DIET COKE®‡ | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Kids | Small | Medium | Large | King | Kids | Small | Medium | Large | King |
| Calories | 110 | 140 | 190 | 280 | 380 | ▓ | 0 | 0 | 0 | 0 |
| Carbohydrate (g) | 29 | 39 | 52 | 78 | 104 | ▓ | 0 | 0 | 0 | 0 |
| Sugar (g) | 29 | 39 | 52 | 78 | 104 | ▓ | 0 | 0 | 0 | 0 |
| Sodium (mg) | 25 | 35 | 50 | 70 | 95 | ▓ | 5 | 20 | 25 | 35 |

| Cup Serving Size*: | BK JOE™ Regular Coffee‡ | | | BK JOE™ Decaf Coffee‡ | | | BK JOE™ Turbo Coffee‡ | | |
|---|---|---|---|---|---|---|---|---|---|
| | Small | Med | Large | Small | Med | Large | Small | Med | Large |
| Calories | ▓ | 5 | 10 | ▓ | 5 | 10 | 5 | 10 | 15 |
| Carbohydrate (g) | ▓ | 1 | 2 | ▓ | 1 | 2 | 1 | 2 | 2 |
| Sugar (g) | ▓ | 0 | 0 | ▓ | 0 | 0 | 0 | 0 | 0 |
| Sodium (mg) | ▓ | 10 | 20 | ▓ | 10 | 20 | 20 | 30 | 40 |
| Protein (g) | ▓ | 1 | 1 | ▓ | 1 | 1 | 1 | 1 | 2 |

| Cup Serving Size: | MINUTE MAID® Apple Juice 6.67 oz | MINUTE MAID® Orange Juice | | ICEE® COCA-COLA | | | ICEE® MINUTE MAID® Cherry‡ | | AQUAFINA® Water 16 fl oz |
|---|---|---|---|---|---|---|---|---|---|
| | | Small | Large | Small | Medium | Large | Small | Medium | |
| Calories | 90 | ▓ | ▓ | ▓ | 110 | 140 | 110 | 140 | 0 |
| Carbohydrate (g) | 23 | ▓ | ▓ | ▓ | 31 | 40 | 31 | 40 | 0 |
| Sugar (g) | 21 | ▓ | ▓ | ▓ | 31 | 40 | 31 | 40 | 0 |
| Sodium (mg) | 15 | ▓ | ▓ | ▓ | 5 | 10 | 5 | 10 | 0 |
| Protein (g) | 0 | ▓ | ▓ | ▓ | 0 | 0 | 0 | 0 | 0 |
| Vitamin C (mg) | 60 | ▓ | ▓ | ▓ | 0 | 0 | 0 | 0 | 0 |

*See next page for fluid ounce cup sizes.

These Beverages do not contain fat, saturated fat, trans fat, cholesterol, or fiber.

Footnote for Beverages "‡": These values represent Sodium derived from ingredients other than water. The actual amount of Sodium in the beverages will vary depending on the quantity contained in the water supply where the finished beverages are produced.

| Cup Serving Sizes: | fl oz |
|---|---|
| Kid's | 12 |
| Small | 16 |
| Medium | 22 |
| Large | 32 |
| King | 42 |

TM © 2007 Burger King Brands, Inc. (USA only).
TM © 2007 Burger King Corporation (Outside USA). All rights reserved.

Nutritional - Web