Exhibit B



# Tools to eat well!

Need some guidance for your diet? Here are some tools to help you eat well!

- Check out **www.MyPyramid.gov** for guidance on what kinds of foods make up a healthful diet. This Web site offers tools to guide you on the suggested amount of calories for you based on age, gender and activity level. It has many tools and features, including:
    - Suggested amounts from the food groups that will help you achieve your calorie recommendation without going overboard
    - Tips and information about all the food groups
    - Tips on increasing your physical activity
    - Guidance on discretionary calories
    - A **M**eal Tracking Worksheet
    - **M**y**P**yramid Tracker will allow you to self assess your diet. It's fun and easy!
    - To make it easy for you, we have included a link that will take you to the **M**y**P**yramid Web site on our main Nutrition page.

- Remember, physical activity and calorie balance is essential to any weight loss or weight maintenance program!

- Check out our **M**eal **P**lanning sections before you dine at a BURGER KING® restaurant to help you stay on track with your dietary goals (see main Nutrition page for these topics).
    - *Watching Calories?* – The "Calorie" section provides information on BURGER KING® foods that fit into different calorie ranges.
    - *Interested in Lowering the Fat?* – The "Fat" section gives food choices under 20 grams of fat.
    - *Counting Carbs?* – The "Carb" section gives you food choices that are low in carbs.
    - *Eating Strategies* has:
        - BURGER KING® **M**eal ideas that are moderate in calories
        - Quick Nutrition Guide for different ages
        - Nutrition Tips and Resources

- We are proud to participate in Healthy Dining **F**inder **www.healthydiningfinder.com** with a selection of our menu items that meet Healthy Dining's nutrition criteria*. We have included information throughout the Nutrition Section of our website to alert you to items that are featured on this website.
  (*Entrees contain 750 calories or less, 25 fat grams or less, and 8 grams of saturated fat or less. Side dishes, appetizers, and desserts contain 250 calories or less, 8 fat grams or less, and 3 grams of saturated fat or less.)

We hope this information will be helpful to you! We thank you for your business and are glad we can help you meet your dietary goals. Everyone is different and has different dietary needs, for more specialized dietary advice, please visit a Registered Dietitian (RD) or Nutritionist in your area. Some health insurance plans provide some coverage for such visits, check with your health provider.

TM & © 2007 Burger King Brands, Inc. (USA only).
TM & © 2007 Burger King Corporation (outside USA). All rights reserved.