Exhibit C



If you are on a carb-conscious diet, you can HAVE IT YOUR WAY® and order your favorite WHOPPER® sandwich or The Angus Steak Burger without the bun. You'll really be able to experience the great fire-grilled taste of our burgers.

**Low Carb Options (each under 10g* of carbs):**
- Low Carb WHOPPER® Sandwich* (3g)
- Low Carb WHOPPER® Sandwich w/ cheese* (5g)
- Low Carb DOUBLE WHOPPER® Sandwich* (3g)
- Low Carb DOUBLE WHOPPER® Sandwich w/ cheese* (5g)
- Low Carb WHOPPER JR.® Sandwich* (1g)
- Low Carb WHOPPER JR.® Sandwich w/ cheese* (2g)
- Low Carb Angus Steak Burger•*(5g)
- Low Carb BK™ Double Stacker Sandwich* (5g)
- Low Carb BK™ Triple Stacker Sandwich* (6g)
- Low Carb BK™ Quad Stacker Sandwich* (6g)



**Carb-Conscious Chicken, Fish, & Veggie Choices:**

- TENDERGRILL™ Chicken Garden Salad, KEN'S® Light Italian Dressing w/o Garlic Parmesan Croutons (13g)
- CHICKEN TENDERS® - 5 piece w/ Ranch dipping sauce (14g)
- CHICKEN TENDERS® - 8 piece w/o dipping sauce (21g)
- Low Carb TENDERGRILL® Chicken Sandwich•*(3g)
- Low Carb BK VEGGIE® Burger* • (19g)
- Low Carb New BK BIG FISH® * (served with lettuce and tartar sauce) (20g)

*w/o mayo, ketchup, and bun
• served w/ lettuce, and tomato

Updated August 2006

**Carb-Conscious Tips:**

- **HOLD THE BUN** - order any BURGER KING® sandwich without the bun.
- **SKIP THE KETCHUP** - you'll save three grams of carbs per packet.
- **AVOID SUGAR** - drink diet soft drinks or water instead of regular sodas. Use a low calorie sweetener in your coffee or tea, or drink it plain.
- **GO GREEN** - order a side salad instead of fries.
- **EMPHASIZE FIBER** - Keep foods made with refined flour and sugar to a minimum in your diet. Emphasize complex carbs made from whole grains, also include at least 5 servings a day of fruit and vegetables. *(Our BK VEGGIE® Burger patty is made with whole grains and veggies!)*
- **Eat the whole fruit**, instead of juice. The whole fruit has less carbs and more fiber!

For more information visit www.bk.com or call (305) 378-3535

### HAVE IT YOUR WAY® Salads:

- Side Garden Salad w/ KEN'S® Light Italian Dressing (11g fat)
- TENDERGRILL® Chicken Garden Salad w/ KEN'S® Light Italian Dressing (20g fat)

*Garlic Parmesan Croutons - add 2 g fat

** Participating restaurants may have KEN"S® Fat Free Ranch Dressing available

### Fat Conscious Choices (under 20g):




- BK VEGGIE® Burger w/o mayo (8g)
- TENDERGRILL® Chicken Sandwich (10g)
- WHOPPER JR.® Sandwich w/o mayo (12g)
- Hamburger (12g)
- CHICKEN TENDERS® - 5 pc + Barbecue Dipping Sauce (12g)
- BK BIG FISH® Sandwich w/o Tartar Sauce (13g)
- BK™ Chicken Fries - 6 pc (no sauce) (15g)
- BK VEGGIE® Burger (16g)
- Cheeseburger (16g)
- Original Chicken Sandwich w/o mayo (17g)
- *Get a serving of fruit: Add MOTT'S® Strawberry Flavored Applesauce to any of these choices (0g)*
- CROISSAN'WICH® w/ Egg & Cheese (17g)
- CROISSAN'WICH® w/ Ham, Egg, & Cheese (18g)
- Updated August 2006



### 7 Tips for Reducing your Fat Intake:

CUT THE MAYO - order your sandwiches with mustard &/or ketchup instead of mayo
SKIP THE CHEESE - just one slice of cheese adds 4 grams of fat
GO GREEN - order a side salad with your sandwich instead of fries
USE LESS DRESSING - Avoid using all the salad dressing packet, this can cut calories & fat
DIP IN THESE SAUCES - Pick BBQ, Honey-Flavored, or Sweet & Sour Dipping Sauces (0g of fat)
HAM IT! - choose ham instead of sausage on your breakfast sandwich (14 g saved!)
CUT THE CREAM - order your coffee black

For more information visit www.bk.com or call (305) 378-3535



BK™ Salads, Fully Loaded
- TENDERGRILL™ Chicken Garden Salad, KEN'S® Light Italian Dressing w/ Garlic Parmesan Croutons (420 calories)



### Calorie Conscious Choices:

**Under 200 Calories:**
- Low Carb Original WHOPPER JR.® w/cheese*
- Low Carb Original WHOPPER JR.®*
- Low Carb TENDERGRILL® Chicken Sandwich
- Low Carb BK VEGGIE®*
- Side Salad w/ KEN'S® Border Ranch Dressing or KEN'S® Light Italian Dressing (2 oz packet)
- Onion Rings - Small

    *w/o mayo, ketchup, and bun

**300-399 Calories:**
- CROISSAN'WICH® w/ Egg & Cheese; Bacon, Egg, & Cheese; Ham, Egg, & Cheese; or Sausage & Cheese
- French Toasts Sticks w/o breakfast syrup
- WHOPPER JR.® Sandwich
- WHOPPER JR.® Sandwich w/ cheese & w/o mayo
- Hamburger & MOTT"S® Strawberry Flavored Applesauce
- Cheeseburger
- Bacon Cheeseburger
- Low Carb WHOPPER® Sandwich* & MOTT'S® Strawberry Flavored Applesauce
- Low Carb WHOPPER® Sandwich w/ cheese*
- Low Carb BK BIG FISH™ w/ tartar sauce
- BK VEGGIE® Burger w/o mayo
- 5 piece CHICKEN TENDERS® w/ Ranch, Honey or Honey Mustard dipping sauce
- 5 piece CHICKEN TENDERS® w/ HERSHEY'® S low-fat milk or orange juice
- 8 piece CHICKEN TENDERS® w/ Barbecue or Sweet & Sour Sauce dipping sauce
- 6 piece BK™ Chicken Fries w/ Buffalo Sauce
- Onion Rings or French Fries - Medium
- Hashbrowns - Large

    *w/o mayo, ketchup, and bun

Updated August 2006

**200-299 Calories:**
- Low Carb WHOPPER® Sandwich*
- Low Carb WHOPPER JR.® Sandwich* w/ cheese
- Low Carb Angus • *
- Hamburger
- WHOPPER JR® w/o mayo
- 5 piece CHICKEN TENDERS® w/ Barbecue or Sweet & Sour dipping sauce
- 6 piece BK™ Chicken Fries - no sauce
- Hashbrowns or French Fries- Small

    *w/o mayo, ketchup, and bun
    •served w/ lettuce and tomato

**400-499 Calories:**
- CROISSAN'WICH® w/ Sausage, Egg, & Cheese
- French Toasts Sticks w/ breakfast syrup
- Cini-Mini's - no icing
- Hamburger w/ small onion rings
- Hamburger w/ HERSHEY'® S low-fat milk or orange juice
- Bacon Cheeseburger & MOTT"S® Strawberry Flavored Applesauce
- Low Carb WHOPPER® Sandwich* & small onion rings
- Low Carb WHOPPER® Sandwich* w/ cheese & MOTT'S® Strawberry Flavored Applesauce
- WHOPPER JR.® Sandwich w/ cheese
- WHOPPER JR.® Sandwich w/ cheese w/o mayo & MOTT"S® Strawberry Flavored Applesauce
- Cheeseburger w/ HERSHEY'®S low-fat milk or orange juice
- Double Hamburger
- TENDERGRILL® Chicken Sandwich
- BK BIG FISH® w/o Tartar Sauce
- Original Chicken Sandwich w/o mayo
- 5 piece CHICKEN TENDERS®, small fries
- 8 piece CHICKEN TENDERS® w/ Ranch, Honey, or Honey Mustard dipping sauce

    *w/o mayo, ketchup, and bun
    •served w/ lettuce and tomato

**Calorie Cutting Tips:**

CUT THE MAYO - order your sandwiches with mustard instead of mayo.
USE LITTLE DRESSING- Pour just a little salad dressing on your salad, just enough for taste!
GO GREEN - order a side salad with your sandwich instead of fries (use lower calorie dressings)
AVOID SUGAR-ADDED DRINKS - drink diet soft drinks or water instead of regular sodas. Use sweetener in your coffee or tea, or drink it plain.

For more information visit www.bk.com or call (305) 378-3535