Exhibit E

# What's Your Eating Strategy?

## Stay calorie conscious and eat like a king!

**HAVE IT YOUR WAY® Eating Strategies with great-tasting fire-grilled food at BURGER KING® restaurants.**

| Try these items | Calories | Fat (g) | % Daily Value** | Saturated Fat* (g) | % Daily Value** | Trans Fat | Cholesterol (g) | Protein (g) | Fiber (g) | Sodium (mg) | % Daily Value** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WHOPPER Jr.® Sandwich w/o mayo | 290 | | | 4.5 | 23% | | 40 | | 2 | 490 | 21% |
| CHICKEN WHOPPER Jr.® Sandwich | 255 | | | 3 | 16% | | 35 | | 1 | 660 | 28% |
| | 330 | | | 5 | 25% | | 90 | | 1 | 1180 | 49% |
| | 420 | | | 5 | 27% | | 80 | | 4 | 1270 | 55% |
| | 450 | | | 2 | 10% | | 75 | | 4 | 1240 | 52% |
| | 420 | | | 2.5 | 13% | | 10 | | 7 | 1100 | 48% |
| | 510 | | | 14 | 43% | | 80 | | 3 | 890 | 38% |
| | 80 | | | 1 | 4% | | 0 | | 2 | 230 | 10% |
| | 90 | | | 0 | 0% | | 0 | | <1 | 0 | 0% |
| | 90 | | | 0 | 0% | | 0 | | 0 | 15 | 0% |
| | 140 | | | 0 | 0% | | 0 | | 0 | 20 | 0% |
| | 0-5 | | | 0 | 0% | | 0 | | 0 | 0-35 | 0-1% |

*Saturated Fat does not include Trans Fat.
**Percent Daily Values are based on a 2000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

™ & © 2007 Burger King Brands, Inc. (USA only).
™ & © 2007 Burger King Corporation (outside USA). All rights reserved.

Case 1:07-cv-05710-RJH    Document 7-6    Filed 06/18/2007    Page 3 of 3



# What's Your Eating Strategy?
## Stay calorie conscious and eat like a king!

### Quick Nutrition Guide

| | | |
|---|---|---|
| Kids age 4-8 | • 1200 -2000 calories / day<br>• Determined by age, gender, and activity level | • 33g -46g of fat daily for LOW end of this calorie range<br>• 55g – 77g of fat daily for HIGH end for this calorie range | • Limit to 1900 mg a day |
| Kids age ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓<br>▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ | Limit to ▓▓▓▓ mg a day |
| Adults and teens (≥14 years) | • 2000 calories a day is the average daily energy requirement<br>• Determined by age, gender, and activity level | • 55g – 77g of fat for this calorie level | • Limit to 2300 mg a day |

These recommendations are based on: *American Heart Association®, 2005 US Dietary Guidelines,* and *Dietary Reference Intakes (DRIs)*.

Calorie needs vary from person to person by age, gender and activity level. For information on you or your child's specific dietary and physical activity recommendations, please visit: **http://www.mypyramid.gov**. *US Dietary Guidelines for Americans 2005* recommendations can be found at **http://www.health.gov/dietaryguidelines/dga2005/recommendations.htm**. Additional Dietary Guidelines for Healthy Children can be found at **http://www.health.gov/dietaryguidelines/dga2005/healthieryou/html/chapter12.html**.

For meal combinations available at BURGER KING® restaurants, or to customize your burger, sandwich, or salad to **HAVE IT YOUR WAY®**, please visit our website at: **http://www.bk.com** in our Nutrition Section go to "Build-A-Meal".

- Be mindful of excess calories to help maintain or lose weight, try using less salad dressing or dipping sauces, and order you sandwich without or less mayonnaise.
- Being fit like a king means eating the appropriate amount of daily calories and being physically activity too! So pick you favorite activity and go for it!!! Try to be physically active at least 30 minutes most days of the week.

™ & © 2007 Burger King Brands, Inc. (USA only).
™ & © 2007 Burger King Corporation (outside USA). All rights reserved.