Exhibit A



Telephone: (305) 378-3066
Facsimile: (305) 378-3191 or 7868
E-mail: cprusher@whopper.com

April 10, 2007

**VIA FEDERAL EXPRESS**

NYC Department of Health and Mental Hygiene
Bureau of Food Safety and Community Sanitation
253 Broadway Street, CN 59A
13th Floor
New York, NY 10007
Attn: Calorie Labeling Proposals

Dear Sir or Madam:

Thank you for your willingness to continue the dialogue about the recently-approved menu labeling requirement. We appreciate your Department's recognition of the logistical challenges associated with re-engineering many forms of menu boards and its willingness to allow for alternatives.

What we would like to do here is provide a few alternative methods of delivering caloric information to customers of Burger King® restaurants in New York City. We believe the following ideas are most promising and, equally important, logistically possible:

In restaurant:



- Menu board sign declaring "Nutrition information available upon request"

H:\CSP\Govt\Ltr\NYC BOH 04-10-07.doc



- Stand alone signs in front of cash registers, on stanchion at the start of queue lines at the counter or on side walls



- Counter mat with required nutrition information

NYC Department of Health and Mental Hygiene
April 10, 2007
Page 3

At the drive-up window:

- Stand alone dedicated sign of more readable information on calorie counts
- Tear pads of paper nutrition information mounted on order board that can be used at the time and held for future use



We do not necessarily have to use only one of these methods. If the Department feels that we should distribute caloric information via several of these methods in combination, we would be interested to discuss going down that path.

I would appreciate it, as would the 88 franchisees that operate the Burger King® restaurants in the five boroughs of New York, if you would review our suggested methods and let us know if we can move in this direction. If you believe our proposals have merit, we would gladly create life-size mock-up versions to show you before you made a final decision.

H:\CSP\Govt\Ltr\NYC BOH 04-10-07.doc

Thank you for your time and consideration.

Sincerely,

BURGER KING CORPORATION

*[signature]*

Craig S. Prusher
Vice President, Assistant General Counsel
Government Relations

cc:  Hector Munoz
     Julie Haugen
     Jim Joy
     Amy Yatkeman

H:\CSP\Govt\Ltr\NYC BOH 04-10-07.doc