Exhibit B

| Nutrition Facts | Calories | Fat (g) | Sat Fat (g) | Trans Fat (g) | % Daily Value | % Daily Value | % Daily Value | % Daily Value | Protein (g) | Vitamin C | Iron |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SANDWICHES & MEALS** | | | | | | | | | | | |
| White Castle | 140 | 7 | 3 | 0.5 | 5 | 10 | 4 | 0 | 6 | 0 | 4 |
| Cheeseburger | 160 | 9 | 4.5 | 0.5 | 7 | 15 | 4 | 0 | 7 | 0 | 4 |
| Jalapeno Cheeseburger | 170 | 10 | 5 | 0.5 | 8 | 17 | 4 | 0 | 8 | 0 | 4 |
| Bacon Cheeseburger | 200 | 12 | 5 | 0.5 | 10 | 21 | 4 | 0 | 10 | 0 | 4 |
| Double White Castle | 250 | 14 | 6 | 1 | 10 | 17 | 6 | 4 | 11 | 0 | 6 |
| Double Cheeseburger | 290 | 18 | 9 | 1 | 15 | 27 | 6 | 4 | 14 | 0 | 6 |
| Double Jalapeno Cheeseburger | 320 | 20 | 10 | 1 | 17 | 31 | 7 | 4 | 14 | 0 | 6 |
| Double Bacon Cheeseburger | 360 | 23 | 11 | 1 | 20 | 39 | 7 | 4 | 18 | 0 | 6 |
| Chicken Ring Sandwich | 170 | 8 | 2 | 1.50 | 12 | 16 | 6 | 3 | 7 | 0 | 4 |
| Chicken Ring Sandwich w/Cheese | 190 | 10 | 3.50 | | 10 | 20 | 6 | 0 | 9 | 0 | 6 |
| Chicken Breast Sandwich w/Cheese | 210 | 8 | 2.5 | 1.5 | 8 | 30 | 7 | 0 | 13 | 0 | 2 |
| Chicken Supreme, Detroit, Cincinnati regions | 230 | 10 | 3.5 | | 12 | 33 | 7 | 0 | 14 | 0 | 2 |
| Fish w/Cheese | 180 | 8 | 2.5 | 1 | 8 | 18 | 6 | 0 | 10 | 0 | 0 |
| Surf & Turf, New Jersey, New York regions | 390 | 22 | 9 | 1 | 22 | 30 | 9 | 4 | 20 | 0 | 6 |
| **CHEESES** | | | | | | | | | | | |
| Nacho Cheese Sauce, Cincinnati , Chicago, Indianapolis, Minneapolis , New Jersey regions | 50 | 4 | 1 | 0 | 0 | 17 | 1 | 0 | <1 | 0 | 0 |
| Cheese Sauce, Nashville, Louisville, Minneapolis regions | 130 | 10 | 3.5 | 3 | 3 | 23 | 2 | 0 | 3 | 0 | 0 |
| Cheddar Cheese Sauce, St Louis | 40 | 3 | 1 | 0 | 0 | 15 | 1 | 0 | 0 | 0 | 0 |
| Cheddar Cheese Sauce New York regions | 70 | 4.5 | 1 | 1.5 | 0 | 15 | 2 | 0 | 0 | 0 | 0 |
| American cheese slice | 25 | 2 | 1.5 | 0 | 3 | 5 | 0 | 0 | 1 | 0 | 0 |
| Jalapeno cheese slice | 35 | 3 | 2 | 0 | 3 | 5 | 0 | 0 | 2 | 0 | 0 |

| Nutrition Facts | Calories | Fat (g) | Sat Fat (g) | Trans Fat (g) | % Daily Value | % Daily Value | % Daily Value | % Daily Value | Protein (g) | Vitamin C | Iron |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SIDES** | | | | | | | | | | | |
| French Fries, Louisville, St Louis regions | | | | | | | | | | | |
| 3.7 oz | 300 | 15 | 2.5 | 3.5 | 0 | 10 | 13 | 16 | 4 | 0 | 4 |
| French Fries, New York region | | | | | | | | | | | |
| 4.12 oz | 330 | 16 | 3 | 5 | 0 | 11 | 14 | 16 | 4 | 0 | 6 |
| French Fries, Detroit, Chicago, New York, New Jersey, Nashville, Minneapolis, Indianapolis, NE OH, Columbus, Cincinnati regions | | | | | | | | | | | |
| 8.6 oz | 700 | 34 | 6 | 11 | 0 | 23 | 30 | 36 | 9 | 0 | 10 |
| French Fries, Chicago, Nashville, Minneapolis, Indianapolis, NE OH regions | | | | | | | | | | | |
| 3.6 oz | 300 | 14 | 2.5 | 3.5 | 0 | 10 | 12 | 16 | 4 | 0 | 4 |
| French Fries, Chicago, New Jersey, Nashville, Minneapolis, Indianapolis, NE OH, Columbus, Cincinnati regions | | | | | | | | | | | |
| 3.8 oz | 310 | 15 | 3 | 4 | 0 | 10 | 13 | 16 | 4 | 0 | 4 |
| Onion Chips, Columbus region | | | | | | | | | | | |
| 2.9 oz | 370 | 18 | 3 | 4 | 0 | 21 | 16 | 8 | 5 | 0 | 4 |
| Onion Chips, Detroit region | | | | | | | | | | | |
| 3.5 oz | 420 | 20 | 3.5 | 4.5 | 0 | 25 | 18 | 8 | 6 | 0 | 4 |
| Onion Chips, Cincinnati, Columbus, Indianapolis, Minneapolis, NE OH regions | | | | | | | | | | | |
| 3.9 oz | 480 | 23 | 4 | 5 | 0 | 28 | 21 | 8 | 7 | 0 | 6 |
| Onion Chips, Cincinnati, Columbus, Detroit, Indianapolis, Minneapolis, NE OH regions | | | | | | | | | | | |
| 7.95 oz | 980 | 47 | 8 | 10 | 0 | 56 | 42 | 20 | 13 | 0 | 10 |
| Onion Rings, Chicago region | | | | | | | | | | | |
| 4 Rings | 230 | 12 | 2 | 2.5 | 0 | 11 | 9 | 0 | 2 | 0 | 2 |
| Onion Rings, Chicago, Louisville, St Louis regions | | | | | | | | | | | |
| 7 Rings | 400 | 21 | 3.5 | 4 | 0 | 19 | 16 | 4 | 4 | 0 | 4 |
| Onion Rings, Chicago Sack, Louisville, Nashville Sack, regions | | | | | | | | | | | |
| 13 Rings | 750 | 39 | 6 | 7 | 0 | 36 | 30 | 8 | 8 | 0 | 8 |
| Onion Rings, New York, New Jersey Regions | | | | | | | | | | | |
| 8 Rings | 200 | 9 | 1.5 | 2 | 0 | 9 | 9 | 4 | 2 | 0 | 2 |
| Onion Rings, New York region | | | | | | | | | | | |
| 15 Rings | 390 | 17 | 3 | 4 | 0 | 17 | 18 | 8 | 5 | 0 | 4 |
| Onion Rings, New Jersey region | | | | | | | | | | | |
| 18 Rings | 460 | 21 | 3.5 | 5 | 0 | 20 | 21 | 8 | 5 | 0 | 6 |
| Chicken Rings | | | | | | | | | | | |
| 6 Rings | 340 | 23 | 4.5 | 4 | 27 | 28 | 5 | 0 | 18 | 0 | 10 |
| 9 Rings | 510 | 34 | 7 | 6 | 40 | 42 | 8 | 0 | 27 | 0 | 20 |
| 20 Rings | 1130 | 76 | 15 | 13 | 87 | 93 | 17 | 0 | 60 | 0 | 45 |
| Clam Strips, Columbus, NE OH, Detroit, New Jersey, New York regions | | | | | | | | | | | |
| 4 oz | 250 | 22 | 3.5 | 6 | 7 | 26 | 2 | 0 | 8 | 10 | 40 |
| Fish Nibblers | | | | | | | | | | | |
| Small Order 14 pieces | 280 | 16 | 3.5 | 4.5 | 0 | 36 | 8 | 20 | 19 | 0 | 6 |
| Large Order (Sack), 48 pieces | 1090 | 56 | 12 | 16 | 5 | 124 | 27 | 68 | 65 | 0 | 25 |
| Mozzarella Cheese Sticks | | | | | | | | | | | |
| 3 Sticks | 250 | 14 | 6 | 2 | 7 | 31 | 7 | 4 | 10 | 0 | 2 |
| 5 Sticks | 420 | 23 | 10 | 3 | 13 | 52 | 12 | 8 | 17 | 0 | 4 |
| 10 Sticks | 840 | 46 | 20 | 6 | 25 | 104 | 24 | 20 | 34 | 0 | 0 |

| Nutrition Facts | Calories | Fat (g) | Sat Fat (g) | Trans Fat (g) | % Daily Value | % Daily Value | % Daily Value | % Daily Value | Protein (g) | Vitamin C | Iron |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CONDIMENTS** | | | | | | | | | | | |
| **BBQ Sauce All Regions** | | | | | | | | | | | |
| 1 Packet | 15 | 0 | 0 | 0 | 0 | 7 | 1 | 0 | 0 | 0 | 0 |
| **BBQ Sauce All Regions** | | | | | | | | | | | |
| 1 Container | 35 | 0.5 | 0 | 0 | 0 | 16 | 3 | 0 | 0 | 0 | 0 |
| **Dusseldorf Mustard, Chicago, Cincinnati, Louisville, Nashville regions** | | | | | | | | | | | |
| 1 Packet | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| **Fat Free Honey Mustard Sauce All Regions** | | | | | | | | | | | |
| 1 Packet | 20 | 0 | 0 | 0 | 0 | 3 | 2 | 0 | 0 | 0 | 0 |
| **Fat Free Honey Mustard Sauce All Regions** | | | | | | | | | | | |
| 1 Container | 50 | 0 | 0 | 0 | 0 | 6 | 4 | 0 | 0 | 0 | 2 |
| **Grape Jelly - New York, Indianapolis, Minneapolis, Louisville, Chicago** | | | | | | | | | | | |
| 1 Container | 35 | 0 | 0 | 0 | 0 | 0 | 30 | 0 | 0 | 0 | 0 |
| **Hamburger Sauce, Detroit region** | | | | | | | | | | | |
| 1 1/2 tsp | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| **Horseradish Mustard, Indianapolis, St Louis regions** | | | | | | | | | | | |
| 1 Packet | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| **Hot Sauce All Regions** | | | | | | | | | | | |
| 1 Packet | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 2 | 0 |
| **Ketchup, All Regions** | | | | | | | | | | | |
| 1 Packet | 10 | 0 | 0 | 0 | 0 | 4 | 1 | 0 | 0 | 0 | 0 |
| **Ketchup - Chicago, Cincinnati, Columbus, Detroit, Louisville, Minneapolis, Nashville, New York, New Jersey, NE Ohio,** | | | | | | | | | | | |
| 1 tbsp | 20 | 0 | 0 | 0 | 0 | 8 | 2 | 0 | 0 | 0 | 0 |
| **Lemon Juice - All Regions** | | | | | | | | | | | |
| 1 packet | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Maple Syrup -** | | | | | | | | | | | |
| 1 Container | 120 | 0 | 0 | 0 | 0 | 1 | 10 | 0 | 0 | 0 | 0 |
| **Marinara Sauce All Regions** | | | | | | | | | | | |
| 1 Container | 15 | 0 | 0 | 0 | 0 | 11 | 1 | 0 | 0 | 0 | 0 |
| **Mayonnaise All Regions** | | | | | | | | | | | |
| 1 Packet | 60 | 7 | 1 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 |
| **Mustard , Columbus, Detroit, Minneapolis, Nashville, NE Ohio, New Jersey, New York, regions** | | | | | | | | | | | |
| 1 Packet | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| **Mustard - Indianapolis** | | | | | | | | | | | |
| 1 tsp | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 |
| **Mustard - Minneapolis, Columbus, Detroit, NE Ohio** | | | | | | | | | | | |
| 1 tsp | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| **Ranch Dressing All Regions** | | | | | | | | | | | |
| 1 Container | 150 | 17 | 2.5 | 0 | 5 | 9 | 0 | 0 | 0 | 0 | 0 |
| **Seafood Sauce - All Regions** | | | | | | | | | | | |
| 1 container | 30 | 0 | 0 | 0 | 0 | 14 | 2 | 0 | 0 | 6 | 0 |
| **Spicy Hamburger Sauce , Chicago, Minneapolis regions** | | | | | | | | | | | |
| 1 1/2 tsp | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| **Strawberry Jam - Chicago, New York, Indianapolis, Louisville** | | | | | | | | | | | |
| 1 container | 40 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 6 | 0 |
| **Tartar Sauce, All Regions** | | | | | | | | | | | |
| 1 Packet | 30 | 2.5 | 0 | 0 | 0 | 5 | 1 | 0 | 0 | 0 | 0 |
| **Tartar Sauce, Chicago, Minneapolis, New Jersey, New York regions** | | | | | | | | | | | |
| 1 Container | 90 | 8 | 1.5 | 0 | 5 | 9 | 1 | 0 | 0 | 0 | 0 |
| **White Castle Zesty Zing Sauce All Regions** | | | | | | | | | | | |
| 1 Container | 110 | 11 | 1.5 | 0 | 5 | 8 | 1 | 0 | 0 | 0 | 0 |

| Nutrition Facts | Calories | Fat (g) | Sat Fat (g) | Trans Fat (g) | % Daily Value | % Daily Value | % Daily Value | % Daily Value | Protein (g) | Vitamin C | Iron |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **BEVERAGES*** | | | | | | | | | | | |
| **Coffee** | | | | | | | | | | | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | <5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Hot Chocolate** | | | | | | | | | | | |
| | 140 | 4 | 0.5 | 1.5 | | 0 | 8 | 9 | | 1 | 0 |
| | 220 | 6 | 0.5 | 2.5 | | 0 | 13 | 13 | | 1 | 0 |
| | 300 | 8 | 1 | 3 | | 0 | 17 | 18 | | 2 | 0 |
| | 370 | 10 | 1 | 4 | | 0 | 21 | 23 | | 2 | 0 |
| **Iced Tea Lemon, New Jersey, New York regions** | | | | | | | | | | | |
| | 80 | 0 | 0 | 0 | | 0 | 0 | 7 | 0 | 0 | 0 |
| | 170 | 0 | 0 | 0 | | 0 | 0 | 15 | 0 | 0 | 0 |
| | 260 | 0 | 0 | 0 | | 0 | 1 | 24 | 0 | 0 | 0 |
| | 360 | 0 | 0 | 0 | | 0 | 2 | 32 | 0 | 0 | 0 |
| **Iced Tea Raspberry, Chicago region** | | | | | | | | | | | |
| | 80 | 0 | 0 | 0 | | 0 | 0 | 7 | 0 | 0 | 0 |
| | 170 | 0 | 0 | 0 | | 0 | 0 | 15 | 0 | 0 | 0 |
| | 270 | 0 | 0 | 0 | | 0 | 1 | 24 | 0 | 0 | 0 |
| | 370 | 0 | 0 | 0 | | 0 | 2 | 33 | 0 | 0 | 0 |
| **Iced Tea Unsweetened, Columbus, NE Ohio, Indianapolis regions** | | | | | | | | | | | |
| | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | | 0 | 1 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | | 0 | 2 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | | 0 | 3 | 0 | 0 | 0 | 0 |
| **Orange Juice, Indianapolis region** | | | | | | | | | | | |
| | 80 | 0 | 0 | 0 | | 0 | 0 | 0 | 1 | 50 | 0 |
| **Minute Maid Original Orange Juice, Minneapolis, Columbus, NE Ohio, Chicago regions** | | | | | | | | | | | |
| | 140 | 0 | 0 | 0 | | 0 | | 11 | 2 | 200 | 0 |
| | 290 | 0 | 0 | 0 | | 0 | | 23 | 5 | 420 | 0 |
| | 440 | 0 | 0 | 0 | | 0 | | 36 | 7 | 640 | 0 |
| **Minute Maid Raspberry Lemonade, Minneapolis, Columbus, NE Ohio, Chicago regions** | | | | | | | | | | | |
| | 140 | 0 | 0 | 0 | | 0 | | 12 | 0 | 20 | 0 |
| | 290 | 0 | 0 | 0 | | 0 | | 26 | 0 | 40 | 0 |
| | 440 | 0 | 0 | 0 | | 0 | | 39 | 0 | 60 | 0 |
| **Orange HiC, Chicago, Detroit, Indianapolis, New Jersey, St Louis regions** | | | | | | | | | | | |
| | 120 | 0 | 0 | 0 | | 0 | | 11 | 0 | 110 | 0 |
| | 250 | 0 | 0 | 0 | | 0 | | 22 | 0 | 225 | 0 |
| | 380 | 0 | 0 | 0 | | 0 | | 34 | 0 | 340 | 0 |
| | 520 | 0 | 0 | 0 | | 0 | | 47 | 0 | 470 | 0 |
| **Fruit Punch HiC, Chicago, Columbus, Detroit, Minneapolis, NE Ohio regions** | | | | | | | | | | | |
| | 110 | 0 | 0 | 0 | | 0 | 0 | 10 | 0 | 110 | 0 |
| | 240 | 0 | 0 | 0 | | 0 | 0 | 21 | 0 | 220 | 0 |
| | 360 | 0 | 0 | 0 | | 0 | 1 | 32 | 0 | 340 | 0 |
| | 490 | 0 | 0 | 0 | | 0 | 2 | 44 | 0 | 470 | 0 |
| **Lemonade Pink HiC, Cincinnati, Detroit, Louisville, Nashville, New York regions** | | | | | | | | | | | |
| | 100 | 0 | 0 | 0 | | 0 | 2 | 9 | 0 | 110 | 0 |
| | 220 | 0 | 0 | 0 | | 0 | 4 | 19 | 0 | 225 | 0 |
| | 330 | 0 | 0 | 0 | | 0 | 6 | 29 | 0 | 340 | 0 |
| | 450 | 0 | 0 | 0 | | 0 | 8 | 40 | 0 | 470 | 0 |
| **Fanta Orange Soda** | | | | | | | | | | | |
| | 110 | 0 | 0 | 0 | | 0 | | 10 | 0 | 0 | 0 |
| | 240 | 0 | 0 | 0 | | 0 | | 21 | 0 | 0 | 0 |
| | 360 | 0 | 0 | 0 | | 0 | | 33 | 0 | 0 | 0 |
| | 500 | 0 | 0 | 0 | | 0 | | 45 | 0 | 0 | 0 |
| **Fanta Grape Soda, Chicago region** | | | | | | | | | | | |
| | 120 | 0 | 0 | 0 | | 0 | | 11 | 0 | 0 | 0 |
| | 260 | 0 | 0 | 0 | | 0 | | 23 | 0 | 0 | 0 |
| | 390 | 0 | 0 | 0 | | 0 | 1 | 35 | 0 | 0 | 0 |
| | 540 | 0 | 0 | 0 | | 0 | 2 | 48 | 0 | 0 | 0 |
| **Fanta Strawberry Soda, Minneapolis region** | | | | | | | | | | | |
| | 120 | 0 | 0 | 0 | | 0 | | 11 | 0 | 0 | 0 |
| | 260 | 0 | 0 | 0 | | 0 | | 23 | 0 | 0 | 0 |
| | 390 | 0 | 0 | 0 | | 0 | | 35 | 0 | 0 | 0 |
| | 530 | 0 | 0 | 0 | | 0 | | 48 | 0 | 0 | 0 |

| Nutrition Facts | Calories | Fat (g) | Sat Fat (g) | Trans Fat (g) | % Daily Value | % Daily Value | % Daily Value | % Daily Value | Protein (g) | Vitamin C | Iron |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **BEVERAGES*** | | | | | | | | | | | |
| **Icee Coke Indianapolis** | | | | | | | | | | | |
| | 70 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 |
| | 150 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 |
| | 230 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 0 | 0 |
| | 320 | 0 | 0 | 0 | 0 | 1 | 29 | 0 | 0 | 0 | 0 |
| **Icee Grape, Columbus, Cincinnati, Nashville** | | | | | | | | | | | |
| | 70 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 |
| | 160 | 0 | 0 | 0 | 0 | 1 | 14 | 0 | 0 | 0 | 0 |
| | 240 | 0 | 0 | 0 | 0 | 2 | 21 | 0 | 0 | 0 | 0 |
| | 330 | 0 | 0 | 0 | 0 | 3 | 29 | 0 | 0 | 0 | 0 |
| **Icee Cherry, Cincinnati, Detroit, St Louis, New York, Minneapolis, Nashville, Indianapolis regions** | | | | | | | | | | | |
| | 70 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 |
| | 150 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 |
| | 230 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 0 | 0 |
| | 320 | 0 | 0 | 0 | 0 | 1 | 29 | 0 | 0 | 0 | 0 |
| **Icee Cherry, St. Louis only** | | | | | | | | | | | |
| | 470 | 0 | 0 | 0 | 0 | 1 | 42 | 0 | 0 | 0 | 0 |
| **Coca-Cola Classic** | | | | | | | | | | | |
| | 110 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 |
| | 220 | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 0 |
| | 340 | 0 | 0 | 0 | 0 | 0 | 31 | 0 | 0 | 0 | 0 |
| | 470 | 0 | 0 | 0 | 0 | 0 | 42 | 0 | 0 | 0 | 0 |
| **Diet Coke, Chicago, Detroit, Minneapolis, Nashville, New Jersey, St Louis regions** | | | | | | | | | | | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| **Diet Coke Caffeine Free, Cincinnati, Columbus, Indianapolis, Louisville, NE Ohio, New Jersey, New York regions** | | | | | | | | | | | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 |
| **Cherry Coca-Cola, Cincinnati, Minneapolis regions** | | | | | | | | | | | |
| | 110 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 |
| | 230 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 0 | 0 |
| | 360 | 0 | 0 | 0 | 0 | 0 | 32 | 0 | 0 | 0 | 0 |
| | 490 | 0 | 0 | 0 | 0 | 0 | 45 | 0 | 0 | 0 | 0 |
| **Sprite** | | | | | | | | | | | |
| | 100 | 0 | 0 | 0 | 0 | 1 | 9 | 0 | 0 | 0 | 0 |
| | 220 | 0 | 0 | 0 | 0 | 2 | 20 | 0 | 0 | 0 | 0 |
| | 330 | 0 | 0 | 0 | 0 | 3 | 30 | 0 | 0 | 0 | 0 |
| | 460 | 0 | 0 | 0 | 0 | 4 | 41 | 0 | 0 | 0 | 0 |
| **Pibb Xtra, Nashville, St Louis regions** | | | | | | | | | | | |
| | 100 | 0 | 0 | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 0 |
| | 220 | 0 | 0 | 0 | 0 | 1 | 20 | 0 | 0 | 0 | 0 |
| | 330 | 0 | 0 | 0 | 0 | 2 | 30 | 0 | 0 | 0 | 0 |
| | 460 | 0 | 0 | 0 | 0 | 3 | 41 | 0 | 0 | 0 | 0 |
| **Barq's Red Cream Soda, Columbus, Indianapolis, NE Ohio regions** | | | | | | | | | | | |
| | 120 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 0 | 0 | 0 |
| | 260 | 0 | 0 | 0 | 0 | 2 | 23 | 0 | 0 | 0 | 0 |
| | 400 | 0 | 0 | 0 | 0 | 3 | 35 | 0 | 0 | 0 | 0 |
| | 540 | 0 | 0 | 0 | 0 | 4 | 48 | 0 | 0 | 0 | 0 |
| **Big Red, Cincinnati, Louisville, Nashville regions** | | | | | | | | | | | |
| | 100 | 0 | 0 | 0 | 0 | 1 | 9 | 0 | 0 | 0 | 0 |
| | 270 | 0 | 0 | 0 | 0 | 3 | 22 | 0 | 0 | 0 | 0 |
| | 410 | 0 | 0 | 0 | 0 | 4 | 34 | 0 | 0 | 0 | 0 |
| | 560 | 0 | 0 | 0 | 0 | 5 | 46 | 0 | 0 | 0 | 0 |
| **Icee Powerade Mountain Blast** | | | | | | | | | | | |
| | 70 | 0 | 0 | 0 | 0 | 3 | 6 | 0 | 0 | 0 | 0 |
| | 140 | 0 | 0 | 0 | 0 | 5 | 13 | 0 | 0 | 0 | 0 |
| | 220 | 0 | 0 | 0 | 0 | 8 | 19 | 0 | 0 | 0 | 0 |
| | 300 | 0 | 0 | 0 | 0 | 10 | 26 | 0 | 0 | 0 | 0 |
| **Icee Fanta Blue Raspberry** | | | | | | | | | | | |
| | 80 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 |
| | 170 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 0 | 0 |
| | 260 | 0 | 0 | 0 | 0 | 1 | 23 | 0 | 0 | 0 | 0 |
| | 350 | 0 | 0 | 0 | 0 | 1 | 32 | 0 | 0 | 0 | 0 |

| Nutrition Facts | Calories | Fat (g) | Sat Fat (g) | Trans Fat (g) | % Daily Value | % Daily Value | % Daily Value | % Daily Value | Protein (g) | Vitamin C | Iron |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MILK SHAKES** | | | | | | | | | | | |
| **Chocolate Shake, Columbus region** | | | | | | | | | | | |
| | 430 | 12 | 8 | | 13 | 15 | 23 | 0 | 12 | 8 | 0 |
| | 650 | 18 | 12 | | 20 | 23 | 34 | 0 | 18 | 10 | 0 |
| | 890 | 25 | 17 | | 28 | 31 | 47 | 0 | 25 | 16 | 0 |
| **Vanilla Shake, Columbus region** | | | | | | | | | | | |
| | 410 | 12 | 8 | | 13 | 15 | 21 | 0 | 12 | 8 | 0 |
| | 620 | 18 | 12 | | 20 | 23 | 32 | 0 | 18 | 10 | 0 |
| | 860 | 25 | 17 | | 27 | 31 | 44 | 0 | 25 | 15 | 0 |
| **Strawberry Shake, Columbus region** | | | | | | | | | | | |
| | 480 | 12 | 8 | | 13 | 15 | 27 | 0 | 12 | 8 | 0 |
| | 730 | 18 | 12 | | 20 | 23 | 41 | 0 | 18 | 10 | 0 |
| | 1010 | 25 | 17 | | 27 | 31 | 57 | 0 | 25 | 15 | 0 |
| **Chocolate Shake Chicago region** | | | | | | | | | | | |
| | 190 | 2 | 1.5 | | 3 | 6 | 13 | 0 | 3 | 0 | 0 |
| | 390 | 4.5 | 3 | | 5 | 12 | 27 | 0 | 6 | 0 | 0 |
| | 600 | 7 | 4.5 | | 7 | 18 | 42 | 0 | 9 | 0 | 0 |
| **Vanilla Shake Chicago region** | | | | | | | | | | | |
| | 150 | 2 | 1.5 | 0 | 3 | 5 | 10 | 0 | 3 | 0 | 0 |
| | 320 | 4.5 | 3 | 0 | 5 | 12 | 22 | 0 | 6 | 0 | 0 |
| | 490 | 7 | 4.5 | 0 | 7 | 18 | 33 | 0 | 9 | 0 | 0 |
| **Strawberry Shake Chicago region** | | | | | | | | | | | |
| | 190 | 2 | 1.5 | 0 | 3 | 6 | 13 | 0 | 3 | 0 | 0 |
| | 400 | 4.5 | 3 | 0 | 5 | 12 | 28 | 0 | 6 | 0 | 0 |
| | 610 | 7 | 4.5 | 0 | 7 | 18 | 42 | 0 | 9 | 0 | 0 |
| **Chocolate Shake Cincinnati region** | | | | | | | | | | | |
| | 570 | 17 | 9 | | 20 | 14 | 30 | 0 | 12 | 0 | 0 |
| | 860 | 25 | 14 | | 32 | 22 | 46 | 0 | 19 | 0 | 0 |
| **Vanilla Shake Cincinnati region** | | | | | | | | | | | |
| | 550 | 16 | 9 | | 20 | 14 | 30 | 0 | 12 | 0 | 0 |
| | 840 | 24 | 14 | | 30 | 22 | 45 | 0 | 19 | 0 | 0 |
| **Strawberry Shake Cincinnati region** | | | | | | | | | | | |
| | 550 | 16 | 9 | | 20 | 14 | 30 | 0 | 12 | 0 | 0 |
| | 840 | 24 | 14 | | 32 | 22 | 45 | 0 | 19 | 0 | 0 |
| **Vanilla Shake Minneapolis region** | | | | | | | | | | | |
| | 450 | 14 | 9 | | 17 | 22 | 26 | 0 | 4 | 0 | 0 |
| | 680 | 21 | 13 | | 27 | 33 | 39 | 0 | 5 | 0 | 0 |
| | 940 | 29 | 18 | | 37 | 46 | 54 | 0 | 8 | 0 | 0 |
| **Strawberry Shake Minneapolis region** | | | | | | | | | | | |
| | 520 | 14 | 9 | | 17 | 22 | 32 | 0 | 3.5 | 0 | 0 |
| | 790 | 21 | 13 | | 27 | 33 | 49 | 0 | 5 | 0 | 0 |
| | 1090 | 29 | 18 | | 37 | 46 | 67 | 0 | 8 | 0 | 0 |
| **Vanilla Shake New York region** | | | | | | | | | | | |
| | 470 | 13 | 9 | | 15 | 23 | 26 | 0 | 9 | 0 | 0 |
| | 720 | 20 | 13 | | 23 | 35 | 40 | 0 | 13 | 0 | 0 |
| | 990 | 28 | 18 | | 30 | 48 | 55 | 0 | 18 | 0 | 0 |
| **Chocolate Shake New York region** | | | | | | | | | | | |
| | 490 | 13 | 9 | | 15 | 17 | 28 | 0 | 9 | 0 | 0 |
| | 740 | 20 | 13 | | 23 | 25 | 43 | 0 | 13 | 0 | 0 |
| | 1020 | 28 | 18 | | 30 | 35 | 58 | 0 | 18 | 0 | 0 |
| **Chocolate Shake Indianapolis region** | | | | | | | | | | | |
| | 230 | 6 | 4.5 | | 7 | 7 | 12 | 0 | 7 | 0 | 6 |
| | 470 | 12 | 9 | | 15 | 14 | 25 | 0 | 15 | 0 | 10 |
| | 730 | 19 | 14 | | 23 | 21 | 39 | 0 | 23 | 0 | 20 |
| **Chocolate Shake St Louis region** | | | | | | | | | | | |
| | 450 | 14 | 8 | 0 | 17 | 10 | 24 | 0 | 10 | 0 | 0 |
| | 690 | 21 | 13 | 0.5 | 27 | 15 | 36 | 0 | 15 | 0 | 0 |
| | 950 | 29 | 20 | 1 | 37 | 20 | 50 | 0 | 21 | 0 | 0 |
| **Chocolate Shake New Jersey region** | | | | | | | | | | | |
| | 580 | 15 | 10 | | 17 | 14 | 32 | 0 | 15 | 0 | 10 |
| | 890 | 23 | 15 | | 23 | 22 | 49 | 0 | 23 | 0 | 15 |
| | 1230 | 32 | 21 | | 33 | 30 | 68 | 0 | 32 | 0 | 20 |
| **Vanilla Shake New Jersey region** | | | | | | | | | | | |
| | 560 | 15 | 10 | | 17 | 14 | 31 | 0 | 15 | 0 | 0 |
| | 860 | 23 | 15 | | 23 | 22 | 47 | 0 | 23 | 0 | 15 |
| | 1180 | 32 | 21 | | 33 | 30 | 64 | 0 | 32 | 0 | 20 |
| **Chocolate Shake Louisville region** | | | | | | | | | | | |
| | 410 | 12 | 8 | 0 | 18 | 11 | 22 | 12 | 9 | 0 | 6 |
| | 530 | 15 | 10 | 0 | 23 | 15 | 29 | 16 | 11 | 0 | 8 |
| | 810 | 23 | 15 | 0.5 | 37 | 23 | 45 | 24 | 17 | 0 | 10 |
| **Vanilla Shake Nashville region** | | | | | | | | | | | |
| | 520 | 15 | 9 | | 15 | 16 | 28 | 0 | 12 | 0 | 0 |
| | 790 | 23 | 14 | | 23 | 25 | 42 | 0 | 19 | 0 | 0 |
| **Chocolate Shake Nashville region** | | | | | | | | | | | |
| | 560 | 15 | 9 | 0 | 20 | 13 | 31 | 0 | 12 | 0 | 4 |

* Sodium values may vary depending on restaurant preparation.
**Sandwiches weight based on the weight before cooking.
All New York locations add ketchup to all their hamburgers. See condiments for nutritional values.
*Sodium values may vary depending on the water used for beverages.
*** Nutrition based on 1/3 cup of ice for beverages.
Nutrition Information on all Coca-Cola products provided by the Coca-Cola Company.  FDA Rounding Rules used.
****Louisville & Nashville does not serve 44 oz.
▲ represents Trans Fat information which will be updated as these values become available.
Nutritional Disclaimer
The nature of restaurant preparation makes it impractical to provide exact nutritional information.
Therefore, the information listed should be considered guidelines. Serving sizes may vary from quantity
upon which the analyses were conducted. Variations may occur depending on the supplier, seasonal
variations, region of country, recipe revisions, ingredient substitutions and variation in product assembly.
Customized orders will also change nutritional values for menu items. Certain menu items may not be
available at all locations.
Nutrition information was derived from the following sources:  independent laboratories, USDA Nutrient
Database, and supplier nutritional information. Nutritional information is based on standard product
formulations, variations may occur.
We encourage people with allergies and sensitivities to food to contact the White Castles Consumer Affairs
Department for the most up to date information at 1-800-THE-CRAVE (1-800-843-2728) or visit us at our
web site, www.whitecastle.com.