Exhibit A

## Nutritional Information for Ice Cream and Sorbet

**COLD STONE CREAMERY**

| Ice Cream | Serving Weight (g) | Size | Calories | Calories from Fat | Total Fat (g) | % of Daily Value*** | Saturated Fat (g) | % of Daily Value*** | Trans Fat (g) | Cholesterol (mg) | % of Daily Value*** | Sodium (mg) | % of Daily Value*** | Total Carbohydrate (g) | % of Daily Value*** | Dietary Fiber (g) | % of Daily Value*** | Sugar (g) | Sugar Alcohols (g) | Protein (g) | Vitamin A (% daily value) | Vitamin C (% daily value) | Calcium (% daily value) | Iron (% daily value) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amaretto Ice Cream | 142 | Like it | 330 | 180 | 20 | 31% | 12 | 60% | 0.5 | 80 | 27% | 80 | 3% | 33 | 11% | 0 | 0% | 29 | 0 | 5 | 15 | 2 | 20 | 0 |
| Amaretto Ice Cream | 227 | Love it | 530 | 280 | 31 | 48% | 20 | 100% | 1.0 | 125 | 42% | 130 | 5% | 53 | 18% | 0 | 0% | 46 | 0 | 8 | 25 | 4 | 30 | 0 |
| Amaretto Ice Cream | 340 | Gotta Have it | 790 | 420 | 47 | 72% | 30 | 150% | 1.5 | 185 | 62% | 190 | 8% | 80 | 27% | 0 | 0% | 69 | 0 | 12 | 35 | 6 | 45 | 0 |
| Banana Ice Cream | 142 | Like it | 310 | 160 | 18 | 28% | 12 | 60% | 0.5 | 70 | 23% | 80 | 3% | 36 | 11% | 0 | 0% | 28 | 0 | 5 | 15 | 4 | 15 | 0 |
| Banana Ice Cream | 227 | Love it | 500 | 260 | 29 | 45% | 18 | 90% | 1.0 | 115 | 38% | 125 | 5% | 58 | 18% | 0 | 0% | 45 | 0 | 8 | 20 | 6 | 25 | 0 |
| Banana Ice Cream | 340 | Gotta Have it | 750 | 390 | 44 | 68% | 28 | 140% | 1.0 | 175 | 58% | 170 | 7% | 86 | 27% | 1 | 4% | 68 | 0 | 11 | 35 | 10 | 40 | 0 |
| Black Cherry Ice Cream | 142 | Like it | 330 | 170 | 19 | 29% | 12 | 60% | 0.5 | 75 | 25% | 75 | 3% | 36 | 12% | 0 | 0% | 32 | 0 | 5 | 15 | 2 | 15 | 0 |
| Black Cherry Ice Cream | 227 | Love it | 530 | 270 | 30 | 46% | 19 | 95% | 1.0 | 120 | 40% | 120 | 5% | 58 | 19% | 0 | 0% | 51 | 0 | 8 | 20 | 4 | 25 | 0 |
| Black Cherry Ice Cream | 340 | Gotta Have it | 790 | 400 | 44 | 68% | 28 | 140% | 1.0 | 175 | 58% | 180 | 8% | 86 | 29% | 0 | 0% | 76 | 0 | 11 | 35 | 6 | 40 | 0 |
| Bubble Gum Ice Cream | 142 | Like it | 330 | 150 | 17 | 26% | 10 | 55% | 0.0 | 65 | 22% | 70 | 4% | 40 | 13% | 0 | 0% | 35 | 0 | 4 | 15 | 0 | 15 | 0 |
| Bubble Gum Ice Cream | 227 | Love it | 520 | 240 | 27 | 42% | 17 | 85% | 1.0 | 110 | 37% | 140 | 6% | 64 | 21% | 0 | 0% | 55 | 0 | 7 | 20 | 4 | 25 | 0 |
| Bubble Gum Ice Cream | 340 | Gotta Have it | 780 | 360 | 41 | 63% | 25 | 130% | 1.0 | 160 | 53% | 210 | 9% | 96 | 32% | 0 | 0% | 79 | 0 | 10 | 30 | 4 | 35 | 0 |
| Butter Pecan Ice Cream | 142 | Like it | 320 | 170 | 19 | 29% | 12 | 60% | 0.5 | 75 | 25% | 105 | 4% | 32 | 11% | 0 | 0% | 28 | 0 | 5 | 15 | 2 | 20 | 0 |
| Butter Pecan Ice Cream | 227 | Love it | 520 | 280 | 31 | 48% | 20 | 100% | 1.0 | 125 | 42% | 170 | 7% | 53 | 18% | 0 | 0% | 45 | 0 | 8 | 25 | 4 | 30 | 0 |
| Butter Pecan Ice Cream | 340 | Gotta Have it | 780 | 420 | 47 | 72% | 30 | 150% | 1.5 | 185 | 62% | 260 | 11% | 79 | 26% | 0 | 0% | 68 | 0 | 12 | 35 | 6 | 40 | 0 |
| Cake Batter Ice Cream | 142 | Like it | 340 | 170 | 19 | 29% | 12 | 60% | 0.5 | 70 | 23% | 240 | 8% | 41 | 14% | 0 | 0% | 32 | 0 | 5 | 15 | 2 | 20 | 2 |
| Cake Batter Ice Cream | 227 | Love it | 550 | 270 | 30 | 46% | 19 | 95% | 1.5 | 115 | 38% | 280 | 12% | 65 | 22% | 0 | 0% | 51 | 0 | 8 | 20 | 4 | 30 | 2 |
| Cake Batter Ice Cream | 340 | Gotta Have it | 830 | 410 | 45 | 69% | 28 | 140% | 2.0 | 170 | 57% | 420 | 18% | 98 | 33% | 0 | 0% | 76 | 0 | 12 | 30 | 4 | 45 | 8 |
| Candy Cane Ice Cream | 142 | Like it | 350 | 180 | 20 | 31% | 12 | 60% | 1.0 | 75 | 25% | 75 | 3% | 40 | 13% | 0 | 0% | 33 | 0 | 5 | 15 | 2 | 15 | 0 |
| Candy Cane Ice Cream | 227 | Love it | 560 | 290 | 32 | 49% | 19 | 95% | 2.0 | 115 | 38% | 120 | 5% | 64 | 21% | 0 | 0% | 52 | 0 | 7 | 20 | 4 | 25 | 0 |
| Candy Cane Ice Cream | 340 | Gotta Have it | 850 | 430 | 47 | 72% | 28 | 140% | 3.0 | 175 | 58% | 180 | 8% | 95 | 32% | 0 | 0% | 78 | 0 | 11 | 35 | 6 | 40 | 0 |
| Cheesecake Ice Cream | 142 | Like it | 330 | 160 | 18 | 28% | 11 | 55% | 0.5 | 70 | 23% | 125 | 5% | 37 | 12% | 0 | 0% | 31 | 0 | 5 | 15 | 2 | 15 | 0 |
| Cheesecake Ice Cream | 227 | Love it | 520 | 260 | 29 | 45% | 18 | 90% | 1.0 | 115 | 38% | 200 | 8% | 60 | 20% | 0 | 0% | 49 | 0 | 8 | 20 | 4 | 25 | 0 |
| Cheesecake Ice Cream | 340 | Gotta Have it | 790 | 390 | 43 | 65% | 27 | 135% | 1.0 | 170 | 57% | 300 | 13% | 89 | 30% | 0 | 0% | 74 | 0 | 11 | 35 | 4 | 40 | 0 |
| Chocolate Ice Cream | 142 | Like it | 320 | 180 | 20 | 31% | 13 | 65% | 0.5 | 75 | 25% | 95 | 4% | 33 | 11% | 1 | 5% | 30 | 0 | 6 | 15 | 2 | 20 | 2 |
| Chocolate Ice Cream | 227 | Love it | 520 | 290 | 32 | 49% | 20 | 100% | 1.0 | 125 | 42% | 160 | 7% | 53 | 18% | 2 | 7% | 48 | 0 | 9 | 25 | 4 | 30 | 4 |
| Chocolate Ice Cream | 340 | Gotta Have it | 780 | 430 | 48 | 74% | 30 | 150% | 1.5 | 185 | 62% | 230 | 10% | 79 | 26% | 3 | 11% | 71 | 0 | 13 | 35 | 6 | 45 | 6 |
| Cinnamon Ice Cream | 142 | Like it | 330 | 180 | 20 | 31% | 12 | 60% | 0.5 | 80 | 27% | 80 | 3% | 34 | 11% | 0 | 5% | 30 | 0 | 5 | 15 | 2 | 20 | 0 |
| Cinnamon Ice Cream | 227 | Love it | 530 | 280 | 31 | 48% | 20 | 100% | 1.0 | 125 | 42% | 130 | 5% | 55 | 18% | 0 | 4% | 47 | 0 | 8 | 20 | 4 | 30 | 0 |
| Cinnamon Ice Cream | 340 | Gotta Have it | 790 | 430 | 47 | 72% | 30 | 150% | 1.5 | 185 | 62% | 190 | 8% | 82 | 27% | 0 | 0% | 70 | 0 | 12 | 35 | 6 | 45 | 0 |
| Cinnamon Bun Ice Cream | 142 | Like it | 370 | 190 | 21 | 32% | 12 | 60% | 0.5 | 70 | 23% | 100 | 4% | 43 | 14% | 0 | 0% | 36 | 0 | 4 | 15 | 2 | 15 | 2 |
| Cinnamon Bun Ice Cream | 227 | Love it | 600 | 300 | 33 | 51% | 19 | 95% | 1.0 | 115 | 38% | 160 | 7% | 68 | 23% | 0 | 0% | 57 | 0 | 7 | 20 | 4 | 25 | 4 |
| Cinnamon Bun Ice Cream | 340 | Gotta Have it | 890 | 450 | 50 | 77% | 29 | 145% | 1.5 | 170 | 57% | 240 | 10% | 102 | 34% | <1 | 2% | 86 | 0 | 11 | 30 | 6 | 40 | 6 |
| Coconut Ice Cream | 142 | Like it | 330 | 180 | 20 | 31% | 12 | 60% | 0.5 | 70 | 25% | 80 | 3% | 34 | 11% | 0 | 0% | 28 | 0 | 5 | 15 | 4 | 20 | 0 |
| Coconut Ice Cream | 227 | Love it | 520 | 280 | 31 | 48% | 20 | 100% | 1.0 | 125 | 42% | 125 | 5% | 54 | 18% | 0 | 0% | 45 | 0 | 8 | 25 | 4 | 30 | 0 |
| Coconut Ice Cream | 340 | Gotta Have it | 790 | 420 | 47 | 72% | 30 | 150% | 1.5 | 185 | 62% | 190 | 8% | 81 | 27% | 0 | 0% | 68 | 0 | 12 | 35 | 6 | 40 | 0 |
| Coffee Ice Cream | 142 | Like it | 330 | 180 | 20 | 31% | 12 | 60% | 0.5 | 80 | 27% | 80 | 3% | 34 | 11% | 0 | 0% | 29 | 0 | 5 | 15 | 2 | 20 | 0 |
| Coffee Ice Cream | 227 | Love it | 530 | 280 | 31 | 48% | 20 | 100% | 1.0 | 125 | 42% | 125 | 5% | 54 | 18% | 0 | 0% | 46 | 0 | 8 | 25 | 4 | 30 | 0 |
| Coffee Ice Cream | 340 | Gotta Have it | 790 | 420 | 47 | 72% | 30 | 150% | 1.5 | 185 | 62% | 190 | 8% | 81 | 27% | 0 | 0% | 69 | 0 | 12 | 35 | 6 | 45 | 2 |
| Cookie Batter Ice Cream | 142 | Like it | 360 | 180 | 20 | 31% | 12 | 65% | 0.0 | 65 | 22% | 240 | 10% | 44 | 15% | 0 | 0% | 34 | 0 | 5 | 15 | 0 | 15 | 0 |
| Cookie Batter Ice Cream | 227 | Love it | 560 | 280 | 32 | 49% | 19 | 95% | 1.0 | 105 | 35% | 380 | 15% | 70 | 24% | 0 | 0% | 54 | 0 | 8 | 20 | 4 | 25 | 0 |
| Cookie Batter Ice Cream | 340 | Gotta Have it | 850 | 420 | 48 | 73% | 29 | 145% | 1.0 | 160 | 52% | 570 | 24% | 107 | 35% | 0 | 0% | 81 | 0 | 12 | 30 | 4 | 40 | 0 |
| Cotton Candy Ice Cream | 142 | Like it | 330 | 170 | 19 | 29% | 12 | 60% | 0.5 | 75 | 25% | 75 | 3% | 34 | 11% | 0 | 0% | 28 | 0 | 5 | 15 | 2 | 20 | 0 |
| Cotton Candy Ice Cream | 227 | Love it | 530 | 280 | 31 | 48% | 20 | 100% | 1.0 | 125 | 42% | 120 | 5% | 55 | 18% | 0 | 0% | 45 | 0 | 8 | 25 | 4 | 30 | 0 |
| Cotton Candy Ice Cream | 340 | Gotta Have it | 790 | 420 | 47 | 72% | 29 | 145% | 1.5 | 185 | 62% | 180 | 8% | 82 | 27% | 0 | 0% | 68 | 0 | 12 | 35 | 6 | 40 | 0 |
| Dark Chocolate Ice Cream | 142 | Like it | 340 | 180 | 20 | 31% | 12 | 60% | 0.5 | 70 | 23% | 95 | 4% | 37 | 12% | 1 | 5% | 29 | 0 | 6 | 15 | 0 | 15 | 2 |
| Dark Chocolate Ice Cream | 227 | Love it | 540 | 280 | 32 | 49% | 20 | 100% | 1.0 | 115 | 38% | 150 | 6% | 57 | 19% | 5 | 20% | 48 | 0 | 11 | 20 | 4 | 30 | 4 |
| Dark Chocolate Ice Cream | 340 | Gotta Have it | 800 | 420 | 47 | 72% | 30 | 150% | 1.0 | 175 | 58% | 230 | 10% | 85 | 29% | 6 | 25% | 68 | 0 | 16 | 35 | 6 | 45 | 6 |
| Dark Chocolate Peppermint Ice Cream | 142 | Like it | 340 | 180 | 20 | 31% | 12 | 60% | 0.5 | 75 | 25% | 95 | 4% | 32 | 11% | 3 | 12% | 29 | 0 | 7 | 15 | 2 | 20 | 2 |
| Dark Chocolate Peppermint Ice Cream | 227 | Love it | 540 | 280 | 32 | 49% | 20 | 100% | 1.0 | 115 | 38% | 150 | 6% | 54 | 18% | 5 | 19% | 45 | 0 | 11 | 20 | 4 | 30 | 4 |
| Dark Chocolate Peppermint Ice Cream | 340 | Gotta Have it | 810 | 420 | 47 | 72% | 29 | 145% | 1.0 | 175 | 58% | 230 | 10% | 80 | 27% | 7 | 28% | 68 | 0 | 16 | 35 | 6 | 45 | 6 |
| French Toast Ice Cream | 142 | Like it | 330 | 170 | 19 | 29% | 12 | 60% | 0.5 | 75 | 25% | 150 | 6% | 37 | 12% | 0 | 0% | 30 | 0 | 5 | 15 | 2 | 20 | 0 |
| French Toast Ice Cream | 227 | Love it | 530 | 270 | 31 | 47% | 19 | 95% | 1.0 | 120 | 40% | 240 | 10% | 59 | 19% | 0 | 0% | 49 | 0 | 8 | 25 | 4 | 30 | 0 |
| French Toast Ice Cream | 340 | Gotta Have it | 790 | 410 | 46 | 70% | 29 | 145% | 1.5 | 180 | 60% | 370 | 15% | 64 | 28% | 0 | 0% | 73 | 0 | 12 | 35 | 6 | 50 | 0 |
| French Vanilla Ice Cream | 142 | Like it | 340 | 170 | 19 | 29% | 14 | 70% | 0.5 | 100 | 33% | 80 | 3% | 37 | 12% | 0 | 0% | 33 | 0 | 5 | 15 | 2 | 15 | 0 |
| French Vanilla Ice Cream | 227 | Love it | 540 | 270 | 30 | 46% | 22 | 110% | 1.0 | 160 | 20% | 125 | 5% | 60 | 20% | 0 | 0% | 52 | 0 | 8 | 25 | 4 | 25 | 0 |
| French Vanilla Ice Cream | 340 | Gotta Have it | 810 | 410 | 46 | 71% | 33 | 165% | 1.5 | 240 | 80% | 190 | 8% | 89 | 30% | 0 | 0% | 78 | 0 | 12 | 35 | 6 | 40 | 2 |
| Irish Cream Ice Cream | 142 | Like it | 330 | 180 | 20 | 31% | 13 | 65% | 0.5 | 80 | 27% | 80 | 3% | 33 | 11% | 0 | 0% | 29 | 0 | 5 | 15 | 2 | 20 | 0 |
| Irish Cream Ice Cream | 227 | Love it | 530 | 280 | 31 | 48% | 20 | 100% | 1.0 | 125 | 42% | 125 | 5% | 54 | 18% | 0 | 0% | 46 | 0 | 8 | 25 | 4 | 30 | 0 |
| Irish Cream Ice Cream | 340 | Gotta Have it | 790 | 420 | 47 | 72% | 30 | 150% | 1.5 | 185 | 62% | 190 | 8% | 80 | 27% | 0 | 0% | 70 | 0 | 12 | 35 | 6 | 45 | 0 |
| Macadamia Nut Ice Cream | 142 | Like it | 330 | 180 | 20 | 31% | 12 | 60% | 0.5 | 80 | 27% | 75 | 3% | 34 | 11% | 0 | 0% | 29 | 0 | 5 | 15 | 2 | 20 | 0 |
| Macadamia Nut Ice Cream | 227 | Love it | 530 | 280 | 31 | 48% | 20 | 100% | 1.0 | 125 | 42% | 125 | 5% | 540 | 18% | 0 | 0% | 46 | 0 | 8 | 25 | 40 | 30 | 0 |
| Macadamia Nut Ice Cream | 340 | Gotta Have it | 790 | 420 | 47 | 72% | 30 | 150% | 1.5 | 185 | 62% | 190 | 8% | 81 | 27% | 0 | 0% | 70 | 0 | 12 | 35 | 6 | 45 | 0 |
| Mango Ice Cream | 142 | Like it | 310 | 160 | 18 | 28% | 12 | 60% | 0.5 | 70 | 23% | 75 | 3% | 34 | 11% | 0 | 0% | 28 | 0 | 5 | 15 | 6 | 15 | 0 |
| Mango Ice Cream | 227 | Love it | 490 | 260 | 29 | 45% | 18 | 90% | 1.0 | 115 | 38% | 115 | 5% | 55 | 18% | 0 | 0% | 45 | 0 | 8 | 25 | 10 | 25 | 0 |
| Mango Ice Cream | 340 | Gotta Have it | 740 | 390 | 44 | 68% | 28 | 140% | 1.0 | 175 | 58% | 170 | 7% | 80 | 27% | 0 | 0% | 68 | 0 | 11 | 35 | 20 | 40 | 0 |
| Mint Ice Cream | 142 | Like it | 330 | 170 | 19 | 29% | 12 | 60% | 0.5 | 75 | 25% | 75 | 3% | 36 | 12% | 0 | 0% | 31 | 0 | 5 | 15 | 2 | 15 | 0 |
| Mint Ice Cream | 227 | Love it | 530 | 270 | 30 | 46% | 19 | 95% | 1.0 | 120 | 40% | 120 | 5% | 57 | 19% | 0 | 0% | 50 | 0 | 8 | 25 | 4 | 30 | 0 |
| Mint Ice Cream | 340 | Gotta Have it | 790 | 410 | 45 | 69% | 29 | 145% | 1.5 | 180 | 60% | 180 | 8% | 86 | 29% | 0 | 0% | 75 | 0 | 12 | 35 | 6 | 45 | 0 |
| Mocha Ice Cream | 142 | Like it | 320 | 180 | 20 | 31% | 12 | 60% | 0.5 | 75 | 25% | 95 | 4% | 33 | 11% | 1 | 4% | 29 | 0 | 6 | 15 | 2 | 20 | 2 |
| Mocha Ice Cream | 227 | Love it | 520 | 280 | 31 | 48% | 20 | 100% | 1.0 | 120 | 40% | 160 | 6% | 53 | 18% | 2 | 7% | 47 | 0 | 9 | 25 | 4 | 30 | 4 |
| Mocha Ice Cream | 340 | Gotta Have it | 780 | 420 | 47 | 72% | 30 | 150% | 1.5 | 180 | 60% | 230 | 10% | 80 | 27% | 3 | 11% | 70 | 0 | 14 | 35 | 6 | 45 | 6 |
| Oatmeal Cookie Batter Ice Cream | 142 | Like it | 340 | 170 | 19 | 29% | 12 | 60% | 0.5 | 70 | 25% | 110 | 5% | 36 | 12% | 0 | 0% | 28 | 5 | 5 | 15 | 2 | 20 | 4 |
| Oatmeal Cookie Batter Ice Cream | 227 | Love it | 540 | 280 | 31 | 48% | 19 | 95% | 1.0 | 120 | 40% | 170 | 7% | 58 | 19% | <1 | 2% | 45 | 0 | 9 | 30 | 4 | 30 | 6 |
| Oatmeal Cookie Batter Ice Cream | 340 | Gotta Have it | 810 | 420 | 46 | 71% | 29 | 145% | 1.5 | 180 | 60% | 260 | 11% | 87 | 29% | <1 | 2% | 68 | 0 | 13 | 40 | 6 | 45 | 8 |

## Nutritional Information for Ice Cream and Sorbet

**COLD STONE CREAMERY**

| | Serving Weight (g) | Size | Calories | Calories from Fat | Total Fat (g) | % of Daily Value*** | Saturated Fat (g) | % of Daily Value*** | Trans Fat (g) | Cholesterol (mg) | % of Daily Value*** | Sodium (mg) | % of Daily Value*** | Total Carbohydrate (g) | % of Daily Value*** | Dietary Fiber (g) | % of Daily Value*** | Sugar (g) | Sugar Alcohols (g) | Protein (g) | Vitamin A (% daily value) | Vitamin C (% daily value) | Calcium (% daily value) | Iron (% daily value) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ice Cream** | | | | | | | | | | | | | | | | | | | | | | | | |
| Orange Dreamsicle Ice Cream | 142 | Like it | 320 | 170 | 19 | 29% | 12 | 60% | 0.5 | 75 | 25% | 70 | 3% | 35 | 12% | 0 | 0% | 28 | 0 | 5 | 15 | 15 | 15 | 0 |
| Orange Dreamsicle Ice Cream | 227 | Love it | 510 | 270 | 30 | 46% | 19 | 95% | 1.0 | 120 | 40% | 110 | 5% | 55 | 18% | 0 | 0% | 45 | 0 | 7 | 20 | 25 | 25 | 0 |
| Orange Dreamsicle Ice Cream | 340 | Gotta Have it | 760 | 400 | 45 | 69% | 28 | 140% | 1.5 | 180 | 60% | 160 | 7% | 83 | 28% | 0 | 0% | 68 | 0 | 11 | 30 | 35 | 40 | 0 |
| Peach Ice Cream | 142 | Like it | 310 | 150 | 17 | 26% | 11 | 55% | 0.0 | 65 | 22% | 70 | 3% | 36 | 12% | 0 | 0% | 31 | 0 | 4 | 15 | 15 | 15 | 0 |
| Peach Ice Cream | 227 | Love it | 500 | 240 | 27 | 42% | 17 | 85% | 1.0 | 105 | 35% | 110 | 5% | 58 | 19% | <1 | 2% | 50 | 0 | 7 | 20 | 25 | 25 | 0 |
| Peach Ice Cream | 340 | Gotta Have it | 740 | 360 | 41 | 63% | 26 | 130% | 1.0 | 160 | 53% | 160 | 7% | 86 | 29% | <1 | 3% | 75 | 0 | 11 | 30 | 40 | 40 | 0 |
| Peanut Butter Ice Cream | 142 | Like it | 370 | 220 | 24 | 37% | 10 | 65% | 0.5 | 75 | 25% | 100 | 4% | 31 | 10% | 1 | 5% | 28 | 0 | 7 | 15 | 2 | 15 | 0 |
| Peanut Butter Ice Cream | 227 | Love it | 590 | 340 | 38 | 58% | 16 | 85% | 1.0 | 115 | 40% | 160 | 7% | 50 | 17% | 2 | 8% | 44 | 0 | 12 | 20 | 4 | 25 | 0 |
| Peanut Butter Ice Cream | 340 | Gotta Have it | 880 | 520 | 58 | 89% | 24 | 125% | 1.0 | 175 | 60% | 240 | 10% | 75 | 25% | 3 | 11% | 66 | 0 | 18 | 30 | 6 | 35 | 0 |
| Pecan Praline Ice Cream | 142 | Like it | 330 | 170 | 19 | 29% | 12 | 60% | 0.5 | 75 | 25% | 90 | 4% | 37 | 12% | 0 | 0% | 31 | 0 | 5 | 15 | 2 | 15 | 0 |
| Pecan Praline Ice Cream | 227 | Love it | 530 | 270 | 30 | 46% | 19 | 95% | 1.0 | 115 | 38% | 150 | 6% | 58 | 19% | 0 | 0% | 49 | 0 | 8 | 20 | 4 | 25 | 0 |
| Pecan Praline Ice Cream | 340 | Gotta Have it | 800 | 400 | 45 | 69% | 28 | 140% | 1.0 | 175 | 58% | 220 | 9% | 88 | 29% | 0 | 0% | 73 | 0 | 11 | 35 | 6 | 40 | 0 |
| Pistachio Ice Cream | 142 | Like it | 330 | 180 | 20 | 31% | 12 | 65% | 0.5 | 80 | 27% | 75 | 3% | 31 | 10% | 0 | 0% | 28 | 0 | 5 | 15 | 2 | 20 | 0 |
| Pistachio Ice Cream | 227 | Love it | 520 | 280 | 31 | 48% | 20 | 100% | 1.0 | 125 | 42% | 125 | 5% | 50 | 18% | 0 | 0% | 45 | 0 | 9 | 25 | 4 | 30 | 0 |
| Pistachio Ice Cream | 340 | Gotta Have it | 790 | 430 | 48 | 74% | 30 | 150% | 1.5 | 190 | 62% | 190 | 8% | 75 | 25% | 0 | 0% | 70 | 0 | 12 | 35 | 6 | 45 | 0 |
| Pumpkin Ice Cream | 142 | Like it | 290 | 140 | 15 | 23% | 10 | 50% | 0.0 | 60 | 20% | 105 | 4% | 33 | 11% | 1 | 5% | 28 | 0 | 4 | 10 | 0 | 15 | 0 |
| Pumpkin Ice Cream | 227 | Love it | 460 | 220 | 24 | 37% | 15 | 75% | 0.5 | 95 | 32% | 170 | 7% | 53 | 18% | 2 | 8% | 45 | 0 | 7 | 20 | 2 | 20 | 0 |
| Pumpkin Ice Cream | 340 | Gotta Have it | 680 | 330 | 37 | 57% | 23 | 115% | 1.0 | 145 | 48% | 260 | 11% | 80 | 27% | 3 | 11% | 67 | 0 | 10 | 25 | 4 | 35 | 0 |
| Raspberry Ice Cream | 142 | Like it | 330 | 170 | 19 | 29% | 12 | 60% | 0.5 | 75 | 25% | 75 | 3% | 32 | 11% | 0 | 0% | 29 | 0 | 5 | 15 | 6 | 15 | 0 |
| Raspberry Ice Cream | 227 | Love it | 520 | 270 | 30 | 46% | 19 | 95% | 1.0 | 120 | 40% | 120 | 5% | 51 | 18% | 0 | 0% | 45 | 0 | 8 | 20 | 10 | 25 | 0 |
| Raspberry Ice Cream | 340 | Gotta Have it | 780 | 400 | 45 | 69% | 28 | 140% | 1.5 | 180 | 60% | 180 | 8% | 77 | 26% | 0 | 0% | 70 | 0 | 12 | 35 | 15 | 40 | 0 |
| Sinless Sans Fat™ Sweet Cream** | 142 | Like it | 140 | 0 | 0 | 0% | 0 | 0% | 0.0 | <5 | 2% | 110 | 5% | 34 | 11% | <1 | 3% | 9 | 15 | 6 | 8 | 0 | 20 | 0 |
| Sinless Sans Fat™ Sweet Cream** | 227 | Love it | 220 | 0 | 0 | 0% | 0 | 0% | 0.0 | 5 | 2% | 180 | 7% | 55 | 18% | 1 | 4% | 15 | 24 | 10 | 4 | 35 | 0 |
| Sinless Sans Fat™ Sweet Cream** | 340 | Gotta Have it | 330 | 0 | 0 | 0% | 0 | 0% | 0.0 | 10 | 3% | 270 | 11% | 83 | 28% | 2 | 7% | 22 | 36 | 15 | 15 | 4 | 50 | 0 |
| Strawberry Ice Cream | 142 | Like it | 320 | 170 | 19 | 29% | 12 | 60% | 0.5 | 75 | 25% | 75 | 3% | 30 | 10% | 0 | 0% | 30 | 0 | 5 | 15 | 6 | 15 | 0 |
| Strawberry Ice Cream | 227 | Love it | 510 | 270 | 30 | 46% | 19 | 95% | 1.0 | 115 | 38% | 125 | 5% | 47 | 18% | 0 | 0% | 46 | 0 | 8 | 20 | 10 | 25 | 0 |
| Strawberry Ice Cream | 340 | Gotta Have it | 770 | 400 | 44 | 68% | 28 | 140% | 1.5 | 180 | 60% | 180 | 8% | 72 | 24% | 0 | 0% | 72 | 0 | 12 | 35 | 15 | 40 | 0 |
| Sweet Cream Ice Cream | 142 | Like it | 330 | 180 | 20 | 31% | 13 | 65% | 0.5 | 80 | 27% | 80 | 3% | 33 | 11% | 0 | 0% | 29 | 0 | 5 | 15 | 2 | 20 | 0 |
| Sweet Cream Ice Cream | 227 | Love it | 530 | 290 | 32 | 49% | 20 | 100% | 1.0 | 125 | 42% | 125 | 5% | 53 | 18% | 0 | 0% | 46 | 0 | 8 | 25 | 4 | 30 | 0 |
| Sweet Cream Ice Cream | 340 | Gotta Have it | 790 | 430 | 48 | 74% | 30 | 150% | 1.5 | 190 | 63% | 190 | 8% | 80 | 27% | 0 | 0% | 70 | 0 | 12 | 35 | 6 | 45 | 0 |
| Vanilla Bean Ice Cream | 142 | Like it | 330 | 180 | 20 | 31% | 12 | 65% | 0.5 | 80 | 27% | 80 | 3% | 33 | 11% | 0 | 0% | 29 | 0 | 5 | 15 | 2 | 20 | 0 |
| Vanilla Bean Ice Cream | 227 | Love it | 530 | 290 | 31 | 46% | 20 | 95% | 1.0 | 130 | 42% | 125 | 5% | 53 | 18% | 0 | 0% | 45 | 0 | 8 | 25 | 4 | 30 | 0 |
| Vanilla Bean Ice Cream | 340 | Gotta Have it | 790 | 410 | 45 | 74% | 29 | 145% | 1.5 | 190 | 63% | 190 | 8% | 77 | 25% | 0 | 0% | 68 | 0 | 12 | 35 | 6 | 45 | 0 |
| White Chocolate Ice Cream | 142 | Like it | 320 | 170 | 19 | 29% | 12 | 60% | 0.5 | 75 | 25% | 75 | 3% | 33 | 11% | 0 | 0% | 28 | 0 | 5 | 15 | 2 | 20 | 0 |
| White Chocolate Ice Cream | 227 | Love it | 520 | 280 | 31 | 48% | 20 | 100% | 1.0 | 125 | 42% | 125 | 5% | 53 | 18% | 0 | 0% | 45 | 0 | 8 | 25 | 4 | 30 | 0 |
| White Chocolate Ice Cream | 340 | Gotta Have it | 780 | 420 | 47 | 72% | 29 | 145% | 1.5 | 185 | 62% | 180 | 8% | 79 | 26% | 0 | 0% | 68 | 0 | 12 | 35 | 6 | 40 | 0 |
| **Light Ice Cream** | | | | | | | | | | | | | | | | | | | | | | | | |
| Cake Batter Light Ice Cream | 142 | Like it | 240 | 60 | 7 | 11% | 3.5 | 18% | 0.0 | 25 | 8% | 200 | 9% | 40 | 13% | 0 | 0% | 25 | 0 | 4 | 4 | 25 | 2 |
| Cake Batter Light Ice Cream | 227 | Love it | 390 | 90 | 10 | 16% | 6 | 30% | 0.0 | 40 | 13% | 320 | 13% | 65 | 21% | 0 | 0% | 40 | 0 | 7 | 6 | 40 | 2 |
| Cake Batter Light Ice Cream | 340 | Gotta Have it | 580 | 130 | 15 | 23% | 8 | 45% | 0.0 | 60 | 20% | 480 | 20% | 97 | 32% | 0 | 0% | 60 | 0 | 10 | 10 | 60 | 2 |
| Coffee Light Ice Cream | 142 | Like it | 220 | 50 | 6 | 9% | 3.5 | 18% | 0.0 | 25 | 8% | 110 | 5% | 35 | 12% | 0 | 0% | 28 | 0 | 7 | 4 | 4 | 25 | 0 |
| Coffee Light Ice Cream | 227 | Love it | 350 | 80 | 9 | 14% | 6 | 30% | 0.0 | 40 | 13% | 170 | 7% | 56 | 19% | 0 | 0% | 45 | 0 | 11 | 6 | 6 | 40 | 0 |
| Coffee Light Ice Cream | 340 | Gotta Have it | 530 | 120 | 14 | 22% | 9 | 45% | 0.0 | 60 | 20% | 260 | 11% | 84 | 28% | 0 | 0% | 67 | 0 | 17 | 10 | 8 | 60 | 2 |
| Chocolate Light Ice Cream | 142 | Like it | 220 | 50 | 6 | 9% | 3.5 | 18% | 0.0 | 25 | 8% | 160 | 6% | 36 | 12% | 1 | 4% | 28 | 0 | 5 | 4 | 4 | 25 | 0 |
| Chocolate Light Ice Cream | 227 | Love it | 350 | 80 | 9 | 14% | 6 | 30% | 0.0 | 40 | 13% | 260 | 11% | 58 | 19% | 2 | 7% | 45 | 0 | 8 | 6 | 6 | 40 | 0 |
| Chocolate Light Ice Cream | 340 | Gotta Have it | 530 | 130 | 14 | 22% | 9 | 45% | 0.0 | 60 | 20% | 390 | 16% | 87 | 29% | 2 | 10% | 67 | 0 | 13 | 10 | 8 | 60 | 2 |
| Vanilla Light Ice Cream | 142 | Like it | 220 | 50 | 6 | 9% | 3.5 | 18% | 0.0 | 25 | 8% | 110 | 5% | 35 | 12% | 0 | 0% | 28 | 0 | 7 | 4 | 4 | 25 | 0 |
| Vanilla Light Ice Cream | 227 | Love it | 350 | 80 | 9 | 14% | 6 | 30% | 0.0 | 40 | 13% | 170 | 7% | 56 | 19% | 0 | 0% | 45 | 0 | 11 | 6 | 6 | 40 | 0 |
| Vanilla Light Ice Cream | 340 | Gotta Have it | 520 | 120 | 14 | 22% | 9 | 45% | 0.0 | 60 | 20% | 260 | 11% | 83 | 28% | 0 | 0% | 68 | 0 | 17 | 10 | 8 | 60 | 0 |
| **Sorbet** | | | | | | | | | | | | | | | | | | | | | | | | |
| Green Apple Granny Sorbet | 142 | Like it | 160 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 15 | 1% | 40 | 13% | 0 | 0% | 34 | 0 | 0 | 4 | 0 | 0 |
| Green Apple Granny Sorbet | 227 | Love it | 250 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 25 | 1% | 64 | 21% | 0 | 0% | 54 | 0 | 0 | 6 | 0 | 0 |
| Green Apple Granny Sorbet | 340 | Gotta Have it | 380 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 40 | 1% | 96 | 32% | <1 | 3% | 81 | 0 | 0 | 10 | 0 | 0 |
| Lemon Sorbet™ | 142 | Like it | 150 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 15 | 1% | 40 | 13% | 0 | 0% | 34 | 0 | 0 | 0 | 4 | 0 | 0 |
| Lemon Sorbet™ | 227 | Love it | 250 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 25 | 1% | 64 | 21% | 0 | 0% | 54 | 0 | 0 | 0 | 6 | 0 | 0 |
| Lemon Sorbet™ | 340 | Gotta Have it | 370 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 35 | 1% | 96 | 32% | <1 | 3% | 81 | 0 | 0 | 0 | 10 | 0 | 0 |
| Raspberry Sorbet | 142 | Like it | 160 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 15 | 1% | 41 | 14% | 0 | 0% | 35 | 0 | 0 | 0 | 6 | 0 | 0 |
| Raspberry Sorbet | 227 | Love it | 260 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 25 | 1% | 66 | 22% | 0 | 0% | 56 | 0 | 0 | 0 | 10 | 0 | 0 |
| Raspberry Sorbet | 340 | Gotta Have it | 390 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 40 | 2% | 99 | 33% | <1 | 2% | 84 | 0 | 0 | 0 | 15 | 0 | 0 |
| Watermelon Sorbet™ | 142 | Like it | 160 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 15 | 1% | 41 | 14% | 0 | 0% | 35 | 0 | 0 | 0 | 0 | 0 | 0 |
| Watermelon Sorbet™ | 227 | Love it | 260 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 25 | 1% | 66 | 22% | 0 | 0% | 56 | 0 | 0 | 0 | 0 | 0 | 0 |
| Watermelon Sorbet™ | 340 | Gotta Have it | 380 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 40 | 2% | 99 | 33% | <1 | 2% | 84 | 0 | 0 | 0 | 0 | 0 | 0 |

**The sugar found in Sinless Sans Fat™ Sweet Cream is lactose, a naturally occurring sugar found in milk.
*** Percentage Daily Values are based on a 2,000 calorie diet.

The Nutritional Information Cold Stone Creamery has provided is based on standard product formulations. Product variations may occur based on regional differences, ingredient substitutions, seasonal conditions, differences in product production at the store, and suppliers. Some items listed may not be available in all stores. This list may not include test products, limited time offers, and regional menu variations.

## Nutritional Information for Mix-ins and Waffle Products

**COLD STONE CREAMERY**

| Item | Serving Weight (g) | Size | Calories | Calories from Fat | Total Fat (g) | % of Daily Value** | Saturated Fat (g) | % of Daily Value** | Trans Fat (g) | Cholesterol (mg) | % of Daily Value** | Sodium (mg) | % of Daily Value** | Total Carbohydrate (g) | % of Daily Value** | Dietary Fiber (g) | % of Daily Value** | Sugar Alcohols (g) | Sugars (g)*** | Protein (g) | Vitamin A (% daily value) | Calcium (% daily value) | Vitamin C (% daily value) | Iron (% daily value) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Candy** | | | | | | | | | | | | | | | | | | | | | | | | |
| Butterfinger® Candy | 30 | 1/2 bar | 130 | 50 | 6 | 9% | 4 | 19% | 0.0 | 0 | 0% | 85 | 3% | 22 | 7% | <1 | 2% | 0 | 15 | 2 | 0 | 0 | 0 | 0 |
| Chocolate Chips | 25 | 1 oz | 130 | 60 | 7 | 11% | 4.5 | 22% | 0.0 | 0 | 0% | 0 | 0% | 16 | 5% | 1 | 6% | 0 | 14 | 1 | 0 | 0 | 4 | 0 |
| Chocolate Shavings | 17 | .5 oz | 90 | 45 | 5 | 8% | 3 | 15% | 0.0 | 0 | 0% | 10 | 0% | 11 | 4% | 1 | 2% | 0 | 9 | 1 | 0 | 0 | 0 | 0 |
| Nestle® Crunch Bar | 25 | 1/2 bar | 130 | 60 | 7 | 10% | 4 | 19% | 0.0 | <5 | 1% | 35 | 1% | 16 | 5% | <1 | 3% | 0 | 14 | 2 | 0 | 4 | 0 | 0 |
| Gummi Bears | 30 | 1 oz | 120 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 20 | 1% | 26 | 9% | 0 | 0% | 0 | 17 | 0 | 0 | 0 | 0 | 0 |
| Heath® Candy Bar | 20 | 1 bar | 110 | 60 | 7 | 11% | 3.5 | 18% | 0.0 | 5 | 2% | 75 | 3% | 12 | 4% | 0 | 1% | 0 | 12 | <1 | 0 | 0 | 0 | 0 |
| Kit Kat® Candy Bar | 20 | 1/2 bar | 110 | 50 | 5 | 8% | 3.5 | 18% | 0.0 | 0 | 0% | 15 | 1% | 13 | 5% | 0 | 2% | 0 | 10 | 1 | 0 | 2 | 0 | 0 |
| M & M's® Candy | 35 | 1 oz | 170 | 70 | 7 | 11% | 4.5 | 23% | 0.0 | <5 | 2% | 20 | 1% | 25 | 8% | <1 | 4% | 0 | 22 | 2 | 0 | 4 | 0 | 2 |
| Reese's® Peanut Butter Cup | 35 | 1 piece | 190 | 100 | 11 | 17% | 4 | 20% | 0.0 | 0 | 0% | 110 | 5% | 19 | 6% | 1 | 5% | 0 | 17 | 4 | 0 | 2 | 0 | 2 |
| Snickers® Candy | 35 | 1/2 bar | 170 | 80 | 9 | 13% | 3 | 16% | 0.0 | <5 | 2% | 95 | 4% | 21 | 7% | <1 | 4% | 0 | 17 | 3 | 0 | 4 | 0 | 0 |
| White Chocolate Chips | 30 | 1 oz | 160 | 80 | 9 | 14% | 8 | 41% | 0.0 | 5 | 2% | 25 | 1% | 17 | 6% | 0 | 0% | 0 | 18 | 2 | 0 | 4 | 0 | 0 |
| Almond Joy® Candy | 35 | 1 piece | 170 | 80 | 9 | 15% | 6 | 31% | 0.0 | 0 | 0% | 50 | 2% | 21 | 7% | 2 | 7% | 0 | 16 | 1 | 0 | 2 | 0 | 2 |
| Gumballs | 35 | 1 oz | 90 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 0 | 0% | 23 | 8% | 0 | 0% | NA | 24 | 0 | 0 | 0 | 0 | 0 |
| Kool-Aid® Infusions | 17 | .5 oz | 80 | 25 | 2.5 | 4% | 1.5 | 9% | 0.0 | 0 | 0% | 0 | 0% | 14 | 5% | 0 | 0% | 0 | 10 | 0 | 0 | 0 | 0 | 0 |
| Peanut M & M's® | 30 | 1 oz | 150 | 80 | 8 | 12% | 3.5 | 18% | 0.0 | <5 | 2% | 15 | 1% | 18 | 6% | 1 | 5% | 0 | 14 | 3 | 0 | 2 | 0 | 2 |
| Reese's® Pieces | 35 | 1 oz | 180 | 80 | 9 | 14% | 6 | 30% | 0.0 | 0 | 0% | 70 | 3% | 21 | 7% | 1 | 4% | 0 | 19 | 4 | 0 | 2 | 0 | 0 |
| Twix® Candy | 30 | 1 piece | 150 | 70 | 8 | 11% | 2.5 | 15% | 0.0 | 0 | 0% | 100 | 3% | 20 | 7% | 0 | 0% | 0 | 14 | 1 | 0 | 2 | 0 | 2 |
| Whoppers® Candy | 25 | 1 oz | 120 | 40 | 4 | 6% | 3.5 | 18% | 0.0 | 0 | 0% | 85 | 3% | 19 | 6% | 0 | 0% | 0 | 15 | 1 | 0 | 0 | 0 | 0 |
| York® Peppermint Patties | 30 | 2 pieces | 120 | 20 | 2 | 3% | 1 | 5% | 0.0 | 0 | 0% | 10 | 0% | 24 | 8% | 0 | 2% | 0 | 21 | 0 | 0 | 0 | 0 | 0 |
| **Fruit** | | | | | | | | | | | | | | | | | | | | | | | | |
| Apple Pie Filling | 60 | 3/4 oz | 60 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 25 | 1% | 16 | 5% | <1 | 2% | 0 | 14 | 0 | 0 | 0 | 0 | 0 |
| Bananas | 60 | 1/2 | 50 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 0 | 0% | 14 | 5% | 2 | 6% | 0 | 9 | 1 | 0 | 0 | 8 | 0 |
| Blackberries | 30 | 3/4 oz | 10 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 0 | 0% | 2 | 1% | <1 | 2% | NA | 2 | 0 | 0 | 0 | 0 | 0 |
| Black Cherries | 45 | 3/4 oz | 80 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 10 | 0% | 19 | 6% | 1 | 4% | 0 | 17 | 0 | 0 | 0 | 0 | 0 |
| Blueberries | 15 | 3/4 oz | 10 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 0 | 0% | 2 | 1% | 0 | 1% | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| Cherry Pie Filling | 45 | 3/4 oz | 50 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 10 | 0% | 13 | 4% | 0 | 0% | 0 | 11 | 0 | 0 | 0 | 0 | 0 |
| Maraschino Cherries | 5 | 1 | 5 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 0 | 0% | 1 | 0% | 0 | 0% | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Pineapple Chunks | 25 | 3/4 oz | 15 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 0 | 0% | 4 | 1% | 0 | 0% | 0 | 4 | 0 | 0 | 0 | 4 | 0 |
| Rasberries | 35 | 3/4 oz | 25 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 0 | 0% | 5 | 2% | 1 | 6% | 0 | 2 | 0 | 0 | 0 | 4 | 4 |
| Strawberries | 45 | 3/4 oz | 20 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 0 | 0% | 4 | 1% | 1 | 4% | 0 | 2 | 0 | 0 | 0 | 45 | 0 |
| Peach Pie Filling | 60 | 1 oz | 60 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 25 | 1% | 16 | 5% | <1 | 2% | 0 | 14 | 0 | 0 | 0 | 0 | 0 |
| Raisins | 25 | 3/4 oz | 70 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 0 | 0% | 20 | 7% | 1 | 4% | 0 | 16 | 1 | 0 | 0 | 0 | 2 |
| **Other Mix-ins** | | | | | | | | | | | | | | | | | | | | | | | | |
| Coconut | 15 | .5 oz | 80 | 50 | 5 | 8% | 4.5 | 24% | 0.0 | 0 | 0% | 40 | 2% | 7 | 2% | <1 | 3% | 0 | 6 | 0 | 0 | 0 | 0 | 0 |
| Cookie Dough | 40 | 1 piece | 180 | 70 | 8 | 12% | 2.5 | 13% | 1.5 | 5 | 2% | 150 | 6% | 26 | 9% | 0 | 2% | 0 | 16 | 1 | 0 | 0 | 0 | 4 |
| Graham Cracker Pie Crust | 25 | 1 oz | 130 | 50 | 6 | 9% | 2.5 | 12% | 0.0 | 0 | 0% | 135 | 6% | 17 | 6% | 1 | 5% | 0 | 7 | 1 | 0 | 0 | 0 | 4 |
| Brownies | 40 | 1 oz | 170 | 50 | 6 | 9% | 1.5 | 8% | 0.0 | 0 | 0% | 90 | 4% | 28 | 11% | 1 | 4% | 0 | 21 | 2 | 0 | 0 | 0 | 6 |
| Marshmallows | 30 | 1 oz | 100 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 10 | 0% | 24 | 8% | 0 | 0% | 0 | 24 | <1 | 0 | 0 | 0 | 2 |
| OREO® Cookies | 25 | 2 cookies | 120 | 45 | 5 | 8% | 1.5 | 7% | 0.0 | 0 | 0% | 140 | 6% | 19 | 6% | 1 | 3% | 0 | 10 | 1 | 0 | 0 | 0 | 0 |
| Peanut Butter | 25 | 3/4 oz | 150 | 120 | 13 | 20% | 2.5 | 13% | 0.0 | 0 | 0% | 125 | 5% | 5 | 2% | 1 | 6% | 0 | 2 | 6 | 0 | 0 | 0 | 2 |
| Yellow Cake | 25 | 1 oz | 120 | 25 | 3 | 4% | 1 | 5% | 0.0 | 10 | 3% | 115 | 5% | 20 | 7% | 0 | 0% | 0 | 8 | 2 | 0 | 0 | 0 | 0 |
| Granola | 30 | 1 oz | 120 | 20 | 2 | 3% | 0 | 0% | 0.0 | 0 | 0% | 30 | 1% | 23 | 8% | 2 | 7% | 0 | 2 | 15 | 0 | 0 | 10 |
| Nilla Wafers | 15 | 3 cookies | 70 | 25 | 2.5 | 4% | 0 | 0% | 0.0 | 0 | 0% | 50 | 2% | 13 | 5% | 0 | 0% | 0 | 6 | 0 | 0 | 0 | 0 | 0 |
| Toasted Coconut | 15 | .5 oz | 90 | 60 | 7 | 11% | 6 | 31% | 0.0 | 0 | 0% | 5 | 0% | 7 | 2% | <1 | 3% | 0 | 6 | <1 | 0 | 0 | 0 | 2 |
| OREO® Pie Crust | 30 | 1 oz | 180 | 70 | 8 | 12% | 1.5 | 8% | 0.0 | 0 | 0% | 190 | 8% | 19 | 6% | <1 | 0% | 0 | 10 | 0 | 0 | 0 | 0 | 4 |

©2007 Cold Stone Creamery, Inc.    Rev. Date 03/29/07 Supersedes 05/03/06    Nutrition Info - Mix-ins Reference   Page 1 of 2

## Nutritional Information for Mix-ins and Waffle Products

**COLD STONE CREAMERY**

| | Serving Weight (g) | Size | Calories | Calories from Fat | Total Fat (g) | % of Daily Value** | Saturated Fat (g) | % of Daily Value** | Trans Fat (g) | Cholesterol (mg) | % of Daily Value** | Sodium (mg) | % of Daily Value** | Total Carbohydrate (g) | % of Daily Value** | Dietary Fiber (g) | % of Daily Value** | Sugar Alcohols (g) | Sugars (g)*** | Protein (g) | Vitamin A (% daily value) | Calcium (% daily value) | Vitamin C (% daily value) | Iron (% daily value) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Nuts** | | | | | | | | | | | | | | | | | | | | | | | | |
| Macadamia Nuts | 25 | 1 oz | 180 | 170 | 19 | 29% | 3 | 14% | 0.0 | 0 | 0% | 65 | 3% | 3 | 1% | 2 | 9% | 0 | <1 | 2 | 0 | 0 | 0 | 2 |
| Pecan Pralines | 30 | 1 oz | 210 | 190 | 21 | 32% | 1.5 | 8% | 0.0 | 0 | 0% | 230 | 10% | 2 | 8% | 0 | 1 | 2 | 0 | 10 | 0 | 4 |
| Pecans | 20 | 1 oz | 140 | 140 | 15 | 23% | 1.5 | 7% | 0.0 | 0 | 0% | 80 | 3% | 3 | 1% | 2 | 8% | 0 | <1 | 2 | 0 | 0 | 0 | 2 |
| Roasted Almonds | 25 | 1 oz | 150 | 120 | 13 | 21% | 1 | 5% | 0.0 | 0 | 0% | 85 | 7% | 4 | 18% | 3 | 11% | 0 | 5 | 0 | 8 | 0 | 6 |
| Walnuts | 20 | 1 oz | 130 | 120 | 13 | 20% | 1 | 6% | 0.0 | 0 | 0% | 0 | 0% | 3 | 1% | 1 | 5% | 0 | 0 | 3 | 0 | 0 | 0 | 4 |
| Cashews | 30 | 1 oz | 170 | 130 | 14 | 22% | 2.5 | 13% | 0.0 | 0 | 0% | 150 | 6% | 9 | 4% | 1 | 5% | 0 | 2 | 4 | 0 | 0 | 0 | 10 |
| Peanuts | 35 | 1 oz | 210 | 170 | 18 | 28% | 3 | 15% | 0.0 | 0 | 0% | 110 | 5% | 5 | 2% | 3 | 13% | 0 | 0 | 10 | 0 | 2 | 0 | 2 |
| Pistachio Nuts | 35 | 1 oz | 200 | 140 | 16 | 25% | 2 | 10% | 0.0 | 0 | 0% | 50 | 0% | 10 | 3% | 4 | 14% | 0 | 0 | 7 | 0 | 4 | 0 | 6 |
| Sliced Almonds | 35 | 1 oz | 210 | 180 | 20 | 31% | 2 | 10% | 0.0 | 0 | 0% | 0 | 0% | 6 | 2% | 4 | 16% | 0 | 0 | 7 | 0 | 6 | 0 | 10 |
| **Toppings** | | | | | | | | | | | | | | | | | | | | | | | | |
| Cinnamon | 30 | 1 tsp | 0 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Honey | 30 | 1 oz | 90 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 0 | 0% | 25 | 8% | 0 | 0% | 0 | 25 | 0 | 0 | 0 | 0 | 0 |
| Rainbow Sprinkles | 25 | 1 oz | 25 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 0 | 0% | 5 | 2% | 0 | 0% | 0 | 5 | 0 | 0 | 0 | 0 | 0 |
| Reddi Wip® Original | 20 | 1 dollop | 45 | 20 | 2.5 | 4% | 1 | 4% | 0.0 | 0 | 0% | 15 | 1% | 5 | 2% | 0 | 0% | 0 | 2 | <1 | 0 | 0 | 0 | 0 |
| Smuckers Caramel | 30 | 1 oz | 100 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 85 | 3% | 22 | 7% | 0 | 0% | 0 | 14 | 0 | 0 | 0 | 0 | 0 |
| Smuckers Fudge | 30 | 1 oz | 100 | 30 | 3 | 5% | 3 | 15% | 0.0 | 0 | 0% | 45 | 2% | 17 | 6% | 0 | 0% | 0 | 12 | <1 | 0 | 0 | 0 | 0 |
| Chocolate Sprinkles | 25 | 1 oz | 100 | 20 | 2 | 3% | 0 | 0% | 0.0 | 0 | 0% | 10 | 0% | 20 | 6% | 1 | 1% | 0 | 15 | 0 | 0 | 0 | 0 | 0 |
| Marshmallow Crème | 30 | 1 oz | 100 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 20 | 1% | 24 | 8% | 0 | 0% | 0 | 20 | 0 | 0 | 0 | 0 | 0 |
| Smuckers Fat Free | 30 | 1 oz | 100 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 85 | 3% | 20 | 7% | 0 | 0% | 0 | 15 | <1 | 0 | 0 | 0 | 0 |
| Caramel Fat Free | 30 | 1 oz | 80 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 85 | 3% | 19 | 6% | 0 | 0% | 0 | 14 | <1 | 0 | 0 | 0 | 0 |
| Fudge Fat Free | 30 | 1 oz | 90 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 65 | 2% | 22 | 6% | 0 | 0% | 0 | 15 | <1 | 0 | 0 | 0 | 0 |
| **Waffle Products** | | | | | | | | | | | | | | | | | | | | | | | | |
| Waffle Cone or Bowl | 38 | 1 each | 160 | 35 | 4 | 6% | 1 | 6% | 1.5 | 10 | 3% | 70 | 3% | 29 | 10% | 0 | 0% | 0 | 14 | 2 | 0 | 0 | 0 | 0 |
| Dipped Waffle | 68 | 1 each | 360 | 130 | 15 | 23% | 7 | 35% | 1.5 | 10 | 3% | 70 | 3% | 49 | 15% | 2 | 2% | 0 | 31 | 3 | 0 | 0 | 0 | 6 |
| Sugar Cone | 13 | 1 each | 50 | 0 | 0 | 0% | 0 | 0% | 0.0 | 0 | 0% | 20 | 1% | 11 | 4% | 0 | 0% | 0 | 3 | <1 | 0 | 0 | 0 | 2 |