**Exhibit A**

nutritional information

# KEEP IT
# BALaNCED

## Pizza Hut
## PEPSI

Pizza can be a part of a well-balanced meal. Ingredients in our pizzas include protein, complex carbohydrates, Vitamin A and calcium. And, depending on the toppings you choose, our pizzas have items from all of the five major food groups – meat, dairy products, fruits, vegetables and grains! So take a closer look within our menu for some suggestions when counting calories. For complete nutritional information, you can go to www.pizzahut.com

## fit'ndelicious

Our Fit 'n Delicious® pizzas have 25% less fat than our regular recipe Thin 'N Crispy® pizzas. We use 1/2 the amount of cheese, add more of our original sauce and top it with select lean meats and vegetables to give you a lower fat pizza but still with the great taste of a Pizza Hut® pizza.

## MOVE IT!

You don't need to be an athlete to reap the rewards from exercise. Even upping your daily lifestyle activity, little by little, can help ease stress, boost energy levels and manage weight. So add more life to your lifestyle.

- Walk and talk instead of just talk
- Take the long walk to your destination, not the nearest
- Park at the farthest spot in the lot, not the nearest
- Ride the elevator up; take the stairs down — or take the stairs both ways
- Walk the dog, don't just watch the dog walk

## Q&A Ask A Dietitian

Q: What's the best way to lose weight?
A: For weight loss and healthy living, it's important that food and fitness go hand in hand. Overeating coupled with underexercising can knock your body out of balance. A balanced diet boosted by physical activity is the most effective approach for long-term weight management. And remember this: No single food causes weight gain. It's about the total calories. So make your calories count by eating foods rich in nutrition and kick the exercise up a few notches when you eat more than you need. Once you've reached your healthy weight, remember this simple equation: Energy In = Energy Out.

In order to help you plan your dietary needs, trans fat values less than 0.5 grams are rounded to the nearest 0.25 grams.

© January 2007 Pizza Hut, Inc. The Pizza Hut name, logos and related marks are trademarks of Pizza Hut, Inc. Pepsi, Diet Pepsi and Mountain Dew are registered trademarks of PepsiCo, Inc.    1HUTFM000016

Substitution of ingredients/standard toppings combinations may alter nutritional values. Menu items and hours of availability may vary at participating locations. Although this data is based on standard portion product guidelines, variation can be expected due to seasonal influences, minor differences in product assembly per restaurant and other factors. Except for limited time offerings or test market items, menu products as of this printing are included in this brochure. Product data is based on current formulations as of date of publication. Nutritional data is based on standard portion product guidelines and formulations as of date of printing. If you have any questions about Pizza Hut and nutrition or are particularly sensitive to specific ingredients or goods, please contact Pizza Hut at 1-800-948-8488 or visit us on the web at www.pizzahut.com.

| CALORIES: | | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less Than | 65g | 80g |
| Sat Fat | Less Than | 20g | 25g |
| Cholesterol | Less Than | 300mg | 300mg |
| Sodium | Less Than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375mg |
| Dietary Fiber | | 25g | 30g |

g = gram    mg = milligram
** Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your caloric needs.
This data reflects U.S. products and builds only.

| | serving gram | calories | calories from total fat | total fat (g) | % daily value | saturated fat (g) | % daily value | cholesterol (mg) | % daily value | sodium (mg) | % daily value | carbohydrate (g) | % daily value | dietary fiber (g) | % daily value | sugars (g) | protein (g) | vitamin a % | vitamin c % | calcium % | iron % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Appetizers** | | | | | | | | | | | | | | | | | | | | | |
| Hot Wings (2 pieces) | 82 | 120 | 70 | 9 | 11 | 2 | 10 | 75 | 25 | 500 | 21 | 1 | 0 | 0 | 0 | 0 | 11 | 9 | 0 | 2 | 4 |
| Mild Wings (2 pieces) | 55 | 110 | 60 | 7 | 11 | 2 | 10 | 75 | 22 | 390 | 16 | 1 | 2 | 0 | 0 | 0 | 11 | 4 | 0 | 2 | 6 |
| Wing Ranch Dipping Sauce (1.5 oz) | 43 | 210 | 220 | 23 | 35 | 4 | 20 | 25 | 8 | 400 | 17 | 3 | 1 | 0 | 0 | 1 | 2 | 0 | 1 | 0 | 2 |
| Wing Blue Cheese Dipping Sauce (1.5 oz) | 43 | 220 | 200 | 23 | 35 | 4 | 20 | 20 | 6 | 230 | 10 | 3 | 1 | 0 | 0 | 2 | 2 | 4 | 2 | 2 | 8 |
| Breadsticks (each) | 50 | 150 | 60 | 6 | 9 | 1 | 5 | 0 | 0 | 230 | 10 | 20 | 7 | 1 | 4 | 2 | 4 | 0 | 2 | 2 | 8 |
| Cheese Breadsticks (each) | 67 | 200 | 90 | 10 | 15 | 3 | 15 | 15 | 5 | 370 | 15 | 21 | 7 | 1 | 4 | 2 | 7 | 4 | 0 | 10 | 8 |
| **Dressings & Dipping Sauces** | | | | | | | | | | | | | | | | | | | | | |
| Breadstick Dipping Sauce (3 oz) | 85 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 270 | 11 | 8 | 3 | 0 | 1 | 7 | 1 | 15 | 2 | | |
| Ranch Dressing (2 tbsp) | 30 | 100 | 90 | 10 | 15 | 1.5 | 8 | 5 | 2 | 270 | 11 | 2 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Thousand Island Dressing (2 tbsp) | 30 | 120 | 100 | 11 | 17 | 1.5 | 8 | 10 | 3 | 220 | 9 | 6 | 2 | 0 | 1 | 5 | 0 | 4 | 0 | 0 | 2 |
| French Dressing (2 tbsp) | 30 | 150 | 110 | 13 | 20 | 2 | 10 | 0 | 0 | 180 | 8 | 8 | 3 | 0 | 0 | 8 | 0 | 2 | 0 | 0 | 0 |
| Italian Dressing (2 tbsp) | 30 | 140 | 130 | 15 | 23 | 2.5 | 13 | 0 | 0 | 360 | 15 | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lite Ranch Dressing (2 tbsp) | 30 | 60 | 50 | 6 | 9 | 1 | 5 | 15 | 5 | 170 | 7 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 2 | 0 | 0 |
| Lite Italian Dressing (2 tsp) | 30 | 70 | 45 | 5 | 7 | 1 | 5 | 0 | 0 | 510 | 21 | 5 | 2 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| **Desserts** | | | | | | | | | | | | | | | | | | | | | |
| Cinnamon Sticks (2 pieces) | 55 | 170 | 45 | 5 | 8 | 1 | 5 | 0 | 0 | 180 | 8 | 27 | 9 | 1 | 4 | 8 | 4 | 0 | 0 | 2 | 8 |
| White Icing Dipping Cup (2 oz) | 57 | 190 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 | 2 | 46 | 15 | 0 | 0 | 40 | 0 | 0 | 0 | 0 | 2 |
| Apple Dessert Pizza (1 slice) | 101 | 260 | 45 | 5 | 8 | 1 | 5 | 0 | 0 | 250 | 12 | 52 | 17 | 1 | 4 | 29 | 5 | 0 | 2 | 2 | 9 |
| Cherry Dessert Pizza (1 slice) | 101 | 260 | 45 | 4.5 | 7 | 1 | 5 | 0.5 | 0 | 280 | 12 | 47 | 16 | 1 | 4 | 22 | 4 | 0 | 10 | 2 | 8 |
| **Soft Drinks** | | | | | | | | | | | | | | | | | | | | | |
| Pepsi® (Small) | 11 fl. oz. | 140 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35 | 12 | 0 | 0 | 37 | 0 | 0 | 0 | 0 | 0 |
| Pepsi® (Medium) | 14 fl. oz. | 180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45 | 16 | 0 | 0 | 47 | 0 | 0 | 0 | 0 | 0 |
| Pepsi® (Large) | 22 fl. oz. | 280 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 70 | 25 | 0 | 0 | 74 | 0 | 0 | 0 | 0 | 0 |
| Diet Pepsi® (Small) | 11 fl. oz. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Diet Pepsi® (Medium) | 14 fl. oz. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Diet Pepsi® (Large) | 22 fl. oz. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mt. Dew® (Small) | 11 fl. oz. | 150 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 43 | 14 | 0 | 0 | 43 | 0 | 0 | 0 | 0 | 0 |
| Mt. Dew® (Medium) | 14 fl. oz. | 180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54 | 18 | 0 | 0 | 54 | 0 | 0 | 0 | 0 | 0 |
| Mt. Dew® (Large) | 22 fl. oz. | 300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 85 | 28 | 0 | 0 | 85 | 0 | 0 | 0 | 0 | 0 |

Pizza Hut®



### Pizza Hut Nutrition Information

| | serving grams | calories | calories from fat | total fat (g) | % daily value** | saturated fat (g) | % daily value** | trans fat (g) | cholesterol (mg) | % daily value** | sodium (mg) | % daily value** | carbohydrates (g) | % daily value** | dietary fiber (g) | % daily value** | sugars (g) | protein (g) | vitamin a | vitamin c | calcium | iron |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **12" Medium Pan Pizzas** (1 slice = 1/8 pizza) | | | | | | | | | | | | | | | | | | | | | | |
| Cheese Only | 104 | 270 | 120 | 13 | 20 | 5 | 25 | 0 | 25 | 8 | 570 | 24 | 27 | 9 | 2 | 8 | 4 | 11 | 8 | * | 15 | 10 |
| Pepperoni | 102 | 280 | 130 | 14 | 22 | 5 | 25 | 0 | 25 | 9 | 640 | 27 | 27 | 9 | 2 | 8 | 4 | 12 | 8 | * | 15 | 10 |
| Supreme | 127 | 310 | 140 | 16 | 25 | 5 | 25 | 0 | 30 | 9 | 720 | 30 | 28 | 9 | 2 | 8 | 5 | 13 | 8 | * | 15 | 15 |
| Italian Sausage & Red Onion | 109 | 260 | 110 | 13 | 20 | 4.5 | 23 | 0 | 20 | 7 | 560 | 23 | 27 | 9 | 2 | 9 | 4 | 11 | 8 | * | 15 | 10 |
| Quartered Ham & Pineapple | 109 | 250 | 100 | 11 | 17 | 4 | 20 | 0 | 20 | 7 | 560 | 23 | 28 | 9 | 2 | 9 | 6 | 10 | 9 | * | 15 | 10 |
| Meat Lover's® pizza | 135 | 370 | 200 | 22 | 34 | 8 | 40 | 0.5 | 45 | 15 | 990 | 41 | 28 | 9 | 2 | 8 | 5 | 17 | 8 | * | 15 | 15 |
| Veggie Lover's® pizza | 119 | 250 | 100 | 11 | 17 | 4 | 20 | 0 | 15 | 5 | 530 | 22 | 29 | 10 | 2 | 8 | 5 | 10 | 8 | * | 15 | 10 |
| **12" Medium Thin 'N Crispy Pizzas** (1 slice = 1/8 pizza) | | | | | | | | | | | | | | | | | | | | | | |
| Cheese Only | 77 | 210 | 90 | 10 | 15 | 4.5 | 23 | 0 | 25 | 8 | 570 | 24 | 21 | 7 | 1 | 4 | 3 | 10 | 8 | * | 15 | 6 |
| Pepperoni | 75 | 230 | 100 | 11 | 17 | 4.5 | 23 | 0 | 30 | 10 | 640 | 27 | 21 | 7 | 1 | 4 | 3 | 11 | 8 | * | 15 | 10 |
| Supreme | 106 | 280 | 130 | 14 | 22 | 5 | 25 | 0 | 30 | 10 | 730 | 30 | 22 | 7 | 2 | 7 | 4 | 12 | 8 | * | 15 | 10 |
| Italian Sausage & Red Onion | 87 | 230 | 90 | 12 | 18 | 4 | 20 | 0 | 20 | 7 | 560 | 23 | 22 | 7 | 1 | 4 | 3 | 10 | 8 | * | 15 | 8 |
| Quartered Ham & Pineapple | 87 | 180 | 60 | 6 | 9 | 3 | 15 | 0 | 20 | 7 | 570 | 24 | 23 | 8 | 1 | 4 | 4 | 9 | 8 | * | 15 | 8 |
| Meat Lover's® pizza | 111 | 310 | 160 | 18 | 28 | 7 | 35 | 0.5 | 45 | 15 | 1010 | 42 | 22 | 7 | 1 | 4 | 3 | 15 | 8 | * | 15 | 10 |
| Veggie Lover's® pizza | 101 | 180 | 60 | 7 | 11 | 3 | 15 | 0 | 15 | 5 | 550 | 23 | 23 | 8 | 1 | 4 | 4 | 8 | 8 | * | 15 | 8 |
| **12" Medium Hand-Tossed Style Pizzas** (1 slice = 1/8 pizza) | | | | | | | | | | | | | | | | | | | | | | |
| Cheese Only | 98 | 220 | 80 | 10 | 15 | 4.5 | 23 | 0 | 25 | 8 | 520 | 25 | 26 | 8 | 1 | 4 | 3 | 12 | 5 | * | 15 | 20 |
| Pepperoni | 96 | 240 | 100 | 11 | 17 | 4.5 | 23 | 0 | 25 | 8 | 590 | 29 | 24 | 4 | 1 | 4 | 2 | 12 | 5 | * | 15 | 10 |
| Supreme | 122 | 270 | 110 | 14 | 17 | 5 | 25 | 0 | 30 | 10 | 780 | 33 | 26 | 8 | 2 | 7 | 3 | 13 | 5 | * | 15 | 15 |
| Italian Sausage & Red Onion | 104 | 260 | 110 | 12 | 18 | 5 | 25 | 0 | 20 | 7 | 670 | 26 | 25 | 8 | 1 | 6 | 3 | 12 | 5 | * | 15 | 10 |
| Quartered Ham & Pineapple | 104 | 220 | 70 | 8 | 12 | 3.5 | 18 | 0 | 20 | 7 | 620 | 26 | 26 | 8 | 1 | 4 | 4 | 10 | 6 | * | 15 | 10 |
| Meat Lover's® pizza | 129 | 340 | 170 | 19 | 29 | 7 | 35 | 0.5 | 45 | 15 | 1040 | 43 | 25 | 8 | 1 | 4 | 2 | 17 | 8 | * | 15 | 15 |
| Veggie Lover's® pizza | 115 | 210 | 70 | 8 | 12 | 3.5 | 18 | 0 | 15 | 5 | 580 | 24 | 26 | 9 | 2 | 8 | 3 | 10 | 8 | * | 15 | 15 |
| **14" Large Pan Pizzas** (1 slice = 1/8 pizza) | | | | | | | | | | | | | | | | | | | | | | |
| Cheese Only | 146 | 400 | 180 | 21 | 32 | 7 | 35 | 0 | 40 | 13 | 900 | 38 | 37 | 12 | 2 | 8 | 3 | 16 | 8 | * | 15 | 15 |
| Pepperoni | 143 | 400 | 180 | 21 | 32 | 7 | 35 | 0 | 40 | 13 | 900 | 38 | 37 | 12 | 2 | 8 | 3 | 16 | 8 | * | 15 | 15 |
| Supreme | 176 | 440 | 210 | 23 | 35 | 8 | 40 | 0.5 | 40 | 13 | 1020 | 43 | 39 | 13 | 2 | 8 | 4 | 18 | 8 | * | 15 | 20 |
| Italian Sausage & Red Onion | 151 | 380 | 170 | 18 | 28 | 6 | 30 | 0 | 30 | 10 | 790 | 37 | 37 | 12 | 2 | 8 | 3 | 15 | 8 | * | 15 | 15 |
| Quartered Ham & Pineapple | 165 | 420 | 200 | 22 | 34 | 8 | 40 | 0 | 40 | 13 | 860 | 36 | 39 | 13 | 2 | 8 | 4 | 17 | 8 | * | 15 | 15 |
| Meat Lover's® pizza | 190 | 530 | 280 | 31 | 48 | 11 | 55 | 0.5 | 65 | 22 | 1400 | 58 | 39 | 13 | 2 | 8 | 3 | 23 | 10 | * | 15 | 20 |
| Veggie Lover's® pizza | 163 | 350 | 150 | 16 | 25 | 6 | 30 | 0 | 25 | 8 | 730 | 30 | 39 | 13 | 2 | 8 | 4 | 14 | 10 | * | 15 | 15 |
| **14" Large Thin 'N Crispy Pizzas** (1 slice = 1/8 pizza) | | | | | | | | | | | | | | | | | | | | | | |
| Cheese Only | 111 | 280 | 130 | 14 | 22 | 6 | 30 | 0 | 30 | 10 | 820 | 34 | 29 | 10 | 1 | 4 | 4 | 14 | 8 | * | 15 | 10 |
| Pepperoni | 109 | 300 | 130 | 14 | 22 | 6 | 30 | 0 | 30 | 10 | 920 | 38 | 29 | 10 | 1 | 4 | 4 | 14 | 8 | * | 15 | 10 |
| Supreme | 148 | 330 | 140 | 16 | 25 | 7 | 35 | 0.5 | 40 | 13 | 1040 | 43 | 31 | 10 | 2 | 8 | 5 | 15 | 10 | * | 15 | 15 |
| Italian Sausage & Red Onion | 122 | 270 | 100 | 12 | 18 | 5 | 25 | 0 | 30 | 10 | 800 | 33 | 30 | 10 | 1 | 4 | 4 | 13 | 8 | * | 15 | 10 |
| Quartered Ham & Pineapple | 136 | 320 | 140 | 15 | 23 | 7 | 35 | 0 | 40 | 13 | 870 | 36 | 32 | 11 | 2 | 4 | 5 | 14 | 8 | * | 15 | 10 |
| Meat Lover's® pizza | 157 | 430 | 230 | 25 | 38 | 10 | 50 | 0.5 | 65 | 22 | 1430 | 60 | 31 | 10 | 2 | 8 | 4 | 21 | 10 | * | 15 | 15 |
| Veggie Lover's® pizza | 141 | 260 | 90 | 10 | 15 | 4.5 | 23 | 0 | 25 | 8 | 770 | 31 | 32 | 10 | 2 | 8 | 5 | 12 | 10 | * | 20 | 10 |
| **14" Large Hand-Tossed Style Pizzas** (1 slice = 1/8 pizza) | | | | | | | | | | | | | | | | | | | | | | |
| Cheese Only | 142 | 340 | 130 | 14 | 22 | 7 | 35 | 0 | 35 | 12 | 900 | 38 | 35 | 12 | 4 | 8 | 4 | 17 | 10 | * | 20 | 15 |
| Pepperoni | 140 | 360 | 150 | 16 | 25 | 7 | 35 | 0 | 35 | 12 | 1010 | 42 | 35 | 12 | 2 | 8 | 4 | 17 | 10 | * | 20 | 20 |
| Supreme | 174 | 390 | 160 | 18 | 28 | 8 | 40 | 0.5 | 40 | 13 | 1130 | 47 | 37 | 12 | 2 | 8 | 4 | 19 | 10 | * | 20 | 20 |
| Italian Sausage & Red Onion | 149 | 330 | 120 | 14 | 22 | 6 | 30 | 0 | 30 | 10 | 890 | 37 | 36 | 12 | 2 | 8 | 4 | 16 | 10 | * | 20 | 20 |
| Quartered Ham & Pineapple | 163 | 370 | 150 | 17 | 26 | 7 | 35 | 0 | 40 | 13 | 960 | 40 | 38 | 13 | 2 | 8 | 5 | 17 | 10 | * | 20 | 20 |
| Meat Lover's® pizza | 187 | 490 | 240 | 27 | 42 | 11 | 55 | 0.5 | 65 | 22 | 1510 | 63 | 37 | 12 | 2 | 8 | 4 | 24 | 10 | * | 25 | 20 |
| Veggie Lover's® pizza | 163 | 310 | 100 | 12 | 18 | 5 | 25 | 1.5 | 25 | 8 | 840 | 35 | 37 | 12 | 2 | 8 | 4 | 14 | 10 | * | 20 | 20 |
| **14" Large Stuffed Crust Pizzas** (1 slice = 1/8 pizza) | | | | | | | | | | | | | | | | | | | | | | |
| Cheese Only | 150 | 360 | 140 | 16 | 25 | 7 | 35 | 0 | 40 | 13 | 1050 | 44 | 37 | 12 | 2 | 8 | 4 | 18 | 15 | * | 30 | 15 |
| Pepperoni | 152 | 390 | 150 | 17 | 26 | 8 | 40 | 0.5 | 50 | 17 | 1200 | 50 | 37 | 12 | 2 | 8 | 4 | 19 | 15 | * | 30 | 15 |
| Supreme | 185 | 420 | 180 | 21 | 32 | 9 | 45 | 1.5 | 50 | 17 | 1320 | 55 | 39 | 13 | 2 | 8 | 4 | 21 | 15 | * | 25 | 20 |
| Italian Sausage & Red Onion | 160 | 360 | 150 | 16 | 25 | 7 | 35 | 0 | 40 | 13 | 1090 | 45 | 37 | 12 | 2 | 8 | 4 | 18 | 10 | * | 25 | 20 |
| Quartered Ham & Pineapple | 174 | 410 | 180 | 20 | 31 | 9 | 45 | 1.5 | 50 | 17 | 1160 | 48 | 39 | 13 | 2 | 8 | 5 | 19 | 15 | * | 25 | 20 |
| Meat Lover's® pizza | 199 | 520 | 260 | 29 | 45 | 12 | 60 | 2 | 75 | 25 | 1690 | 70 | 38 | 13 | 2 | 8 | 4 | 26 | 15 | * | 30 | 20 |
| Veggie Lover's® pizza | 173 | 340 | 130 | 14 | 22 | 7 | 35 | 1.5 | 35 | 12 | 1030 | 43 | 38 | 13 | 2 | 8 | 4 | 16 | 15 | * | 25 | 20 |
| **XL Full House™ Pizzas** (1 slice = 1/12 pizza) | | | | | | | | | | | | | | | | | | | | | | |
| Cheese Only | 114 | 280 | 110 | 12 | 18 | 5 | 25 | 0 | 30 | 10 | 690 | 29 | 30 | 10 | 3 | 12 | 8 | 12 | 8 | * | 15 | 20 |
| Pepperoni | 111 | 280 | 120 | 13 | 20 | 5 | 25 | 0 | 30 | 10 | 750 | 31 | 30 | 10 | 3 | 12 | 5 | 13 | 8 | * | 15 | 10 |
| Supreme | 139 | 310 | 130 | 14 | 22 | 6 | 30 | 0 | 30 | 10 | 830 | 35 | 31 | 10 | 2 | 8 | 5 | 13 | 8 | * | 15 | 15 |
| Pepperoni & Mushroom | 121 | 270 | 100 | 11 | 17 | 4.5 | 23 | 0 | 25 | 8 | 670 | 28 | 30 | 10 | 2 | 8 | 5 | 11 | 8 | * | 15 | 10 |
| Italian Sausage & Red Onion | 130 | 300 | 120 | 14 | 22 | 5 | 25 | 0 | 30 | 10 | 720 | 30 | 32 | 11 | 2 | 8 | 5 | 12 | 8 | * | 15 | 10 |
| Quartered Ham & Pineapple | 121 | 300 | 90 | 10 | 15 | 4 | 20 | 0 | 30 | 10 | 680 | 28 | 32 | 11 | 2 | 8 | 4 | 11 | 8 | * | 15 | 10 |
| Meat Lover's® pizza | 143 | 370 | 180 | 20 | 31 | 8 | 40 | 0 | 45 | 15 | 1090 | 45 | 31 | 10 | 3 | 8 | 4 | 17 | 8 | * | 15 | 15 |
| Veggie Lover's® pizza | 135 | 260 | 90 | 10 | 15 | 4 | 20 | 0 | 20 | 7 | 650 | 27 | 31 | 10 | 4 | 8 | 5 | 10 | 10 | * | 15 | 15 |
| **6" Personal Pan Pizzas** — Whole pizza | | | | | | | | | | | | | | | | | | | | | | |
| Cheese Only | 249 | 620 | 230 | 26 | 40 | 11 | 55 | 0.5 | 60 | 20 | 1370 | 57 | 69 | 23 | 3 | 12 | 7 | 28 | 15 | * | 50 | 25 |
| Pepperoni | 245 | 640 | 260 | 29 | 45 | 11 | 55 | 0.5 | 65 | 22 | 1530 | 64 | 67 | 22 | 3 | 12 | 7 | 28 | 15 | * | 30 | 30 |
| Supreme | 303 | 710 | 300 | 34 | 52 | 12 | 65 | 1 | 70 | 23 | 1350 | 56 | 70 | 23 | 4 | 16 | 8 | 32 | 15 | * | 35 | 30 |
| Pepperoni & Mushroom | 256 | 600 | 230 | 25 | 38 | 10 | 50 | 0.5 | 55 | 18 | 1350 | 56 | 68 | 23 | 3 | 12 | 8 | 26 | 15 | * | 35 | 25 |
| Italian Sausage & Red Onion | 266 | 690 | 290 | 33 | 51 | 12 | 60 | 0.5 | 70 | 24 | 1530 | 64 | 71 | 24 | 4 | 16 | 8 | 29 | 15 | * | 35 | 30 |
| Quartered Ham & Pineapple | 258 | 570 | 190 | 21 | 32 | 8 | 40 | 0 | 50 | 17 | 1360 | 57 | 70 | 23 | 3 | 12 | 9 | 25 | 15 | * | 25 | 25 |
| Meat Lover's® pizza | 333 | 890 | 440 | 49 | 75 | 18 | 90 | 1 | 115 | 38 | 2040 | 102 | 70 | 23 | 4 | 16 | 7 | 41 | 15 | * | 40 | 35 |
| Veggie Lover's® pizza | 275 | 580 | 190 | 22 | 34 | 8 | 40 | 0 | 40 | 13 | 1250 | 52 | 70 | 23 | 4 | 16 | 8 | 24 | 15 | * | 35 | 30 |
| **12" Fit 'n Delicious Pizzas** (1 slice = 1/8 pizza) | | | | | | | | | | | | | | | | | | | | | | |
| Diced Chicken, Red Onion & Green Pepper | 105 | 170 | 45 | 5 | 8 | 2 | 10 | 0 | 20 | 7 | 520 | 22 | 23 | 8 | 1 | 4 | 4 | 9 | 8 | * | 8 | 8 |
| Diced Chicken, Mushroom & Jalapeño | 103 | 170 | 45 | 5 | 8 | 2 | 10 | 0 | 20 | 7 | 730 | 30 | 22 | 7 | 1 | 4 | 4 | 9 | 8 | * | 8 | 8 |
| Ham, Red Onion & Mushroom | 89 | 160 | 40 | 4.5 | 7 | 2 | 10 | 0 | 15 | 5 | 590 | 23 | 23 | 8 | 1 | 4 | 4 | 8 | 8 | * | 8 | 8 |
| Ham, Pineapple & Diced Red Tomato | 99 | 160 | 40 | 4.5 | 7 | 2 | 10 | 0 | 15 | 5 | 580 | 24 | 23 | 8 | 1 | 4 | 5 | 8 | 8 | * | 8 | 8 |
| Green Pepper, Red Onion & Diced Red Tomato | 104 | 150 | 35 | 4 | 6 | 1.5 | 8 | 0 | 10 | 3 | 420 | 18 | 23 | 8 | 1 | 4 | 4 | 6 | 8 | * | 8 | 8 |
| Diced Red Tomato, Mushroom & Jalapeño | 102 | 150 | 35 | 4 | 6 | 1.5 | 8 | 0 | 10 | 3 | 630 | 26 | 22 | 7 | 1 | 4 | 4 | 6 | 8 | * | 8 | 8 |
| **14" Fit 'n Delicious Pizzas** (1 slice = 1/8 pizza) | | | | | | | | | | | | | | | | | | | | | | |
| Diced Chicken, Red Onion & Green Pepper | 145 | 230 | 60 | 7 | 11 | 3 | 15 | 0 | 30 | 10 | 730 | 30 | 32 | 11 | 2 | 8 | 6 | 13 | 8 | * | 10 | 10 |
| Diced Chicken, Mushroom & Jalapeño | 142 | 240 | 60 | 7 | 11 | 3 | 15 | 0 | 30 | 10 | 1010 | 42 | 30 | 10 | 2 | 5 | 5 | 13 | 8 | * | 15 | 10 |
| Ham, Red Onion & Mushroom | 138 | 230 | 60 | 7 | 11 | 2.5 | 13 | 0 | 20 | 7 | 820 | 34 | 31 | 10 | 2 | 5 | 6 | 11 | 9 | * | 10 | 10 |
| Ham, Pineapple & Diced Red Tomato | 138 | 230 | 60 | 7 | 11 | 2.5 | 13 | 0 | 20 | 7 | 580 | 24 | 32 | 11 | 2 | 5 | 8 | 8 | 8 | * | 10 | 10 |
| Green Pepper, Red Onion & Diced Red Tomato | 144 | 210 | 50 | 6 | 9 | 2.5 | 13 | 0 | 10 | 3 | 580 | 24 | 32 | 11 | 2 | 8 | 8 | 8 | 10 | * | 10 | 10 |

