Exhibit B

# Keep It Balanced!

## Nutrition Information

KFC has built a reputation on quality for more than 50 years. We proudly serve customers great tasting home-style meals for the whole family to enjoy. Visit KFC and dine with us or bring back dinner with chicken fresh from our kitchen to yours.

## Options To Help You Keep It Balanced!

**Option 1:**
- Roasted Caesar Salad (without Croutons) with 1 package of Hidden Valley® Original Ranch® Fat Free Dressing
- 1 medium Diet Pepsi®

**Option 2:**
- Oven Roasted Twister® (hold the Sauce)
- House Side salad with 1 package of Hidden Valley® Original Ranch® Fat Free Dressing
- 1 medium Diet Pepsi®

**Option 3:**
- Original Recipe® Chicken Breast (go skinless)
- Mashed potatoes (hold the gravy)
- Corn on the cob
- 1 medium Diet Pepsi®

## Tips to Keep it Balanced
- Eat a variety of foods
- Eat moderate portions
- Start your day with breakfast
- Eat more vegetables, grains and fruit
- Get enough activity to burn what you eat



**MyPyramid.gov**
STEPS TO A HEALTHIER YOU

For more information go to www.mypyramid.gov

Form #6020

## To Keep it Balanced Remember: ENERGY IN = ENERGY OUT

### Just get movin'!

No matter who you are, you can build more fitness into your life. It is recommended to work toward at least 30 minutes of moderate intensity physical activity 5 or more times a day.

### The Key is: Move More!
- Climb stairs
- Park at the far end of the closest spot
- Go for a short walk during your lunch hour
- After school or work, go on a bike ride
- Play a ball game
- Walk the dog, don't tie the dog walk you!
- Put on some music and dance!
- Join a gym, be part of a team
- Autumn leaves? Rake them up.
- Snow outside? Shovel snow. Build a snowman.
- Make snow angels.
- Go ice skating or roller skating
- Take a walk and check out seasonal changes in your neighborhood

**The Taste You Love!**

**Great News!** All KFC's Fried Chicken Products still have the same great taste, now with zero grams trans fat per serving.



# Nutrition Guide

| Menu Item | Serving Size (g) | Calories | Calories from Fat | Total Fat (g) | % Daily Value | Sat Fat (g) | Trans Fat (g) | Cholesterol (mg) | % Daily Value | Sodium (mg) | % Daily Value | Carbohydrates (g) | % Daily Value | Dietary Fiber (g) | Sugars (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SALADS & MORE** | | | | | | | | | | | | | | | | |
| Roasted Caesar Salad without Dressing & Croutons | 301 | 220 | 80 | 8 | 13 | 4.5 | 0 | 75 | 23 | 830 | 35 | 6 | 2 | 3 | 12 | 30 |
| Crispy Caesar Salad without Dressing & Croutons | 315 | 350 | 170 | 19 | 29 | 6 | 30 | 0 | 70 | 23 | 1080 | 45 | 16 | 5 | 3 | 12 | 3 | 29 |
| Caesar Side Salad without Dressing & Croutons | 82 | 50 | 30 | 3 | 5 | 2 | 10 | 0 | 10 | 3 | 135 | 6 | 2 | 1 | 1 | 4 | 4 |
| Roasted BLT Salad without Dressing | 347 | 200 | 60 | 6 | 9 | 2 | 10 | 0 | 65 | 22 | 880 | 37 | 8 | 3 | 4 | 16 | 29 |
| Crispy BLT Salad without Dressing | 360 | 330 | 150 | 17 | 26 | 4 | 20 | 0 | 65 | 22 | 1130 | 47 | 18 | 6 | 4 | 16 | 5 | 28 |
| House Side Salad without Dressing | 90 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 3 | 1 | 1 | 4 | 2 | 1 |
| Hidden Valley® The Original Ranch® Dressing (1) | 57 | 200 | 180 | 20 | 31 | 3 | 15 | 0 | 25 | 8 | 470 | 19 | 3 | 1 | 0 | 0 | 1 | 1 |
| Hidden Valley® The Original Ranch® Fat Free Dressing (1) | 43 | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 410 | 17 | 8 | 3 | 0 | 5 | 0 |
| Hidden Valley® Golden Italian Light Dressing (1) | 41 | 45 | 25 | 2.5 | 4 | 0 | 0 | 0 | 0 | 0 | 660 | 28 | 5 | 2 | 0 | 5 | 0 |
| KFC® Creamy Parmesan Caesar Dressing (1) | 57 | 260 | 230 | 26 | 40 | 5 | 25 | 0 | 15 | 5 | 540 | 23 | 4 | 1 | 0 | 2 | 2 |
| KFC® Parmesan Garlic Croutons Pouch (1) | 14 | 70 | 25 | 3 | 5 | 0 | 0 | 0 | 0 | 0 | 150 | 6 | 9 | 3 | 0 | 0 | 2 |
| **SANDWICHES** | | | | | | | | | | | | | | | | |
| KFC Snacker® | 119 | 320 | 140 | 16 | 25 | 3 | 15 | 0 | 30 | 10 | 680 | 28 | 29 | 10 | 1 | 4 | 4 | 15 |
| KFC Snacker®, Buffalo | 118 | 260 | 80 | 8 | 12 | 1.5 | 8 | 0 | 25 | 8 | 860 | 36 | 31 | 10 | 2 | 4 | 3 | 15 |
| KFC Snacker®, Fish | 120 | 330 | 130 | 15 | 23 | 3 | 15 | 0 | 60 | 20 | 710 | 30 | 31 | 10 | 1 | 4 | 6 | 17 |
| KFC Snacker®, Ultimate Cheese | 120 | 280 | 100 | 11 | 17 | 2.5 | 13 | 0.5 | 25 | 8 | 780 | 33 | 30 | 10 | 1 | 4 | 5 | 15 |
| KFC Snacker®, Honey BBQ | 101 | 210 | 30 | 3 | 5 | 0.5 | 3 | 0 | 40 | 13 | 530 | 22 | 32 | 11 | 1 | 2 | 12 | 14 |
| Honey BBQ Sandwich | 147 | 280 | 30 | 3.5 | 5 | 1 | 5 | 0 | 60 | 20 | 780 | 33 | 40 | 13 | 3 | 12 | 16 | 22 |
| Double Crunch Sandwich | 213 | 510 | 250 | 28 | 43 | 5 | 25 | 0 | 55 | 18 | 1200 | 50 | 38 | 13 | 2 | 8 | 4 | 27 |
| Crispy Twister® | 252 | 600 | 300 | 33 | 51 | 7 | 35 | 0 | 55 | 18 | 1500 | 63 | 49 | 16 | 3 | 12 | 5 | 26 |
| Oven Roasted Twister® | 269 | 470 | 200 | 23 | 35 | 5 | 25 | 0 | 60 | 20 | 1260 | 53 | 40 | 13 | 3 | 12 | 5 | 28 |
| Oven Roasted Twister® without Sauce | 247 | 330 | 70 | 7 | 11 | 2.5 | 13 | 0 | 60 | 17 | 1120 | 47 | 39 | 13 | 3 | 12 | 5 | 28 |
| Tender Roast® Sandwich | 236 | 430 | 160 | 18 | 28 | 3.5 | 18 | 0 | 80 | 27 | 1180 | 49 | 29 | 10 | 2 | 8 | 4 | 37 |
| Tender Roast® Sandwich without Sauce | 217 | 300 | 40 | 4.5 | 7 | 1.5 | 8 | 0 | 70 | 25 | 1060 | 44 | 28 | 9 | 2 | 8 | 3 | 37 |
| **CHICKEN** | | | | | | | | | | | | | | | | |
| OR Chicken - Whole Wing | 47 | 130 | 70 | 8 | 12 | 2 | 10 | 0 | 50 | 17 | 350 | 15 | 3 | 1 | 0 | 0 | 0 | 14 |
| OR Chicken - Breast | 161 | 360 | 190 | 21 | 32 | 5 | 25 | 0 | 115 | 38 | 1020 | 43 | 7 | 2 | 0 | 0 | 0 | 37 |
| OR Chicken - Breast without Skin or Breading | 108 | 140 | 25 | 3 | 4 | 1 | 5 | 0 | 65 | 22 | 520 | 22 | 0 | 0 | 0 | 0 | 0 | 29 |
| OR Chicken - Drumstick | 59 | 130 | 70 | 8 | 12 | 2 | 10 | 0 | 65 | 22 | 350 | 15 | 3 | 1 | 0 | 0 | 0 | 12 |
| OR Chicken - Thigh | 126 | 330 | 220 | 24 | 37 | 6 | 30 | 0 | 110 | 37 | 870 | 36 | 8 | 3 | 0 | 0 | 0 | 20 |
| EC Chicken - Whole Wing | 52 | 170 | 100 | 11 | 17 | 2.5 | 13 | 0 | 55 | 18 | 350 | 15 | 6 | 2 | 1 | 4 | 0 | 12 |
| EC Chicken - Breast | 162 | 440 | 250 | 27 | 42 | 6 | 30 | 0 | 105 | 35 | 970 | 40 | 15 | 5 | 0 | 0 | 0 | 34 |
| EC Chicken - Drumstick | 60 | 160 | 90 | 10 | 15 | 2 | 10 | 0 | 55 | 18 | 370 | 15 | 6 | 2 | 0 | 0 | 0 | 12 |
| EC Chicken - Thigh | 114 | 370 | 250 | 28 | 43 | 6 | 30 | 0 | 85 | 28 | 850 | 35 | 12 | 4 | 0 | 0 | 0 | 18 |
| **STRIPS** | | | | | | | | | | | | | | | | |
| Crispy Strips (3) | 151 | 350 | 170 | 19 | 29 | 3.5 | 18 | 0 | 70 | 23 | 1190 | 50 | 16 | 5 | 0 | 0 | 0 | 29 |
| Crispy Strips (2) | 102 | 240 | 110 | 13 | 20 | 2.5 | 13 | 0 | 50 | 17 | 800 | 33 | 11 | 4 | 0 | 0 | 0 | 20 |
| **POPCORN CHICKEN** | | | | | | | | | | | | | | | | |
| Popcorn Chicken - Kids | 85 | 290 | 170 | 19 | 29 | 3.5 | 18 | 0 | 40 | 13 | 850 | 35 | 16 | 5 | 2 | 8 | 0 | 16 |
| Popcorn Chicken - Individual | 116 | 400 | 230 | 26 | 40 | 4.5 | 23 | 0 | 60 | 20 | 1160 | 48 | 22 | 7 | 3 | 12 | 0 | 21 |
| Popcorn Chicken - Large | 160 | 550 | 320 | 35 | 54 | 6 | 30 | 0 | 80 | 27 | 1600 | 67 | 30 | 10 | 3 | 12 | 0 | 29 |
| **POT PIE / BOWLS** | | | | | | | | | | | | | | | | |
| Chicken Pot Pie | 423 | 770 | 360 | 40 | 62 | 15 | 75 | 14 | 115 | 38 | 1680 | 70 | 70 | 23 | 5 | 20 | 2 | 33 |
| KFC Famous Bowls™ - Mashed Potato with Gravy | 531 | 740 | 320 | 35 | 54 | 9 | 45 | 1.5 | 60 | 20 | 2350 | 98 | 80 | 27 | 7 | 28 | 6 | 27 |
| KFC Famous Bowls™ - Rice with Gravy | 384 | 620 | 250 | 28 | 43 | 7 | 35 | 1 | 60 | 20 | 2150 | 90 | 67 | 22 | 6 | 24 | 7 | 26 |
| **WINGS** | | | | | | | | | | | | | | | | |
| HBBQ Wings (5) | 131 | 390 | 220 | 24 | 37 | 5 | 25 | 0 | 105 | 35 | 830 | 35 | 23 | 8 | 3 | 12 | 9 | 21 |
| Boneless HBBQ Wings (5) | 178 | 450 | 180 | 20 | 31 | 3.5 | 18 | 0 | 65 | 22 | 1880 | 78 | 41 | 14 | 4 | 16 | 11 | 28 |
| Fiery Buffalo Wings (5) | 142 | 380 | 220 | 24 | 37 | 5 | 25 | 0 | 105 | 35 | 1480 | 62 | 19 | 6 | 2 | 8 | 1 | 21 |
| Boneless Fiery Buffalo Wings (5) | 176 | 420 | 180 | 20 | 31 | 3.5 | 18 | 0 | 65 | 22 | 2260 | 94 | 33 | 11 | 3 | 12 | 1 | 28 |
| Sweet & Spicy Wings (5) | 131 | 400 | 220 | 24 | 37 | 5 | 25 | 0 | 105 | 35 | 760 | 32 | 24 | 8 | 2 | 8 | 13 | 21 |
| Boneless Sweet & Spicy Wings (5) | 169 | 440 | 180 | 19 | 29 | 3.5 | 18 | 0 | 65 | 22 | 1700 | 71 | 38 | 13 | 3 | 12 | 11 | 27 |
| Hot Wings® (5) | 112 | 350 | 220 | 24 | 37 | 5 | 25 | 0 | 105 | 35 | 740 | 31 | 14 | 5 | 2 | 8 | 0 | 20 |
| **SIDES (INDIVIDUAL)** | | | | | | | | | | | | | | | | |
| Green Beans | 95 | 50 | 15 | 1.5 | 2 | 0 | 1 | 0 | 5 | 2 | 570 | 24 | 7 | 2 | 3 | 12 | 2 | 2 |
| Seasoned Rice | 99 | 150 | 10 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 630 | 26 | 32 | 10 | 1 | 4 | 0 | 3 |
| Mashed Potatoes without Gravy | 103 | 100 | 35 | 4 | 6 | 1 | 5 | 0 | 0 | 0 | 380 | 15 | 17 | 5 | 1 | 4 | 0 | 2 |
| Mashed Potatoes with Gravy | 151 | 140 | 45 | 4.5 | 7 | 1 | 5 | 0.5 | 0 | 0 | 560 | 23 | 20 | 7 | 1 | 4 | 0 | 2 |
| Macaroni and Cheese | 135 | 180 | 80 | 8 | 12 | 2.5 | 13 | 0 | 5 | 2 | 800 | 33 | 18 | 6 | 2 | 8 | 1 | 7 |
| Potato Wedges | 102 | 260 | 110 | 13 | 20 | 2.5 | 13 | 0 | 0 | 0 | 740 | 31 | 33 | 11 | 3 | 12 | 0 | 4 |
| Corn on the Cob (3") | 83 | 70 | 15 | 1.5 | 2 | 0 | 1 | 0 | 0 | 0 | 5 | 0 | 16 | 5 | 3 | 12 | 2 | 3 |
| Corn on the Cob (5.5") | 162 | 150 | 25 | 3 | 4 | 1 | 5 | 0 | 0 | 0 | 10 | 0 | 26 | 9 | 7 | 28 | 10 | 5 |
| Baked Beans | 136 | 220 | 10 | 1 | 2 | 0 | 1 | 0 | 0 | 0 | 730 | 30 | 45 | 15 | 7 | 28 | 20 | 8 |
| Potato Salad | 128 | 180 | 80 | 9 | 14 | 1.5 | 8 | 0 | 5 | 2 | 470 | 20 | 22 | 7 | 2 | 8 | 6 | 2 |
| Cole Slaw | 130 | 180 | 90 | 10 | 15 | 1.5 | 8 | 0 | 5 | 2 | 270 | 11 | 22 | 7 | 3 | 12 | 6 | 1 |
| Biscuit | 57 | 220 | 100 | 11 | 17 | 2.5 | 13 | 3.5 | 0 | 0 | 640 | 27 | 24 | 8 | 1 | 4 | 2 | 4 |
| Baked! Cheetos® | 25 | 130 | 40 | 4.5 | 7 | 1 | 5 | 0 | 0 | 0 | 210 | 9 | 17 | 6 | 1 | 4 | 0 | 2 |
| **DESSERTS** | | | | | | | | | | | | | | | | |
| Quaker Chewy® S'mores Granola Bar | 24 | 100 | 25 | 2.5 | 4 | 0.5 | 3 | 0 | 0 | 0 | 80 | 3 | 17 | 6 | 1 | 4 | 8 | 1 |
| Apple Pie Minis (3) | 114 | 370 | 180 | 20 | 31 | 6 | 30 | 0 | 0 | 0 | 260 | 11 | 44 | 15 | 2 | 8 | 19 | 2 |
| Double Choc. Chip Cake | 76 | 330 | 140 | 16 | 25 | 4 | 20 | 1 | 50 | 17 | 260 | 11 | 41 | 14 | 1 | 4 | 28 | 4 |
| Lil' Bucket™ Fudge Brownie | 99 | 280 | 90 | 11 | 17 | 4 | 20 | 0.5 | 20 | 7 | 200 | 8 | 43 | 14 | 1 | 4 | 30 | 3 |
| Lil' Bucket™ Lemon Crème | 127 | 410 | 140 | 15 | 23 | 7 | 35 | 1.5 | 0 | 0 | 270 | 11 | 61 | 20 | 2 | 8 | 53 | 7 |
| Lil' Bucket™ Chocolate Cream | 113 | 280 | 120 | 13 | 20 | 9 | 45 | 1 | 0 | 0 | 230 | 10 | 38 | 13 | 3 | 12 | 21 | 3 |
| Lil' Bucket™ Strawberry Short Cake | 99 | 210 | 70 | 8 | 11 | 4 | 20 | 0 | 10 | 3 | 110 | 5 | 38 | 13 | 1 | 4 | 25 | 2 |
| Sweet Life Sugar Cookie | 35 | 160 | 60 | 6 | 9 | 2.5 | 13 | 0 | 5 | 2 | 120 | 5 | 23 | 8 | 0 | 0 | 14 | 2 |
| Sweet Life Oatmeal Raisin Cookie | 35 | 150 | 50 | 5 | 8 | 2 | 10 | 0 | 5 | 2 | 135 | 6 | 24 | 8 | 1 | 4 | 14 | 2 |
| Sweet Life Chocolate Chip Cookie | 35 | 160 | 70 | 8 | 12 | 3.5 | 18 | 0 | 5 | 2 | 95 | 4 | 22 | 7 | 1 | 4 | 14 | 2 |
| **BEVERAGES**** | | | | | | | | | | | | | | | | |
| Tropicana® 100% Juice Fruit Punch | 7 oz | 120 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 1 | 27 | 9 | 0 | 0 | 26 | 0 |
| Pepsi® (Medium) | 14 oz | 180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45 | 2 | 47 | 16 | 0 | 0 | 47 | 0 |
| Diet Pepsi® (Medium) | 14 oz | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mt Dew® (Medium) | 14 oz | 190 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 90 | 4 | 51 | 17 | 0 | 0 | 51 | 0 |

** Percent daily values are based on a 2000 calorie diet. Your daily values may be higher or lower depending on your caloric needs.

| CALORIES | | 2000 | 2500 |
|---|---|---|---|
| Total Fat | Less Than | 65g | 80g |
| Sat Fat | Less Than | 20g | 25g |
| Cholesterol | Less Than | 300mg | 300mg |
| Sodium | Less Than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

gms = gram    mgs = milligram

Substitution of ingredients may alter nutritional values. Menu items and hours of availability may vary at participating locations. Although this data is based on standard portion product guidelines, variation can be expected due to seasonal influences, minor differences in product assembly per restaurant and other factors. Except for limited time offerings or test market items, menu products as of this printing are included in this brochure. Product data is based on current formulation as of date of publication. If you have any questions about KFC® and nutrition or are particularly sensitive to specific ingredients or foods, please contact us at 1-800-CALL-KFC.