Exhibit C

# For the taste you love with 25% less fat,* order your favorites "Fresco" Style!

Looking for lower-fat alternatives at TACO BELL®? You can order anything on our menu "Fresco" Style.

When you say "Fresco," we'll replace cheese and sauce† with our freshly prepared Fiesta Salsa–a zesty mix of diced tomatoes, white onions and cilantro. Fiesta Salsa packs in lots of flavor, but adds only five calories per serving and no fat. So your TACO BELL favorites become lower in fat, with 27 products containing less than 10 grams.

And TACO BELL has even more options with zero grams *trans* fat per serving. Many of our signature menu items are now prepared with a new zero grams *trans* fat canola oil for frying. It lets you keep the taste of your favorite TACO BELL flavors while reducing the *trans* fat.

You'll always know you're getting quality food at TACO BELL because we use high-quality ingredients such as:

- USDA-select Carne Asada steak
- Grilled, marinated all-white-meat chicken
- 100% Real cheeses
- Freshly prepared tortilla chips and Fiesta Salsa
- Crisp lettuce and juicy tomatoes
- Seasoned ground beef made with Mexican herbs and spices

Your food is always made fresh at the time you order it. You won't see microwaves or pre-made tacos at THE BELL®.

So, it's your choice. Whether you order it your own way, or order it "Fresco" Style, you know you're getting good food that uses high-quality ingredients. That's what you get when you "Think Outside the Bun®."

If you want to see more lower-fat alternatives and a full nutritional breakdown, check out our Nutrition Calculator online at www.tacobell.com.

| Item | Items made "Fresco" Style | | Original Item | |
|---|---|---|---|---|
| | Grams of Fat | Calories | Grams of Fat | Calories |
| Beef Crunchy TACO SUPREME® | 8 | 150 | 13 | 210 |
| Grilled Steak Soft Taco | 4.5 | 160 | 16 | 270 |
| Ranchero Chicken Soft Taco | 4 | 170 | 14 | 270 |
| Bean Burrito | 7 | 320 | 9 | 340 |
| Beef SOFT TACO SUPREME® | 7 | 190 | 13 | 250 |
| 1/2 lb.** Cheesy Bean & Rice Burrito | 7 | 330 | 20 | 440 |

* "Fresco" Style reduces fat by 25% for most menu items compared to the original menu item.
** 1/2 lb. claim based on average weight. Individual product weights necessarily vary.
† Excludes red sauce and pizza sauce.
◊ Zero grams *trans* fat applies to canola oil for frying only.

Claims in this brochure apply only to TACO BELL® products and may not apply to other products sold in the same location.





**Say "Fresco"**
...to replace cheese and sauce† with Fiesta Salsa for lower fat.*



27 ITEMS under 10g of fat



Now using zero grams *trans* fat canola oil◊

**THINK OUTSIDE THE BUN.** TACO BELL.

Hungry to talk to us? Contact us at:
www.TACOBELL.com
1-800-TACO BELL (822-6235)

Fresco Style Nutritional Brochure ©2007 TACO BELL CORP.
Rev 3 Item #1004799

# "Fresco" Style* Nutrition Guide



## Our most popular "Fresco" Style Items Under 10 Grams of Fat

| Item | Serving Size (gms) | Calories | Calories from fat | Total Fat (gms) | % DV | Saturated Fat (gms) | % DV | Trans Fat (gms) | Cholesterol (mgs) | % DV | Sodium (mgs) | % DV | Carbohydrates (gms) | % DV | Dietary Fiber (gms) | % DV | Sugars (gms) | Protein (gms) | Vitamin A | Vitamin C | Calcium | Iron | "Fresco" meets 25% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crunchy Taco | 92 | 150 | 70 | 8 | 12 | 2.5 | 13 | 0 | 20 | 7 | 370 | 15 | 13 | 4 | 3 | 12 | 1 | 7 | 6 | 4 | 4 | 6 | - |
| Crunchy TACO SUPREME® | 106 | 150 | 70 | 8 | 12 | 2.5 | 13 | 0 | 20 | 7 | 370 | 15 | 14 | 5 | 3 | 12 | 2 | 7 | 6 | 8 | 4 | 6 | ✓ |
| Soft Taco - Beef | 113 | 180 | 70 | 7 | 11 | 3 | 15 | 0 | 20 | 7 | 650 | 27 | 21 | 7 | 3 | 12 | 2 | 8 | 6 | 4 | 8 | 10 | ✓ |
| Soft Taco Supreme® - Beef | 128 | 190 | 70 | 7 | 11 | 3 | 15 | 0 | 20 | 7 | 650 | 27 | 22 | 7 | 3 | 12 | 3 | 9 | 6 | 8 | 8 | 10 | ✓ |
| Ranchero Chicken Soft Taco | 135 | 170 | 35 | 4 | 6 | 1.5 | 8 | 0 | 25 | 8 | 730 | 30 | 21 | 7 | 3 | 12 | 3 | 12 | 8 | 8 | 8 | 10 | ✓ |
| Grilled Steak Soft Taco | 128 | 160 | 40 | 4.5 | 7 | 1.5 | 8 | 0 | 20 | 7 | 550 | 23 | 20 | 7 | 2 | 8 | 3 | 10 | 4 | 10 | 8 | 10 | ✓ |
| Bean Burrito | 213 | 320 | 60 | 7 | 11 | 2.5 | 13 | 0.5 | 0 | 0 | 1200 | 50 | 54 | 18 | 9 | 36 | 4 | 12 | 10 | 10 | 15 | 25 | ✓ |
| 7-Layer Burrito | 248 | 380 | 80 | 8 | 12 | 2.5 | 13 | 0.5 | 0 | 0 | 1190 | 50 | 62 | 21 | 9 | 36 | 4 | 13 | 6 | 10 | 15 | 25 | ✓ |
| Chili Cheese Burrito | 149 | 270 | 70 | 8 | 12 | 3 | 15 | 0 | 15 | 5 | 930 | 39 | 39 | 13 | 4 | 16 | 3 | 10 | 6 | 4 | 15 | 20 | ✓ |
| 1/2 lb.† Cheesy Bean & Rice Burrito | 198 | 330 | 70 | 7 | 11 | 2 | 10 | 0 | 0 | 0 | 1080 | 45 | 55 | 18 | 6 | 24 | 4 | 10 | 8 | 6 | 15 | 20 | ✓ |
| Enchirito® - Beef | 206 | 230 | 80 | 8 | 12 | 3.5 | 18 | 0.5 | 20 | 7 | 1300 | 54 | 34 | 11 | 7 | 28 | 3 | 12 | 20 | 15 | 10 | 15 | ✓ |
| MexiMelt® | 120 | 190 | 70 | 7 | 11 | 3 | 15 | 0 | 20 | 7 | 710 | 30 | 22 | 7 | 3 | 12 | 3 | 8 | 8 | 6 | 8 | 10 | ✓ |
| Steak Grilled Taquitos | 135 | 260 | 60 | 7 | 11 | 2.5 | 13 | 0 | 20 | 7 | 830 | 35 | 37 | 12 | 3 | 12 | 3 | 13 | 4 | 4 | 10 | 20 | ✓ |
| Mexican Rice | 138 | 120 | 25 | 3 | 5 | 0.5 | 3 | 0.5 | 0 | 0 | 760 | 32 | 23 | 8 | 2 | 8 | 1 | 3 | 15 | 10 | 2 | 8 | ✓ |
| Pintos 'n Cheese | 135 | 100 | 20 | 2 | 3 | 0.5 | 3 | 0.5 | 0 | 0 | 640 | 27 | 19 | 6 | 7 | 28 | 1 | 6 | 10 | 10 | 4 | 8 | ✓ |

## Nutrition Guide — Original Items

(Note: Any item with cheese and/or sauce† can be made "Fresco" Style)

### TACOS

| Item | Serv | Cal | Cal fat | Tot Fat | %DV | Sat Fat | %DV | Trans | Chol | %DV | Sod | %DV | Carb | %DV | Fiber | %DV | Sug | Prot | Vit A | Vit C | Calc | Iron | Fresco |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crunchy Taco | 78 | 170 | 90 | 10 | 15 | 3.5 | 18 | 0 | 25 | 8 | 350 | 15 | 13 | 4 | 3 | 12 | 1 | 8 | 4 | 2 | 8 | 6 | - |
| Crunchy TACO SUPREME® | 113 | 210 | 120 | 13 | 20 | 6 | 30 | 0 | 40 | 13 | 370 | 15 | 15 | 5 | 3 | 12 | 2 | 9 | 10 | 6 | 10 | 6 | - |
| DOUBLE DECKER® Taco Supreme® | 191 | 370 | 150 | 17 | 26 | 7 | 35 | 1 | 40 | 13 | 820 | 34 | 40 | 13 | 7 | 28 | 4 | 14 | 10 | 6 | 15 | 20 | ✓ |
| Soft Taco - Beef | 99 | 200 | 80 | 9 | 14 | 4 | 20 | 0 | 25 | 8 | 630 | 26 | 21 | 7 | 3 | 12 | 2 | 10 | 4 | 2 | 10 | 10 | - |
| Soft Taco Supreme® - Beef | 135 | 250 | 120 | 13 | 20 | 6 | 30 | 0.5 | 40 | 13 | 650 | 27 | 23 | 8 | 3 | 12 | 3 | 11 | 10 | 6 | 15 | 15 | ✓ |
| Ranchero Chicken Soft Taco | 135 | 270 | 130 | 14 | 22 | 4 | 20 | 0 | 35 | 12 | 820 | 34 | 21 | 7 | 2 | 8 | 3 | 14 | 6 | 6 | 15 | 10 | ✓ |
| Grilled Steak Soft Taco | 128 | 270 | 150 | 16 | 25 | 4.5 | 23 | 0 | 35 | 12 | 660 | 28 | 20 | 7 | 2 | 8 | 3 | 12 | 4 | 6 | 10 | 15 | ✓ |

### GORDITAS

| Item | Serv | Cal | Cal fat | Tot Fat | %DV | Sat Fat | %DV | Trans | Chol | %DV | Sod | %DV | Carb | %DV | Fiber | %DV | Sug | Prot | Vit A | Vit C | Calc | Iron | Fresco |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gordita Supreme® - Beef | 153 | 310 | 140 | 16 | 25 | 6 | 30 | 0.5 | 40 | 13 | 620 | 26 | 29 | 10 | 3 | 12 | 6 | 14 | 8 | 6 | 15 | 15 | ✓ |
| Gordita Supreme® - Chicken | 153 | 290 | 110 | 12 | 18 | 5 | 25 | 0 | 45 | 15 | 650 | 27 | 28 | 9 | 2 | 8 | 6 | 17 | 8 | 8 | 15 | 10 | ✓ |
| Gordita Supreme® - Steak | 153 | 290 | 120 | 13 | 20 | 5 | 25 | 0 | 40 | 13 | 530 | 22 | 28 | 9 | 2 | 8 | 6 | 15 | 6 | 6 | 10 | 15 | ✓ |
| Gordita Baja® - Beef | 153 | 340 | 170 | 19 | 29 | 5 | 25 | 0 | 35 | 12 | 780 | 33 | 29 | 10 | 4 | 16 | 6 | 13 | 8 | 4 | 10 | 15 | ✓ |
| Gordita Baja® - Chicken | 153 | 320 | 140 | 16 | 25 | 3.5 | 18 | 0 | 40 | 13 | 800 | 33 | 28 | 9 | 3 | 12 | 6 | 17 | 6 | 6 | 10 | 10 | ✓ |
| Gordita Baja® - Steak | 153 | 320 | 150 | 17 | 26 | 4 | 20 | 0 | 35 | 12 | 690 | 29 | 27 | 9 | 3 | 12 | 5 | 15 | 6 | 4 | 10 | 15 | ✓ |
| Gordita Nacho Cheese - Beef | 153 | 300 | 130 | 14 | 22 | 4 | 20 | 1.5 | 25 | 8 | 770 | 32 | 31 | 10 | 3 | 12 | 6 | 12 | 4 | 6 | 10 | 15 | ✓ |
| Gordita Nacho Cheese - Chicken | 153 | 280 | 100 | 11 | 17 | 2.5 | 13 | 1 | 25 | 8 | 800 | 33 | 29 | 10 | 2 | 8 | 6 | 16 | 4 | 8 | 10 | 10 | ✓ |
| Gordita Nacho Cheese - Steak | 153 | 270 | 100 | 12 | 18 | 3 | 15 | 1 | 20 | 7 | 680 | 28 | 29 | 10 | 2 | 8 | 6 | 14 | 2 | 6 | 8 | 15 | ✓ |

### CHALUPAS

| Item | Serv | Cal | Cal fat | Tot Fat | %DV | Sat Fat | %DV | Trans | Chol | %DV | Sod | %DV | Carb | %DV | Fiber | %DV | Sug | Prot | Vit A | Vit C | Calc | Iron | Fresco |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chalupa Supreme - Beef | 153 | 380 | 210 | 23 | 35 | 7 | 35 | 0.5 | 40 | 13 | 620 | 26 | 30 | 10 | 3 | 12 | 4 | 14 | 8 | 6 | 15 | 15 | - |
| Chalupa Supreme - Chicken | 153 | 360 | 180 | 20 | 31 | 5 | 25 | 0 | 45 | 15 | 650 | 27 | 29 | 10 | 2 | 8 | 4 | 17 | 8 | 8 | 10 | 15 | ✓ |
| Chalupa Supreme - Steak | 153 | 360 | 180 | 21 | 32 | 6 | 30 | 0 | 40 | 13 | 530 | 22 | 28 | 9 | 2 | 8 | 4 | 15 | 6 | 6 | 10 | 15 | ✓ |
| Chalupa Baja - Beef | 153 | 410 | 240 | 27 | 42 | 6 | 30 | 0 | 35 | 12 | 780 | 33 | 30 | 10 | 4 | 16 | 4 | 13 | 8 | 4 | 10 | 15 | ✓ |
| Chalupa Baja - Chicken | 153 | 390 | 210 | 23 | 35 | 4 | 20 | 0 | 40 | 13 | 800 | 33 | 29 | 10 | 3 | 12 | 4 | 17 | 8 | 6 | 10 | 15 | ✓ |
| Chalupa Baja - Steak | 153 | 390 | 220 | 24 | 37 | 4.5 | 23 | 0 | 35 | 12 | 690 | 29 | 28 | 9 | 3 | 12 | 3 | 15 | 6 | 4 | 10 | 15 | ✓ |
| Chalupa Nacho Cheese - Beef | 153 | 370 | 190 | 22 | 34 | 4.5 | 23 | 1.5 | 20 | 7 | 770 | 32 | 32 | 11 | 3 | 12 | 4 | 12 | 4 | 6 | 10 | 15 | - |
| Chalupa Nacho Cheese - Chicken | 153 | 350 | 160 | 18 | 28 | 3 | 15 | 1 | 25 | 8 | 790 | 33 | 30 | 10 | 2 | 8 | 4 | 16 | 4 | 8 | 10 | 10 | ✓ |
| Chalupa Nacho Cheese - Steak | 153 | 340 | 170 | 19 | 29 | 3.5 | 18 | 1.5 | 20 | 7 | 680 | 28 | 30 | 10 | 2 | 8 | 4 | 14 | 2 | 6 | 8 | 15 | - |

### BURRITOS

| Item | Serv | Cal | Cal fat | Tot Fat | %DV | Sat Fat | %DV | Trans | Chol | %DV | Sod | %DV | Carb | %DV | Fiber | %DV | Sug | Prot | Vit A | Vit C | Calc | Iron | Fresco |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bean Burrito | 198 | 340 | 80 | 9 | 14 | 3.5 | 18 | 0.5 | 5 | 2 | 1190 | 50 | 54 | 18 | 8 | 32 | 4 | 13 | 10 | 8 | 20 | 25 | ✓ |
| 7-Layer Burrito | 283 | 490 | 170 | 18 | 28 | 7 | 35 | 1 | 25 | 8 | 1350 | 56 | 65 | 22 | 9 | 36 | 5 | 17 | 10 | 25 | 25 | 30 | ✓ |
| Burrito Supreme® - Beef | 248 | 410 | 150 | 17 | 26 | 8 | 40 | 1 | 40 | 13 | 1340 | 56 | 51 | 17 | 7 | 28 | 5 | 17 | 15 | 10 | 20 | 25 | ✓ |
| Burrito Supreme® - Chicken | 248 | 390 | 120 | 13 | 20 | 6 | 30 | 0.5 | 45 | 15 | 1360 | 57 | 49 | 16 | 6 | 24 | 5 | 20 | 15 | 15 | 20 | 25 | ✓ |
| Burrito Supreme® - Steak | 248 | 380 | 130 | 14 | 22 | 7 | 35 | 0.5 | 40 | 13 | 1250 | 52 | 49 | 16 | 6 | 24 | 5 | 18 | 15 | 15 | 20 | 25 | ✓ |
| Fiesta Burrito - Beef | 184 | 370 | 120 | 13 | 20 | 5 | 25 | 0 | 25 | 8 | 1200 | 50 | 49 | 16 | 4 | 16 | 4 | 14 | 8 | 4 | 20 | 25 | - |
| Fiesta Burrito - Chicken | 184 | 350 | 90 | 10 | 15 | 3.5 | 18 | 0 | 30 | 10 | 1220 | 51 | 47 | 16 | 3 | 12 | 4 | 18 | 8 | 4 | 20 | 20 | ✓ |
| Fiesta Burrito - Steak | 184 | 340 | 100 | 11 | 17 | 4 | 20 | 0 | 25 | 8 | 1110 | 46 | 47 | 16 | 3 | 12 | 3 | 15 | 6 | 4 | 20 | 20 | ✓ |
| Grilled Stuft Burrito - Beef | 325 | 680 | 270 | 30 | 46 | 10 | 50 | 1 | 55 | 18 | 2120 | 88 | 76 | 25 | 9 | 36 | 6 | 27 | 15 | 4 | 30 | 40 | ✓ |
| Grilled Stuft Burrito - Chicken | 325 | 640 | 210 | 23 | 35 | 7 | 35 | 0.5 | 65 | 22 | 2160 | 90 | 73 | 24 | 7 | 28 | 6 | 34 | 10 | 6 | 30 | 35 | ✓ |
| Grilled Stuft Burrito - Steak | 325 | 630 | 220 | 25 | 38 | 8 | 40 | 1 | 55 | 18 | 1930 | 80 | 72 | 24 | 7 | 28 | 5 | 30 | 10 | 6 | 30 | 40 | ✓ |

### BIG BELL VALUE MENU®

| Item | Serv | Cal | Cal fat | Tot Fat | %DV | Sat Fat | %DV | Trans | Chol | %DV | Sod | %DV | Carb | %DV | Fiber | %DV | Sug | Prot | Vit A | Vit C | Calc | Iron | Fresco |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grande Soft Taco | 206 | 430 | 180 | 20 | 31 | 8 | 40 | 1.5 | 45 | 15 | 1440 | 60 | 43 | 14 | 5 | 20 | 5 | 19 | 8 | 2 | 20 | 25 | ✓ |
| DOUBLE DECKER® Taco | 156 | 320 | 120 | 13 | 20 | 5 | 25 | 0.5 | 25 | 8 | 810 | 34 | 38 | 13 | 6 | 24 | 2 | 14 | 6 | 2 | 15 | 15 | - |
| Spicy Chicken Soft Taco | 113 | 170 | 50 | 6 | 9 | 2 | 10 | 0 | 25 | 8 | 580 | 24 | 20 | 7 | 2 | 6 | 2 | 10 | 8 | 4 | 10 | 10 | - |
| Spicy Chicken Burrito | 191 | 400 | 150 | 17 | 26 | 4 | 20 | 0 | 30 | 10 | 1190 | 50 | 48 | 16 | 3 | 12 | 4 | 14 | 10 | 4 | 15 | 20 | ✓ |
| 1/2 lb.† Beef Combo Burrito | 241 | 430 | 160 | 18 | 28 | 8 | 40 | 1 | 45 | 15 | 1630 | 68 | 51 | 17 | 8 | 32 | 4 | 21 | 15 | 6 | 20 | 30 | ✓ |
| 1/2 lb.† Beef & Potato Burrito | 252 | 520 | 210 | 23 | 35 | 7 | 35 | 0.5 | 30 | 10 | 1720 | 72 | 66 | 22 | 6 | 24 | 4 | 15 | 15 | 6 | 15 | 25 | ✓ |
| 1/2 lb.† Cheesy Bean & Rice Burrito | 227 | 470 | 180 | 20 | 31 | 6 | 30 | 1.5 | 15 | 5 | 1400 | 58 | 58 | 19 | 6 | 24 | 5 | 13 | 8 | 4 | 20 | 25 | ✓ |
| Cheesy Fiesta Potatoes | 138 | 290 | 150 | 17 | 26 | 4 | 20 | 1.5 | 15 | 5 | 830 | 35 | 30 | 10 | 3 | 12 | 4 | 6 | 2 | 6 | 8 | 6 | ✓ |
| Caramel Apple Empanada | 85 | 290 | 120 | 14 | 22 | 2.5 | 13 | 1.5 | 5 | 2 | 300 | 13 | 37 | 12 | 1 | 4 | 13 | 3 | 2 | 15 | 4 | 6 | N/A |

### SPECIALTIES

| Item | Serv | Cal | Cal fat | Tot Fat | %DV | Sat Fat | %DV | Trans | Chol | %DV | Sod | %DV | Carb | %DV | Fiber | %DV | Sug | Prot | Vit A | Vit C | Calc | Iron | Fresco |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CRUNCHWRAP SUPREME® | 254 | 560 | 220 | 24 | 37 | 8 | 40 | 1.5 | 35 | 12 | 1430 | 60 | 68 | 23 | 5 | 20 | 7 | 17 | 8 | 8 | 25 | 30 | ✓ |
| Spicy Chicken CRUNCHWRAP SUPREME® | 254 | 540 | 200 | 23 | 35 | 7 | 35 | 1.5 | 40 | 13 | 1360 | 57 | 67 | 22 | 4 | 16 | 7 | 19 | 10 | 8 | 30 | 30 | ✓ |
| Mexican Pizza | 216 | 530 | 270 | 30 | 46 | 8 | 40 | 1 | 40 | 13 | 1000 | 42 | 46 | 15 | 7 | 28 | 3 | 20 | 10 | 8 | 35 | 20 | - |
| Enchirito® - Beef | 213 | 340 | 150 | 17 | 26 | 9 | 45 | 1 | 50 | 17 | 1420 | 59 | 34 | 11 | 7 | 28 | 3 | 18 | 25 | 10 | 30 | 20 | - |
| Enchirito® - Chicken | 213 | 320 | 120 | 13 | 20 | 7 | 35 | 0.5 | 50 | 17 | 1450 | 60 | 33 | 11 | 6 | 24 | 3 | 22 | 25 | 15 | 30 | 15 | ✓ |
| Enchirito® - Steak | 213 | 310 | 130 | 14 | 22 | 7 | 35 | 1 | 45 | 15 | 1330 | 55 | 33 | 11 | 6 | 24 | 3 | 20 | 25 | 15 | 30 | 15 | ✓ |
| MexiMelt® | 128 | 280 | 130 | 14 | 22 | 7 | 35 | 0.5 | 40 | 13 | 860 | 36 | 22 | 7 | 3 | 12 | 2 | 15 | 10 | 4 | 25 | 15 | ✓ |
| Fiesta Taco Salad | 548 | 840 | 450 | 45 | 69 | 11 | 55 | 1.5 | 65 | 22 | 1780 | 74 | 80 | 27 | 15 | 60 | 10 | 30 | 25 | 20 | 45 | 40 | - |
| Fiesta Taco Salad without Shell | 479 | 470 | 220 | 24 | 37 | 10 | 50 | 1.5 | 65 | 22 | 1510 | 63 | 41 | 14 | 13 | 52 | 9 | 23 | 25 | 20 | 30 | 25 | ✓ |
| Chicken Fiesta Taco Salad | 548 | 800 | 340 | 38 | 58 | 8 | 40 | 1 | 75 | 25 | 1830 | 76 | 77 | 26 | 13 | 52 | 10 | 37 | 25 | 25 | 40 | 35 | - |
| Chicken Fiesta Taco Salad without Shell | 479 | 430 | 160 | 18 | 28 | 6 | 30 | 1 | 75 | 25 | 1560 | 65 | 38 | 13 | 11 | 44 | 9 | 30 | 25 | 25 | 20 | 20 | ✓ |
| Express Taco Salad | 479 | 610 | 290 | 32 | 49 | 10 | 50 | 1.5 | 65 | 22 | 1420 | 59 | 56 | 19 | 14 | 56 | 8 | 25 | 20 | 20 | 30 | 25 | - |
| Steak Grilled Taquitos with Guacamole | 170 | 380 | 150 | 17 | 26 | 6 | 30 | 0 | 35 | 12 | 1040 | 43 | 41 | 14 | 4 | 16 | 4 | 17 | 4 | 30 | 10 | 20 | ✓ |
| Steak Grilled Taquitos with Salsa | 170 | 320 | 100 | 11 | 17 | 5 | 25 | 0 | 35 | 12 | 1030 | 43 | 39 | 13 | 3 | 12 | 5 | 16 | 6 | 6 | 10 | 20 | ✓ |
| Steak Grilled Taquitos with Sour Cream | 170 | 390 | 170 | 19 | 29 | 10 | 50 | 0.5 | 60 | 20 | 900 | 38 | 39 | 13 | 2 | 8 | 5 | 17 | 10 | 2 | 15 | 20 | ✓ |
| Chicken Quesadilla | 184 | 520 | 250 | 28 | 43 | 12 | 60 | 0.5 | 75 | 25 | 1420 | 59 | 40 | 13 | 3 | 12 | 4 | 28 | 10 | 2 | 45 | 20 | N/A |
| Steak Quesadilla | 184 | 520 | 260 | 28 | 43 | 13 | 65 | 1 | 70 | 23 | 1300 | 54 | 39 | 13 | 3 | 12 | 4 | 26 | 10 | 0 | 45 | 20 | N/A |
| Zesty Chicken BORDER BOWL® | 418 | 640 | 310 | 35 | 54 | 6 | 30 | 1 | 30 | 10 | 1800 | 75 | 60 | 20 | 10 | 40 | 4 | 22 | 15 | 15 | 25 | 20 | - |
| Zesty Chicken BORDER BOWL® without Dressing | 376 | 440 | 130 | 15 | 23 | 2.5 | 13 | 0.5 | 30 | 10 | 1540 | 64 | 57 | 19 | 10 | 40 | 3 | 21 | 15 | 15 | 20 | 20 | ✓ |
| Southwest Steak BORDER BOWL® | 443 | 600 | 220 | 24 | 37 | 6 | 30 | 1 | 55 | 18 | 2120 | 88 | 68 | 23 | 9 | 36 | 3 | 28 | 20 | 15 | 20 | 35 | ✓ |

### NACHOS AND SIDES

| Item | Serv | Cal | Cal fat | Tot Fat | %DV | Sat Fat | %DV | Trans | Chol | %DV | Sod | %DV | Carb | %DV | Fiber | %DV | Sug | Prot | Vit A | Vit C | Calc | Iron | Fresco |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nachos | 99 | 330 | 180 | 21 | 32 | 3.5 | 18 | 2 | 5 | 2 | 530 | 22 | 32 | 11 | 2 | 8 | 3 | 4 | 0 | 0 | 8 | 4 | ✓ |
| Nachos Supreme | 195 | 450 | 230 | 26 | 40 | 7 | 35 | 1.5 | 35 | 12 | 800 | 33 | 41 | 14 | 7 | 28 | 3 | 12 | 8 | 8 | 10 | 10 | - |
| Nachos BellGrande® | 308 | 770 | 390 | 44 | 68 | 9 | 45 | 3 | 35 | 12 | 1280 | 53 | 77 | 26 | 12 | 48 | 5 | 19 | 8 | 10 | 20 | 20 | ✓ |
| Pintos 'n Cheese | 128 | 150 | 50 | 6 | 9 | 3 | 15 | 0.5 | 15 | 5 | 670 | 28 | 19 | 6 | 7 | 28 | 1 | 9 | 10 | 6 | 15 | 8 | ✓ |
| Mexican Rice | 131 | 170 | 60 | 7 | 11 | 3 | 15 | 0 | 15 | 5 | 790 | 33 | 23 | 8 | 1 | 4 | 1 | 6 | 15 | 10 | 8 | 8 | ✓ |
| Cinnamon Twists | 35 | 170 | 60 | 7 | 11 | 0 | 0 | 0 | 0 | 0 | 200 | 8 | 26 | 9 | 1 | 4 | 12 | 1 | 0 | 0 | 2 | 0 | N/A |

### REGIONAL MENU ITEMS

| Item | Serv | Cal | Cal fat | Tot Fat | %DV | Sat Fat | %DV | Trans | Chol | %DV | Sod | %DV | Carb | %DV | Fiber | %DV | Sug | Prot | Vit A | Vit C | Calc | Iron | Fresco |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cheese Quesadilla | 142 | 470 | 240 | 26 | 40 | 12 | 60 | 0.5 | 50 | 17 | 1100 | 46 | 39 | 13 | 2 | 8 | 4 | 19 | 10 | 0 | 45 | 20 | N/A |
| Chili Cheese Burrito | 156 | 370 | 140 | 16 | 25 | 8 | 40 | 0.5 | 40 | 13 | 1060 | 44 | 40 | 13 | 3 | 12 | 3 | 16 | 10 | 0 | 30 | 20 | ✓ |
| Tostada | 170 | 230 | 90 | 10 | 15 | 3.5 | 18 | 0.5 | 15 | 5 | 730 | 30 | 27 | 9 | 7 | 28 | 2 | 11 | 10 | 8 | 20 | 10 | ✓ |

|  | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less Than | 65 g | 80 g |
| Sat Fat | Less Than | 20 g | 25 g |
| Cholesterol | Less Than | 300 mg | 300 mg |
| Sodium | Less Than | 2,400 mg | 2,400 mg |
| Total Carbohydrate |  | 300 g | 375 g |
| Dietary Fiber |  | 25 g | 30 g |

** Percent daily values are based on a 2,000 calorie diet.
Your daily values may be higher or lower depending on your caloric needs.
gms = gram
mgs = milligram

Product data is based on current U.S. formulations (based on zero grams trans fat canola frying oil) as of the date posted. Product formulations and nutritional values may differ for Taco Bell® Express and "multi-brand" (Kentucky Fried Chicken®/Taco Bell®, Taco Bell®/Pizza Hut® and Taco Bell®/Long John Silver's®) menu items that may be based on a different type of oil, and for products outside the continental U.S. Although this data is based on standard portion product guidelines, variation can be expected due to seasonal influences, minor differences in product assembly per restaurant and other factors. Substitution of ingredients may alter nutritional values. Menu items and hours of availability may vary by location. Regional Menu Items are available only at participating locations. Except for Taco Bell® Express, multi-brand menu items, limited time offerings, and test market menu items, single-brand menu products as of the date posted are included in this Nutrition Guide.
For the most current U.S. nutritional information and for Taco Bell® Express and multi-brand menu items, see www.tacobell.com. If you have any questions about Taco Bell® and nutrition or are particularly sensitive to specific ingredients or foods, please contact us at 1-800-TACO BELL or visit our Web site at www.tacobell.com.

* "Fresco" Style fat reduction varies per menu item and not all menu items will meet a 25% reduction in fat.
† 1/2 lb. claim based on average weight. Individual product weights necessarily vary.
‡ Excludes red sauce and pizza sauce.

April 07