Exhibit A



## Nutrition Guide

| | | | |
|---|---|---|---|
| Total Fat | Less Than | 65g | 80g |
| Saturated Fat | Less Than | 20g | 25g |
| Cholesterol | Less Than | 300mg | 300mg |
| Sodium | Less Than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Percent daily values are based on a 2,000 calorie diet. Your daily values may be different depending on your calorie needs.

mg = milligram
g = gram

### Bagels

| Item | Serving | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cinnamon Raisin Bagel | 1 bagel | 330 | 30 | 3 | 0.50 | 0 | 0 | 450 | 65 | 3 | 11 | 10 | 0 | 0 | 4 | 20 |
| Onion Bagel | 1 bagel | 320 | 30 | 3.50 | 0.50 | 0 | 0 | 610 | 61 | 3 | 5 | 12 | 0 | 0 | 2 | 20 |
| Wheat Bagel | 1 bagel | 330 | 35 | 4 | 1 | 0 | 0 | 610 | 62 | 4 | 7 | 12 | 0 | 0 | 4 | 20 |
| Multigrain Bagel | 1 bagel | 380 | 50 | 6 | 1 | 0 | 0 | 650 | 68 | 5 | 7 | 14 | 4 | 0 | 4 | 30 |
| Everything Bagel | 1 bagel | 370 | 50 | 6 | 0.50 | 0 | 0 | 650 | 67 | 3 | 4 | 14 | 0 | 0 | 6 | 25 |
| Blueberry Bagel | 1 bagel | 330 | 25 | 2.50 | 0.50 | 0 | 0 | 600 | 66 | 2 | 10 | 10 | 0 | 0 | 2 | 20 |
| Reduced Carb Bagel with Cheese | 1 bagel | 380 | 130 | 12 | 4.50 | 0 | 20 | 780 | 45 | 14 | 8 | 25 | 8 | 0 | 20 | 25 |
| Salt Bagel | 1 bagel | 320 | 25 | 2.50 | 0.50 | 0 | 0 | 4520 | 62 | 2 | 4 | 12 | 0 | 0 | 4 | 20 |
| Plain Bagel | 1 bagel | 320 | 25 | 2.50 | 0.50 | 0 | 0 | 660 | 62 | 2 | 4 | 12 | 0 | 0 | 6 | 20 |
| Sesame Bagel | 1 bagel | 380 | 70 | 8 | 0.50 | 0 | 0 | 650 | 64 | 3 | 4 | 14 | 0 | 0 | 0 | 20 |
| Poppyseed Bagel | 1 bagel | 370 | 60 | 7 | 0.50 | 0 | 0 | 650 | 65 | 3 | 4 | 14 | 0 | 0 | 15 | 20 |

### Cream Cheese

| Item | Serving | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lite Garden Vegetable Cream Cheese | 2 ozs. | 130 | 90 | 9 | 6 | 0 | 25 | 270 | 5 | 0 | 3 | 4 | 15 | 10 | 8 | 0 |
| Chive Cream Cheese | 2 ozs. | 170 | 150 | 17 | 11 | 0 | 45 | 230 | 4 | 2 | 2 | 4 | 10 | 0 | 8 | 0 |
| Garden Vegetable Cream Cheese | 2 ozs. | 170 | 150 | 17 | 10 | 0 | 45 | 340 | 4 | 0 | 2 | 7 | 8 | 0 | 4 | 0 |
| Lite Cream Cheese | 2 ozs. | 120 | 80 | 9 | 6 | 0 | 30 | 280 | 5 | 0 | 3 | 4 | 8 | 0 | 6 | 0 |
| Plain Cream Cheese | 2 ozs. | 190 | 150 | 17 | 10 | 0 | 55 | 180 | 4 | 0 | 2 | 4 | 10 | 0 | 4 | 0 |
| Salmon Cream Cheese | 2 ozs. | 170 | 150 | 17 | 11 | 0 | 45 | 180 | 2 | 0 | 0 | 4 | 10 | 0 | 20 | 0 |
| Sherry's Butterscotch Blend | 1 Tbsp | 80 | 80 | 9 | 7 | 2 | 0 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Strawberry Cream Cheese | 2 ozs. | 190 | 150 | 17 | 9 | 0 | 45 | 150 | 9 | 0 | 9 | 4 | 10 | 4 | 4 | 0 |

### Cookies

| Item | Serving | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chocolate Chunk Cookie | 4.5 oz (128 g) | 540 | 230 | 26 | 13 | 0 | 50 | 350 | 74 | 3 | 49 | 7 | 10 | 0 | 4 | 20 |
| Oatmeal Raisin Cookie | 4.5 oz (128 g) | 480 | 130 | 14 | 7 | 0 | 40 | 310 | 83 | 5 | 51 | 8 | 10 | 0 | 4 | 15 |
| Peanut Butter Cup Cookie | 4.5 oz (128 g) | 590 | 260 | 29 | 13 | 0.50 | 50 | 530 | 73 | 3 | 49 | 11 | 8 | 0 | 6 | 15 |

### Danish

| Apple Danish | 1 danish | 330 | 180 | 20 | 9 | 0 | 30 | 260 | 32 | 1 | 10 | 4 | 0 | 0 | 0 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cheese Danish | 1 danish | 340 | 200 | 22 | 10 | 0 | 35 | 270 | 30 | 1 | 8 | 4 | 0 | 0 | 2 | 6 |
| Strawberry Cheese Danish | 1 danish | 320 | 180 | 20 | 9 | 0 | 30 | 260 | 31 | 1 | 9 | 4 | 0 | 0 | 0 | 6 |
| **Muffin** | | | | | | | | | | | | | | | | |
| Lemon Raspberry Muffin | 1 muffin | 460 | 140 | 15 | 1.50 | 0 | 15 | 490 | 75 | 3 | 38 | 6 | 4 | 0 | 2 | 10 |
| **Muffins** | | | | | | | | | | | | | | | | |
| Banana Walnut Muffin | 1 muffin | 540 | 230 | 25 | 3.50 | 0 | 65 | 520 | 69 | 3 | 31 | 10 | 30 | 0 | 6 | 15 |
| Chocolate Chip Muffin | 1 muffin | 630 | 240 | 26 | 8 | 0 | 70 | 560 | 89 | 2 | 49 | 10 | 4 | 0 | 4 | 15 |
| Coffee Cake Muffin | 1 muffin | 580 | 170 | 19 | 3 | 0 | 65 | 520 | 78 | 1 | 40 | 9 | 4 | 0 | 4 | 15 |
| Corn Muffin | 1 muffin | 510 | 160 | 18 | 3.50 | 0 | 75 | 860 | 77 | 1 | 32 | 8 | 4 | 0 | 2 | 15 |
| Honey Bran Raisin Muffin | 1 muffin | 480 | 140 | 15 | 2.50 | 0 | 50 | 480 | 79 | 5 | 45 | 8 | 0 | 0 | 20 | 20 |
| Blueberry Muffin | 1 muffin | 470 | 150 | 17 | 3 | 0 | 60 | 500 | 73 | 2 | 38 | 8 | 0 | 0 | 4 | 15 |
| Reduced Fat Blueberry Muffin | 1 muffin | 400 | 45 | 5 | 2 | 0 | 50 | 490 | 79 | 2 | 33 | 8 | 0 | 0 | 4 | 15 |
| Cranberry Orange Muffin | 1 muffin | 440 | 150 | 17 | 3 | 0 | 65 | 480 | 66 | 3 | 30 | 8 | 0 | 8 | 60 | 20 |
| English Muffin | 1 English muffin 2.5 oz | 160 | 15 | 1.50 | 0 | 0 | 0 | 340 | 31 | 2 | 1 | 6 | 0 | 0 | 10 | 10 |
| **Other** | | | | | | | | | | | | | | | | |
| French Toast (twist) | 1 twist (piece) | 780 | 420 | 39 | 3 | 7 | 30 | 280 | 45 | 2 | 14 | 8 | 0 | 0 | 0 | 10 |
| Biscuit | 1 biscuit | 250 | 120 | 13 | 3.50 | 8 | 0 | 780 | 29 | 1 | 3 | 5 | 0 | 0 | 4 | 8 |
| Plain Croissant | 1 croissant | 300 | 170 | 18 | 4.50 | 7 | 5 | 270 | 29 | 0 | 3 | 6 | 0 | 0 | 0 | 0 |

| **Coffee** | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coffee | 10 fl.ozs. | 15 | 0 | 0 | 0 | 0 | 0 | 60 | 3 | 0 | 0 | 1 | 0 | 4 | 0 | 0 |
| Coffee with Cream | 10 fl.ozs. | 70 | 50 | 6 | 3.50 | 0 | 20 | 65 | 3 | 0 | 0 | 1 | 4 | 0 | 4 | 0 |
| Coffee with Cream and Sugar | 10 fl.ozs. | 120 | 50 | 6 | 3.50 | 0 | 20 | 65 | 15 | 0 | 12 | 1 | 4 | 0 | 4 | 0 |
| Coffee with Milk | 10 fl.ozs. | 35 | 10 | 1 | 0.50 | 0 | 5 | 70 | 4 | 0 | 2 | 2 | 0 | 0 | 4 | 0 |
| Coffee with Milk and Sugar | 10 fl.ozs. | 80 | 10 | 1 | 0.50 | 0 | 5 | 70 | 16 | 0 | 13 | 2 | 0 | 0 | 4 | 0 |
| Coffee with Skim Milk | 10 fl.ozs. | 25 | 0 | 0 | 0 | 0 | 0 | 70 | 4 | 0 | 1 | 2 | 0 | 0 | 4 | 0 |
| Coffee with Skim Milk and Sugar | 10 fl.ozs. | 70 | 0 | 0 | 0 | 0 | 0 | 70 | 16 | 0 | 13 | 2 | 0 | 0 | 4 | 0 |
| Coffee with Sugar | 10 fl.ozs. | 60 | 0 | 0 | 0 | 0 | 0 | 60 | 15 | 0 | 12 | 1 | 0 | 0 | 0 | 0 |
| **Coolatta®** | | | | | | | | | | | | | | | | |
| Cherry Lime Sub®® Coolatta® | 16 fl.ozs. | 230 | 0 | 0 | 0 | 0 | 0 | 65 | 62 | 2 | 60 | 0 | 0 | 0 | 2 | 2 |
| Coffee Coolatta® with 2% Milk | 16 fl.ozs. | 190 | 20 | 2 | 1.50 | 0 | 10 | 80 | 41 | 0 | 40 | 4 | 4 | 0 | 15 | 0 |
| Coffee Coolatta® with Cream | 16 fl.ozs. | 350 | 200 | 22 | 14 | 0 | 75 | 60 | 40 | 0 | 36 | 3 | 15 | 0 | 10 | 0 |
| Coffee Coolatta® with Milk | 16 fl.ozs. | 210 | 40 | 4 | 2.50 | 0 | 15 | 80 | 42 | 0 | 40 | 4 | 0 | 0 | 10 | 0 |
| Coffee Coolatta® with Skim Milk | 16 fl.ozs. | 170 | 0 | 0 | 0 | 0 | 0 | 80 | 41 | 0 | 40 | 4 | 4 | 0 | 15 | 0 |
| Tropicana Orange Coolatta® | 16 fl.ozs. | 370 | 0 | 0 | 0 | 0 | 0 | 50 | 92 | 3 | 87 | 1 | 4 | 40 | 0 | 4 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Strawberry Fruit Coolatta® | 16 fl.ozs. | 290 | 0 | 0 | 0 | 0 | 0 | 30 | 72 | 1 | 65 | 0 | 0 | 45 | 4 | 2 |
| Vanilla Bean Coolatta® | 16 fl.ozs. | 440 | 150 | 17 | 15 | 1 | 0 | 95 | 70 | 1 | 69 | 1 | 0 | 0 | 4 | 0 |
| Lemonade Coolatta® | 16 ozs. | 240 | 0 | 0 | 0 | 0 | 0 | 35 | 59 | 0 | 56 | 0 | 0 | 30 | 4 | 0 |
| **Flavored Coffee** | | | | | | | | | | | | | | | | |
| Blueberry Coffee | 10 fl.oz. | 20 | 0 | 0 | 0 | 0 | 0 | 65 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Caramel Coffee | 10 fl.oz. | 20 | 0 | 0 | 0 | 0 | 0 | 65 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Cinnamon Coffee | 10 fl.oz. | 20 | 0 | 0 | 0 | 0 | 0 | 65 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Hazelnut Coffee | 10 fl.oz. | 20 | 0 | 0 | 0 | 0 | 0 | 60 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Raspberry Coffee | 10 fl.oz. | 20 | 0 | 0 | 0 | 0 | 0 | 65 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Toasted Almond Coffee | 10 fl.oz. | 20 | 0 | 0 | 0 | 0 | 0 | 65 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| French Vanilla Coffee | 10 fl.oz. | 20 | 0 | 0 | 0 | 0 | 0 | 60 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Coconut Coffee | 10 fl.oz. | 20 | 0 | 0 | 0 | 0 | 0 | 65 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Chocolate Coffee | 10 fl.oz. | 20 | 0 | 0 | 0 | 0 | 0 | 60 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Caramel Cinnamon Coffee | 10 fl.oz. | 20 | 0 | 0 | 0 | 0 | 0 | 65 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| **Hot Espresso Drinks** | | | | | | | | | | | | | | | | |
| Latte with Soy Milk | 10 fl.oz. | 90 | 30 | 3.50 | 0 | 0 | 0 | 110 | 8 | 1 | 6 | 6 | 8 | 0 | 25 | 6 |
| Latte with Soy Milk and Sugar | 10 fl.oz. | 150 | 30 | 3.50 | 0 | 0 | 0 | 110 | 22 | 1 | 20 | 6 | 8 | 0 | 25 | 6 |
| Caramel Swirl Latte with Soy Milk | 10 fl.oz | 210 | 30 | 3.50 | 0 | 0 | 0 | 160 | 34 | 1 | 32 | 8 | 8 | 0 | 25 | 6 |
| Mocha Swirl Latte with Soy Milk | 10 fl.oz. | 210 | 40 | 4.50 | 1 | 0 | 0 | 130 | 35 | 2 | 32 | 7 | 8 | 10 | 25 | 15 |
| Cappuccino with Soy Milk | 10 fl.oz | 70 | 25 | 2.50 | 0 | 0 | 0 | 80 | 6 | 1 | 5 | 4 | 6 | 0 | 20 | 4 |
| Cappuccino with Soy Milk and Sugar | 10 fl.oz. | 120 | 25 | 2.50 | 0 | 0 | 0 | 80 | 20 | 1 | 19 | 4 | 6 | 0 | 20 | 4 |
| Caramel Creme hot latte | 10 fl.oz | 260 | 80 | 9 | 6 | 0 | 20 | 135 | 40 | 0 | 40 | 8 | 4 | 0 | 30 | 0 |
| Mocha Almond Hot Latte | 10 fl.oz | 290 | 90 | 10 | 7 | 0 | 20 | 115 | 46 | 1 | 45 | 8 | 4 | 8 | 25 | 8 |
| Hot Latte Lite | 10 fl.oz | 70 | 0 | 0 | 0 | 0 | 5 | 80 | 10 | 0 | 9 | 6 | 6 | 0 | 20 | 0 |
| Turbo Hot™ | 10 fl.oz | 130 | 50 | 6 | 3.50 | 0 | 20 | 55 | 20 | 0 | 17 | 1 | 4 | 0 | 4 | 0 |
| Vanilla Latte Lite | 10 fl.oz | 80 | 0 | 0 | 0 | 0 | 0 | 105 | 12 | 0 | 10 | 7 | 8 | 0 | 20 | 0 |
| Gingerbread Latte | 10 fl oz | 400 | 80 | 9 | 5 | 0 | 30 | 190 | 68 | 0 | 66 | 10 | 6 | 0 | 35 | 4 |
| Latte | 10 fl.ozs. | 120 | 60 | 6 | 3.50 | 0 | 25 | 95 | 10 | 0 | 9 | 6 | 0 | 0 | 20 | 0 |
| Latte with Sugar | 10 fl.ozs. | 160 | 60 | 6 | 3.50 | 0 | 25 | 95 | 22 | 0 | 21 | 6 | 0 | 0 | 20 | 0 |
| Caramel Swirl Latte | 10 fl.ozs. | 230 | 60 | 6 | 3.50 | 0 | 25 | 140 | 36 | 0 | 35 | 6 | 0 | 0 | 25 | 0 |
| Mocha Swirl Latte | 10 fl.ozs. | 230 | 70 | 7 | 4 | 0 | 25 | 110 | 37 | 1 | 35 | 6 | 0 | 10 | 20 | 8 |
| Cappuccino | 10 fl.ozs. | 80 | 40 | 4.50 | 2.50 | 0 | 20 | 70 | 7 | 0 | [illegible] | 4 | 0 | 0 | 15 | 0 |
| Cappuccino with Sugar | 10 fl.ozs. | 130 | 40 | 4.50 | 2.50 | 0 | 15 | 65 | 21 | 0 | 20 | 4 | 0 | 0 | 10 | 0 |
| Espresso | 2 fl.ozs. | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Espresso with Sugar | 2 fl.ozs. | 30 | 0 | 0 | 0 | 0 | 0 | 5 | 7 | 0 | 7 | 0 | 0 | 0 | 0 | 0 |
| **Iced Coffee** | | | | | | | | | | | | | | | | |
| Turbo Ice™ | 16 fl.oz | 120 | 60 | 7 | 3.50 | 0 | 20 | 35 | 14 | 0 | 13 | 1 | 4 | 0 | 4 | 0 |
| Vanilla Iced Latte Lite | 16 fl.ozs. | 80 | 0 | 0 | 0 | 0 | 0 | 110 | 13 | 0 | 0 | 7 | 8 | 0 | 20 | 0 |
| Berry Berry Iced Coffee | 16 fl.ozs. | 120 | 50 | 6 | 3.50 | 0 | 20 | 75 | 16 | 0 | 15 | 2 | 4 | 0 | 4 | 0 |
| Iced Coffee | 16 fl.ozs. | 15 | 0 | 0 | 0 | 0 | 0 | 70 | 3 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Iced Coffee with Cream | 16 fl.ozs. | 70 | 50 | 6 | 3.50 | 0 | 20 | 75 | 4 | 0 | 0 | 2 | 4 | 0 | 4 | 0 |
| Iced Coffee with Cream and Sugar | 16 fl.ozs. | 120 | 50 | 6 | 3.50 | 0 | 20 | 75 | 16 | 0 | 12 | 2 | 4 | 0 | 4 | 0 |
| Iced Coffee with Milk | 16 fl.ozs. | 35 | 10 | 1 | 0.50 | 0 | 5 | 80 | 4 | 0 | 2 | 2 | 0 | 0 | 4 | 0 |
| Iced Coffee with Milk and Sugar | 16 fl.ozs. | 80 | 10 | 1 | 0.50 | 0 | 5 | 80 | 16 | 0 | 13 | 2 | 0 | 0 | 4 | 0 |
| Iced Coffee with Skim Milk | 16 fl.ozs. | 25 | 0 | 0 | 0 | 0 | 0 | 75 | 4 | 0 | 0 | 2 | 0 | 0 | 4 | 0 |
| Iced Coffee with Skim Milk and Sugar | 16 fl.ozs. | 70 | 0 | 0 | 0 | 0 | 0 | 75 | 16 | 0 | 12 | 2 | 0 | 0 | 4 | 0 |
| Iced Coffee with Sugar | 16 fl.ozs. | 60 | 0 | 0 | 0 | 0 | 0 | 70 | 15 | 0 | 12 | 1 | 0 | 0 | 0 | 0 |
| **Iced Espresso Drinks** | | | | | | | | | | | | | | | | |
| Iced Latte with Skim Milk and Sugar | 16 fl.oz. | 120 | 0 | 0 | 0 | 0 | 0 | 110 | 23 | 0 | 22 | 7 | 8 | 0 | 20 | 0 |
| Iced Caramel Swirl Latte with Skim Milk | 16 fl.oz. | 180 | 0 | 0 | 0 | 0 | 0 | 150 | 36 | 0 | 35 | 8 | 6 | 0 | 25 | 0 |
| Iced Mocha Swirl Latte with Skim Milk | 16 fl.oz. | 180 | 10 | 1 | 1 | 0 | 0 | 115 | 37 | 1 | 35 | 7 | 6 | 10 | 20 | 8 |

| Item | Size | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Turbo Ice™ | 16 fl.oz | 120 | 60 | 7 | 3.50 | 0 | 20 | 25 | 14 | 0 | 13 | 1 | 4 | 0 | 4 | 0 |
| Iced Latte with Skim Milk | 16 fl.oz | 70 | 0 | 0 | 0 | 0 | 0 | 110 | 11 | 0 | 10 | 7 | 8 | 0 | 0 | 0 |
| Caramel Creme Iced latte | 16 fl.oz | 260 | 80 | 9 | 6 | 0 | 20 | 125 | 40 | 0 | 40 | 8 | 4 | 0 | 30 | 0 |
| Mocha Almond Iced Latte | 16 fl.oz | 290 | 90 | 10 | 7 | 0 | 20 | 115 | 46 | 1 | 45 | 8 | 4 | 8 | 25 | 8 |
| Iced Latte Lite | 16 fl.oz | 80 | 0 | 0 | 0 | 0 | 0 | 110 | 13 | 0 | 10 | 7 | 8 | 0 | 20 | 0 |
| Iced Latte | 16 fl.ozs. | 120 | 60 | 7 | 4 | 0 | 25 | 105 | 11 | 0 | 10 | 5 | 0 | 0 | 20 | 0 |
| Iced Latte with Sugar | 16 fl.ozs | 170 | 60 | 7 | 4 | 0 | 25 | 110 | 23 | 0 | 21 | 6 | 0 | 0 | 20 | 0 |
| Iced Caramel Swirl Latte | 16 fl.ozs | 240 | 60 | 7 | 4 | 0 | 25 | 150 | 37 | 0 | 36 | 8 | 0 | 0 | 25 | 0 |
| Iced Mocha Swirl Latte | 16 fl.ozs. | 240 | 70 | 8 | 4.50 | 0 | 25 | 125 | 38 | 1 | 36 | 7 | 0 | 10 | 20 | 10 |

**Other**

| Item | Size | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| White Hot Chocolate small | 10 fl oz | 230 | 80 | 9 | 7 | 0 | 0 | 290 | 37 | 0 | 30 | 2 | 0 | 0 | 6 | 0 |
| White Hot Chocolate medium | 14 fl oz | 340 | 120 | 13 | 11 | 0 | 0 | 430 | 55 | 0 | 44 | 3 | 0 | 0 | 10 | 0 |
| White Hot Chocolate large | 20 fl oz | 480 | 160 | 18 | 15 | 0 | 0 | 600 | 77 | 0 | 61 | 4 | 0 | 0 | 15 | 0 |
| Dunkaccino® | 10 fl.ozs. | 230 | 90 | 10 | 3 | 5 | 5 | 210 | 35 | 0 | 25 | 2 | 0 | 0 | 4 | 0 |
| Hot Chocolate | 10 fl.ozs. | 220 | 70 | 8 | 2 | 4 | 0 | 280 | 38 | 2 | 28 | 2 | 0 | 0 | 4 | 2 |
| Vanilla Chai | 10 ozs. | 230 | 70 | 8 | 6 | 0 | 5 | 50 | 40 | 0 | 32 | 1 | 0 | 0 | 2 | 4 |

**Smoothie**

| Item | Size | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Strawberry Banana Smoothie small | 16 fl.ozs. | 360 | 25 | 2.50 | 1.50 | 0 | 10 | 125 | 79 | 2 | 69 | 7 | 0 | 100 | 25 | 0 |
| Wildberry Smoothie small | 16 fl.ozs. | 360 | 25 | 2.50 | 1.50 | 0 | 10 | 120 | 79 | 1 | 70 | 7 | 0 | 180 | 25 | 4 |
| Mango Passion Fruits Smoothie small | 16 fl.ozs. | 360 | 25 | 2.50 | 1.50 | 0 | 10 | 120 | 79 | 2 | 68 | 7 | 30 | 80 | 25 | 0 |
| Mango Passion Fruits Smoothie medium | 24 fl.ozs. | 550 | 35 | 4 | 2.50 | 0 | 10 | 180 | 118 | 3 | 103 | 10 | 50 | 120 | 40 | 0 |
| Wildberry Smoothie medium | 24 fl.ozs. | 550 | 35 | 4 | 2.50 | 0 | 10 | 180 | 118 | 2 | 104 | 10 | 0 | 260 | 40 | 6 |
| Strawberry Banana Smoothie medium | 24 fl.ozs. | 550 | 35 | 4 | 2.50 | 0 | 10 | 180 | 118 | 3 | 103 | 10 | 0 | 140 | 40 | 4 |
| Tropical Fruit Smoothie Small | 16 fl.oz | 360 | 25 | 2.50 | 1.50 | 0 | 10 | 110 | 77 | 1 | 70 | 7 | 4 | 160 | 25 | 2 |
| Tropical Fruit Smoothie Medium | 24 fl oz | 540 | 35 | 4 | 2.50 | 0 | 15 | 170 | 117 | 2 | 106 | 11 | 4 | 250 | 40 | 2 |
| Tropical fruit Smoothie Large | 32 fl.oz | 720 | 50 | 5 | 3.50 | 0 | 15 | 220 | 155 | 3 | 142 | 15 | 6 | 330 | 50 | 2 |

**Tea**

| Item | Size | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Earl Grey Tea | 10 fl.oz. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| English Breakfast Tea | 10 fl.oz. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Decaffeinated Tea | 10 fl.oz. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Green Tea | 10 fl.oz. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Regular Tea | 10 fl.oz. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lemon Tea | 10 fl.oz. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Regular Tea with Milk | 10 fl.oz. | 25 | 10 | 1 | 0.50 | 0 | 5 | 15 | 2 | 0 | 2 | 1 | 0 | 0 | 4 | 0 |
| Decaffeinated Tea with Milk | 10 fl.oz. | 25 | 10 | 1 | 0.50 | 0 | 5 | 15 | 2 | 0 | 2 | 1 | 0 | 0 | 4 | 0 |
| English Breakfast Tea with milk | 10 fl.oz. | 25 | 10 | 1 | 0.50 | 0 | 5 | 15 | 2 | 0 | 2 | 1 | 0 | 0 | 4 | 0 |
| Earl Grey Tea with Milk | 10 fl.oz. | 25 | 10 | 1 | 0.50 | 0 | 5 | 15 | 2 | 0 | 2 | 1 | 0 | 0 | 4 | 0 |
| Green Tea with Milk | 10 fl.oz. | 25 | 10 | 1 | 0.50 | 0 | 5 | 15 | 2 | 0 | 2 | 1 | 0 | 0 | 4 | 0 |
| Regular Tea with Milk and Sugar | 10 fl.oz. | 70 | 10 | 1 | 0.50 | 0 | 5 | 15 | 14 | 0 | 13 | 1 | 0 | 0 | 4 | 0 |
| Decaffeinated Tea with Milk and Sugar | 10 fl.oz. | 70 | 10 | 1 | 0.50 | 0 | 5 | 15 | 14 | 0 | 13 | 1 | 0 | 0 | 4 | 0 |
| English Breakfast Tea with Milk and Sugar | 10 fl.oz. | 70 | 10 | 1 | 0.50 | 0 | 5 | 15 | 14 | 0 | 13 | 1 | 0 | 0 | 4 | 0 |
| Earl Grey Tea with Milk and Sugar | 10 fl.oz. | 70 | 10 | 1 | 0.50 | 0 | 5 | 15 | 14 | 0 | 13 | 1 | 0 | 0 | 4 | 0 |
| Green Tea with Milk and Sugar | 10 fl.oz. | 70 | 10 | 1 | 0.50 | 0 | 5 | 15 | 14 | 0 | 13 | 1 | 0 | 0 | 4 | 0 |
| Regular Tea with Skim Milk | 10 fl.oz. | 25 | 0 | 0 | 0 | 0 | 0 | 70 | 4 | 0 | 1 | 2 | 0 | 0 | 4 | 0 |
| Decaffeinated Tea with Skim Milk | 10 fl.oz.. | 25 | 0 | 0 | 0 | 0 | 0 | 70 | 4 | 0 | 1 | 2 | 0 | 0 | 4 | 0 |

| Item | Serving | Cal | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| English Breakfast Tea with Skim Milk | 10 fl.oz. | 25 | 0 | 0 | 0 | 0 | 0 | 70 | 4 | 0 | 1 | 2 | 0 | 0 | 4 | 0 |
| Earl Grey Tea with Skim Milk | 10 fl.oz. | 25 | 0 | 0 | 0 | 0 | 0 | 70 | 4 | 0 | 1 | 2 | 0 | 0 | 4 | 0 |
| Green Tea with Skim Milk | 10 fl.oz. | 25 | 0 | 0 | 0 | 0 | 0 | 70 | 4 | 0 | 1 | 2 | 0 | 0 | 4 | 0 |
| Regular Tea with Skim Milk and Sugar | 10 fl.oz. | 60 | 0 | 0 | 0 | 0 | 0 | 15 | 14 | 0 | 13 | 1 | 0 | 0 | 4 | 0 |
| Decaffeinated Tea with Skim Milk and Sugar | 10 fl.oz. | 60 | 0 | 0 | 0 | 0 | 0 | 15 | 14 | 0 | 13 | 1 | 0 | 0 | 4 | 0 |
| English Breakfast Tea with Skim Milk and Sugar | 10 fl.oz. | 60 | 0 | 0 | 0 | 0 | 0 | 15 | 14 | 0 | 13 | 1 | 0 | 0 | 4 | 0 |
| Earl Grey Tea with Skim Milk and Sugar | 10 fl.oz. | 60 | 0 | 0 | 0 | 0 | 0 | 15 | 14 | 0 | 13 | 1 | 0 | 0 | 4 | 0 |
| Green Tea with Skim Milk and Sugar | 10 fl.oz. | 60 | 0 | 0 | 0 | 0 | 0 | 15 | 14 | 0 | 13 | 1 | 0 | 0 | 4 | 0 |
| Regular Tea with Sugar | 10 fl.oz. | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 0 | 12 | 0 | 0 | 0 | 0 | 0 |
| Decaffeinated Tea with Sugar | 10 fl.oz. | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 0 | 12 | 0 | 0 | 0 | 0 | 0 |
| Lemon Tea with Sugar | 10 fl.oz. | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 0 | 12 | 0 | 0 | 0 | 0 | 0 |
| English Breakfast Tea with Sugar | 10 fl.oz. | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 0 | 12 | 0 | 0 | 0 | 0 | 0 |
| Earl Grey Tea with Sugar | 10 fl.oz. | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 0 | 12 | 0 | 0 | 0 | 0 | 0 |
| Green Tea with Sugar | 10 fl.oz. | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 0 | 12 | 0 | 0 | 0 | 0 | 0 |

**Breakfast Sandwiches**

| Item | Serving | Cal | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Supreme Omelet on a Croissant | 1 sandwich | 690 | 460 | 54 | 15 | 7 | 260 | 1040 | 40 | 1 | 8 | 24 | 20 | 15 | 15 | 15 |
| Maple Cheddar Breakfast Sandwich | 1 sandwich | 690 | 410 | 45 | 15 | 7 | 180 | 630 | 45 | 0 | 6 | 25 | 6 | 0 | 20 | 6 |
| Hash Browns | 90 g | 190 | 100 | 11 | 2 | 0 | 0 | 550 | 21 | 3 | 0 | 0 | 0 | 10 | 0 | 2 |
| Sausage Egg Cheese Croissant Sandwich | 1 sandwich | 690 | 460 | 51 | 17 | 7 | 230 | 1080 | 40 | 0 | 8 | 22 | 8 | 0 | 10 | 15 |
| Bacon Egg Cheese Bagel Sandwich | 1 sandwich | 540 | 180 | 63 | 7 | 0 | 200 | 1400 | 69 | 2 | 10 | 15 | 10 | 0 | 20 | 35 |
| Ham Egg Cheese English Muffin Sandwich | 1 sandwich | 310 | 90 | 10 | 5 | 0 | 160 | 1270 | 34 | 1 | 3 | 21 | 10 | 0 | 15 | 30 |
| Bacon Egg Cheese Croissant Sandwich | 1 sandwich | 520 | 300 | 37 | 15 | 7 | 235 | 940 | 40 | 0 | 9 | 14 | 10 | 0 | 10 | 15 |
| Bacon Egg Cheese English Muffin Sandwich | 1 sandwich | 360 | 140 | 16 | 6 | 0 | 200 | 1300 | 36 | 1 | 8 | 17 | 10 | 0 | 20 | 30 |
| Egg Cheese Bagel Sandwich | 1 sandwich | 470 | 140 | 15 | 6 | 0 | 190 | 1120 | 65 | 2 | 10 | 20 | 10 | 0 | 10 | 35 |
| Egg Cheese Biscuit Sandwich | 1 sandwich | 410 | 230 | 25 | 9 | 7 | 190 | 1250 | 32 | 1 | 9 | 14 | 10 | 0 | 15 | 25 |
| Egg Cheese Croissant Sandwich | 1 sandwich | 460 | 280 | 31 | 13 | 7 | 195 | 740 | 40 | 0 | 9 | 12 | 10 | 0 | 10 | 15 |
| Egg Cheese English Muffin Sandwich | 1 sandwich | 280 | 80 | 9 | 4.50 | 0 | 140 | 1010 | 34 | 1 | 3 | 15 | 10 | 0 | 15 | 25 |
| Ham Egg Cheese Bagel Sandwich | 1 sandwich | 510 | 140 | 16 | 6 | 0 | 200 | 1390 | 65 | 2 | 10 | 26 | 10 | 0 | 10 | 35 |
| Ham Egg Cheese Croissant Sandwich | 1 sandwich | 520 | 290 | 32 | 10 | 7 | 215 | 1010 | 40 | 0 | 9 | 20 | 10 | 0 | 10 | 15 |
| Sausage Egg Cheese Bagel Sandwich | 1 sandwich | 660 | 320 | 35 | 13 | 0.50 | 225 | 1450 | 65 | 2 | 9 | 20 | 10 | 0 | 15 | 35 |
| Sausage Egg Cheese English Muffin Sandwich | 1 sandwich | 530 | 290 | 32 | 12 | 0.50 | 235 | 1610 | 37 | 1 | 8 | 23 | 15 | 0 | 20 | 35 |
| Sausage Egg Cheese Biscuit Sandwich | 1 sandwich | 610 | 390 | 43 | 14 | 7 | 235 | 1760 | 32 | 1 | 9 | 23 | 15 | 0 | 15 | 30 |

**Flat Bread**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ham & Swiss Flat Bread | 1 sandwich | 490 | 220 | 24 | 12 | 0 | 55 | 1060 | 46 | 2 | 2 | 21 | 15 | 0 | 0 | 10 |
| Turkey Cheddar & Bacon Flat Bread | 1 sandwich | 490 | 220 | 24 | 12 | 0 | 55 | 1060 | 46 | 2 | 2 | 21 | 15 | 0 | 0 | 10 |
| Three Cheese Flat Bread | 1 sandwich | 490 | 220 | 24 | 12 | 0 | 55 | 1060 | 46 | 2 | 2 | 21 | 15 | 0 | 0 | 10 |
| **Personal Pizza** | | | | | | | | | | | | | | | | |
| Pepperoni Pizza | 1 pizza | 410 | 170 | 19 | 9 | 0 | 35 | 960 | 45 | 2 | 3 | 19 | 15 | 4 | 0 | 15 |
| Cheese Pizza | 1 pizza | 400 | 170 | 19 | 10 | 0 | 25 | 820 | 46 | 2 | 4 | 18 | 20 | 6 | 0 | 15 |
| Supreme Pizza | 1 pizza | 430 | 190 | 21 | 10 | 0 | 35 | 1010 | 46 | 2 | 3 | 17 | 20 | 4 | 0 | 15 |

| **Donuts** | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lemon Bark Donut | 1 donut | 310 | 130 | 14 | 5 | 2.50 | 0 | 300 | 35 | 3 | 25 | 3 | 0 | 0 | 2 | 10 |
| Apple Crumb Cake Donut | 1 donut | 290 | 140 | 15 | 13 | 0.50 | 15 | 320 | 41 | 1 | 22 | 3 | 0 | 0 | 2 | 6 |
| Pumpkin Glazed Donut | 1 donut | 280 | 90 | 9 | 1.50 | 4 | 20 | 450 | 50 | 1 | 27 | 4 | 0 | 0 | 4 | 30 |
| Berry Berry Donut | 1 donut | 330 | 130 | 14 | 5 | 2.50 | 0 | 300 | 46 | 3 | 21 | 3 | 0 | 0 | 2 | 10 |
| Apple Crumb Donut | 1 donut | 230 | 90 | 10 | 3 | 4 | 0 | 270 | 34 | 1 | 12 | 3 | 0 | 0 | 0 | 4 |
| Apple N' Spice Donut | 1 donut | 200 | 70 | 8 | 1.50 | 2.50 | 0 | 270 | 29 | 1 | 7 | 3 | 0 | 0 | 0 | 4 |
| Bavarian Kreme Donut | 1 donut | 210 | 80 | 9 | 2 | 2.50 | 0 | 270 | 30 | 1 | 6 | 3 | 0 | 0 | 0 | 4 |
| Black Raspberry Donut | 1 donut | 210 | 70 | 8 | 1.50 | 4 | 0 | 280 | 32 | 1 | 10 | 3 | 0 | 0 | 0 | 4 |
| Blueberry Cake Donut | 1 donut | 290 | 140 | 16 | 3.50 | 2.50 | 10 | 300 | 35 | 1 | 16 | 3 | 0 | 0 | 0 | 6 |
| Blueberry Crumb Donut | 1 donut | 240 | 90 | 10 | 3 | 4 | 0 | 260 | 36 | 1 | 15 | 3 | 0 | 0 | 0 | 4 |
| Boston Kreme Donut | 1 donut | 240 | 80 | 9 | 2 | 2.50 | 0 | 250 | 36 | 1 | 14 | 3 | 0 | 0 | 0 | 4 |
| Chocolate Coconut Cake Donut | 1 donut | 300 | 170 | 19 | 6 | 5 | 0 | 370 | 31 | 1 | 12 | 4 | 0 | 0 | 0 | 0 |
| Chocolate Frosted Cake Donut | 1 donut | 360 | 180 | 20 | 5 | 5 | 25 | 350 | 40 | 1 | 19 | 4 | 0 | 0 | 2 | 8 |
| Chocolate Frosted Donut | 1 donut | 200 | 80 | 9 | 2 | 5 | 0 | 260 | 29 | 1 | 10 | 3 | 0 | 0 | 0 | 4 |
| Chocolate Glazed Cake Donut | 1 donut | 290 | 140 | 16 | 3.50 | 4 | 0 | 370 | 33 | 1 | 14 | 3 | 0 | 0 | 0 | 0 |
| Chocolate Kreme Filled Donut | 1 donut | 270 | 120 | 13 | 3 | 4 | 0 | 260 | 35 | 1 | 16 | 3 | 0 | 0 | 0 | 4 |
| Cinnamon Cake Donut | 1 donut | 330 | 180 | 20 | 5 | 4 | 25 | 340 | 34 | 1 | 14 | 4 | 0 | 0 | 2 | 10 |
| Double Chocolate Cake Donut | 1 donut | 310 | 150 | 17 | 3.50 | 5 | 0 | 370 | 37 | 2 | 18 | 3 | 0 | 0 | 4 | 0 |
| Glazed Cake Donut | 1 donut | 350 | 170 | 19 | 5 | 4 | 25 | 340 | 45 | 1 | 23 | 4 | 0 | 0 | 2 | 8 |
| Glazed Donut | 1 donut | 180 | 70 | 8 | 1.50 | 4 | 0 | 250 | 25 | 1 | 6 | 3 | 0 | 0 | 0 | 4 |
| Jelly Filled Donut | 1 donut | 210 | 70 | 8 | 1.50 | 4 | 0 | 280 | 32 | 1 | 14 | 3 | 0 | 0 | 0 | 4 |
| Maple Frosted Donut | 1 donut | 210 | 80 | 9 | 2 | 2.50 | 0 | 260 | 30 | 1 | 12 | 3 | 0 | 0 | 0 | 4 |
| Marble Frosted Donut | 1 donut | 200 | 80 | 9 | 2 | 2.50 | 0 | 260 | 29 | 1 | 11 | 3 | 0 | 0 | 0 | 4 |
| Old Fashioned Cake Donut | 1 donut | 300 | 170 | 19 | 5 | 4 | 25 | 330 | 28 | 1 | 9 | 4 | 0 | 0 | 2 | 8 |
| Powdered Cake Donut | 1 donut | 330 | 170 | 19 | 5 | 4 | 25 | 330 | 36 | 1 | 17 | 4 | 0 | 0 | 2 | 8 |
| Strawberry Donut | 1 donut | 210 | 70 | 8 | 1.50 | 4 | 0 | 260 | 32 | 1 | 11 | 3 | 0 | 0 | 0 | 4 |
| Strawberry Frosted Donut | 1 donut | 210 | 80 | 9 | 2 | 2.50 | 0 | 260 | 30 | 1 | 12 | 3 | 0 | 0 | 0 | 4 |
| Sugar Raised Donut | 1 donut | 170 | 70 | 8 | 1.50 | 4 | 0 | 250 | 22 | 1 | 4 | 3 | 0 | 0 | 0 | 4 |
| Vanilla Kreme Filled Donut | 1 donut | 270 | 120 | 13 | 3 | 3.50 | 0 | 250 | 36 | 1 | 17 | 3 | 0 | 0 | 0 | 4 |
| Wheat Glazed Cake Donut | 1 donut | 310 | 170 | 19 | 4 | 4 | 0 | 380 | 32 | 2 | 14 | 4 | 0 | 0 | 0 | 6 |
| French Cruller | 1 donut | 150 | 70 | 8 | 2 | 3 | 20 | 105 | 17 | 1 | 8 | 2 | 0 | 0 | 0 | 0 |
| Frosted Lemon Cake Donut | 1 donut | 240 | 120 | 14 | 3.50 | 2.50 | 0 | 150 | 28 | 0 | 17 | 2 | 0 | 0 | 0 | 2 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Glazed Lemon Cake Donut | 1 donut | 240 | 120 | 14 | 3.50 | 2.50 | 0 | 150 | 28 | 0 | 16 | 2 | 0 | 0 | 0 | 2 |
| **Lemon Burst Donut** | 1 donut | 300 | 130 | 14 | 5 | 2.50 | 0 | 300 | 35 | 3 | 25 | 3 | 0 | 0 | 0 | 10 |
| **Fancies** | | | | | | | | | | | | | | | | |
| Apple Fritter | 1 fritter | 300 | 130 | 14 | 3 | 2.50 | 0 | 360 | 41 | 1 | 12 | 4 | 0 | 0 | 0 | 6 |
| **Chocolate Iced Bismark** | 1 donut | 340 | 130 | 15 | 3.50 | 1.50 | 0 | 290 | 50 | 1 | 31 | 3 | 0 | 0 | 0 | 4 |
| Bow Tie Donut | 1 donut | 300 | 150 | 17 | 3.50 | 5 | 0 | 340 | 34 | 1 | 10 | 4 | 0 | 0 | 0 | 4 |
| **Chocolate Frosted Coffee Roll** | 1 coffee roll | 290 | 130 | 15 | 3 | 4 | 0 | 340 | 36 | 1 | 12 | 4 | 0 | 0 | 0 | 6 |
| Coffee Roll | 1 coffee roll | 270 | 130 | 14 | 3 | 4 | 0 | 340 | 33 | 1 | 10 | 4 | 0 | 0 | 0 | 6 |
| **Eclair** | 1 donut | 270 | 100 | 11 | 2.50 | 3.50 | 0 | 290 | 39 | 1 | 17 | 3 | 0 | 0 | 0 | 4 |
| Glazed Fritter | 1 fritter | 260 | 130 | 14 | 3 | 2.50 | 0 | 330 | 31 | 1 | 7 | 4 | 0 | 0 | 0 | 6 |
| **Maple Frosted Coffee Roll** | 1 donut | 290 | 130 | 14 | 3 | 4 | 0 | 340 | 36 | 1 | 13 | 4 | 0 | 0 | 0 | 6 |
| Vanilla Frosted Coffee Roll | 1 donut | 290 | 130 | 14 | 3 | 4 | 0 | 340 | 36 | 1 | 13 | 4 | 0 | 0 | 0 | 6 |
| **Munchkins** | | | | | | | | | | | | | | | | |
| Cinnamon Cake Munchkin | 4 munchkins | 270 | 130 | 15 | 3.50 | 4 | 25 | 210 | 31 | 1 | 14 | 3 | 0 | 0 | 2 | 25 |
| **Glazed Cake Munchkin** | 3 munchkins | 280 | 120 | 13 | 3 | 4 | 20 | 190 | 38 | 1 | 22 | 3 | 0 | 0 | 0 | 25 |
| Plain Cake Munchkin | 4 munchkins | 270 | 140 | 16 | 4 | 4 | 25 | 240 | 27 | 1 | 9 | 3 | 0 | 0 | 0 | 30 |
| **Powdered Cake Munchkin** | 4 munchkins | 270 | 130 | 14 | 3.50 | 4 | 25 | 210 | 31 | 1 | 15 | 3 | 0 | 0 | 0 | 25 |
| Glazed Chocolate Cake Munchkin | 3 munchkins | 200 | 90 | 10 | 2 | 5 | 0 | 250 | 26 | 1 | 13 | 2 | 0 | 0 | 0 | 0 |
| **Glazed Munchkin** | 5 munchkins | 200 | 80 | 9 | 2 | 2.50 | 0 | 220 | 27 | 1 | 12 | 3 | 0 | 0 | 0 | 2 |
| Jelly Filled Munchkin | 5 munchkins | 210 | 80 | 9 | 2 | 2.50 | 0 | 240 | 30 | 1 | 15 | 3 | 0 | 0 | 0 | 4 |
| **Lemon Filled Munchkin** | 4 munchkins | 170 | 70 | 8 | 1.50 | 2.50 | 0 | 190 | 23 | 0 | 9 | 2 | 0 | 0 | 0 | 0 |
| Sugar Raised Munchkin | 7 munchkins | 220 | 110 | 12 | 2.50 | 6 | 0 | 290 | 26 | 1 | 5 | 4 | 0 | 0 | 0 | 4 |
| **Sticks** | | | | | | | | | | | | | | | | |
| Plain Cake Stick | 1 stick | 420 | 260 | 29 | 7 | 5 | 35 | 310 | 35 | 1 | 12 | 4 | 0 | 0 | 2 | 35 |
| **Glazed Cake Stick** | 1 stick | 490 | 260 | 29 | 7 | 5 | 35 | 310 | 51 | 1 | 26 | 4 | 0 | 0 | 2 | 35 |
| Jelly Stick | 1 stick | 530 | 260 | 29 | 7 | 5 | 35 | 320 | 60 | 1 | 32 | 4 | 0 | 0 | 2 | 35 |
| **Powdered Cake Stick** | 1 stick | 450 | 260 | 29 | 7 | 5 | 35 | 310 | 42 | 1 | 18 | 4 | 0 | 0 | 2 | 35 |
| Cinnamon Cake Stick | 1 stick | 460 | 270 | 30 | 7 | 5 | 35 | 310 | 42 | 1 | 17 | 4 | 0 | 0 | 4 | 10 |
| **Glazed Chocolate Cake Stick** | 1 stick | 470 | 260 | 29 | 7 | 5 | 0 | 490 | 49 | 2 | 24 | 4 | 0 | 0 | 4 | 10 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | | | | | | | | | | | |
| **Cravings Sandwiches** | | | | | | | | | | | | | | | | |
| chicken bruschetta sandwich | 1 sandwich | 580 | 230 | 25 | 8 | 0 | 85 | 1460 | 48 | 4 | 3 | 42 | 15 | 10 | 25 | 20 |
| **chipotle chicken sandwich** | 1 sandwich | 620 | 230 | 26 | 9 | 0 | 110 | 1730 | 49 | 4 | 5 | 49 | 15 | 10 | 20 | 20 |
| pastrami supreme sandwich | 1 sandwich | 760 | 380 | 42 | 17 | 0 | 130 | 1990 | 47 | 5 | 4 | 48 | 20 | 10 | 25 | 35 |
| **turkey pesto sandwich** | 1 sandwich | 530 | 210 | 23 | 8 | 0 | 65 | 1630 | 46 | 4 | 5 | 33 | 25 | 25 | 30 | 20 |
| **Deli Classics Sandwiches** | | | | | | | | | | | | | | | | |
| Ham and swiss sandwich | 1 sandwich | 360 | 100 | 11 | 5 | 0 | 45 | 1120 | 44 | 4 | 4 | 23 | 15 | 10 | 30 | 15 |
| **Roast beef and swiss sandwich** | 1 sandwich | 530 | 230 | 25 | 8 | 0 | 80 | 1290 | 45 | 4 | 4 | 31 | 15 | 10 | 30 | 20 |
| Tuna (Albacore) sandwich | 1 sandwich | 550 | 230 | 26 | 4.50 | 0 | 35 | 830 | 49 | 4 | 7 | 29 | 10 | 10 | 2 | 15 |
| **Turkey and cheese sandwich** | 1 sandwich | 510 | 200 | 22 | 6 | 0 | 65 | 1380 | 45 | 4 | 4 | 35 | 15 | 10 | 30 | 15 |
| Vegetarian sandwich | 1 sandwich | 420 | 190 | 21 | 3 | 0 | 5 | 480 | 51 | 8 | 6 | 9 | 15 | 25 | 4 | 15 |

| Favorites Sandwiches | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chicken cordon bleu sandwich | 1 sandwich | 550 | 170 | 19 | 7 | 0 | 95 | 1370 | 51 | 4 | 3 | 45 | 15 | 10 | 30 | 20 |
| Toasted Italian sandwich | 1 sandwich | 630 | 310 | 34 | 12 | 0 | 90 | 2330 | 49 | 5 | 6 | 35 | 30 | 60 | 25 | 25 |
| Steak and cheese sandwich | 1 sandwich | 510 | 210 | 23 | 6 | 0 | 75 | 1830 | 45 | 4 | 3 | 30 | 6 | 3 | 2 | 20 |
| Turkey and bacon club sandwich | 1 sandwich | 510 | 200 | 22 | 4.50 | 0 | 70 | 1770 | 44 | 4 | 4 | 35 | 6 | 8 | 2 | 15 |
| Avocado and Turkey Sandwich | 1 sandwich | 500 | 200 | 22 | 3 | 0 | 40 | 1330 | 49 | 3 | 4 | 38 | 15 | 20 | 4 | 15 |
| **Salads** | | | | | | | | | | | | | | | | |
| Caesar Salad | 8 oz | 390 | 300 | 33 | 7 | 0 | 35 | 980 | 14 | 3 | 2 | 10 | 160 | 60 | 20 | 10 |
| Chicken Caesar Salad | 11 oz | 520 | 320 | 36 | 8 | 0 | 85 | 1520 | 16 | 3 | 2 | 34 | 160 | 60 | 25 | 30 |
| Garden Salad | 13.5 oz | 240 | 100 | 12 | 5 | 0 | 30 | 490 | 24 | 5 | 8 | 12 | 160 | 70 | 30 | 30 |
| Mediterranean salad | 15 oz | 220 | 100 | 11 | 3.50 | 0 | 15 | 760 | 23 | 5 | 7 | 10 | 160 | 70 | 20 | 30 |
| Oriental Salad | 14 oz | 580 | 320 | 35 | 5 | 1 | 45 | 1510 | 39 | 4 | 20 | 30 | 160 | 60 | 10 | 20 |
| **Soups** | | | | | | | | | | | | | | | | |
| Broccoli Cheese soup | 1 cup (240 mL) | 180 | 120 | 13 | 8 | 0 | 40 | 1310 | 10 | 1 | 3 | 7 | 30 | 35 | 20 | 0 |
| Chicken Noodle soup | 1 cup (240 mL) | 140 | 30 | 3.50 | 1 | 0 | 45 | 840 | 20 | 1 | 1 | 8 | 40 | 0 | 2 | 4 |
| Clam Chowder | 1 cup (240 mL) | 230 | 100 | 11 | 3.50 | 0 | 30 | 990 | 20 | 1 | 3 | 10 | 2 | 6 | 15 | 25 |
| Lasagna Soup | 1 cup (240 mL) | 250 | 120 | 13 | 5 | 0 | 35 | 810 | 21 | 2 | 2 | 11 | 15 | 25 | 4 | 15 |
| Timberline Chili with beans | 1 cup (240 mL) | 230 | 70 | 8 | 3 | 0 | 25 | 890 | 26 | 8 | 5 | 15 | 6 | 4 | 8 | 15 |