UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

NEW YORK STATE RESTAURANT ASSOCIATION,

                                          Plaintiff,

          - against -

NEW YORK CITY BOARD OF HEALTH, NEW YORK CITY
DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and
Thomas R. Frieden, in His Official Capacity as Commissioner of
the New York State Department of Health and Mental Hygiene,

                                          Defendants.

------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CIV 5710 (RJH)

**PLEASE TAKE NOTICE** that MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, hereby appears as attorney of record in the above entitled action on behalf of defendants NEW YORK CITY BOARD OF HEALTH, NEW YORK CITY DEPARTMENT OF HEALTH, and Thomas R. Frieden, in His Official Capacity as Commissioner of the New York City [incorrectly noted as New York State in the caption] Department of Health and Mental Hygiene.

Dated:       New York, New York
                June 22, 2007

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York

                                        By: _____
                                            Mark W. Muschenheim (MM 0498)
                                            Assistant Corporation Counsel
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 442-0573 phone
                                            (212) 791-9714 fax

by ECF:
Peter Zimroth, Esq.
Attorney for Plaintiff
Arnold & Porter
399 Park Avenue
New York, NY  10022
(212) 715-1000 phone