UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| NEW YORK STATE RESTAURANT ASSOCIATION,<br><br>                              Plaintiff,<br>      -against-<br><br>NEW YORK CITY BOARD OF HEALTH, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and THOMAS R. FRIEDEN, In His Official Capacity as Commissioner of the New York City Department of Health and Mental Hygiene,<br><br>                              Defendants. | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**<br><br>07 Civ. 5710 (RJH) |

------------------------------------------------------------------ x

**WHEREAS**, plaintiff commenced this action on June 15, 2007, and defendants have requested an enlargement of time until July 31, 2007 to respond to the complaint, and plaintiff has consented to this request,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties, that pursuant to FRCP 6(b) the defendants' time to respond to the complaint is hereby extended to July 31, 2007.

Dated: New York, New York
       June 27, 2007

| | |
|---|---|
| MICHAEL A. CARDOZO<br>Corporation Counsel of the City of New York<br>Attorney for Defendants<br>100 Church Street<br>New York, New York 10007<br>(212) 442-0573<br><br>_____<br>Mark W. Muschenheim (MM 0498)<br>Assistant Corporation Counsel | ARNOLD & PORTER LLP<br><br>Attorney for Plaintiff<br>399 Park Avenue<br>New York, New York 10022<br>(212) 715-1000<br><br>_____<br>Peter L. Zimroth (PZ 1029) |

SO ORDERED:

_____
United States District Judge