Art #: CAC177431  4 tables, 1 fig.  8/30/06  Oper: LC  Color: 2/C  Proof: 3

CA Cancer J Clin 2006;56:254–281

than are similar foods produced by other farming methods.

### Pesticides and Herbicides

*Do pesticides in foods cause cancer?* Pesticides and herbicides can be toxic when used improperly in industrial, agricultural, or other occupational settings. Although vegetables and fruits sometimes contain low levels of these chemicals, overwhelming scientific evidence supports the overall health benefits and cancer-protective effects of eating vegetables and fruits.[11] At present, there is no evidence that residues of pesticides and herbicides at the low doses found in foods increase the risk of cancer. However, produce should be thoroughly washed before consumption.

### Physical Activity

*Will increasing physical activity lower cancer risk?* Yes. People who engage in moderate to vigorous levels of physical activity are at lower risk of developing colon and breast cancer than those who do not.[3,53,122] For some cancers, this risk reduction is independent of the impact of activity on weight. Data for a direct effect on the risk of developing other cancers are more limited. Nonetheless, overweight and obesity have been associated with many types of cancer,[3] and physical activity is a key component of maintaining or achieving a healthy body weight. In addition, physical activity has a beneficial impact on cardiovascular disease and diabetes.[15]

### Phytochemicals

*What are phytochemicals, and do they reduce cancer risk?* The term *phytochemicals* refers to a wide variety of compounds produced by plants. Some of these compounds protect plants against insects or have other biologically important functions. Some have either antioxidant or hormone-like actions both in plants and in people who eat them.[177] Because consumption of vegetables and fruits reduces cancer risk, researchers are searching for specific components that might account for the beneficial effects. There is no evidence that phytochemicals taken as supplements are as beneficial as the vegetables, fruits, beans, and grains from which they are extracted.

### Saccharin

*Does saccharin cause cancer?* No. High doses of the artificial sweetener saccharin cause the formation of bladder stones that can lead to bladder cancer in rats. Saccharin consumption does not cause the formation of bladder stones in humans, though. Saccharin has been removed from the list of established human carcinogens by the US National Toxicology Program.[178]

### Salt

*Do high levels of salt in the diet increase cancer risk?* Studies in other countries link diets containing large amounts of foods preserved by salting (ie, salt-curing) and pickling with an increased risk of stomach, nasopharyngeal, and other cancer. No evidence suggests that moderate levels of salt used in cooking or in flavoring foods affect cancer risk.

### Selenium

*What is selenium, and can it reduce cancer risk?* Selenium is a mineral that contributes to the antioxidant defense mechanisms. Animal studies suggest that selenium protects against cancer, and one experimental trial has shown selenium supplements might reduce the risk of cancers of the lung, colon, and prostate.[179] However, repeated and well-controlled studies are needed to confirm whether selenium is helpful in preventing these cancers. High-dose selenium supplements are not recommended, as there is only a narrow margin between safe and toxic dosages. The maximum dose in a supplement should not exceed 200 micrograms per day.

### Soy Products

*Can soy-based foods reduce cancer risk?* Soy-derived foods are an excellent source of protein and a good alternative to meat. Soy contains several phytochemicals, some of which have weak estrogenic activity and appear to protect against hormone-dependent cancers in animal studies. Presently, there are limited data to support a potential beneficial effect of soy supplements on reducing cancer risk.[180] Furthermore, adverse effects of high doses of soy supplements on the

Art #: CAC177431   4 tables, 1 fig.   8/30/05   Oper: LC   Color: 2/C   Proof: 3

risk of estrogen-responsive cancers, such as breast or endometrial cancer, are possible.[181] Breast cancer survivors should consume only moderate amounts of soy foods as part of a healthy plant-based diet, and they should not intentionally ingest very high levels of soy products in their diet or more concentrated sources of soy, such as soy-containing pills, powders, or supplements containing isolated or concentrated isoflavones.

### Sugar

*Does sugar increase cancer risk?* Sugar increases caloric intake without providing any of the nutrients that reduce cancer risk. By promoting obesity and elevating insulin levels, high sugar intake may indirectly increase cancer risk. White (refined) sugar is no different from brown (unrefined) sugar or honey with regard to these effects on body weight or insulin. Limiting foods such as cakes, candy, cookies, and sweetened cereals, as well as high-sugar beverages such as soda, can help reduce sugar intake.

### Supplements

*Can nutritional supplements lower cancer risk?* There is strong evidence that a diet rich in vegetables, fruits, and other plant-based foods may reduce the risk of cancer, but there is no evidence at this time that supplements can reduce cancer risk, and some evidence exists that indicates that high-dose supplements can increase cancer risk.[182,183]

*Can I get the nutritional equivalent of vegetables and fruits in a pill?* No. Many healthful compounds are found in vegetables and fruits, and it is likely that these compounds work synergistically to exert their beneficial effect. There are likely to be important, but as yet unidentified, components of whole food that are not included in supplements. The small amount of dried powder in the pills that are represented as being equivalent to vegetables and fruits frequently contains only a small fraction of the levels contained in the whole foods. Food is the best source of vitamins and minerals. Supplements, however, may be beneficial for some people, such as pregnant women, women of childbearing age, and people with restricted dietary intakes. If a supplement is taken, the best choice is a balanced multivitamin/ mineral supplement containing no more than 100% of the "Daily Value" of most nutrients.

### Tea

*Can drinking tea reduce cancer risk?* Some researchers have proposed that tea might protect against cancer because of its antioxidant content. In animal studies, some teas (including green tea) have been shown to reduce cancer risk,[184,185] but epidemiologic studies have had mixed findings.[186,187] Presently, tea has not been proven to reduce cancer risk in humans.

### Trans-saturated Fats

*Do trans-saturated fats increase cancer risk?* Trans-saturated fats are produced during the manufacture of hydrogenated oils such as margarine or shortening to make them solid at room temperature. Recent evidence demonstrates that trans-fats have adverse cardiovascular effects, such as raising blood cholesterol levels.[13,188] Their relationship to cancer risk, however, has not been determined. Regardless, it is recommended to consume as few trans-fats as possible.

### Vegetables and Fruits

*Will eating vegetables and fruits lower cancer risk?* Yes. Greater consumption of vegetables and fruits has been associated in the majority of epidemiologic studies with a lower risk of lung, oral, esophageal, stomach, and colon cancer.[11] Because it is not known which of the many compounds in vegetables and fruits are most protective, the best advice is to consume five or more servings of a variety of colorful vegetables and fruits each day.

*What are cruciferous vegetables, and are they important in cancer prevention?* Cruciferous vegetables belong to the cabbage family, and include broccoli, cauliflower, Brussels sprouts, and kale. These vegetables contain certain chemicals thought to reduce the risk for colorectal cancer. The best evidence suggests that consumption of a wide variety of vegetables, including cruciferous and other vegetables, reduces cancer risk.[11,12]

*Is there a difference in the nutritional value of fresh, frozen, and canned vegetables and fruits?* Yes, but they can all be good choices. Fresh foods are usually considered to have the most nutritional

Art #: CAC177431   4 tables, 1 fig.   8/30/06   Oper: LC   Color: 2/C   Proof: 3

CA Cancer J Clin 2006;56:254–261

value. Often, however, frozen foods can be more nutritious than fresh foods because they are often picked ripe and quickly frozen; nutrients can be lost in the time between harvest and consumption for fresh foods. Canning is more likely to reduce the heat-sensitive and water-soluble nutrients because of the high heat temperatures necessary in the canning process. Be aware that some fruits are packed in heavy syrup, and some canned vegetables are high in sodium. Choose vegetables and fruits in a variety of forms.

*Does cooking affect the nutritional value of vegetables?* Boiling vegetables, especially for long periods, can leach their content of water-soluble vitamins. Microwaving and steaming are the best ways to preserve the nutritional content in vegetables.

*Should I be juicing my vegetables and fruits?* Juicing can add variety to the diet, and it can be a good way to consume vegetables and fruits, especially for those who have difficulty chewing or swallowing. Juicing also improves the body's absorption of some of the nutrients in vegetables and fruits. However, juices may be less filling than whole vegetables and fruits and contain less fiber. Fruit juice, in particular, can contribute quite a few calories to one's diet if large amounts are consumed. Commercially juiced products should be 100% vegetable or fruit juices and should be pasteurized to eliminate harmful microorganisms.

### Vegetarian Diets

*Do vegetarian diets reduce cancer risk?* Vegetarian diets include many health-promoting features; they tend to be low in saturated fat and high in fiber, vitamins, and phytochemicals.[189] It is not possible to conclude at this time, however, that a vegetarian diet has any special benefits for the prevention of cancer. Diets including lean meats in small to moderate amounts can also be healthful. Strict vegetarian diets that avoid all animal products, including milk and eggs, should be supplemented with vitamin $B_{12}$, zinc, and iron (especially for children and premenopausal women).[190]

### Vitamin A

*Does vitamin A lower cancer risk?* Vitamin A (retinol) is obtained from foods in two ways:

preformed from animal food sources, and derived from beta carotene in plant-based foods. Vitamin A is needed to maintain healthy tissues. Vitamin A supplements, whether in the form of beta carotene or retinol, have not been shown to lower cancer risk, and high-dose supplements may, in fact, increase the risk for lung cancer in current and former smokers.[76,77]

### Vitamin C

*Does vitamin C lower cancer risk?* Vitamin C is found in many vegetables and fruits, particularly oranges, grapefruit, and peppers. Many studies have linked consumption of vitamin C-rich foods with a reduced risk for cancer.[11] The few studies in which vitamin C has been given as a supplement, however, have not shown a reduced risk for cancer.

### Vitamin D

*Does vitamin D lower cancer risk?* There is a growing body of evidence from epidemiologic studies (not yet tested in RCTs) that vitamin D may have beneficial effects on some types of cancer, including cancers of the colon, prostate, and breast.[190] Vitamin D is obtained through skin exposure to ultraviolet (UV) radiation, and through diet, particularly products fortified with vitamin D such as milk and cereals, and supplements. Many Americans, however, do not consume sufficient amounts of vitamin D.[191] The current national recommended levels of intake of vitamin D of 200 to 600 IU[104] may be inadequate to meet needs, especially among those with little sun exposure, the elderly, individuals with dark skin, and exclusively breast-fed babies. More research is needed to define optimal blood and intake levels for cancer risk reduction, but recommended intake is likely to fall between 200 and 2000 IU, depending on age and other factors that modify vitamin D status. To minimize the health risks associated with UVB radiation exposure while maximizing the potential benefits of optimum vitamin D levels, a balanced diet, supplementation, and limiting sun exposure to small amounts are the preferred methods of obtaining vitamin D.

Art #: CAC177431  4 tables, 1 fig.  8/30/06  Oper: LC  Color: 2/C  Proof: 3

### Vitamin E

*Does vitamin E lower cancer risk?* Alpha-tocopherol is recognized as the most active form of vitamin E in humans and is a powerful biological antioxidant. A reduction in prostate cancer incidence was observed among men randomly assigned to receive alpha-tocopherol in the Alpha-Tocopherol Beta Carotene (ATBC) trial, a study that included only male smokers.[76] However, this association was not observed in the HOPE-TOO trial,[192] in postintervention follow up of the ATBC trial,[193] or in two large prospective observational studies,[194,195] and may have been a result of chance. While ongoing randomized trials[196,197] will eventually provide further information, the promise of alpha-tocopherol as a cancer prevention agent appears to be dimming.

### Water and Other Fluids

*How much water and other fluids should I drink?* Consumption of water and other liquids may reduce the risk of bladder cancer, as water dilutes the concentration of carcinogens and shortens the time in which they are in contact with the bladder lining.[111] Some studies suggest that adequate fluid consumption may also reduce the risk of colon cancer.[198] Drinking at least 8 cups of liquid a day is usually recommended, and some studies indicate that even more may be beneficial.

ACS 2006 NUTRITION AND PHYSICAL ACTIVITY GUIDELINES ADVISORY COMMITTEE

**Volunteer Members:** Barbara Ainsworth, PhD, MPH; Professor, Exercise and Nutritional Science, Cancer Prevention and Control Program, San Diego State University; Rachel Ballard-Barbash, MD, MPH; Associate Director, Applied Research Program, Division of Cancer Prevention and Control, National Cancer Institute, Rockville, MD; Elisa V. Bandera, MD, PhD; Assistant Professor, The Cancer Institute of New Jersey, New Brunswick, NJ; Abby F. Bloch, PhD, RD, FADA; Nutrition Consultant, New York, NY; Tim Byers, MD, MPH; Professor, Department of Preventive Medicine and Biometrics; and Deputy Director, University of Colorado Cancer Center, Aurora, CO; June M. Chan, ScD; Assistant Professor and Program Director, Genitourinary Cancer Epidemiology and Population Science, University of California, San Francisco; Ralph J. Coates, PhD; Associate Director for Science, Division of Cancer Prevention and Control, Centers for Disease Control and Prevention (CDC), Atlanta, GA; Wendy Demark-Wahnefried, PhD, RD, LDN; Professor, Surgery and School of Nursing, Duke University Medical Center, Durham, NC; Jo Freudenheim, PhD; University of Buffalo Distinguished Professor and Chair, Department of Social and Preventive Medicine, School of Public Health and Health Professions, University at Buffalo, State University of New York; Peter Gann, MD, ScD; Professor and Director of Pathology Research, Department of Pathology, College of Medicine, University of Illinois at Chicago; Edward Giovannucci, MD, ScD; Professor of Nutrition and Epidemiology, Harvard School of Public Health, Boston, MA; Terry Hartman, PhD, MPH, RD; Associate Professor, Nutrition, The Pennsylvania State University, University Park, PA; Laurence Kolonel, MD, PhD; Deputy Director, Cancer Research Center, University of Hawaii, Honolulu, HI; Lawrence H. Kushi, PhD; Associate Director for Etiology and Prevention Research, Kaiser Permanente, Oakland, CA; Alice H. Lichtenstein, DSc; Gershoff Professor of Nutrition Science and Policy; and Director and Senior Scientist, Tufts University, Boston, MA; Maria Elena Martinez, PhD, RD; Associate Professor of Public Health, Arizona Cancer Center, Tucson, AZ; Anne McTiernan, MD, PhD; Division of Public Health Sciences, Fred Hutchinson Cancer Research Center, Seattle, WA; Marion Morra, MA, ScD; President, Morra Communications, Milford, CT; Arthur Schatzkin, MD, DrPH; Chief, Nutrition Epidemiology Branch, National Cancer Institute, Bethesda, MD; Marty Slattery, PhD, MPH; Professor, Family and Preventive Medicine, School of Medicine, University of Utah, Salt Lake City, UT; Stephanie Smith-Warner, PhD; Assistant Professor of Nutritional Epidemiology, Department of Nutrition, Harvard

Art #: CAC177431   4 tables, 1 fig.   8/30/06   Oper: LC    Color: 2/C   Proof: 3

CA Cancer J Clin 2006;56:254–281

School of Public Health, Boston, MA; **Judith Wylie-Rosett, EdD, RD**; Professor of Epidemiology and Population Health, Albert Einstein College of Medicine, Bronx, NY; **Wei Zheng, MD, PhD**: Professor, Vanderbilt-Ingram Cancer Center, Nashville, TN

**American Cancer Society Staff Members: Terri Ades, RN, MS, AOCN**; Director, Cancer Information; **Kimberly S. Andrews**, Research Associate, Cancer Control Science; **Vilma Cokkinides, PhD**; Program Director,

Risk Factor Surveillance; **Colleen Doyle, MS, RD**; Director, Nutrition and Physical Activity; **Ted Gansler, MD, MBA**; Director of Medical Content; **Marji McCullough, ScD, RD**; Nutritional Epidemiologist; **Alicia Samuels, MPH**; Manager, Medical and Scientific Communication; **David P. Ringer, PhD, MPH**; Scientific Program Director, Research Department; **Robert A. Smith, PhD**; Director of Cancer Screening; **Michael J. Thun, MD, MS**; Vice President, Epidemiology and Surveillance Research

## REFERENCES

1. McGinnis JM, Foege WH. Actual causes of death in the United States. JAMA 1993;270: 2207–2212.

2. Bergstrom A, Pisani P, Tenet V, et al. Overweight as an avoidable cause of cancer in Europe. Int J Cancer 2001;91;421–430.

3. Vainio H, Bianchini F. Weight Control and Physical Activity, vol. 6. Lyon, France: International Agency for Research Cancer Press; 2002.

4. Czene K, Lichtenstein P, Hemminki K. Environmental and heritable causes of cancer among 9.6 million individuals in the Swedish Family-Cancer Database. Int J Cancer 2002;99:260–266.

5. World Cancer Research Fund and American Institute for Cancer Research. Food, Nutrition and the Prevention of Cancer: A Global Perspective. Washington, DC: World Cancer Research Fund and American Institute for Cancer Research; 1997.

6. Friedenreich CM. Physical activity and cancer prevention: from observational to intervention research. Cancer Epidemiol Biomarkers Prev 2001;10:287–301.

7. Reducing Tobacco Use: A Report of the Surgeon General. US Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health. 2000. Available from http://www.cdc.gov/Tobacco/sgr/sgr_2000/.

8. Boyle P, Autier P, Bartelink H, et al. European Code Against Cancer and scientific justification: third version (2003). Ann Oncol 2003;14:973–1005.

9. Weinhouse S, Bal DG, Adamson R, et al. American Cancer Society guidelines on diet, nutrition, and cancer. The Work Study Group on Diet, Nutrition, and Cancer. CA Cancer J Clin 1991; 41:334–338.

10. Byers T, Nestle M, McTiernan A, et al. American Cancer Society guidelines on nutrition and physical activity for cancer prevention: reducing the risk of cancer with healthy food choices and physical activity. CA Cancer J Clin 2002; 52:92–119.

11. Fruits and Vegetables, vol. 8. Lyon, France: International Agency for Research on Cancer, World Health Organization; 2003.

12. Cruciferous Vegetables, Isothiocyanates and Indoles. Lyon, France: International Agency for Research Cancer Press; 2004.

13. Lichtenstein AH, Appel LJ, Brands M, et al. Diet and lifestyle recommendations revision 2006. A scientific statement from the American Heart Association Nutrition Committee. Circulation 2006;114:82–96.

14. American Diabetes Association. ADA Dietary Guidelines 2006.

15. Dietary Guidelines for Americans, 2005 (Stock number 001-000-04719-1). Washington, DC: US Government Printing Office, US Department of Health and Human Services, US Department of Agriculture; 2005. Available at: www.healthierus.gov/dietaryguidelines.

16. Smiciklas-Wright H, Mitchell DC, Mickle SJ, et al. Foods commonly eaten in the United States, 1989–1991 and 1994–1996: are portion sizes changing? J Am Diet Assoc 2003;103:41–47.

17. Young LR, Nestle M. The contribution of expanding portion sizes to the US obesity epidemic. Am J Public Health 2002;92:246–249.

18. US Department of Health and Human Services: The Surgeon General's call to action to prevent and decrease overweight and obesity. Washington, DC: US Department of Health and Human Services, Public Health Service, Office of the Surgeon General; 2001. Available at: http://www.surgeongeneral.gov/topics/obesity.

19. Nestle M. Increasing portion sizes in American diets: more calories, more obesity. J Am Diet Assoc 2003;103:39–40.

20. Kruger J, Galuska DA, Serdula MK, Kohl HW 3rd. Physical activity profiles of US adults trying to lose weight: NHIS 1998. Med Sci Sports Exerc 2005;37:364–368.

21. Dong L, Block G, Mandel S. Activities contributing to total energy expenditure in the United States: results from the NHAPS Study. Int J Behav Nutr Phys Act 2004;1:4.

22. Paeratakul S, Ferdinand DP, Champagne CM, et al. Fast-food consumption among US adults and children: dietary and nutrient intake profile. J Am Diet Assoc 2003;103:1332–1338.

23. Saelens BE, Sallis JF, Black JB, Chen D. Neighborhood-based differences in physical activity: an environment scale evaluation. Am J Public Health 2003;93:1552–1558.

24. Frank LD, Andresen MA, Schmid TL. Obesity relationships with community design, physical activity, and time spent in cars. Am J Prev Med 2004;27:87–96.

25. Giles-Corti B, Macintyre S, Clarkson JP, et al. Environmental and lifestyle factors associated with overweight and obesity in Perth, Australia. Am J Health Promot 2003;18:93–102.

26. Ogden CL, Carroll MD, Curtin LR, et al. Prevalence of overweight and obesity in the United States, 1999–2004. JAMA 2006;295:1549–1555.

27. Calle EE, Rodriguez C, Walker-Thurmond K, Thun MJ. Overweight, obesity, and mortality from cancer in a prospectively studied cohort of US adults. N Engl J Med 2003;348:1625–1638.

28. Berrington de Gonzalez A, Sweetland S, Spencer E. A meta-analysis of obesity and the risk of pancreatic cancer. Br J Cancer 2003;89: 519–523.

29. Patel AV, Rodriguez C, Bernstein L, et al. Obesity, recreational physical activity, and risk of pancreatic cancer in a large US Cohort. Cancer Epidemiol Biomarkers Prev 2005;14:459–466.

30. Lindblad M, Rodriguez LA, Lagergren J. Body mass, tobacco and alcohol and risk of esophageal, gastric cardia, and gastric non-cardia adenocarcinoma among men and women in a nested case-control study. Cancer Causes Control 2005;16: 285–294.

31. Amling CL, Riffenburgh RH, Sun L, et al. Pathologic variables and recurrence rates as related to obesity and race in men with prostate cancer undergoing radical prostatectomy. J Clin Oncol 2004;22:439–445.

32. Freedland SJ, Terris MK, Platz EA, Presti JC Jr. Body mass index as a predictor of prostate cancer: development versus detection on biopsy. Urology 2005;66:108–113.

33. Amling CL. Relationship between obesity and prostate cancer. Curr Opin Urol 2005;15: 167–171.

34. Radimer KL, Ballard-Barbash R, Miller JS, et al. Weight change and the risk of late-onset breast cancer in the original Framingham cohort. Nutr Cancer 2004;49:7–13.

35. Eng SM, Gammon MD, Terry MB, et al. Body size changes in relation to postmenopausal breast cancer among women on Long Island, New York. Am J Epidemiol 2005;162:229–237.

Art #: CAC177431   4 tables, 1 fig.   8/30/06   Oper: LC   Color: 2/C   Proof: 3

*Guidelines on Nutrition and Physical Activity*

36. Parker ED, Folsom AR. Intentional weight loss and incidence of obesity-related cancers: the Iowa Women's Health Study. Int J Obes Relat Metab Disord 2003;27:1447–1452.

37. Trentham-Dietz A, Newcomb PA, Egan JM, et al. Weight change and risk of postmenopausal breast cancer (United States). Cancer Causes Control 2000;11:533–542.

38. Harvie M, Howell A, Vierkant RA, et al. Association of gain and loss of weight before and after menopause with risk of postmenopausal breast cancer in the Iowa women's health study. Cancer Epidemiol Biomarkers Prev 2005;14:656–661.

39. Rolls BJ, Drewnowski A, Ledikwe JH. Changing the energy density of the diet as a strategy for weight management. J Am Diet Assoc 2005; 105:S98–S103.

40. Wing RR, Hamman RF, Bray GA, et al. Achieving weight and activity goals among diabetes prevention program lifestyle participants. Obes Res 2004;12:1426–1434.

41. Healthy Youth: An Investment in Our Nation's Future. Atlanta, GA: Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion; 2003. Available at: http://www.cdc.gov/HealthyYouth/.

42. Serdula MK, Ivery D, Coates RJ, et al. Do obese children become obese adults? A review of the literature. Prev Med 1993;22:167–177.

43. Patel AV, Callel EE, Bernstein L, et al. Recreational physical activity and risk of postmenopausal breast cancer in a large cohort of US women. Cancer Causes Control 2003;14: 519–529.

44. McTiernan A, Ulrich C, Slate S, Potter J. Physical activity and cancer etiology: associations and mechanisms. Cancer Causes Control 1998; 9:487–509.

45. Physical activity and cardiovascular health. NIH Consensus Development Panel on Physical Activity and Cardiovascular Health. JAMA 1996;276:241–246.

46. McTiernan A, Tworoger SS, Ulrich CM, et al. Effect of exercise on serum estrogens in postmenopausal women: a 12-month randomized clinical trial. Cancer Res 2004;64:2923–2928.

47. McTiernan A, Tworoger SS, Rajan KB, et al. Effect of exercise on serum androgens in postmenopausal women: a 12-month randomized clinical trial. Cancer Epidemiol Biomarkers Prev 2004;13:1099–1105.

48. Clinical Guidelines on the Identification, Evaluation, and Treatment of Overweight and Obesity in Adults. National Heart, Lung, and Blood Institute, in cooperation with The National Institute of Diabetes and Digestive and Kidney Diseases; 1998. Available at: http://www.nhlbi.nih.gov/guidelines/obesity/ob_home.htm.

49. Shephard RJ, Futcher R. Physical activity and cancer: how may protection be maximized? Crit Rev Oncog 1997;8:219–272.

50. Dietary Reference Intakes for Energy, Carbohydrate, Fiber, Fat, Fatty Acids, Cholesterol, Protein, and Amino Acids (Macronutrients). Panel on Macronutrients, Subcommittees on Upper Reference Levels of Nutrients and Interpretation and Uses of Dietary Reference Intakes, Standing

Committee on the Scientific Evaluation of Dietary Reference Intakes, Food and Nutrition Board, Institute of Medicine of the National Academies; 2002. Available at: http://www.nap.edu/catalog/10490.html. Accessed July 31, 2006.

51. Hill HA, Austin H. Nutrition and endometrial cancer. Cancer Causes Control 1996;7: 19–32.

52. Wolk A, Lindblad P, Adami HO. Nutrition and renal cell cancer. Cancer Causes Control 1996;7:5–18.

53. Martinez ME, Giovannucci E, Spiegelman D, et al. Leisure-time physical activity, body size, and colon cancer in women. Nurses' Health Study Research Group. J Natl Cancer Inst 1997;89: 948–955.

54. Slattery ML, Potter J, Caan B, et al. Energy balance and colon cancer—beyond physical activity. Cancer Res 1997;57:75–80.

55. Carpenter CL, Ross RK, Paganini-Hill A, Bernstein L. Lifetime exercise activity and breast cancer risk among post-menopausal women. Br J Cancer 1999;80:1852–1858.

56. Hootman JM, Macera CA, Ainsworth BE, et al. Association among physical activity level, cardiorespiratory fitness, and risk of musculoskeletal injury. Am J Epidemiol 2001;154:251–258.

57. Blair SN, Kohl HW, Gordon NF, Paffenbarger RS Jr. How much physical activity is good for health? Annu Rev Public Health 1992;13:99–126.

58. Kaplan JP, Liverman CT, Kraak VI. Preventing childhood obesity: health in the balance. Food and Nutrition Board, Board on Health Promotion and Disease Prevention, Institute of Medicine of the National Academies; 2004. Available at: http://newton.nap.edu/catalog/11015.html#toc.

59. Strong WB, Malina RM, Blimkie CJ, et al. Evidence based physical activity for school-age youth. J Pediatr 2005;146:732–737.

60. Pangrazi RP. Promoting physical activity for youth. J Sci Med Sport 2000;3:280–286.

61. Physical Activity for Children: A Statement of Guideline for Children Ages 5–12. 2nd ed. Reston, VA: Council on Physical Education for Children, National Association for Sport and Physical Education; 2004.

62. Task Force on Community Preventive Services. Physical activity. In: Zaza S, Briss PA, Harris KW, eds. The Guide to Community Preventive Services: What Works to Promote Health? New York: Oxford University Press; 2005. Available at: http://www.thecommunityguide.org.

63. Berrigan D, Dodd K, Troiano RP, et al. Patterns of health behavior in US adults. Prev Med 2003; 36:615–623.

64. Slattery MT, Boucher KM, Caan BJ, et al. Eating patterns and risk of colon cancer. Am J Epidemiol 1998;148:4–16.

65. Fung T, Hu FB, Fuchs C, et al. Major dietary patterns and the risk of colorectal cancer in women. Arch Intern Med 2003;163:309–314.

66. Trends in intake of energy and macronutrients: United States, 1971–2000. MMWR Morb Mortal Wkly Rep 2004;53:80–82.

67. Enns CW, Goldman JD, Cook A. Trends in food and nutrient intakes by adults: NFCS 1977–78,

CSFII 1989–91, and CSFII 1994–1995. Fam Econ Nutr Rev 1997;10:2–15.

68. Flegal KM, Carroll MD, Kuczmarski RJ, Johnson CL. Overweight and obesity in the United States: prevalence and trends, 1960–1994. Int J Obes Relat Metab Disord 1998;22:39–47.

69. Schatzkin A, Lanza E, Corle D, et al. Lack of effect of a low-fat, high-fiber diet on the recurrence of colorectal adenomas. Polyp Prevention Trial Study Group. N Engl J Med 2000;342: 1149–1155.

70. Beresford SA, Johnson KC, Ritenbaugh C, et al. Low-fat dietary pattern and risk of colorectal cancer: the Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:643–654.

71. Tohill BC, Seymour J, Serdula M, et al. What epidemiologic studies tell us about the relationship between fruit and vegetable consumption and body weight. Nutr Rev 2004;62:365–374.

72. He K, Hu FB, Colditz GA, et al. Changes in intake of fruits and vegetables in relation to risk of obesity and weight gain among middle-aged women. Int J Obes Relat Metab Disord 2004; 28:1569–1574.

73. Meyskens FL Jr, Szabo E. Diet and cancer: the disconnect between epidemiology and randomized clinical trials. Cancer Epidemiol Biomarkers Prev 2005;14:1366–1369.

74. Omenn GS. Chemoprevention of lung cancer: the rise and demise of beta-carotene. Annu Rev Public Health 1998;19:73–99.

75. Albanes D. Beta-carotene and lung cancer: a case study. Am J Clin Nutr 1999;69:1345S–1350S.

76. The effect of vitamin E and beta carotene on the incidence of lung cancer and other cancers in male smokers. The Alpha-Tocopherol, Beta Carotene Cancer Prevention Study Group. N Engl J Med 1994;330:1029–1035.

77. Omenn GS, Goodman GE, Thornquist MD, et al. Effects of a combination of beta carotene and vitamin A on lung cancer and cardiovascular disease. N Engl J Med 1996;334:1150–1155.

78. Omenn GS, Goodman G, Thornquist M, et al. The beta-carotene and retinol efficacy trial (CARET) for chemoprevention of lung cancer in high risk populations: smokers and asbestos-exposed workers. Cancer Res 1994;54:2038s–2043s.

79. Stables G, Heimendinger J. 5 A Day for Better Health Program: monograph. Bethesda, MD: National Institutes of Health, National Cancer Institute; 2001. Available at: http://www.5aday.gov/about/pdf/masimasmonograph.pdf.

80. Thompson FE, Midthune D, Subar AF, et al. Dietary intake estimates in the National Health Interview Survey, 2000: methodology, results, and interpretation. J Am Diet Assoc 2005;105: 352–363.

81. Serdula MK, Gillespie C, Kettel-Khan L, et al. Trends in fruit and vegetable consumption among adults in the United States: behavioral risk factor surveillance system, 1994–2000. Am J Public Health 2004;94:1014–1018.

82. Moser RP, Green V, Weber D, Doyle C. Psychosocial correlates of fruit and vegetable consumption among African American men. J Nutr Educ Behav 2005;37:306–314.

Art #: CAC177431    4 tables, 1 fig.    8/30/06    Oper: LC    Color: 2/C    Proof: 3

83. John JH, Ziebland S. Reported barriers to eating more fruit and vegetables before and after participation in a randomized controlled trial: a qualitative study. Health Educ Res 2004;19:165–174.

84. Maclellan DL, Gottschall-Pass K, Larsen R. Fruit and vegetable consumption: benefits and barriers. Can J Diet Pract Res 2004;65:101–105.

85. Van Duyn MA, Kristal AR, Dodd K, et al. Association of awareness, intrapersonal and interpersonal factors, and stage of dietary change with fruit and vegetable consumption: a national survey. Am J Health Promot 2001;16:69–78.

86. Jansen MC, Bueno-de-Mesquita HB, Feskens EJ, et al. Quantity and variety of fruit and vegetable consumption and cancer risk. Nutr Cancer 2004;48:142–148.

87. Thom T, Haase N, Rosamond W, et al. Heart disease and stroke statistics—2006 update: a report from the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Circulation 2006;113:e85–e151.

88. Appel LJ, Moore TJ, Obarzanek E, et al. A clinical trial of the effects of dietary patterns on blood pressure. DASH Collaborative Research Group. N Engl J Med 1997;336:1117–1124.

89. Liu S, Willett WC, Manson JE, et al. Relation between changes in intakes of dietary fiber and grain products and changes in weight and development of obesity among middle-aged women. Am J Clin Nutr 2003;78:920–927.

90. Slavin JL. Mechanisms for the impact of whole grain foods on cancer risk. J Am Coll Nutr 2000;19:300S–307S.

91. Alberts DS, Martinez ME, Roe DJ, et al. Lack of effect of a high-fiber cereal supplement on the recurrence of colorectal adenomas. Phoenix Colon Cancer Prevention Physicians' Network. N Engl J Med 2000;342:1156–1162.

92. Park Y, Hunter DJ, Spiegelman D, et al. Dietary fiber intake and risk of colorectal cancer: a pooled analysis of prospective cohort studies. JAMA 2005;294:2849–2857.

93. Sandhu MS, White IR, McPherson K. Systematic review of the prospective cohort studies on meat consumption and colorectal cancer risk: a meta-analytical approach. Cancer Epidemiol Biomarkers Prev 2001;10:439–446.

94. Norat T, Riboli E. Meat consumption and colorectal cancer: a review of epidemiologic evidence. Nutr Rev 2001;59:37–47.

95. Norat T, Lukanova A, Ferrari P, Riboli E. Meat consumption and colorectal cancer: dose-response meta-analysis of epidemiological studies. Int J Cancer 2002;98:241–256.

96. Chao A, Thun MJ, Connell CJ, et al. Meat consumption and risk of colorectal cancer. JAMA 2005;293:172–182.

97. Kolonel LN. Fat, meat, and prostate cancer. Epidemiol Rev 2001;23:72–81.

98. Rodriguez C, McCullough ML, Mondul AM, et al. Meat consumption among Black and White men and risk of prostate cancer in the Cancer Prevention Study II Nutrition Cohort. Cancer Epidemiol Biomarkers Prev 2006;15:211–216.

99. Cross AJ, Sinha R. Meat-related mutagens/carcinogens in the etiology of colorectal cancer. Environ Mol Mutagen 2004;44:44–55.

100. Gerrior S, Bente L, Hiza H. Nutrient Content of the US Food Supply, 1909–2000 (Home Economics Research Report No. 56). US Department of Agriculture, Center for Nutrition Policy and Promotion; 2004.

101. Alcohol Drinking, vol. 44. Lyon, France: International Agency for Research Cancer Press; 1988.

102. Diet, nutrition and the prevention of chronic disease: report of a joint WHO/FAO expert consultation, Geneva, 28 January–1 February 2002. Geneva, Switzerland: World Health Organization, Food and Agriculture Organization of the United Nations; 2003. Available at: http://www.who.int/hpr/NPH/docs/who_fao_expert_report.pdf.

103. Hamajima N, Hirose K, Tajima K, et al. Alcohol, tobacco and breast cancer—collaborative reanalysis of individual data from 53 epidemiological studies, including 58,515 women with breast cancer and 95,067 women without the disease. Br J Cancer 2002;87:1234–1245.

104. Smith-Warner SA, Spiegelman D, Yaun SS, et al. Alcohol and breast cancer in women: a pooled analysis of cohort studies. JAMA 1998;279:535–540.

105. Cho E, Smith-Warner SA, Ritz J, et al. Alcohol intake and colorectal cancer: a pooled analysis of 8 cohort studies. Ann Intern Med 2004;140:603–613.

106. Zhang S, Hunter DJ, Hankinson SE, et al. A prospective study of folate intake and the risk of breast cancer. JAMA 1999;281:1632–1637.

107. Rohan TE, Jain MG, Howe GR, Miller AB. Dietary folate consumption and breast cancer risk. J Natl Cancer Inst 2000;92:266–269.

108. Sellers TA, Kushi LH, Cerhan JR, et al. Dietary folate intake, alcohol, and risk of breast cancer in a prospective study of postmenopausal women. Epidemiology 2001;12:420–428.

109. Baglietto L, English DR, Gertig DM, et al. Does dietary folate intake modify effect of alcohol consumption on breast cancer risk? Prospective cohort study. BMJ 2005;331:807.

110. Bandera EV, Kushi LH. Alcohol and Cancer. In: Heber D, Blackburn GL, Go VLW, et al. (eds). Nutritional Oncology. 2nd ed. San Diego, CA: Academic Press; 2006.

111. Michaud DS, Spiegelman D, Clinton SK, et al. Fluid intake and the risk of bladder cancer in men. N Engl J Med 1999;340:1390–1397.

112. Carmichael AR, Bates T. Obesity and breast cancer: a review of the literature. Breast 2004;13:85–92.

113. Stephenson GD, Rose DP. Breast cancer and obesity: an update. Nutr Cancer 2003;45:1–16.

114. Swerdlow AJ, De Stavola BL, Floderus B, et al. Risk factors for breast cancer at young ages in twins: an international population-based study. J Natl Cancer Inst 2002;94:1238–1246.

115. van den Brandt PA, Spiegelman D, Yaun SS, et al. Pooled analysis of prospective cohort studies on height, weight, and breast cancer risk. Am J Epidemiol 2000;152:514–527.

116. Morimoto LM, White E, Chen Z, et al. Obesity, body size, and risk of postmenopausal breast cancer: the Women's Health Initiative (United States). Cancer Causes Control 2002;13:741–751.

117. Feigelson HS, Patel A, Teras LR, et al. Adult weight gain and histopathologic characteristics of breast cancer among postmenopausal women. Cancer 2006;107:12–21.

118. Feigelson HS, Jonas CR, Robertson AS, et al. Alcohol, folate, methionine, and risk of incident breast cancer in the American Cancer Society Cancer Prevention Study II Nutrition Cohort. Cancer Epidemiol Biomarkers Prev 2003;12:161–164.

119. Prentice RL, Caan B, Chlebowski RT, et al. Low-fat dietary pattern and risk of invasive breast cancer: the Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:629–642.

120. McTiernan A. Associations between energy balance and body mass index and risk of breast carcinoma in women from diverse racial and ethnic backgrounds in the US. Cancer 2000;88:1248–1255.

121. Cleary MP, Maihle NJ. The role of body mass index in the relative risk of developing premenopausal versus postmenopausal breast cancer. Proc Soc Exp Biol Med 1997;216:28–43.

122. Slattery ML, Edwards SL, Ma KN, et al. Physical activity and colon cancer: a public health perspective. Ann Epidemiol 1997;7:137–145.

123. Glade M. Dietary fat and cancer: genetic and molecular interactions; annual Research Conference, American Institute for Cancer Research. Nutrition 1997;13:75–77.

124. Kushi LH, Lenart EB, Willett WC. Health implications of Mediterranean diets in light of contemporary knowledge. 2. Meat, wine, fats, and oils. Am J Clin Nutr 1995;61:1416S–1427S.

125. Potter JD. Nutrition and colorectal cancer. Cancer Causes Control 1996;7:127–146.

126. Baron JA, Beach M, Mandel JS, et al. Calcium supplements for the prevention of colorectal adenomas. Calcium Polyp Prevention Study Group. N Engl J Med 1999;340:101–107.

127. Bonithon-Kopp C, Kronborg O, Giacosa A, et al. Calcium and fibre supplementation in prevention of colorectal adenoma recurrence: a randomised intervention trial. European Cancer Prevention Organisation Study Group. Lancet 2000;356:1300–1306.

128. Giovannucci E. The epidemiology of vitamin D and colorectal cancer: recent findings. Curr Opin Gastroenterol 2006;22:24–29.

129. Giovannucci E, Liu Y, Rimm EB, et al. Prospective study of predictors of vitamin D status and cancer incidence and mortality in men. J Natl Cancer Inst 2006;98:451–459.

130. Grau MV, Baron JA, Sandler RS, et al. Vitamin D, calcium supplementation, and colorectal adenomas: results of a randomized trial. J Natl Cancer Inst 2003;95:1765–1771.

131. Giovannucci E, Liu Y, Stampfer MJ, Willett WC. A prospective study of calcium intake and

Art #: CAC177431   4 tables, 1 fig.   8/30/06   Oper: LC   Color: 2/C   Proof: 3

incident and fatal prostate cancer. Cancer Epidemiol Biomarkers Prev 2006;15:203–210.

132. Will JC, Galuska DA, Vinicor F, Calle EE. Colorectal cancer: another complication of diabetes mellitus? Am J Epidemiol 1998;147: 816–825.

133. Smith RA, Cokkinides V, Eyre HJ. American Cancer Society guidelines for the early detection of cancer, 2006. CA Cancer J Clin 2006;56: 11–25.

134. Jemal A, Siegel R, Ward E, et al. Cancer statistics, 2006. CA Cancer J Clin 2006;56:106–130.

135. Amant F, Moerman P, Neven P, et al. Endometrial cancer. Lancet 2005;366:491–505.

136. Bandera EV, Kushi LH, Considine DM, et al. The association between food, nutrition, physical activity and the risk of endometrial cancer and underlying mechanisms. In support of the Second WCRF/AICR Report on Food, Nutrition, Physical Activity and the Prevention of Cancer; 2007.

137. Ries LAG, Harkins D, Krapcho M, et al. SEER Cancer Statistics Review, 1975–2003. Bethesda, MD: National Cancer Institute; 2006. Available at: http://seer.cancer.gov/csr/1975_2003/.

138. Bhesakki HK, Bueno de Mesquita B, Chesson A, et al. Eur Consensus Statement on Lung Cancer: risk factors and prevention. Lung Cancer Panel. CA Cancer J Clin 1998;48:167–176.

139. Koushik A, Hunter DJ, Spiegelman D, et al. Fruits and vegetables and ovarian cancer risk in a pooled analysis of 12 cohort studies. Cancer Epidemiol Biomarkers Prev 2005;14:2160–2167.

140. Schulz M, Lahmann PH, Boeing H, et al. Fruit and vegetable consumption and risk of epithelial ovarian cancer: the European Prospective Investigation into Cancer and Nutrition. Cancer Epidemiol Biomarkers Prev 2005;14:2531–2535.

141. Schulz M, Lahmann PH, Riboli E, Boeing H. Dietary determinants of epithelial ovarian cancer: a review of the epidemiologic literature. Nutr Cancer 2004;50:120–140.

142. Qin LQ, Xu JY, Wang PY, et al. Milk/dairy products consumption, galactose metabolism and ovarian cancer: meta-analysis of epidemiological studies. Eur J Cancer Prev 2005;14:13–19.

143. Genkinger JM, Hunter DJ, Spiegelman D, et al. Dairy products and ovarian cancer: a pooled analysis of 12 cohort studies. Cancer Epidemiol Biomarkers Prev 2006;15:364–372.

144. Webb PM, Purdie DM, Bain CJ, Green AC. Alcohol, wine, and risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev 2004; 13:592–599.

145. Genkinger JM, Hunter DJ, Spiegelman D, et al. Alcohol intake and ovarian cancer risk: a pooled analysis of 10 cohort studies. Br J Cancer 2006;94:757–762.

146. Bertone-Johnson ER. Epidemiology of ovarian cancer: a status report. Lancet 2005;365:101–102.

147. Calle EE, Murphy TK, Rodriguez C, et al. Diabetes mellitus and pancreatic cancer mortality in a prospective cohort of United States adults. Cancer Causes Control 1998;9:403–410.

148. Michaud DS, Giovannucci E, Willett WC, et al. Physical activity, obesity, height, and the risk of pancreatic cancer. JAMA 2001;286:921–929.

149. Chan JM, Gann PH, Giovannucci EL. Role of diet in prostate cancer development and progression. J Clin Oncol 2005;23:8152–8160.

150. Li H, Kantoff PW, Giovannucci E, et al. Manganese superoxide dismutase polymorphism, prediagnostic antioxidant status, and risk of clinical significant prostate cancer. Cancer Res 2005; 65:2498–2504.

151. Kolonel LN. Nutrition and Prostate Cancer, in Coulston AM, Rock CL, Monsen ER (eds): Nutrition in the Prevention and Treatment of Disease. San Diego, CA: Academic Press; 2001: 573–586.

152. Giovannucci E, Rimm EB, Wolk A, et al. Calcium and fructose intake in relation to risk of prostate cancer. Cancer Res 1998;58:442–447.

153. Freedland SJ, Aronson WJ, Kane CJ, et al. Impact of obesity on biochemical control after radical prostatectomy for clinically localized prostate cancer: a report by the Shared Equal Access Regional Cancer Hospital database study group. J Clin Oncol 2004;22:446–453.

154. Kelley JR, Duggan JM. Gastric cancer epidemiology and risk factors. J Clin Epidemiol 2003;56:1–9.

155. Gonzalez CA. Vegetable, fruit and cereal consumption and gastric cancer risk. IARC Sci Publ 2002;156:79–83.

156. Mayne ST, Navarro SA. Diet, obesity and reflux in the etiology of adenocarcinomas of the esophagus and gastric cardia in humans. J Nutr 2002;132:3467S–3470S.

157. Marshall JR, Boyle P. Nutrition and oral cancer. Cancer Causes Control 1996;7:101–111.

158. Cheng KK, Day NE. Nutrition and esophageal cancer. Cancer Causes Control 1996;7:33–40.

159. Riboli E, Kaaks R, Esteve J. Nutrition and laryngeal cancer. Cancer Causes Control 1996; 7:147–156.

160. Willett WC. Micronutrients and cancer risk. Am J Clin Nutr 1994;59:1162S–1165S.

161. Butchko HH, Stargel WW, Comer CP, et al. Aspartame: review of safety. Regul Toxicol Pharmacol 2002;35:S1–S93.

162. Weihrauch MR, Diehl V. Artificial sweeteners—do they bear a carcinogenic risk? Ann Oncol 2004;15:1460–1465.

163. Cho E, Smith-Warner SA, Spiegelman D, et al. Dairy foods, calcium, and colorectal cancer: a pooled analysis of 10 cohort studies. J Natl Cancer Inst 2004;96:1015–1022.

164. Institute of Medicine. Dietary Reference Intakes for Calcium, Phosphorus, Magnesium, Vitamin D, and Fluoride. Standing Committee on the Scientific Evaluation of Dietary Reference Intakes, Food and Nutrition Board. Washington, DC: National Academies Press; 1997. Available at: http://www.nap.edu/books/0309063507/html/.

165. Tavani A, La Vecchia C. Coffee and cancer: a review of epidemiological studies, 1990–1999. Eur J Cancer Prev 2000;9:241–256.

166. MacLean CH, Newberry SJ, Mojica WA, et al. Effects of omega-3 fatty acids on cancer risk: a systematic review. JAMA 2006;295:403–415.

167. What you need to know about mercury in fish and shellfish: 2004 EPA and FDA Advice for women who might become pregnant, women who are pregnant, nursing mothers, young children. Washington, DC: US Department of Health and Human Services, US Environmental Protection Agency; 2004. http://www.cfsan.fda.gov/~dms/admehg3.html. Accessed July 31, 2006.

168. Review of fluoride: benefits and risks—Report of the Ad Hoc Subcommittee on Fluoride of the Committee to Coordinate Environmental Health and Related Programs. Washington, DC: US Public Health Service, Department of Health and Human Services; 1991. Available at: http:// health.gov/environment/ReviewofFluoride.

169. Giovannucci E. Epidemiologic studies of folate and colorectal neoplasia: a review. J Nutr 2002;132:2350S–2355S.

170. US Food and Drug Administration, Center for Food Safety and Applied Nutrition. Food ingredients and packaging: approval and notification programs. Available at: http://vm.cfsan.fda.gov/~ird/foodadd.html. Accessed June 14, 2006.

171. Garlic: effects on cardiovascular risks and disease, protective effects against cancer, and clinical adverse effects. Summary, Evidence Report/Technology Assessment: Number 20. AHRQ Publication No. 01-E022, October 2000. Rockville, MD: Agency for Healthcare Research and Quality. Available at: http://www.ahrq.gov/clinic/epcsums/garlicsum.htm.

172. Fleischauer AT, Arab L. Garlic and cancer: a critical review of the epidemiologic literature. J Nutr 2001;131:1032S–1040S.

173. US Department of Health and Human Services, Centers for Disease Control and Prevention, Division of Bacterial and Mycotic Diseases. Food irradiation. Atlanta, GA: CDC; 2005. Available at: http://www.cdc.gov/ncidod/dbmd/diseaseinfo/foodirradiation.htm. Accessed June 14, 2006.

174. Joint FAO/IAEA/WHO Study Group. High-dose irradiation: wholesomeness of food irradiated with doses above 10 kGy. Geneva, Switzerland: World Health Organization; 1999. Available at: http://www.who.int/Foodsafety/publications/fs_management/en/irrad.pdf.

175. Giovannucci E. Tomatoes, tomato-based products, lycopene, and cancer: review of the epidemiologic literature. J Natl Cancer Inst 1999;91: 317–331.

176. Freedland SJ, Aronson WJ. Obesity and prostate cancer. Urology 2005;65:433–439.

177. Kris-Etherton PM, Hecker KD, Bonanome A, et al. Bioactive compounds in foods: their role in the prevention of cardiovascular disease and cancer. Am J Med 2002;113:71S–88S.

178. US Department of Health and Human Services, Public Health Service. 9th Report on carcinogens. Research Triangle Park, NC: National Toxicology Program; 2000. Available at: http://ntp.niehs.nih.gov/index.cfm?objectid=BE39A897-F1F6-975E-77FE65CCD044597CF. Accessed July 31, 2006.

Art #: CAC177431    4 tables, 1 fig.    8/30/06    Oper: LC    Color: 2/C    Proof: 3

179. Duffield-Lillico AJ, Reid ME, Turnbull BW, et al. Baseline characteristics and the effect of selenium supplementation on cancer incidence in a randomized clinical trial: a summary report of the Nutritional Prevention of Cancer Trial. Cancer Epidemiol Biomarkers Prev 2002;11: 630–639.

180. Peeters PH, Keinan-Boker L, van der Schouw YT, Grobbee DE. Phytoestrogens and breast cancer risk. Review of the epidemiological evidence. Breast Cancer Res Treat 2003;77:171–183.

181. Petrakis NL, Barnes S, King EB, et al. Stimulatory influence of soy protein isolate on breast secretion in pre- and postmenopausal women. Cancer Epidemiol Biomarkers Prev 1996;5: 785–794.

182. NIH Consensus Development Program: State-of-the-Science Conference Statement: Multivitamin/mineral supplements and chronic disease prevention (draft statement). National Institutes of Health; 2006. Available at: http://consensus.nih.gov/2006/MVMDRAFT051706.pdf. Accessed July 31, 2006.

183. Morris CD, Carson S. Routine vitamin supplementation to prevent cardiovascular disease: a summary of the evidence for the US Preventive Services Task Force. Ann Intern Med 2003;139: 56–70.

184. Dufresne CJ, Farnworth ER. A review of latest research findings on the health promotion properties of tea. J Nutr Biochem 2001;12: 404–421.

185. Chung FL, Schwartz J, Herzog CR, Yang YM. Tea and cancer prevention: studies in animals and humans. J Nutr 2003;133:3268S–3274S.

186. Sun CL, Yuan JM, Lee MJ, et al. Urinary tea polyphenols in relation to gastric and esophageal cancers: a prospective study of men in Shanghai, China. Carcinogenesis 2002;23:1497–1503.

187. Goldbohm RA, Hertog MG, Brants HA, et al. Consumption of black tea and cancer risk: a prospective cohort study. J Natl Cancer Inst 1996;88:93–100.

188. Hu FB, Manson JE, Willett WC. Types of dietary fat and risk of coronary heart disease: a critical review. J Am Coll Nutr 2001;20:5–19.

189. Position of the American Dietetic Association and Dietitians of Canada: Vegetarian diets. J Am Diet Assoc 2003;103:748–765.

190. Giovannucci E. The epidemiology of vitamin D and cancer incidence and mortality: a review (United States). Cancer Causes Control 2005;16: 83–95.

191. Whiting SJ, Calvo MS. Dietary recommendations to meet both endocrine and autocrine needs of Vitamin D. J Steroid Biochem Mol Biol 2005;97:7–12.

192. Lonn E, Bosch J, Yusuf S, et al. Effects of long-term vitamin E supplementation on cardiovascular events and cancer: a randomized controlled trial. JAMA 2005;293:1338–1347.

193. Virtamo J, Pietinen P, Huttunen JK, et al. Incidence of cancer and mortality following alpha-tocopherol and beta-carotene supplementation: a postintervention follow-up. JAMA 2003;290: 476–485.

194. Chan JM, Stampfer MJ, Ma J, et al. Supplemental vitamin E intake and prostate cancer risk in a large cohort of men in the United States. Cancer Epidemiol Biomarkers Prev 1999;8:893–899.

195. Rodriguez C, Jacobs EJ, Mondul AM, et al. Vitamin E supplements and risk of prostate cancer in US men. Cancer Epidemiol Biomarkers Prev 2004;13:378–382.

196. Christen WG, Gaziano JM, Hennekens CH. Design of Physicians' Health Study II—a randomized trial of beta-carotene, vitamins E and C, and multivitamins, in prevention of cancer, cardiovascular disease, and eye disease, and review of results of completed trials. Ann Epidemiol 2000;10: 125–134.

197. Klein EA. Selenium and vitamin E cancer prevention trial. Ann NY Acad Sci 2004;1031: 234–241.

198. Shannon J, White E, Shattuck AL, Potter JD. Relationship of food groups and water intake to colon cancer risk. Cancer Epidemiol Biomarkers Prev 1996;5:495–502.



Good Day,

I am Paul Kligfield, MD, and I speak today as the President of the New York State Chapter of the American College of Cardiology and as President-Elect of our educational affiliate, The New York Cardiological Society. I represent most clinical and academic cardiologists in New York City and New York State.

At a meeting of our State Council on October 14, 2006, the New York State Chapter of the American College of Cardiology endorsed the initiatives of the New York City Department of Health and Mental Hygiene regarding the phasing out of artificial trans fat and the listing of calorie content on menus in New York City. We applaud the leadership demonstrated by the Department in ensuring the health of New Yorkers.

It is established that atherosclerotic heart disease is the leading cause of death among New Yorkers. It is also established that trans-fatty acids increase the risk for morbidity and mortality of atherosclerotic disease by elevating levels of "bad cholesterol" (low density lipoproteins) and by reducing levels of "good cholesterol" (high density lipoproteins). Therefore, the continued use of partially hydrogenated vegetable oils (PHVOs), or trans-fat oils, in foods served in restaurants constitutes a risk to the health of New Yorkers. Most of the trans-fat in our diets is found in industrially-produced PHVOs used in frying, baking, and in processed foods. We note the particular dependence of working New Yorkers on commercial available food products during daily life. Experience in other settings suggests that PHVOs can be replaced with heart healthier alternatives without significant effects on taste or cost of preparation. It is therefore in the best health interests of all New Yorkers that the Department of Health amendment of Article 81 of the Health Code be adopted the restrict our food service establishments from using trans-fat products.

For similar reasons, we also endorse the labeling of calorie content of foods on menus, to help limit the impact of diabetes and obesity on the mortality and morbidity of New Yorkers by providing informed food choices in restaurants. We believe it is in the best health interests of all New Yorkers that the Department of Health amendment of article 81 of the Health Code be adopted to list caloric content of foods.

With regards to both amendments, we recognize the importance of food service industry commitment to change in the best interests of the population of New York. We look forward to solution of problems that might impede implementation of these resolutions, and we will be happy to assist the Department, the food industry, and our citizens in any way that will facilitate better health for all New Yorkers.

Thank you.



**AMERICAN
MEDICAL
ASSOCIATION**

Michael D. Maves, MD, MBA, Executive Vice President, CEO

October 30, 2006

Ms. Rena Bryant
Secretary to the New York City Board of Health
125 Worth Street CN-31
New York, New York 10013

Dear Ms. Bryant:

On behalf of the American Medical Association's (AMA) physician and resident members, we applaud the efforts of New York City's Department of Health and Mental Hygiene to phase out artificial trans fats in all restaurants and to require calorie labeling in some restaurants.

As the obesity epidemic sweeps our nation, it is crucial that Americans begin to make healthier food choices. Obesity has become a major threat to public health today. It is causing problems in children that were unthinkable twenty years ago. Americans are eating about one-third of their calories outside the home, which is problematic because people tend to eat less healthy when they dine on restaurant foods. They consume more calories and saturated fat, fewer nutrients and less fiber. It is no surprise that restaurant foods are an important contributor to rising rates of obesity, heart disease and stroke.

Phasing out artificial trans fats in all restaurants is an innovative strategy to reduce New Yorkers' exposure to these harmful fats. The science on the dangers of trans fats is very clear. It raises cholesterol levels more than saturated fat. Many thousands of Americans die from heart disease due to excess trans fat consumption. In fact, the United States Food and Drug Administration (FDA) now requires labeling of trans fats in processed foods because of their negative effects on health. Any measure to limit exposure to trans fats will have a positive impact on the public's health.

In addition, the AMA supports requiring restaurants that have items common to multiple locations to provide standard nutrition labels for all applicable items, available for public viewing. By increasing consumers' awareness of what they eat, it is our hope that consumers will be more likely to think twice about eating unhealthy foods.

These proposed regulations are laudable. We wish New York City success in its efforts to improve the health of all of those who dine in New York City.

Sincerely,

Michael D. Maves, MD, MBA

Maritza Chaves - Trans fat statement (CCC 09-06).doc                                                    Page 1



**CITIZENS' COMMITTEE for CHILDREN**
**O F    N E W    Y O R K    I N C**

For Immediate Release

Contact:
Rose Anello 212.673.1800 x 13 or 917.690.2869

**Citizens' Committee for Children Supports Proposals to Phase-Out the Use of Trans Fats in Restaurants and Provide Calorie Labeling in Menus**

**Proposals will Reduce Obesity Rate and Improve Child Health Outcomes**

(September 26, 2006, New York, NY) – Today Citizens' Committee for Children of New York (CCC) announced its support for two proposals that would amend the city's Health Code to phase-out trans fatty acids in restaurants and mandate calorie labeling in menus.

"For too many children and families, access to affordable, nutritious food is an impossible challenge.  By phasing-out trans fats from restaurants, we will cut the obesity rate and improve health outcomes for children across New York City," said Gail B. Nayowith, Executive Director of Citizens' Committee for Children.

"Disclosure of caloric information on restaurant menus will allow parents to make better food choices that will improve their children's nutrition and promote life-long healthy diets and lifestyles," continued Nayowith.

"Eating habits today determine children's health tomorrow," continued Nayowith.  "With obesity rates in the city more than double the national average – it is critical that the Board of Health adopt these proposals."

CCC, a 62 year-old child advocacy organization with a mission of ensuring that every child is healthy, housed, educated and safe believes that the proposals will go a long way in helping children, adolescents and families live healthier lives.  Close to a quarter or 470,000 New York City children are obese, increasing the likelihood that they will develop diabetes and heart disease as adults.  The two proposals will control the obesity epidemic that plagues New York City's children.

#####

105 East 22ⁿᵈ Street  New York, NY 10010  Tel: 212.673.1800  Fax: 212.979.5063  Web: www.cccnewyork.org

Testimony of David R. Jones
President, Community Service Society of New York
Board of Health Hearing
October 30, 2006

I am David R. Jones, president of the Community
Service Society of New York. For more than 160 years,
the Community Service Society has been committed to
improving the lives of New Yorkers trapped in poverty.
Over the years, we have addressed numerous issues of
health that are of concern to poor New Yorkers.
Reducing artificial trans fat and calories in food are
issues that go to the heart of the everyday life of
low-income families.

I would like to congratulate the Department of
Health for its initiatives to reduce the amount of
artificial trans fat in the food the city's
restaurants serve the public and to have many
restaurants - especially fast food chains - list the
calories of food on their menus. There was a time
when New York City led the nation in the protection of
food and clean water. I hope this legislation is the
beginning of a return to that preeminence.

The department is proposing a partial phase-out
that would remove most artificial trans fat from

1

restaurant cooking over an 18-month period.
Artificial trans fat is an unnecessary and dangerous
ingredient in food.  It has been shown to increase so-
called bad cholesterol and lower good cholesterol,
increasing the risk of heart disease.  High caloric
fast foods have been shown to lead to obesity.

What has all this to do with low-income New
Yorkers, particularly people of color, the primary
constituency of the Community Service Society?  I see
trans fat as a life and death issue for these
communities, crossing boundaries from health to jobs
to education.

It is not surprising that the five city
neighborhoods which are ranked as the highest in the
percent of residents living in poverty should also be
the five neighborhoods ranked the highest in
hospitalization rate per 10,000 of population for
heart disease.  The neighborhoods: Hunts Point/Mott
Haven, Highbridge/Morrisania - both in the Bronx -
Central Bronx, Bushwick/Williamsburg in Brooklyn, and
East Harlem.[1]  Poverty and ill health go together, and
a major reason is the diets of poor people.

---

[1] U.S. Bureau of the Census, 2000; City of New York, 2005.

Cutting down on trans fat makes good sense for public health reasons. Our research at the Community Service Society has revealed a relationship between joblessness and the effects of poor health. Data from our recent annual survey of low-income New Yorkers, *The Unheard Third*, show a surprisingly high incidence of health problems among unemployed New Yorkers.

In our survey, 25 percent of respondents who were jobless mentioned health problems as a factor that made their search for a job difficult. This was a higher percentage than other, more obvious reasons - not enough prior experience (18 percent) and not enough education or training (17 percent).[2]

Trans fat is prominent in fast foods. The lack of access to fresh produce and the prevalence of fast food restaurants in many low-income neighborhoods have contributed to a dietary disaster, an epidemic of heart disease, diabetes, and obesity.

Low-income families, often paying more than half their earnings for rent, are left with an average of only $30 a week per person to cover all other needs.[3] This situation often forces them to skip meals or make

---

[2] *The Unheard Third*, Community Service Society, July/August 2006.
[3] Victor Bach, Making the Rent: Housing Hardship and Rent Burdens Among Poor New Yorkers, Community Service Society, April 2005.

unhealthy choices such as fast food packed with trans fat.

The health problems of communities of color are well documented.  According to a University of Michigan study conducted between 2001 and 2003, African Americans had higher rates than whites for three major chronic health problems: high blood pressure, diabetes, and stroke.  The prevalence of diabetes and high blood pressure was especially high among African American women, with 35.4 percent reporting high blood pressure and 12.3 percent reporting diabetes.[4]

The prevalence of diabetes among African Americans is about 70 percent higher than among white Americans.  Twenty-five percent of blacks between the ages of 65 and 74 have diabetes, including one in four black women 55 years of age or older.[5]  According to the National Diabetes Education Program, the prevalence of type-2 diabetes is two times higher among Latinos than among non-Latino whites.

Add to this the fact that African Americans and Latinos are much more likely to be uninsured than the

---

[4] Black Americans: U-M study documents differences within the community, University of Michigan Institute for Social Research, University of Michigan News Service, January 22, 2004.
[5] See BlackHealthCare.com.

4

rest of the population.  In 2005, 14.1 million Latinos were without health insurance, an increase of 2.2 million since 2000.  In 2005, the number of African Americans without health insurance was 7.5 million, increasing by 795,000 since 2000.[6]

The high incidence of these health problems in communities of color serves to undermine job retention, particularly among low-income workers engaged in physical labor.  This is exacerbated by their lack of health benefits and paid sick days.  Our survey revealed that among full-time low-wage workers, only 45 percent had health insurance and 46 percent got paid sick leave.

One result of welfare reform was the entrance of many single mothers of color into the work force. Many of their school age children are disproportionately latchkey kids who watch hours of television where they are bombarded by ads for sugar-laden greasy foods.  They are easy prey to the junk food industry and the fast food chains that see them as markets they can readily exploit.  The prevalence of junk food in schools - and the absence in many

---

[6] U.S. Census Bureau, August 2006.

schools of physical education programs - only adds to the problem.

A steady diet of high caloric fast foods — laced with trans fat - is not only unhealthy for children, leading to obesity and, later in life, to diabetes and heart disease. Poor nutrition can seriously impair their ability to function well in school, damaging chances for an adequate education and job prospects. Seen this way, fast food diets are an impediment to a successful future for mostly poor African American and Latino youngsters.

Artificial trans fat kills at least 500 people in New York City every year, more than the number that die in motor vehicle accidents. Yet it is a problem that is solvable. The Department of Health determined that artificial trans fat can be easily replaced by healthier oils without changing the taste of foods.

Cutting down on trans fat and empowering consumers with nutritional information on restaurant menus are good moves. For communities of color, they will have benefits that go beyond matters of health, affecting many facets of everyday life.

We strongly support the Department of Health's initiatives.

*Written Testimony*


*New York City Board of Health on the proposal by the Department of Health and Mental Hygiene to amend Article 81 of the New York City Health Code to require certain food service establishments to post calorie labels on their menus and menu boards, October 30, 2006*


*Virginia Schiffino, JD, LL.M and Marion Nestle, PhD, MPH*


Department of Nutrition, Food Studies, and Public Health
New York University
35 W. 4th Street, 12th Floor
New York, NY 10012-1172


virginia.schiffino@nyu.edu
marion.nestle@nyu.edu

2

Thank you for the opportunity to submit written comments on the proposal by the Department of Health and Mental Hygiene (the "Department") to amend Article 81 of the New York City Health Code (the "Health Code"), which requires certain food service establishments to make information about calorie content available on their menus and menu boards. We strongly support the proposal and commend the Department for this bold and much-needed step in addressing the high rates of overweight and obesity that affect more than half of New York City residents.

The shortened lifespan and chronic diseases such as diabetes, heart disease, stroke, high blood pressure, arthritis, and cancer that are associated with overweight and obesity could be prevented in part by combating high rates of these conditions in New York City. Providing New Yorkers with the knowledge with which to make informed food choices is a necessary component of a broader strategy to improve the health of City residents by reducing overweight and its public health consequences.

While numerous social, behavioral, environmental, and economic factors can affect an individual's risk for overweight and obesity, the immediate cause is energy imbalance: more energy (measured in calories) consumed for energy expended in physical activity.[1]  Substantial research demonstrates that one significant factor contributing to obesity is the increasing frequency with which meals are consumed away from home; such foods are typically high in calories, relatively low in nutrients, and larger in serving size than those consumed at home.[2] Larger meals pose one other problem: consumers tend to underestimate their energy content.[3]

Today, consumers spend roughly half of their food dollars on meals prepared outside the home,[4] and away-from-home foods comprise about one-third of Americans' total caloric intake.[5] Thus, efforts to reverse obesity trends must necessarily engage food service establishments and consumers, as well as health professionals and Federal, state, and local governments. The intervention proposed by the Department furthers this engagement.

The proposed amendment should serve as an impetus for change both for consumer behavior and, ultimately, for the quality and quantity of food offered at food service establishments. We urge the Board to approve the proposal for the following three reasons:

3

1. *Consumers need accurate information about the calorie content of food to make informed choices.*

The absence of readily available information about calories at the point-of-purchase affects the ability of consumers to make informed food choices, often leading to inadvertent consumption of more calories than expected. Although the FDA requires nutrition information to be listed on the Nutrition Facts panels of the labels of packaged foods, this is not the case for foods prepared away from the home.[6] Since neither Federal nor state laws require restaurants to post information about calories (or nutrients), consumers have inadequate or no access to information to support healthful choices of foods that comprise one-third of their daily calorie intake.

This information gap constitutes a significant environmental barrier to healthful food choices.[7] Other factors exacerbate this gap. For example, consumers can be misguided by the flood of advertisements, marketing messages and techniques, and weight-loss and weight management claims to which they are exposed.[8] Ubiquitous fast food "value marketing" promotes overconsumption of food through price incentives to buy larger portions of drinks, sandwiches, and meals.[9] Buying larger portions for a few cents more can seem like a bargain that justifies excessive caloric intake.

Notwithstanding that certain restaurants are increasingly providing a wider range of food choices, consumers (and even nutrition professionals) typically underestimate the energy content of foods and meals by 30% to 50%; they typically underestimate calories in a single meal, for example, by 600 calories or more.[10] In theory at least, errors this large could result in an intake of an additional 30,000 calories a year and an annual weight gain of approximately nine pounds.[11]

Calorie underestimation, combined with industry claims and the absence of accurate information, can lead people to eat a full day's worth of calories in a single meal.[12] Many people, for example, do not realize that a 64-ounce soft drink contains 800 calories (kcal),[13] more than the amount provided by a cheeseburger (530-760 kcal). It is difficult to imagine that a large chocolate shake may contain more calories than a large hamburger at certain popular fast-food chains.[14] French fries add calories as do "supersized" and "value meals." Finally, consumers can be misled by menu items that are marketed or traditionally perceived as "healthy" options, but that contain more calories than expected.[15]

4

Point-of-purchase calorie information could engage consumers by providing them with the ability to compare options and make more thoughtful decisions before they order food. Although some restaurants voluntarily offer nutrition information, some restaurants offer information only on limited items, and the charts are rarely accessible. In most places, the existing information is difficult for consumers to find and use. A recent study on the availability of point-of-purchase nutrition information at the largest fast food restaurant in the country, for example, revealed that it was nearly impossible to obtain the information about items in a manner that would inform their decisions.[16] Although several fast food chains provide nutrition information on their Web sites, consumers may not have computers or they cannot easily access the information at point of purchase. A study of the extent of nutrition information in chain table-service restaurants, found that while the majority provided it, point-of-purchase information was only available for the healthier items in the menu and was never available for children's menus.[17]

Considering that overweight and obesity are directly related to an individual's caloric imbalance, the implementation of mandatory calorie labeling should promote awareness of the caloric content of food and where it matters most: at the point of food decision-making.

2. *Calorie labeling is a sound public health approach to the obesity epidemic and its consequences.*

Overweight and obesity constitute a major public health threat to physical and economic health (see Appendix). As the number of overweight and obese people continues to rise, so will rates of morbidity and mortality and related medical treatments and costs. Actions by local government bodies, such as the Department of Health cannot be taken as isolated events, but rather as significant steps within national efforts to reduce and prevent this problem.

Whereas the financial costs of obesity can be quantified, it is more difficult to estimate the value of a person's life or quality of life. Obesity-related chronic diseases limit the freedom and quality of life of people who have such diseases. Preventing obesity and its consequences is a worthwhile goal. Although obesity has no single cause or solution, dietary improvements can help reduce disease risks.[18] Because the present food environment promotes overconsumption of "junk" foods, active and direct intervention is needed to help consumers to make informed choices. Requiring food service establishments to post information about calories at the point-

5

of-purchase directly addresses environmental factors that contribute to consumer behavior.

Research indicates that disclosure of calorie and nutrition information at the point-of-purchase does indeed influence consumers' attitudes and intentions towards food, and diminishes preference for less-healthful items.[19] Eighty-five percent of Americans view nutrition as important[20] and the use of food labels has been associated with choice of healthier foods.[21] Providing calorie information at the point of decision will aid consumers in making sensible food choices.

Furthermore, this proposed public health strategy is widely supported by consumers. Numerous surveys indicate that 62% - 87% of Americans support requiring fast-food restaurants to display the calorie content of their foods on menus and menu boards.[22] Almost two thirds (62%) support laws requiring nutrition labeling on restaurant menus and one third (34%) support laws requiring restaurants to offer lower prices on smaller rather than larger sized portions.[23] Such surveys suggest that if consumers find food labels to be useful when choosing packaged foods, they also will find such labels useful when choosing meals outside the home.

This proposal is likely to produce other beneficial effects. Point-of-purchase calorie information removes the need for guesswork. It also reveals the real "value" of certain meals—the tradeoff between price and unhealthful weight. Furthermore, a shift in consumer behavior toward lower calorie foods is likely to encourage the industry to place more healthful options on restaurant menus and, perhaps, generate competition to provide such options.

Although obesity affects people of all races and background, in New York City disproportionately high rates affect low-income people.[24] For example, forty-percent of the children in New York City's "Head Start" program were found obese or overweight.[25] Because low-income neighborhoods contain disproportionately large numbers of fast food establishments, the Department's proposal is likely to have an especially large impact in areas where it is most needed.

3. *Narrowly tailored regulations pose a low burden for food service establishments.*

The proposed amendment will not create a substantial burden on food service establishments as its scope is narrowly defined, covering an estimated 10% of such places in New York City. The requirement to post calorie information extends to establishments that make nutritional information publicly available on or after March 1, 2007. Therefore, those that

6

are affected will already have incurred the expense of determining the nutritional content of their meals. The only additional expense that they would incur in would be in incorporating the calorie data on their menus or menus boards, which is offset by the fact that most establishments already change their menus periodically.

The proposal asks this limited number of establishments to display only calorie information. While some studies recommend the inclusion of additional nutritional information such as fats, carbohydrates, proteins, sugars, weight management depends on balancing calories, no matter where they come from.[26] Emphasizing calories alone should have a significant impact on consumer behavior by making it clear that larger portions have more calories.

By approving the Department's proposed amendment on calorie labeling, the Board of Health would be setting the stage for change not only at the local level, but also across other states. To date, none of the state or Federal bills requiring nutritional information disclosure at food service establishments has been approved.[27] Therefore, the Board's favorable decision on this urgent issue will constitute an important precedent on a public health strategy to control and prevent obesity. The Department's calorie labeling initiative, along with its other preventive initiatives,[28] will help achieve its goals.

Mandatory calorie labeling is a risk mitigation strategy analogous to any other public health approach that encourages behavioral change such as banning cigarette smoking in public indoor establishments. New York City should not have to wait until overweight and obesity surpass tobacco smoking as the number one contributor of death in America in order to adopt these measures. We strongly encourage the Board to adopt the Department's proposed amendment to the Health Code.

*Appendix: The importance of obesity as a public health problem*

Unhealthy eating habits, overweight, and obesity are at the root of America's major public health challenges. The obesity epidemic represents a serious public health concern for New York City, and the Board is surely aware of the alarming national and local statistics: In the United States, an estimated 65% (130 million) of Americans are overweight and more than 30% are obese.[29]  Unless the pace of development of these conditions is halted, it is expected that 40% of the population will be considered obese within the next five years.[30]  Poor nutrition, overweight and obesity directly influence the leading causes of death in the United States – heart disease (for example, heart attack, congestive heart failure, high blood pressure, sudden cardiac death, chest pain and abnormal heart rhythm), stroke, cancer and diabetes.[31]  All of these are preventable chronic diseases.  Overweight and obesity also increase the risk for respiratory heart problems, arthritis, sleep apnea (*i.e.*, interrupted breathing during sleep), pre-menopausal breast cancer in women, gall bladder disease, fatty liver disease, pregnancy complications, and depression.[32]

As of 2001, an estimated 300,000 deaths per year were attributed to diet and weight-related diseases.[33] According to the Centers for Disease Control (CDC), it is expected that one in three U.S. children born in 2000 will develop diabetes mellitus in their lifetime because of obesity,[34] shortening the lifespan of the younger generation.  According to some estimates, the total economic cost of obesity in the United States is about $100 billion per year, including more than $50 billion in avoidable medical costs, more than five percent of total annual health care expenditures.[35]  In New York, obesity-related expenditures exceed $6 billion per year.[36]

The prevalence of overweight and obesity among New Yorkers is similar to that in the rest of the country.[37]  In New York City alone, where three-quarters of a million residents are known to have diabetes, more than half of the population is overweight and one in five is obese (approximately 1 million).[38]  New York City has been cited as having among the highest nationwide childhood obesity rates, with 21% of kindergarten children already qualifying as obese.[39]  Almost half of the children in the City's public elementary schools are overweight,[40] and 29.5% of New York City high school students are overweight or obese.[41]  As these children grow, so will the rates of diabetes and other chronic diet-related diseases unless firm steps are taken to halt the growing epidemic.  These statistics demand serious and urgent attention.

8

Notes

[1] U.S. Food and Drug Administration (FDA) and Center for Food Safety and Applied Nutrition (CFSAN). *Counting Calories, Report of the Working Group on Obesity*, at Appendix B - Text Boxes on Body Mass Index (BMI), Energy (Calorie) Balance, Carbohydrates and Other Macronutrient Contributions to Caloric Value, 2004 http://www.cfsan.fda.gov/~dms/owg-appb.html (accessed October 14, 2006)

[2] Nielsen, S. J., and B. M. Popkin. 2003. "Patterns and trends in food portion sizes, 1977-1998." *JAMA: The Journal of the American Medical Association* 289, (4) (Jan 22-29): 450-453.
*See also*, Ello-Martin, J. A., J. H. Ledikwe, and B. J. Rolls. "The Influence of Food Portion Size and Energy Density on Energy Intake: Implications for Weight Management." *The American Journal of Clinical Nutrition* 82, no. 1 Suppl (Jul, 2005): 236S-241S.749. *See also*, Young, L. R. and M. Nestle. "The Contribution of Expanding Portion Sizes to the US Obesity Epidemic." *American Journal of Public Health* 92, no. 2 (Feb, 2002): 246-249. *See also*, Guthrie, J. F., B. H. Lin, and E. Frazao. 2002. Role of food prepared away from home in the American diet, 1977-78 versus 1994-96: Changes and consequences. *Journal of Nutrition Education and Behavior* 34, (3) (May-Jun): 140-150.

[3] Backstrand J., M. Wootan, L. Young, J. Hurley. *Fat Chance*. Washington, DC: Center for Science in the Public Interest (CSPI), 1997. 22. *See also* Wansink, B. and P. Chandon. "Meal Size, Not Body Size, Explains Errors in Estimating the Calorie Content of Meals." *Annals of Internal Medicine* 145, no. 5 (Sep 5, 2006): 326-332. *See also*, Young, L. R. and M. Nestle. "Expanding Portion Sizes in the US Marketplace: Implications for Nutrition Counseling." *Journal of the American Dietetic Association* 103, no. 2 (Feb, 2003): 231-234.

[4] National Restaurant Association, *2004 Industry at a glance*, April 15, 2004, p 2.

[5] Lin, B. Guthrie, J. Frazao, E. 1999. Away-from-home foods increasingly important to quality of American diet. USDA, Economic Research Service, Washington, D.C. Agric. Inf. Bull. 749.

[6] Nutrition Labeling and Education Act (NLEA; P.L. 101-535). NLEA requires food manufacturers to include more nutrition information on their labels to assist consumers in selecting a healthful diet, and prohibits food manufacturers from making health claims on their labels that are permitted by the Department of Health and Human Services. Restaurants are exempt from the requirements under NLEA.

[7] U.S. FDA/CFSAN *Counting Calories*, at Appendix G, Report from the Division of Market Studies Office of Scientific Analysis and Support.

[8] U.S. FDA/CFSAN *Counting Calories*, 2004, at p. 7

[9] National Alliance for Nutrition and Activity. *From Wallet to Waistline, the Hidden Costs of Super Sizing*, 2002, Washington DC. *See also*, Burton, S., E. H. Creyer, J. Kees, and K. Huggins. "Attacking the Obesity Epidemic: The Potential Health Benefits of Providing Nutrition Information in Restaurants." *American Journal of Public Health* 96, no. 9 (Sep, 2006): 1669-1675. *See also*, Nestle, M. "Increasing Portion Sizes in American Diets: More Calories, More Obesity." *Journal of the American Dietetic Association* 103, no. 1 (Jan, 2003): 39-40.

[10] Backstrand J., et al. *Fat Chance*. at 22. *See also*, Burton, S. et al. "The Nutritional Content of Restaurant Foods: How Much do Consumers Now and Does it Matter?," M&PP Conference Proceedings (2004). *See also*, CPSI. *Anyone's Guess. The Need for Nutrition Labeling at Fast-Food and Other Chain Restaurants*. Washington, DC: 2003.

[11] Burton, S., E. H. Creyer, J. Kees, and K. Huggins. "Attacking the Obesity Epidemic: The Potential Health Benefits of Providing Nutrition Information in Restaurants." *American Journal of Public Health* 96, no. 9. at p. 1674 (Sep, 2006)

[12] CSPI. *Anyone's guess: The need for Nutrition Labeling at Fast-Food and other Chain Restaurants*. Washington, DC: CSPI, 2003, p. 7

[13] Nestle, M., (2003), at p. 40.

[14] CSPI. *Nutrition Labeling at Fast-Food and Other Chain Restaurants*, Washington, DC: 2005. http://www.cspinet.org/nutritionpolicy/Nutrition_Labeling_Fast_Food.pdf (accessed October 14, 2006).

[15] Burton, S. et al, (2006), consumer reaction to chef's salad.

[16] Wootan, M. G., M. Osborn, and C. J. Malloy. "Availability of Point-of-Purchase Nutrition Information at a Fast-Food Restaurant." *Preventive Medicine* (Aug 24, 2006).

[17] Wootan, M. G. and M. Osborn. "Availability of Nutrition Information from Chain Restaurants in the United States." *American Journal of Preventive Medicine* 30, no. 3 (Mar, 2006): 266-268.

[18] Keystone Forum. Away-from-home foods: Final report released by the keystone forum. 2006. *Health Care Food & Nutrition Focus* 23, (9) (Sep): 10-12.

[19] Burton, S. et al (2006).

[20] American Dietetic Association. *Nutrition and You: Trends 2000 Survey* (2000). http://www.eatright.org/ada/files/trends02release7.pdf (accessed October 19, 2006).

[21] Neuhoser, M. et al. "Use of Food Nutrition Labels is Associated with Lower Fat Intake." *Journal of the American Dietetic Association* 99 (1) (1999): 1, pp. 45, 50, 53. *See also*, S.Y. Kim, R.M. Nayga, and O. Capps, "The Effect of Food Label Use on Nutrient Intakes: An Endogenous Switching Regression Analysis," *Journal of Agricultural Resource Economics 25 (2000): 215-231*.

[22] Global Strategy Group. Study Conducted for the Center for Science in the Public Interest. "Public Support for Menu Labeling at Chain Restaurants," Sep 2003 http://www.cspinet.org/new/pdf/census_menu_board_question.pdf (accessed October 14, 2006).

[23] Jacoby, Jacob, Robert W. Chestnut, and William Silberman. "Consumer use and Comprehension of Nutrition Information." *The Journal of Consumer Research* 4, no. 2 (Sep., 1977): 119-128. O'Dougherty, M., L. J. Harnack, S. A. French, M. Story, J. M. Oakes, and R. W. Jeffery. "Nutrition Labeling and Value Size Pricing at Fast-Food Restaurants: A Consumer Perspective." *American Journal of Health Promotion: AJHP* 20, no. 4 (Mar-Apr, 2006): 247-250, at 247.

[24] Testimony of Lynn Silver, Assistant Commissioner, New York City Department and Mental Hygiene, before the New York City Council Committee on Health Regarding the Obesity Epidemic, 2006, http://www.nyc.gov/html/doh/html/testi/testi20040504silver.shtml (accessed October 17, 2006).

[25] New York City Department of Health and Mental Hygiene and Administration for Children's Services/Head Start. *Obesity in Early Childhood*. Vol. 52006, http://www.nyc.gov/html/doh/downloads/pdf/survey/survey-2006childobesity.pdf.

[26] Ness-Abramof, R. and C. M. Apovian. "Diet Modification for Treatment and Prevention of Obesity." *Endocrine* 29, no. 1 (Feb, 2006): 5-9. *See also*, U.S. FDA/CFSAN, *Counting Calories*, at p. 3.

[27] Fourteen states, the District of Columbia, the U.S. Senate, and the U.S. House of Representatives have introduced legislation that would affect chain restaurants.

[28] State of New York Health Department. *Strategic Plan for Obesity and Overweight Prevention*. Albany, NY: December 20, 2004, http://www.health.state.ny.us/prevention/obesity/strategic_plan/docs/strategic_plan.pdf (accessed October 18, 2006). *See also*, Silver, Testimony.

[29] U.S. Department of Health and Human Services (DHHS). *The Surgeon General's Call to Action to Prevent and Decrease Overweight and Obesity*. Rockville, MD: DHHS, Public Health Service, Office of the Surgeon General, 2001, http://www.surgeongeneral.gov/topics/obesity/calltoaction/CalltoAction.pdf (accessed October 17, 2006). *See also*, U.S. FDA/CFSAN, *Counting Calories*, at Box 1 – Facts and Figures on Overweight and Obesity.

[30] Morrill, A. C. and C. D. Chinn. "The Obesity Epidemic in the United States." *Journal of Public Health Policy* 25, no. 3-4 (2004): 353-366.

[31] U.S. DHHS and Center for Disease Control and Prevention (CDCP). *Profiling the Leading Causes of Death in the United States Heart Disease, Stroke and Cancer 2005, Chronic Diseases: The Leading Causes of Death: New York*. http://www.cdc.gov/nccdphp/publications/factsheets/ChronicDisease/pdfs/NYork.pdf (accessed October 14, 2006).

[32] U.S. DHHS. *Overweight and Obesity: Health Consequences*. Washington, DC, http://www.surgeongeneral.gov/topics/obesity/calltoaction/fact_consequences.htm (accessed October 14, 2006).

[33] U.S. DHHS. *The Surgeon General's Call to Action to Prevent and Decrease Overweight and Obesity*, 2001, at p 1.

[34] U.S. DHHS, CDCP. *Overweight and Obesity: Frequently Asked Questions (FAQs)* 2006, http://ezproxy.library.nyu.edu:2794/nccdphp/dnpa/obesity/faq.htm#adults (accessed October 17, 2006).

[35] U.S. FDA/CFSAN. *Counting Calories*, 2004.

[36] State of New York Health Department. *Strategic Plan for Obesity and Overweight Prevention*. at p. 42.

[37] Idem.

[38] New York City Department of Health and Mental Hygiene. *NYC Vital Signs*, Vol. 4, No. 2, 2005, http://www.nyc.gov/html/doh/downloads/pdf/survey/survey-2005obesity.pdf (accessed October 17, 2006).

[39] Silver, Testimony.

[40] New York City Department of Health and Mental Hygiene and Administration for Children's Services/Head Start. *Obesity in Early Childhood*. Vol. 5, 2006, http://www.nyc.gov/html/doh/downloads/pdf/survey/survey-2006childobesity.pdf (accessed October 17, 2006).

[41] State of New York Health Department. *Strategic Plan for Obesity and Overweight Prevention*. at p. 26

**EXHIBIT** 12

# The Regulation to
# Require Calorie Labeling on Menus
## In New York City Food Service Establishments
(Section 81.50 of the New York City Health Code)



| LUNCH | | |
|---|---|---|
| Grilled Chicken | 390 | $3.99 |
| Hamburger | 280 | $0.99 |
| Cheeseburger | 300 | $1.39 |
| Fish Filet | 450 | $3.29 |
| Fries – Small | 300 | $1.00 |
| Fries – Large | 600 | $1.79 |
| Soda – Small | 150 | $1.00 |
| Soda – Large | 300 | $1.89 |

## How to Comply:

## What Your Establishment Needs to Know About Posting Calories on Menus and Menu Boards






# SUMMARY OF THE REGULATION

New York City's Health Code amendment requires some food service establishments that hold New York City Health Department permits to list calorie information prominently on menu boards and menus.

- **Beginning July 1, 2007:**
  All food service establishments that have standardized preparation and portion sizes, and that make calorie information publicly available on or after March 1, 2007 (e.g., on Web sites, in brochures, or on posters, food wrappers or tray liners) must post calorie information prominently on menus and menu boards.

- The regulation does NOT apply to food service establishments that have not made calorie information available to the public.

- Only about 10% of New York City restaurants are affected by the regulation.

# BASIC FACTS ON CALORIE LABELING

### 1.  What is calorie labeling?

Some food service establishments make calorie information available through Web sites, brochures, posters, wrappers or tray liners. The new regulation will help ensure that customers see this information at the point of purchase, where it can help them make informed choices.

### 2.  Why focus on calories?

New Yorkers get a third or more of their calories away from home. The lack of readily available calorie information in food service establishments makes it easy to consume too many calories without realizing it. Just 100 extra calories every day adds up to 10 pounds a year. Extra pounds can lead to obesity, diabetes, and heart disease.

# COMPLYING WITH THE REGULATION

### 3.  How do I know if the calorie labeling regulation applies to my establishment?

The regulation applies only to food service establishments that are required to hold New York City Health Department permits, that have standardized preparation and portion sizes, and that make calorie information publicly available on or after March 1, 2007. The regulation applies to all menu items for which calorie information is made publicly available (e.g., on Web sites, in brochures, or on posters, food wrappers or tray liners), either by the establishment or on its behalf.

### 4.  When does the regulation take effect?

The regulation takes effect on July 1, 2007.

### 5.  Where and how do I have to post the calorie information?

On menu boards, calorie counts should be posted in a size and typeface at least as large as the name or price of the menu item, whichever is larger.

On other menus, calorie counts should be legible and should be printed in a size and typeface at least as large as the name or price of the menu item.

"Calories" or "cal" should appear as a heading above a column listing the calorie count for each menu item, or next to the count listed for each item. This label should be at least as large as the calorie counts themselves **(Example 1)**.

**Example 1. Menu Board**

| | Price | Calories |
|---|---|---|
| **Grilled Chicken** | $3.99 | 390 |
| **Crunchy Chicken** | $3.89 | 490 |
| **Fish Filet** | $3.29 | 450 |
| **Hamburger** | $0.99 | 280 |
| **Cheeseburger** | $1.39 | 300 |
| **Extra Big Hamburger** | $4.29 | 540 |
| **Fries – Small** | $1.00 | 300 |
| **Fries – Large** | $1.79 | 600 |

If a food service establishment wants to use an alternative format to display calorie information on menus and menu boards, it may do so as long as the alternative display is just as prominent and visible at the point of purchase and is pre-approved by the Health Department.

To request approval for an alternative display, send an e-mail with your proposal to calorielabeling@health.nyc.gov.

## 6. What if an item comes in several flavors?

For menu items that come in different flavors and varieties but are listed as single menu items (e.g., beverages, ice cream, pizza or doughnuts), the display must show the calorie range for each size offered (**Example 2**).

**Example 2. Menu Board with Different Flavors**

| | Calories | Price |
|---|---|---|
| **Small Coffee** | 5 | $0.99 |
| **Vanilla Mocha Wonder Whip** | | |
| Small | 300 | $2.75 |
| Medium | 420 | $3.50 |
| Large | 590 | $4.00 |
| **Super Thick Shake** (banana, vanilla or chocolate) | | |
| Small | 400–450 | $3.00 |
| Medium | 500–560 | $3.50 |
| Large | 700–770 | $4.00 |

# ENFORCEMENT

**7. When the calorie labeling regulation takes effect, will the Health Department issue violations?**

Yes. The Department will issue violations beginning July 1, 2007.

**8. Will calorie labeling violations be counted as 'critical' or 'general'?**

Violations will not be counted as either critical or general, nor will they count toward your food service establishment inspection score.

**9. Will the Health Department follow up on calorie labeling violations?**

Yes. Any food service establishment violating the calorie labeling regulation will receive a follow-up inspection to determine compliance.

**10. Will calorie labeling violations be posted on the Health Department's Restaurant Inspection Web site?**

Yes. Violations will be posted beginning July 1, 2007.

**11. How much will I be fined if an inspector finds my establishment in violation of the calorie labeling regulation?**

Administrative Tribunal hearing officers may assess fines between $200 to $2,000. Penalty amounts will increase for repeated violations.

**12. Will I be fined as soon as the regulation takes effect?**

No. There is a 3-month grace period. No fines will be assessed between July 1 and October 1, 2007.

**NYC Health** | THE NEW YORK CITY DEPARTMENT of HEALTH and MENTAL HYGIENE
Michael R. Bloomberg, Mayor
Thomas R. Frieden, MD, MPH, Commissioner
nyc.gov/health



HPD1X25561   2.07