AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN            DISTRICT OF            NEW YORK

**APPEARANCE**

Case Number: 07-cv-5710(RJH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Amicus cuaraie Jennifer L. Pomeranz and Kelly D. Brownell of the Rudd Center for Food Policy and Obesity, and Robert Post of Yale Law School

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/9/2007 | /s/ Brian L. Bromberg |
| Date | Signature |
| | Brian L. Bromberg — BB: 6264 |
| | Print Name — Bar Number |
| | 40 Exchange Place, Suite 2010 |
| | Address |
| | New York, NY 10005 |
| | City — State — Zip Code |
| | (212) 248-7906 — (212) 248-7908 |
| | Phone Number — Fax Number |