



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RESTAURANT ASSOCIATION,<br><br>Plaintiff,<br><br>-against-<br><br>NEW YORK CITY BOARD OF HEALTH, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and Thomas R. Frieden, In His Official Capacity as Commissioner of the New York City Department of Health and Mental Hygiene,<br><br>Defendants. | No. 07 Civ. 05710 (RJH)<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, ANDREW M. GSCHWIND, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

> Dennis J. Herrera
> San Francisco City Attorney's Office
> 1 Dr. Carlton B. Goodlett Place, Room 234
> San Francisco, CA  94102
> Telephone:  (415) 554-4748
> Facsimile:  (415) 554-4715
> dennis.herrera@sfgov.org

DENNIS J. HERRERA is a member in good standing of the Bar of the State of California.

There is no pending disciplinary proceeding against DENNIS J. HERRERA in any State or Federal Court.

Dated: JUNE 28, 2007

San Francisco, California

                              Respectfully submitted,

ANDREW M. GSCHWIND, SDNY Bar No. 2823250
San Francisco City Attorney's Office
City and County of San Francisco
1390 Market Street, 6th Floor
San Francisco, CA 94102
Telephone: (415) 554-3973
Facsimile: (415) 554-3837



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RESTAURANT ASSOCIATION,<br><br>Plaintiff,<br><br>-against-<br><br>NEW YORK CITY BOARD OF HEALTH, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and Thomas R. Frieden, In His Official Capacity as Commissioner of the New York City Department of Health and Mental Hygiene,<br><br>Defendants. | No. 07 Civ. 05710 (RJH)<br><br>**AFFIDAVIT OF ANDREW M. GSCHWIND IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of California     )
                        ) ss:
County of San Francisco )

ANDREW M. GSCHWIND, being duly sworn, hereby deposes and says as follows:

1. I am a deputy city attorney at the San Francisco City Attorney's Office, counsel for Amicus Curiae City and County of San Francisco in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Amicus Curiae's motion to admit DENNIS J. HERRERA as counsel pro hac vice to represent Amicus Curiae in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Dennis J. Herrera since joining the San Francisco City Attorney's Office.

4. Dennis J. Herrera is the City Attorney at the San Francisco City Attorney's Office in San Francisco, California.

5. I have found Mr. Herrera to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Dennis J. Herrera, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Dennis J. Herrera, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Dennis J. Herrera, pro hac vice, to represent Amicus Curiae in the above captioned matter, be granted.

Dated: June 28, 2007

San Francisco, California

Notarized:

Respectfully submitted,

ANDREW M. GSCHWIND, SDNY Bar No. 2823250

Subscribed and sworn to before me this 28th day of June 2007 by Andrew M. Gschwind, personally known to me, and who appeared before me.



GLORIA KAY SPURGEON-SMITH
Comm. # 1458249
NOTARY PUBLIC - CALIFORNIA
City and County of San Francisco
My Comm. Expires Dec. 23, 2007

AFFIDAVIT ISO PRO HAC VICE MOTION        2
CASE NO. 07-CIV-05710 (RJH)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RESTAURANT ASSOCIATION,<br><br>    Plaintiff,<br><br>-against-<br><br>NEW YORK CITY BOARD OF HEALTH, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and Thomas R. Frieden, In His Official Capacity as Commissioner of the New York City Department of Health and Mental Hygiene,<br><br>    Defendants. | No. 07-CIV-05710 (RJH)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Andrew M. Gschwind, attorney for Amicus Curiae City and County of San Francisco and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Dennis J. Herrera
> San Francisco City Attorney's Office
> 1 Dr. Carlton B. Goodlett Place, Room 234
> San Francisco, CA  94102
> Telephone:  (415) 554-4748
> Facsimile:  (415) 554-4715
> dennis.herrera@sfgov.org

is admitted to practice pro hac vice as counsel for Amicus Curiae City and County of San Francisco in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

New York, New York

                                                                                                      _____

                                                                                                       United States District/Magistrate Judge



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *Dennis Jose Herrera*

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that DENNIS JOSE HERRERA was on the 6TH day of June-1989 duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court,*
*This 25th day of June, 2007.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: _____
*Deputy Clerk*