**ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RESTAURANT ASSOCIATION,<br><br>Plaintiff,<br><br>-against-<br><br>NEW YORK CITY BOARD OF HEALTH, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and Thomas R. Frieden, In His Official Capacity as Commissioner of the New York City Department of Health and Mental Hygiene,<br><br>Defendants. | No. 07 Civ. 05710 (RJH)<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, ANDREW M. GSCHWIND, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

> Danny Chou
> San Francisco City Attorney's Office
> 1 Dr. Carlton B. Goodlett Place, Room 234
> San Francisco, CA 94102
> Telephone: (415) 554-4655
> Facsimile: (415) 554-4699
> danny.chou@sfgov.org

DANNY CHOU is a member in good standing of the Bar of the State of California.

MOTION TO ADMIT COUNSEL PRO HAC VICE          1
CASE NO. 07-CIV-05710 (RJH)

There is no pending disciplinary proceeding against DANNY CHOU in any State or Federal Court.

Dated: JUNE 28, 2007

San Francisco, California

Respectfully submitted,

ANDREW M. GSCHWIND, SDNY Bar No. 2823250
San Francisco City Attorney's Office
City and County of San Francisco
1390 Market Street, 6th Floor
San Francisco, CA 94102
Telephone: (415) 554-3973
Facsimile: (415) 554-3837



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RESTAURANT ASSOCIATION,<br><br>Plaintiff,<br><br>-against-<br><br>NEW YORK CITY BOARD OF HEALTH, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and Thomas R. Frieden, In His Official Capacity as Commissioner of the New York City Department of Health and Mental Hygiene,<br><br>Defendants. | No. 07 Civ. 05710 (RJH)<br><br>**AFFIDAVIT OF ANDREW M. GSCHWIND IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of California     )
                        )  ss:
County of San Francisco )

ANDREW M. GSCHWIND, being duly sworn, hereby deposes and says as follows:

1. I am a deputy city attorney at the San Francisco City Attorney's Office, counsel for Amicus Curiae City and County of San Francisco in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Amicus Curiae's motion to admit DANNY CHOU as counsel pro hac vice to represent Amicus Curiae in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Danny Chou since he joined the San Francisco City Attorney's Office in 2006.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RESTAURANT ASSOCIATION,<br><br>Plaintiff,<br><br>-against-<br><br>NEW YORK CITY BOARD OF HEALTH, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and Thomas R. Frieden, In His Official Capacity as Commissioner of the New York City Department of Health and Mental Hygiene,<br><br>Defendants. | No. 07-CIV-05710 (RJH)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Andrew M. Gschwind, attorney for Amicus Curiae City and County of San Francisco and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Danny Chou
>San Francisco City Attorney's Office
>1 Dr. Carlton B. Goodlett Place, Room 234
>San Francisco, CA  94102
>Telephone:  (415) 554-4655
>Facsimile:  (415) 554-4699
>danny.chou@sfgov.org

is admitted to practice pro hac vice as counsel for Amicus Curiae City and County of San Francisco in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

New York, New York

_____<br>United States District/Magistrate Judge



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *Danny Yeh Chou*

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that DANNY YEH CHOU was on the 12TH day of DECEMBER-1995 duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court,
This 25th day of June, 2007.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By: _____
Deputy Clerk