UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

NEW YORK STATE RESTAURANT ASSOCIATION,

                          Plaintiff,

-against-

NEW YORK CITY BOARD OF HEALTH, NEW YORK
CITY DEPARTMENT OF HEALTH AND MENTAL
HYGIENE, and THOMAS R. FRIEDEN, In His Official
Capacity as Commissioner of the New York City
Department of Health and Mental Hygiene,

                          Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**

07 Civ. 5710 (RJH)

**WHEREAS**, plaintiff commenced this action on June 15, 2007, and defendants have requested an enlargement of time until July 31, 2007 to respond to the complaint, and plaintiff has consented to this request,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties, that pursuant to FRCP 6(b) the defendants' time to respond to the complaint is hereby extended to July 31, 2007.

Dated: New York, New York
         June 27, 2007

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 942-0573

_____
Mark W. Muschenheim (MM 0498)
Assistant Corporation Counsel

ARNOLD & PORTER LLP
Attorney for Plaintiff
399 Park Avenue
New York, New York 10022
(212) 715-1000

_____
Peter L. Zimroth (PZ 1029)

SO ORDERED:

_____
United States District Judge
7/16/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/07