```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NEW YORK STATE RESTAURANT
ASSOCIATION,

                Plaintiff,

      -against-

NEW YORK CITY BOARD OF HEALTH, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 5710 (RJH)

**ORDER**

       The parties are directed to appear on July 25, 2007 at 2:30 p.m. in the Courtroom of the Hon. Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007, for oral argument on pending motions.

SO ORDERED.

Dated: New York, New York
       July 18, 2007

                                          Richard J. Holwell
                                          United States District Judge