IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NEW YORK STATE RESTAURANT
ASSOCIATION,

        *Plaintiff,*

v.

NEW YORK CITY BOARD OF HEALTH,
NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE, and THOMAS R.
FRIEDEN, in his official capacity as Commissioner
of the New York City Department of Health
and Mental Hygiene,

        *Defendants.*

Case No. 1:07-cv-05710 (RJH)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/07
```

## [~~PROPOSED~~] ORDER

The motion of U.S. Representative Henry Waxman, David A. Kessler, Public Citizen, Center for Science in the Public Interest, American College of Preventive Medicine, American Diabetes Association, American Medical Association, American Public Health Association, California Center for Public Health Advocacy, The Medical Society of the State of New York, Trust for America's Health, and Professors of Medicine, Nutrition, and Public Health for leave to file a brief as *amici curiae* is HEREBY GRANTED.

SO ORDERED.

Dated: ~~June~~ July 18, 2007

_____
Richard J. Holwell,
United States District Judge