UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK STATE RESTAURANT : 
ASSOCIATION, :
: No. 2007 Civ. 5710 (RJH)
                    **Plaintiff,** :
  - against - :
:
NEW YORK CITY BOARD OF HEALTH, : PLAINTIFF'S LOCAL
NEW YORK CITY DEPARTMENT OF HEALTH : RULE 56.1 STATEMENT
AND MENTAL HYGIENE, and Thomas R. Frieden, :
In His Official Capacity as Commissioner :
of the New York City Department of Health :
and Mental Hygiene, :
:
                    **Defendants.** :
:

---

    1.    The New York State Restaurant Association ("NYSRA") is a not-for-profit business association with over 7,000 members, nearly 1,000 of which are located in New York City.

    2.    Defendants have taken the position that certain of NYSRA's New York members both serve food in portions the size and content of which are standardized and have made calorie content information publicly available on or after March 1, 2007.

Dated:    July 18, 2007
             New York, New York

                                        ARNOLD & PORTER LLP

                                        By: _Nancy G. Milburn_ (signature)
                                               Peter L. Zimroth (PZ-1029)
                                               Kent A. Yalowitz (KY-3234)
                                             Nancy G. Milburn (NM-9691)
                                             Brandon H. Cowart (BC-1615)

                                          399 Park Avenue
                                          New York, NY 10022
                                          Phone: 212-715-1000
                                          Fax: 212-715-1399

                                          *Counsel for Plaintiff,*
                                          *New York State Restaurant Association*

## CERTIFICATE OF SERVICE

I, Anthony D. Boccanfuso, the undersigned attorney at law duly admitted to practice in the State of New York, respectfully show that on the 18th day of July 2007, the annexed **PLAINTIFF'S LOCAL RULE 56.1 STATEMENT** was served by hand upon:

>Mark W. Muschenheim
>Assistant Corporation Counsel
>Corporation Counsel of the City of New York
>100 Church Street
>New York, New York 10007

_____
Anthony D. Boccanfuso