UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RESTAURANT ASSOCIATION, | : : : |
| Plaintiff, | : : : |
| -against- | : No. 07-CIV-05710 (RJH) : |
| NEW YORK CITY BOARD OF HEALTH, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and THOMAS R. FRIEDEN, in His Official Capacity as Commissioner of the New York City Department of Health and Mental Hygiene, | : : : : **NOTICE OF CHANGE OF** : **ADDRESS** : : |
| Defendants. | : |

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for: STEPHEN GARDNER

I am a U.S.D.C., Southern District of New York attorney. My Bar Number is SG3964.

I represent the Center for Science in the Public Interest, one of the *amici* in this case.

I have not appeared in this Court for several years. Since my last appearance, my office moved to a new address:

> Center for Science in the Public Interest
> 5646 Milton St., Ste. 211
> Dallas, Texas 75206
> Telephone: 214-827-2774
> Facsimile: 214-827-2787
> Email: sgardner@cspinet.org

Papers filed in this case reflect the new address, but Court records reflect the old address, so I am providing this notice. I will continue to be counsel of record on the above-entitled case.

Because the parties to the current case have my new address already, I will not serve this notice on them, unless instructed by the Court.

Dated: July 16, 2007

_____
Stephen Gardner, Director of Litigation