UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RESTAURANT ASSOCIATION,<br><br>Plaintiff,<br><br>-against-<br><br>NEW YORK CITY BOARD OF HEALTH, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and Thomas R. Frieden, In His Official Capacity as Commissioner of the New York City Department of Health and Mental Hygiene,<br><br>Defendants. | No. 07-CIV-05710 (RJH)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**<br><br> |

[31]

Upon the motion of Andrew M. Gschwind, attorney for Amicus Curiae City and County of San Francisco and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Rafal Ofierski
> San Francisco City Attorney's Office
> 1390 Market Street, 5th Floor
> San Francisco, CA 94102
> Telephone: (415) 554-4244
> Facsimile: (415) 554-4248
> rafal.ofierski@sfgov.org

is admitted to practice pro hac vice as counsel for Amicus Curiae City and County of San Francisco in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

ORDER FOR ADMISSION PRO HAC VICE         1
CASE NO. 07-CIV-05710 (RJH)

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: July 19, 2007
New York, New York

_____
United States District/Magistrate Judge

ORDER FOR ADMISSION PRO HAC VICE            2
CASE NO. 07-CIV-05710 (RJH)