UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK STATE RESTAURANT
ASSOCIATION,

          Plaintiff,

    - against -

NEW YORK CITY BOARD OF HEALTH,
NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE, and Thomas R. Frieden,
In His Official Capacity as Commissioner
of the New York City Department of Health
and Mental Hygiene,

          Defendants.

No. 2007 Civ. 5710 (RJH)

SUPPLEMENTAL
DECLARATION OF
JULIE HAUGEN

---

JULIE HAUGEN hereby declares under penalty of perjury:

1.    Attached hereto as Exhibit A is a true and correct copy of Burger King Corporation's nutrition poster, as referenced in Paragraph 7 of my Declaration dated June 13, 2007. The poster, which Burger King® posts in a prominent place in the dining area, is in full color and measures two feet by three feet.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on July 16, 2007

                                                         _____
                                                         Julie Haugen

## CERTIFICATE OF SERVICE

I, Kent A. Yalowitz, the undersigned attorney at law duly admitted to practice in the State of New York, respectfully show that on the 20th day of July, 2007, the annexed **SUPPLEMENTAL DECLARATION OF JULIE HAUGEN** was served by hand delivery upon:

>Mark W. Muschenheim
>Assistant Corporation Counsel
>Corporation Counsel of the City of New York
>100 Church Street
>New York, New York 10007

_____
Kent A. Yalowitz