

# BURGER KING — HAVE IT YOUR WAY

## Nutritional Information

As of March 2007. Please check www.bk.com for the most recent Nutritional Information.

## What's Your Eating Strategy?
Stay calorie conscious and eat like a king!

HAVE IT YOUR WAY Eating Strategies with great-tasting fire-grilled food at BURGER KING restaurants.

## Ingredients

Revised March 2007. ALLERGEN INFORMATION: Located behind ingredients in bold type. For the most up-to-date information please visit www.bk.com regularly. Allergen Charts are available on website.

## Product Contents