# EXHIBIT A
# 1 of 3

DAVID B. ALLISON, Ph.D.
Department of Biostatistics &
Clinical Nutrition Research Center
University of Alabama at Birmingham
Ryals Building, Suite 327
1665 University Avenue
Birmingham, Alabama 35294
Phone: (205) 975-9169
Fax: (205) 975-2540
Email: Dallison@uab.edu

## CITIZENSHIP

United States Citizen

## EDUCATION

Columbia University College of Physicians and Surgeons & Saint Luke's/Roosevelt Hospital
NIH Post-Doctoral Research Fellowship in the Department of Medicine & Obesity
Research Center, 1991-94
Fellowship entailed designing and conducting original research in the area of human
obesity

Johns Hopkins University School of Medicine & The Kennedy Institute
Post-Doctoral Fellow in Departments of Pediatrics and Behavioral Psychology, 1990-91
Emphasis on behavior analytic research, behavior analytic clinical interventions, and
developmental disabilities

Hofstra University, Hempstead, New York
Ph.D. in Clinical and School Psychology from an APA approved program, July 1990.
Coursework included advanced multivariate statistics, psychopharmacology,
neurophysiology, behavior therapy, and organizational behavior management.

Hofstra University, Hempstead, New York
Master of Arts in Clinical and School Psychology, August 1987.
Coursework included research methods, psychological assessment, group and individual
therapy, and psychometric theory.

Vassar College, Poughkeepsie, New York
Bachelor of Arts in Psychology, May 1985.

## CURRENT & IMMEDIATE PAST EMPLOYMENT

March, 2001 to Present

The University of Alabama at Birmingham. Position: Professor. Position entails: (a) Building and
leading Section on Statistical Genetics; (b) conducting original research in design and statistical
analysis methods with particular emphasis on statistical genetics; (c) conducting original
research on the causes, consequences, and treatment and prevention of obesity and related
areas; (d) collaborating with other investigators on their projects, particularly with respect to data
analysis, and training students, interns and post-doctoral fellows; (e) developing curricula and

participating in graduate level education; (f) supervising faculty, fellows, and staff; and (g) fund-raising and administration.

- Head, Section of Statistical Genetics (SSG), Dept of Biostatistics, 2001 - present. Founded SSG in 2001. As of 2/1/06, SSG includes 12 full time faculty (including DBA), 11 post-doctoral fellows, 4 administrative staff, and 5 programmers.
- Associate Director of Clinical Nutrition Research Center, 2001 – 2003
- Acting Director of Clinical Nutrition Research Center, Jan – May 2003
- Director of Clinical Nutrition Research Center, June 2003 – present
- Member of the Executive committee of the Center for Translational Genomics, 2002 - present.
- Member of the Executive committee of the Center for Nutrient Genome Interaction, 2003 - present.
- Co-Director, Genetic Core of Minority Health and Research Center, 2002 - 2005.
- Senior Scientist of UAB Comprehensive Cancer Center 2003 - present.
- Senior Scientist UAB's Center for Outcomes and Effectiveness Research and Education (COERE), 2002 – present.
- Internal Advisory Committee member for UAB's Center for Aging Research, 2005 – present.
- Senior Scientist, UAB Arthritis and Musculoskeletal Center, 2002 - present
- Senior Scientist, UAB Minority Health and Research Center, 2003 - present

June 1994 to March, 2001

The New York Obesity Research Center, Saint Luke's/Roosevelt Hospital Center. Position: Associate Research Scientist. Position entails designing and conducting original research in the causes, consequences, and treatment and prevention of obesity and related areas, collaborating with other investigators on their projects, particularly with respect to data analysis, and training students, interns and post-doctoral fellows.

- Member of Executive Committee.
- Associate Director of Biostatistics & Computing Sub-Core.
- Associate Director of Post-Doctoral Fellow Training Program.

## ACADEMIC APPOINTMENTS

**September 1994 to March 1999.** Assistant Professor of Clinical Psychology (in Psychiatry) - Columbia University College of Physicians and Surgeons.

**July 1997 to 2000**. Assistant Professor (adjunct) of Psychology (in Psychiatry) in the Associated Faculty of the School of Medicine – University of Pennsylvania.

**December 1998 to June, 2001**. Doctoral Program Subcommittee on Nutrition Member, Columbia University Institute of Human Nutrition.

**April 1999 to March, 2001.** Associate Professor of Medical Psychology (in Psychiatry) - Columbia University College of Physicians and Surgeons.

**March, 2001 to Present.**

*Primary Appointment*

> Professor of Biostatistics (with tenure) – University of Alabama at Birmingham, School of
> Public Health, Department of Biostatistics.

*Secondary Appointments*

> Professor, Department of Nutrition Sciences, University of Alabama at Birmingham.
> Professor, Department of Genetics, University of Alabama at Birmingham.
> Professor, Department of Medicine, Division of Rheumatology, University of Alabama at
> Birmingham.

## LEADERSHIP IN EDUCATION, TRAINING AND RESEARCH PROMOTION (selected)

- **Short Course "Statistical Genetics for Obesity & Nutrition Researchers".** Principal Investigator & Director of NIDDK-funded national short course "Statistical Genetics for Obesity & Nutrition Researchers" (R01DK056366 & R56DK056366). Six courses held with roughly 50 students per course for the grant period from 7/1/00 - 6/30/06. - Website at http://www.soph.uab.edu/ssg_content.asp?id=1820.

- **Short Course "Frontiers in Statistical Genetics for NIAMS Researchers"**. Co-Director of NIAMS-funded national short course "Frontiers in Statistical Genetics for NIAMS Researchers" (R13AR051126). Two courses held with roughly 50 students per course for the grant period 6/1/04 - 5/31/06. - Website at http://www.soph.uab.edu/ssg_content.asp?id=1820.

- **Short Course on "Design and Analysis of Plant Microarray Experimentation**. Principal Investigator & Director of NSF-funded national short course offered as part of "Design and Analysis of Plant Microarray Experimentation" (grant # 0217651). Two courses held with roughly 50 students per course for the grant period from 10/1/02 - 9/30/06. - Website at http://www.soph.uab.edu/ssg_content.asp?id=1820.

- **UAB Statistical Genetics Post-doctoral Training Program**. Principal Investigator & Director of NHLBI-funded T32HL072757 "UAB Statistical Genetics Post-doctoral Training Program" for postdoctoral fellows. Wrote initial grant application to obtain funding for program, responsible for recruitment of fellows, overseeing implementation of program, mentoring other mentors, and mentoring selected fellows. 4 slots per year for the grant period 4/15/03 - 3/31/08. - Website at http://www.soph.uab.edu/ssg_content.asp?id=65.

- **UAB Obesity Training Program**. Principal Investigator & Director of NIDDK-funded T32DK062710 "UAB Obesity Training Program" for postdoctoral fellows. Wrote initial grant application to obtain funding for program, responsible for recruitment of fellows, overseeing implementation of program, mentoring other mentors, and mentoring selected fellows. 4 slots per year for the grant period 6/1/04 - 5/20/09. - Website at http://main.uab.edu/shrp/default.aspx?pid=79509.

- **UAB Biostatistics Pre-doctoral Training Program**. Principal Investigator & Director of NHLBI-funded 32HL079888 "UAB Biostatistics Pre-doctoral Training Program" predoctoral fellows. Wrote initial grant application to obtain funding for program, responsible for recruitment of fellows, overseeing implementation of program, mentoring other mentors, mentoring selected fellows. 4, 6, 8, 8, 8 slots for the grant period 9/1/05 - 8/31/10. - Website at http://www.soph.uab.edu/ssg_content.asp?id=71.

- **Hughes Med-Grad (HMG) Fellowship Program** for predoctoral fellows, Principal Investigator Thomas Clemens PhD. Assisted Dr. Clemens in conceiving program and writing grant application to the Howard Hughes Medical Institute. Currently serve as a member of the HMG Development Committee, Core Leadership team, Co-Direct the Quantitative Methods course, and as a potential mentor for fellows. The program aims to create a new pathway of graduate education designed to give PhD students a more targeted exposure of human biology and disease. The interdepartmental program pairs students with mentors conducting cutting edge disease-based research and provides exposure to patient-oriented, case-based topics, clinical research design and understanding of drug discovery. 6 slots, 4/1/06 - 3/31/10. - Website at http://peir.path.uab.edu/medintograd/cat_index_29.shtml.

- **Science Unbound Foundation (SUF)**. Initiated the development and serve as the President of the SUF. The SUF is an IRS-approved 501c3 not-for-profit foundation that was inaugurated on 6/17/03 and has as its mission: "Furthering scientific knowledge in the service of health, happiness, and quality of life of humankind through scientific research and education." The Foundation provides annual awards to investigators for papers published in 4 categories: (UAB) obesity or nutrition, (UAB) statistical genetics, (UAB) general statistics, & (New York Obesity Research Center, St. Luke's-Roosevelt Hospital/Columbia University) obesity-related. - Website at http://www.scienceunboundfoundation.org/index.html.

- **NAASO: The Obesity Society**. Elected to and served in highest leadership offices including presidency (see section on organizational affiliations below). - Website at http://www.naaso.org/.

## BOARDS of TRUSTEES

- Member of the Board of Trustees for the International Life Science Institute, North America, 2002 to present.

## CONSULTING and ADVISING (selected listing)

### GOVERNMENT (not necessarily an exhaustive listing)

- Consultant to Federal Trade Commission (FTC) on validity of weight loss product claims, 1998 – present.

- Consultant to Department of Justice (DOJ) on validity of weight loss product claims, 2004 – present.

- Consultant to Food and Drug Administration's (FDA) on validity of weight loss product claims, 2002 – present.

- Consultant/reviewer for the RAND Corporation on a comprehensive report of the safety and efficacy of ephedra and ephedrine containing products for weight loss funded by the Agency for Health Care Policy & Research, 2002.

- Consultant to the National Institute of Diabetes, Digestive, and Kidney Diseases (NIDDK) of the National Institutes of Health on preparation of the document: *Conquering Diabetes. Highlights of program efforts, research advances opportunities. A scientific progress report on the Diabetes Research Working Group's strategic plan.* NIH Publication No. 02-5137. September, 2002.

- Consultant to United States Postal Inspectors' Service on validity of weight loss product claims, 2001, 2004 - present.

- Served on a special Public Affairs Task Force of the North American Association for the Study of Obesity (NAASO) to provide information regarding dietary supplements for weight loss to the U.S. General Accounting Office (GAO) – 2002.

- Statistical Consultant to U.S. Department of Justice, Federal Bureau of Prisons regarding detection of malingering versus psychopathology, 1996.

- Consultant to the Food and Drug Administration in their oversight and collaborative development of Proctor & Gamble's post-market surveillance of olestra (Olean); 1996-1997.

- Member of expert advisory panel convened by the Life Sciences Research Office of the Federation of American Societies of Experimental Biology at the behest of the Food and Drug Administration (FDA) to prepare a document advising the FDA as to how to review petitions for new food additives (e.g., macronutrient substitutes), 1996-1999.

- Served on Food and Drug Administration's (FDA) Scientific Advisory Council to review the fat replacer olestra (sucrose polyester), November, 1995.

NON-PROFIT (not necessarily an exhaustive listing)

- Consultant to Consumers' Union regarding survey design to assess weight loss success associated with various commonly marketed techniques, 2001.

- Panel participant for the Life Science Research Office of the Federation of American Societies of Experimental Biology's planning group to develop guidelines and procedures for third party review of health and other claims for dietary supplements. November, 2000.

- Member of the Advisory Board of the Partnership for the Promotion of Healthy Eating and Active Lifestyles (PPHEAL) a group whose mission is to use scientific knowledge to promote healthier lifestyles in the areas of diet and activity, 1999 to 2000.

- Member of International Life Science Research Institute's Food Safety and Nutrition Committee, 1997-2000.

- Statistical Consultant to Community Research Initiative on AIDS, 1997.

- Member of the International Food Information Council's Expert Committee, 1995 - Present.

- Statistical Consultant to God's Love We Deliver for a project related to the effects of home nutrition on health and quality of life, 1995.

- Statistical Consultant to the International Life Sciences Institute and the United States Department of Agriculture on an experimental assessment of the effects of trans-fatty acid consumption.

- Grant writing and statistical consultant to the Milestone School for Child Development, 1991 to 1995.

- Consultant on research design and statistics to the Crossroads School for Child Development, 1995 to 2000.

- Served on the Obesity & Health Task Force on Weight Loss Abuse, 1992-1993.

- Served on Advisory Board for the Betty Jane Rehabilitation Center of Ohio, 1991-1992.

ACADEMIC/SCIENTIFIC (not necessarily an exhaustive listing)

- Consultant to Dr. Catherine Kotz of the University of Minnesota on VA-funded and NIH-funded obesity-related research – 2004 - present.

- Consultant to Dr. Nir Barzilai of Albert Einstein College of Medicine on NIH-funded aging- and obesity-related research – 2004 - present.

- Consultant to Dr. Anil Malhotra of Long Island Jewish Hospital on antipsychotic-induced weight gain – 2005 - present.

- Member of External Advisory Board, Yale/NIDA Neuroproteomics Research Center, 2005 – 2006.

- Ad-hoc Member of the Jackson Laboratory's Board of Scientific Overseers, 2003.

- Member of the External Advisory Committee to the University of Arkansas' NIH-funded Biomedical Research Infrastructure Network, 2001 - 2003.

- Member of the External Advisory Board to the University of Alabama's NIH-funded Clinical Nutrition Research Center, 1999 to 2001.

- Consultant to Drs. Mark Lane, George Roth, and Donald Ingram of the National Institute on Aging for a study of Caloric Restriction and Longevity among Non-Human primates, 1999 to present.

- Consultant to Dr. Richard Weindruch of the University of Wisconsin at Madison on program project grant to evaluate the effects of caloric restriction on health and longevity in non-human primates (rhesus monkeys) and related projects, 1998 to present.

- Consultant to Dr. Philippe Froguel of the Pasteur Institute on statistical methods for detecting obesity and diabetes genes, September, 1999.

- Consultant to Dr. David Watkins of the University of Wisconsin at Madison on the statistical analysis of data regarding the development of HIV vaccines, 1999 to Present.

- Consultant to Dr. Louis Picker of Oregon Health & Science University on the statistical analysis of data regarding the development of HIV vaccines, 2003 to Present.

- Consultant/Advisory Board member for Dr. Richard Miller's program project grant "*Genetics of Age-Sensitive Traits In Mice*" at the University of Michigan, Ann Arbor, 2001.

- Statistical consultant to Dr. Robert Ross of Queen's University (Canada) on issues related body composition changes with exercise treatment, 1999-2001.

- Statistical consultant to Dr. Howard Pratt of Indiana University School of Medicine on NIH- funded research regarding the genetics of blood pressure regulation, 2000 – 2005.

- Consultant to the National Institute of Diabetes Digestive and Kidney Disease's research center in Phoenix, Arizona (Drs. Knowler, Tataranni, Ravussin, and Bogardus) on statistical and methodological issues in conducting their genome-wide search for obesity and diabetes genes in Pima Indians. December, 1997 and on general obesity research issues, 2000 - present.

- Consultant to Dr. George L. Blackburn of Harvard University on multiple NIH proposals and NIH-funded projects.

- Consultant to Dr. Alan Green of Harvard University on anti-psychotic induced weight gain, 1999 to 2001.

- Consultant to Dr. James Swanson of University of the California at Irvine on Statistical Genetics, 2000.

- Consultant to Drs. Albert J. Stunkard, Robert Berkowitz, Myles Faith, Thomas A. Wadden, and Gary D. Foster of the University of Pennsylvania on statistical and obesity related issues, 1996 – 2000, 2003-2004.

- Consultant to Dr. Caryn Lerman of the University of Pennsylvania on statistical aspects of pharmacogenetics, 2003- 2006.

- Consultant to NIH grant R21 DK44434 on "Long-term outcome of obesity treatment in minority women" (Principal investigator - George Blackburn, Harvard Medical School).

- Statistical consultant for numerous grants obtained by investigators at St. Luke's/Roosevelt hospital in the areas of obesity, diabetes, body composition, and AIDS, 1994 - 2006.

- Statistical consultant for doctoral students at Hofstra University, Columbia University, Johns Hopkins University, University of Washington at Seattle, Adelphi University, New York University, The New School for Social Research, & Albert Einstein College of Medicine.

- Consultant to Dr. Tim Spector at St Thomas Hospital, Twin Research & Genetic Epidemiology Unit for Wellcome Trust grant "Whole-genome transcriptomic profiling: A resource for the discovery of expression QTLs associated with common disease", 2007 – present.


LEGAL CONSULTING (not necessarily an exhaustive listing)

- Consultant to The Perry Law Firm, L.L.C on obesity-related litigation, 2006 – present.

- Consultant to Lopez, Hodes, Restaino, Milman & Skikos, A Law Corporation, on obesity-related litigation, 2004 - present.

- Consultant to Bersenas Jacobsen Chouest Thomson Blackburn LLP on obesity- and statistically-related litigation, 2005.

- Consultant to Maynard, Cooper & Gale, P.C., A Birmingham, Alabama law firm regarding anti-obesity drug litigation, 2003.

- Consultant to law firm of Ulmer & Berne LLP, regarding dietary supplement litigation, 2003 – present.

- Consultant to Lee, Smart, Cook, Martin & Patterson, PS, Inc., a Seattle, Washington law firm, 2001.

- Consultant to Gibson, Dunn & Crutcher LLP, a Los Angeles, California law firm, 2002 - present.

- Consultant to Parenti, Falk, Waas, Hernandez & Cortina, Attorneys at Law, regarding obesity-related litigation, 2002.

- Consultant to Paterson, MacDougall, a Toronto, Canada law firm serving both domestic and international clients. regarding obesity related issues, 2000 - 2001.

- Consultant to Wilentz, Goldman, & Spitzer, Attorneys at Law regarding OTC weight-loss product claims litigation, 1999-2006.

- Consultant to McKenna & Cuneo, L.L.P and McKenna Long & Aldridge LLP, Attorneys at Law regarding anti-obesity drug litigation, 1998 to present.

- Consultant to Spadaro & Hilson, Attorneys at Law regarding actuarial lifetable estimation for obese decedents, 1998.


OTHER INDUSTRY (not necessarily an exhaustive listing)

- Member of Scientific Advisory Board for Kraft Foods, Inc, 2003 – present.

- Member of Scientific Advisory Board for NutriPharma, Inc., 2000 – 2005.
- Member of Scientific Advisory Board for Genome Explorations, Inc., 2003 – present.
- Consultant to McNeil Nutritionals regarding obesity-related issues – 2003 – present.
- Consultant to Frito-Lay North America regarding dietary issues – 2005 – present.
- Consultant to Glaxo-Smith-Klein on OTC marketing of orlistat for weight loss - 2005.
- Consultant to Bayer Pharmaceuticals – 2006 - present.
- Consultant to Pfizer Pharmaceuticals antipsychotic induced weight gain – 2005 - present.
- Consultant to BMS Pharmaceuticals – 2005 - present.
- Consultant to Amgen on obesity treatment - 2006.
- Consultant to Kemin Consumer Care on Obesity Related Clinical Trials – 2005.
- Consultant to Ligand Pharmaceuticals, 2002 – 2005.
- Consultant to the Coca-Cola Company on obesity-related issues, 2003 - 2006.
- Consultant to Ortho-McNeil Pharmaceuticals on the anti-obesity potential of their compound Topiramate, February, 2002.
- Consultant to Mitos, Inc regarding the testing of novel anti-obesity compounds, 2000 - 2001.
- Consultant to Archer, Daniels, Midland Company, 2002 - 2003.
- Consultant to Merck Pharmaceuticals regarding measurement and design issues in obesity related clinical trials, 2000.
- Consultant to Millennium Pharmaceuticals Incorporated on issues related to the genetic influences on obesity, 1999 – 2001.
- Consultant to AMGEN on issues related to the clinical study of leptin as an anti-obesity therapeutic, 1999.
- Consultant to Regeneron Pharmaceuticals on issues related to the treatment of human obesity, 1999.
- Consultant to Fisons Corporation & Mediva Pharmaceuticals regarding anti-obesity drug litigation, 1998.
- Consultant to Eli Lilly Pharmaceuticals on weight gain with neuroleptic medication, 1997-2003.
- Consultant to Pfizer Central Research, Inc. on obesity related issues and pharmacogenetic research, 1997-2006.
- Consultant to Proctor & Gamble regarding olestra (Olean); 1998.
- Consultant to Decision Resources on the pharmacological treatment of obesity, October, 1999.
- Member of "Panel of Evaluators" for Current Drugs Ltd, a company that provides expert information on drugs under research and development, 1998.
- Consultant to Research Testing Laboratories, Inc. regarding clinical trials of weight loss products including nutraceuticals and herbal preparations, 1996, 1999 - 2006.
- Member of the Nutritional Advisory Board for Nabisco, Inc., 1994 - 2000.
- Member of the United Soybean Panel's Nutrition Advisory Board, 1996 - Present. Chair of research grants committee, 1999 – 2006.

- Member of the *Wheat Council*'s panel of experts, 1998 – 2001.
- Consultant to Knoll Pharmaceuticals regarding issues in the pharmacological treatment of obesity - Sept, 1996; April, 1997.
- Consultant to Corning HTA (for a project sponsored by Wyeth Ayerst) regarding the economic benefits of obesity treatment, 1996-1997.
- Consultant to the journal *Patient Care* on an article regarding the pharmacological treatment of obesity, 1997.
- Consultant to Glaxo Pharmaceuticals regarding issues in the pharmacological treatment of obesity - Sept, 1996.

## RESEARCH INTERESTS and EXPERIENCE

*HONORS & AWARDS*

Elected as a Fellow of the American Statistcal Association, 2007.

Selected as a 2007 Blaffer Lecturer by the MD Anderson Cancer Center.

Selected as the Spring 2006 York Distinguished Lecturer by the University of Florida. See: http://yorklecture.ifas.ufl.edu/Allison.htm

Selected as 2006 Residents' Invitational Grand Rounds Lecturer for the Department of Psychiatry at Washington University of St. Louis.

Recipient of the 2005 UAB School of Public Health Distinguished Faculty Investigator Award.

Elected as Fellow of the Society for Design and Process Science in 2004.

Recipient of the 2002 Andre Mayer Award from the International Association for the Study of Obesity (IASO). This international award is given once every four years to signify outstanding achievement by an investigator who is less than 40 years old. Award conferred August 2002 and accompanied by a $1,000 prize.

Recipient of the 2002 Lilly Scientific Achievement Award from the North American Association for the Study of Obesity (NAASO). This annual award is intended to signify outstanding achievement by an investigator who is within 15 years of having received their doctoral degree. Award conferred February 2002 and accompanied by a $5,000 prize.

Recipient of the 2000 Wodecroft Investigator Award from the National Alliance for Research on Schizophrenia and Affective Disorders.

Recipient of the 1999 Award for *Outstanding Achievement in Health Psychology* from the Health Psychology Division of the American Psychological Association.

Visiting Professor at Guy's & St. Thomas' Trust Hospital's Twin Research & Genetic Epidemiology Unit, London England, 1999-2000.

Recipient of the 1996 Neal Miller Early Career Award from the Academy of Behavioral Medicine. Award accompanied by $1,500 prize.

Received Bursary Award from the Ciba Foundation to attend Symposium on *The Origins and Consequences of Obesity* in Kingston, Jamaica, November 27-30, 1995. Award paid all expenses to conference and provided full support to visit and study in another scientist's laboratory. I studied statistical gene mapping strategies with Nicholas Schork and Robert Elston at Case Western Reserve University from January 1, 1996 to February 2, 1996.

Recipient of Award to Young Investigators to support travel to and attendance at the 1995 FASEB Summer Conference on *Genetic Aspects of Obesity and Energy Regulation* held in Copper Mountain Colorado.

Recipient of the 1994 Theodore Tjossom Post-Doctoral Award for paper: Allison, D. B., Heshka, S., Sepulveda, D., Babbitt, R. L., & Heymsfield, S. *Resting Metabolic Rate Among Persons With Down Syndrome*. Award accompanied by $400 prize.

Finalist (one of three) for the Society for Clinical Trials' Student and Post-Doctoral Fellow Scholarship Awards for: Allison, D. B., & Pi-Sunyer, F. X. *Optimal Stage I Screening Criteria to Minimize Clinical Trial Recruitment Costs.* Presented at the annual meeting of the Society for Clinical Trials, May, 1994.

Finalist for 1993 North American Association for the Study of Obesity Young Investigator Award for study: Allison, D. B., Neale, M. C., Heshka, S., & Heymsfield, S. B. *Race Effects in the Genetics of Adolescents' Body Mass Index.*

Recipient of Award to Young Investigators to support travel to and attendance at the 1993 FASEB Summer Conference on *Genetic Aspects of Obesity and Energy Regulation* held in Copper Mountain Colorado.

Recipient of 1992 Clinical Nutrition Fellows Award by the American Society for Clinical Nutrition for the paper: Allison, D. B., Heshka, S., & Heymsfield, S. B. *The Independent Effects of Age on Metabolic Rate: A "Mini-Meta-Analysis."* Award accompanied by $750 prize.

Received Merit Citation from the Society for Behavioral Medicine for the paper: Murphy, C. M., Babbitt, R. L., Allison, D. B., & Patterson, H. L. *The Prevalence and Characterization of Obesity Among Children with Developmental Disabilities Compared to Nondevelopmentally Disabled Controls.* Paper presented to the Society for Behavioral Medicine, March, 1992.

Nominated for the 21st Annual James McKeen Cattell Award of the New York Academy of Sciences for an outstanding doctoral dissertation in psychology, 1990-91.

Nominated for Robinson Award for best dissertation at Hofstra University in 1990.


*ACTIVE GRANTS & CONTRACTS* (not necessarily an exhaustive listing)

Allison, D. B. et al. (formerly held by Weinsier, R. L.) (**principal investigator,** formerly associate director/co-investigator), et al. UAB Clinical Nutrition Research Unit, P30DK056336. Funded by the National Institutes of Diabetes Digestive and Kidney Diseases. Total Amount: **$4,000,000** (approximate direct costs). Period: 06/01/00 - 05/31/07.

Allison, D. B. (**principal investigator**) et al. Effects of Intentional Weight Loss on Mortality Rate. R01DK067487 funded by the NIDDK/NIH. Period: 01-JAN-2005 to 31-DEC-2008. Amount: $725,000 (total direct costs).

Allison, D. B. (**principal investigator**) et al. UAB Biostatistics Pre-doctoral Training Program. A T32 pre-doctoral training grant funded by the National Heart, Lung, and Blood Institute. Total Amount: **$1,073,783** (total costs). Period: 09/01/05 - 08/31/10.

Allison, D. B. (**principal investigator**), et al. *Statistical Genetics for Obesity & Nutrition Researchers.* An R01/R56 grant funded by the National Institutes of Health. Total Amount: **$425,000** (direct costs). Period: 6/1/00 to 6/30/06.

Allison, D. B. (**principal investigator**), Garvey, W.T., et al. *UAB Obesity Training Program.* A T32 post-doctoral training grant funded by the National Institute of Diabetes Digestive & Kidney Diseases, National Institutes of Health. Total Amount: **$1,095,665** (total costs). Period: 07/01/04 - 07/20/09.

Allison, D. B. (**principal investigator**) & Beasley, T. M. *Statistical Support Contract To The National Institute of Aging's Study On Caloric Restriction And Aging In Non-Human Primates.*

Funded by the National Institute on Aging. Period: 6/1/99 – present (ongoing). Current Annual Amount: **$44,000** (annual direct costs).

Allison, D. B. (**principal investigator**) & Tiwari, H. T. *Design, Analysis, & Interpretation of RCTs in Obesity.* Funded by the National Institutes of Health (R13DK077555). Total Amount: **$25,000.** Period: 11/01/06 - 10/31/07

Allison, D. B. (**principal investigator**) & Tiwari, H. T. GWA Test-Driver: A Do-it-yourself genome-wide association study planner. Funded by the UAB Health Services Foundation General Endowment Fund. Total Amount: **$236,344.** Period: 3/1/07 – 2/28/08

Allison, D. B. (**principal investigator**), Page, G., Barnes, S., et al. *Design and Analysis of Microarray Gene Expression Studies in Plants: Toward Sound Statistical Procedures.* A proposal funded by the National Science Foundation. Total Amount: **$2,200,000** (approximate total costs). Period: 10/1/02 – 9/30/06.

Allison, D. B. (**principal investigator**), Tiwari, HK., et al. *UAB Statistical Genetics Post-Doctoral Training Program.* A T32 proposal funded by the National Heart, Lung and Blood Institute, National Institutes of Health. Total Amount: **$869,104** (total direct costs). Period: 15-APR-2003 - 31-MAR-2008.

Allison, D. B. (**principal investigator**). Development, Evaluation, & Dissemination of Methods for the Analysis of Gene Expression by Microarrays. A Research Coordination Network proposal funded by the National Science Foundation. Period: 3/12/01-2/28/07. Total Amount: **$476,000** (direct costs).

Amos, C. I., Allison, D. B. (**co-investigator**), et al. *Positional Gene Identification of Complex Traits* (R01ES09912). Funded by the National Institute of Environmental Health Sciences. Period: 7/1/02 – 6/30/07. Total Amount: $2,310,925 (direct costs).

Barnes, S....Allison, D. B. (**co-investigator; PI of 1 of 4 projects**). Center for Gene-Nutrient Interaction (CNGI). A center grant proposal funded by the National Cancer Institute. Total costs: **$13,809,062** (Total costs). Period: 09/01/03-08/31/08.

Baskin, M....Allison, D. B. (**co-investigator**). Impact of Fruit and Vegetable Cost on Obesity in Children and Parents. Funded by an anonymous private philanthropist. Total costs: ~**$50,000** (Total costs). Period: 05/01/04-6/30/07.

DeLuca, M....Allison, D. B. (**co-investigator**). QTL mapping age-related changes in lipid storage. Funded by the National Heart, Lung & Blood Institute (5R01HL80812-3). Total costs: ~**$1,000,000** (Total costs). Period: 9/27/04 - 8/31/08.

Faith, M. S.,.... & Allison, D. B. (**consultant**). *Food Substitution For Child Nutrition/Obesity Prevention.* An R01 proposal funded by the National Institutes of Health (R01HD042169). Period: 09/15/03 - 07/31/08.

Kimberly, R. P. ....Allison, D. B. (**co-investigator/mentor**). Training Program in Rheumatic Diseases Research. A T32 grant funded by the National Institutes of Health. Total Amount: $1,784,968 (total costs). Period: 5/1/02 – 4/30/07.

Kimberly, R. P.,....& Allison, D. B. (**co-investigator/PI of statistical genetics core**). Program Project in the Genetics of SLE. Funded by the National Institute of Arthritis and Musculoskeletal and Skin Diseases. Total Amount: $5,000,000 (approximate direct costs). Period: 09/24/02 - 08/31/07.

Leibel, R. L....Allison, D. B. (**co-investigator**). *Molecular Genetic Analysis Of Human Obesity.* An R01 proposal (R01DK52431) Funded by the National Institutes of Health. Total Amount: **$2,500,000** (direct costs). Period: 06/30/03 – 06/30/08.

Mohatt, G., Boyer, B., ...Allison, D.B. (**co-investigator**) et al. *Building a Center of Biomedical Research Excellence for Alaska Native Health Research.* A proposal funded by the National Institutes of Health. Total Amount: **$7,498,540** (direct costs). Period: 7/01/01 to 06/30/07.

Nagy, T. ...Allison, D. B. (**co-PI**). *Antipsychotic drug-induced weight gain.* An R01 proposal funded by the NIH/NIDDK. Period: 07/01/04 - 06/30/09. Amount: $1,407,121 (total direct).

Prolla, T., ... Allison, D. B. (**co-investigator**). *Gene Expression, Caloric Restriction & the Aging Brain.* An R01 proposal funded by the National Institutes of Health. Total Amount: **$1,250,000** (direct costs). Period: 15-MAR-2003 - 31-JAN-2008.

Tiwari, H. K....... Allison, D. B. (**co-investigator**), et al. Multiple imputation in genetic studies. An R21 proposal submitted to the National Institutes of Health. Total Amount: $291,000 (total costs). Period: 2 years.

Watkins, D. I., ... Allison, D. B. (**consultant**). The Functional Significance of CTL Escape. R01AI052056. A proposal funded by the National Institutes of Health. Period: 01-APR-2003 - 31-MAR-2008.

Watkins, D. I., Kawaoka, Y., Haase, A., Wolinsky, S., Altman, J., Fuller, D., Allison, D. B. (**consultant**), & Miler, C. *CTL-Based Vaccines for the AIDS Virus.* A proposal funded by the National Institutes of Health. Total Amount: **$2,665,388** (direct costs).

Weindruch, R.,... Allison, D. B. (**co-investigator**), et al. *Dietary Restriction and Aging in Rhesus Monkeys.* A P01 proposal submitted to the National Institutes of Health. Total Amount: **$5,000,000** (direct costs). Period: 1/1/06 – 12/31/10.

Yi, N. ....& Allison, D. B. (**co-investigator**). Bayesian Methods for Mapping Complex Epistatic Genes. An R01 funded by the National Institutes of Health. Total amount **$1,084,915** (direct plus indirect costs). Period: 06/01/05 – 05/31/10.

Zhang, K. ....& Allison, D. B. (**co-investigator**). Haplotype analysis in linkage disequilibrium mapping. An R01 proposal submitted to the National Institutes of Health – received 2.5 percentile. Total amount $1,017,363 (direct plus indirect costs). Period: 07/01/06 – 06/30/10.

*GRANT APPLICATIONS AWAITING FINAL ADMINISTRATIVE APPROVAL FOR FUNDING (not necessarily an exhaustive listing)*

Allison, D. B. (**principal investigator**), et al. Body Weight, Adiposity, Energetics and Longevity. Submitted to the National Institute on Aging (1R13AG030317). Total Amount: ~**$35,000** (total costs). 01/15/07 - 1/14/08 Period: 1 year.

Allison, D. B. et al. (**principal investigator**, formerly associate director/co-investigator), et al. UAB Clinical Nutrition Research Unit, P30DK056336. Funded by the National Institutes of Diabetes Digestive and Kidney Diseases. Total Amount: ~**$5,725,000**. Period: 06/01/07 - 05/31/12.

Allison, D. B. (**principal investigator**), et al. Obesity & Mortality. An R01 proposal submitted to the National Institute of Diabetes Digestive & Kidney Diseases, National Institutes of Health. Total Amount: ~$928,878 (total costs). Period: 3 years.

Allison, D. B. (**principal investigator**), et al. UAB Doctoral Training Grants in Obesity and Nutrition Research. Submitted to Kraft Foods North America, Inc. Total Amount: ~**$614,981** (total costs). Period: 7 years.

Allison, D. B. (**principal investigator**), et al. Is Dietary Fat Fattening: A Comprehensive Synthesis. Submitted to Frito-Lay North America. Total Amount: ~**$149,000** (total costs). Period: 2 years.

Arnett, D. ....& Allison, D. B. (**co-investigator**). Genetics of Hypertension Associated Treatment (GENHAT). An R01 proposal submitted to the National Institutes of Health,

National Heart, Lung & Blood Institute (R01 HL063082). Total amount $1,283,790 (total costs). Period: 04/1/07 – 03/31/12

Cox, J. ....& Allison, D. B. (**co-investigator**). BOLD Prediction of Success in a Weight Loss Program. Submitted to the National Institute of Diabetes Digestive & Kidney Diseases, National Institutes of Health (DK075685). Total amount **$398,750** (total costs). Period: 7/01/07 – 06/30/09.

Gao, G...... Allison, D. B. (**co-investigator**), et al. Haplotyping and QTL mapping in pedigrees with missing data. An R01 proposal submitted to the National Institutes of Health. Total Amount: **$774,187** (total costs). Period: 4 years.

Zhu, S. ....& Allison, D. B. (**co-investigator**). Obesity-related variables and motor vehicle injury. An R01 proposal submitted to the National Institutes of Health (R01EB006552). Total amount **$915,528** (total costs). Period: 7/01/07 – 06/30/10

*GRANT APPLICATIONS in REVIEW* (not necessarily an exhaustive listing)

Allison, D. B. (**principal investigator**), et al. Genome-wide Structured Association Testing & Regional Admixture Mapping. An R01 proposal submitted to the National Institutes of Health. Total Amount: $1,250,000 (total costs). Period: 5 years.

Allison, D. B. (**principal investigator**), et al. Short Course on Statistical Genetics and Statistical Genomics. Proposal submitted to the National Science Foundation. Period: 5 years. Amount: $755,959 (total costs).

Allison, D. B. (**principal investigator**), et al. TRPGR Design & Analysis of Microarray and Related Genomic Studies in Plants Toward Sound Statistical Procedures. Competitive renewal application of a Plant Genome Project submitted to the National Science Foundation. Period: 5 years. Amount: $9,375,279 (total costs).

Allison, D. B. (**principal-investigator**), et al. Design issues in Obesity RCTs Building an Evidence Base. An R01 proposal submitted to the National Institute of Diabetes Digestive & Kidney Diseases, National Institutes of Health (R01DK078826). Total Amount: $797,500 (total costs). 09/01/07 - 08/31/10    Period: 3 years.

Allison, D. B. (**principal-investigator**), et al. Short Course on Statistical Genetics & Genomics for Mental Health Investigators. A proposal submitted to the National Institute of Mental HealthNational Institutes of Health (R25MH080955). Total Amount: $1,336,613 (total costs). 07/01/07 - 06/30/12    Period: 5 years.

Boyer, B..... Allison, D. B. (**co-investigator**), et al. Genetics of Obesity in Yup'ik Eskimos. An R01 proposal submitted to the National Institutes of Health. Total Amount: $2,306,134 (total costs). Period: 5 years.

Boyer, B..... Allison, D. B. (**co-investigator**), et al. Obesity Whole SNP Linkage Scan in Yup'ik Eskimos. A proposal submitted to the National Institutes of Health Total Amount: **$3,556,384** (total costs). (06/01/07-05/31/12). Period: 5 years.

Coffey, C..... Allison, D. B. (**co-investigator**), et al. Clinical Trials Methods in Neurology. A proposal submitted to the National Institutes of Health. Total Amount: **$3,556,384** (total costs). (07/01/07 - 06/30/12). Period: 5 years.

Deng, H..... Allison, D. B. (**co-investigator**), et al. Identifying Osteoporosis Risk Genes via Genomic Convergence. A proposal submitted to the National Institutes of Health. Total Amount: **$82,752** (total costs). (10/01/07 - 09/30/12). Period: 5 years.

Feng, R..... Allison, D. B. (**co-investigator**), et al. Methods in Linkage Analysis of Complex Ordinal Traits. A proposal submitted to the National Institutes of Health. Total Amount: **$1,522,500** (total costs). (10/01/07 - 09/30/12). Period: 5 years.

Fontaine, K..... Allison, D. B. (**co-investigator**), et al. Obesity and Mortality among Hispanics. A proposal submitted to the National Institutes of Health. Total Amount: **$448,000** (total costs). (04/1/07 – 03/31/09). Period: 2 years.

Greenberg, J...... Allison, D. B. (**co-investigator**), et al. Intra-individual variation in BMI and estimating the health hazards of obesity. A proposal submitted to the National Institutes of Health. Total Amount: **$150,472** (total costs). (12/01/07 – 11/31/09) Period: 2 years.

Liu, N...... Allison, D. B. (**co-investigator**), et al. Genome Wide Haptlotype Association Analysis. A proposal submitted to the National Institutes of Health. Total Amount: **$1,160,000** (total costs). (7/01/07 – 6/30/11) Period: 4 years.

Shikany, J...... Allison, D. B. (**co-investigator**), et al. The effects of high fructose corn syrup vs. sucrose on body weight, lipids, gut hormones, and satiety. A proposal submitted to the National Institutes of Health. Total Amount: **$320,958** (total costs). (7/01/07 – 6/30/09) Period: 2 years.

## PAST GRANTS  (not necessarily an exhaustive listing)

Allison, D. B. (**principal investigator**). *Genetics of Obesity and Related Risk Factors Among Black Women*. A supplement to a FIRST Award from the National Institutes of Health (NIDDK) to support Melissa Kezis, an undergraduate student with a disability. Period: 6/1/95-8/31/96. Total Amount: **$14,547** (direct costs).

Allison, D. B. (**principal investigator**). *Genetics of Obesity and Related Risk Factors Among Black Women*. A minority supplement to a FIRST Award from the National Institutes of Health (NIDDK) to support Elizabeth Manibay, a minority graduate student. Period: 6/10/96-8/31/96. Total Amount: **$7,000** (direct costs).

Allison, D. B. (**principal investigator**) & Fontaine, K. R. *Obesity & Headache in Women*. Research funding provided by Ortho-McNeil Pharmaceuticals. Total Amount: **$38,000**. Period: 6/1/04 – 5/31/06.

Allison, D. B. (**principal investigator**) & Neale, M. C. *Robustness of Maximum Likelihood-Based Variance Components Tests of Genetic Linkage For Quantitative Traits When Data Are Not Normally Distributed*. A grant funded by the Pittsburgh Supercomputing Center for supercomputing time (no dollar amount requested) through NIH grant 2P41RR06009-110234. Period: 3/1/98 – 7/31/05.

Allison, D. B. (**principal investigator**) & Vasselli, J. R. Development & Evaluation Of A Rodent Model of Anti-Psychotic Induced Weight Gain. Funded by Pfizer Central Research. Total Amount: **$49,623** (direct costs). Period: 1/1/00 – 12/31/00.

Allison, D. B. (**principal investigator**) and Van Itallie, T. B. *Development of an Obesity Data Book Proposal*. A contract from the North American Association for the Study of Obesity. Period: 4/1/97-12/31/01. Total Amount: **$60,000**.

Allison, D. B. (**principal investigator**) et al. *A method to increase activity in obese children*. An R03 proposal funded by the National Institute of Diabetes, Digestive and Kidney Diseases. Period: 3/1/97 – 3/1/99. Total Amount: **$100,000** (direct costs).

Allison, D. B. (**principal investigator**) et al. *Does Weight Loss Reduce Mortality Rate among Obese Rats?* Funded by the New York State Department of Health's Diabetes Bridge Grant Program. Period: 11/1/98 – 3/1/99. Total Amount: **$35,000** (direct costs).

Allison, D. B. (**principal investigator**) et al.. *Allelic variants of murine-model obesity genes in massively obese humans.* A grant from Millennium Pharmaceuticals, Inc. Period: 5/31/96-11/31/96. Total Amount: **$17,500** (direct costs).

Allison, D. B. (**principal investigator**) et al.. *Baseline levels of obesity and weight gain among patients taking antipsychotic medications: A comprehensive quantitative literature synthesis.* A grant from Pfizer, Inc. Period: 12/1/96 - 6/1/96. Total Amount: **$15,000** (direct costs).

Allison, D. B. (**principal investigator**) et al.. *Genetic Admixture and Resting Energy Expenditure among African American Women.* Funded by the W.R.I.S.C. foundation of Knoll Pharmaceuticals. Period: 3/1/99 – 3/1/00. Total Amount: **$85,000** (direct plus indirect costs).

Allison, D. B. (**principal investigator**) Heymsfield, S. B., Babbitt, R. L., & Heshka, S. *An Inquiry into the Causes and Measurement of Adiposity Among Persons With Down Syndrome.* Funded by The International Resource Center for Down Syndrome. Period: 3/93-3/94. Total Amount: **$3,408.**

Allison, D. B. (**principal investigator**), Chua, S., Fernandez, J., Vasselli, J. R., Casey, D. *Role of the 5HT2c receptor in Antipsychotic Induced Weight Gain.* An Independent Investigator Award funded by NARSAD. Total Amount: **$83,000** (direct costs). Period: 9/30/00 to 9/29/04.

Allison, D. B. (**principal investigator**), Eckel, R., Pi-Sunyer, F. X., Fisler, J., & Ravussin, E. *Advancing the Genetics of Obesity: Strategies & Methods.* An R13 (conference grant) funded by the National Institute of Diabetes, Digestive and Kidney Diseases and the Office of Research on Women's Health and supported by numerous industrial sponsors. Total Amount: **$110,000.** Conference held July, 1997.

Allison, D. B. (**principal investigator**), et al. *Body Composition & Mortality Pooling Project.* An R21 funded by the National Institute of Aging. Total Amount: **$100,000** (direct costs – [plus **$25,000** contributed by industrial sponsors]). Period: 9/1/99 – 8/30/01.

Allison, D. B. (**principal investigator**), et al. *Body mass vs. composition and the U-shaped mortality curve.* A supplement to (R01DK51716) *Quantitative Synthesis of Clinical Obesity Research* funded by the National Institute of Diabetes, Digestive and Kidney Diseases. Total Amount: **$27,000** (direct costs). Period: 1/1/99 – 12/31/00.

Allison, D. B. (**principal investigator**), et al. *Does Weight Loss Reduce Mortality Rate among Obese Rats?* An R01 grant funded by the National Institutes of Health. Total Amount: **$700,000** (direct costs). Period 1/15/00 – 1/31/04.

Allison, D. B. (**principal investigator**), et al. Novel Antipsychotics and Glucose Tolerance by the Bergman Minimal Model. Funded by Pfizer Pharmaceuticals. Total Amount: **$200,000** (direct costs). Period: 1/15/00-1/14/01.

Allison, D. B. (**principal investigator**), et al. *Quantitative Synthesis of Clinical Obesity Research.* An R01 grant funded by the National Institute of Diabetes, Digestive and Kidney Diseases. Total Amount: **$347,171** (direct costs). Period: 6/1/96 – 6/1/99.

Allison, D. B. (**principal investigator**), Fontaine, K. R., & Van Itallie, T. B. How many deaths are attributable to obesity in the United States? A grant-in-aid from the Centers for Disease Control and Prevention. Period: Jan 1, 1999 to June 30, 1999. Total Amount: **$10,000** (direct costs).

Allison, D. B. (**principal investigator**), Heshka, S., & Heymsfield, S. B. *A Randomized Placebo-Controlled Clinical Trial of an Auricular Acu-Pressure Device for Weight Loss.* A grant from Original Marketing, Inc. Period: 11/93 - 11/94. Total Amount: **$75,000.**

Allison, D. B. (**principal investigator**), Heshka, S., Alfonso, V. C., & Heymsfield, S. B. *Assortative Mating for Relative Weight: Genetic and Social Implications.* A grant from the

Henry A. Murray Research Center of Radcliffe College. Period: 4/93-4/94.  Total Amount: **$4,860**

Allison, D. B. (**principal investigator**), Heymsfield, S. B., & Heshka, S. A Randomized Controlled Clinical Trial of A Novel Soy-Based Meal Replacement Formula for Weight Loss Among Obese Individuals. Funded by *NutriPharma*. Total Amount: **$170,000** (total costs). Period: 3/1/00 – 3/1/01.

Allison, D. B. (**principal investigator**), Heymsfield, S. B., & Heshka, S. *A Twin Study of the Genetic Covariation Between Adiposity and Cardiovascular Disease Risk.* A grant from the Twinsday Festival Committee. Total Amount: **$1,000**.

Allison, D. B. (**principal investigator**), Heymsfield, S.B., & Pi-Sunyer, F.X. *The genetics of resting metabolic rate in relation to adiposity: A twin study.* A grant of 500 bed days as part of a General Clinical Research Center (GCRC) grant from the NIH through Columbia University College of Physicians Surgeons.

Allison, D. B. (**principal investigator**), Nagy, T., Fernandez, J., & Casey, D. Rodent models of anti-psychotic induced weight gain: pharmacogenetics & mechanisms of action. A proposal funded by Eli-Lilly & Co. Total Amount: **$142,520** (direct costs).

Allison, D. B. (**principal investigator**), Page, G., Barnes, S., Higgins, N. P., & Kimberly, R. *Microarray Data Analysis Clearinghouse.* An award funded by the University of Alabama at Birmingham's Health Service Foundation General Endowment Fund. Total Amount: **$319,000** (direct costs). Period: 3/1/02 – 2/28/04.

Allison, D. B. (**principal investigator**), Tiwari, H., Zhang, K., Yi, N., Redden, D. T., George, V., Beasley, T. M. *Linkage & Linkage Disequilibrium Data Analysis Clearinghouse.* An award funded by the University of Alabama at Birmingham's Health Service Foundation General Endowment Fund. Total Amount: **$236,583** (direct costs). Period: 3/1/04 – 2/28/06.

Allison, D. B. (**principal investigator**). *Genetics of NIDDM, Obesity and Related Risk Factors Among Black Women.* A Career Development Award from the American Diabetes Association. Period: 1/1/94-12/31/96. Total direct costs: **$225,000**  [Award returned on 9/1/94 upon receipt on FIRST award from the National Institutes of Health].

Allison, D. B. (**principal investigator**).  *Genetics of Obesity and Related Risk Factors Among Black Women.* A FIRST Award from the National Institute of Diabetes, Digestive and Kidney Diseases. Period: 9/1/94-8/31/99. Total Amount: **$350,000** (direct costs).

Allison, D. B. (**principal investigator**).  *Genetics of Obesity and Related Risks Among Black Americans.*  An Investigatorship Award offered by the New York City Affiliate of the American Heart Association. Total direct costs: **$90,000**.  Award returned due to receipt of overlapping award from American Diabetes Association.

Allison, D. B. (**principal investigator**). *Meta-analysis of the effects of anti-psychotic medication on weight gain.* A grant-in-aid from Pfizer Central Research. Period: 3/1/97-3/1/98. Total Amount: **$30,000**.

Allison, D. B. (**principal investigator**). *Race and The Heritability of Obesity.* A pilot and feasibility grant from the Executive Committee of the Obesity Research Center. Period: 1/1/93-12/31/93.  Total Amount: **$15,000**.  Renewal funded 2/1/94 to 1/31/95. Amount: **$8,750**.

Allison, D. B. (**principal investigator**). *An obesity cost model.* A contract from Wyeth-Ayerst. Period: 1/1/97-9/1/97. Total Amount: **$11,000**.

Allison, D. B. (**Principal Investigator**). Methodology for combining multiple genome scan datasets with application to human obesity. A supplemental proposal submitted to the National Institutes of Health. Total Amount: **$40,968** (direct costs). Period: 10/01/01 to 9/30/02.

18

DAVID B. ALLISON

Allison, D. B. (**principal investigator**). Recipient of the first Organizational Behavior Management Network Special Projects Award, May, 1990, for an experimental study: *Relative Effectiveness and Cost-Effectiveness of Cooperative, Competitive, and Independent Monetary Incentive Systems for Improving Staff Performance.* Total Amount: **$1,500**

Allison, D. B. (**principal investigator**). *Self-Esteem and Obesity Among African-Americans.* A grant from the Henry A. Murray Research Center at Radcliffe College. Period: 1/1/96-12/31/96. Total Amount: **$4,860**.

Allison, D. B. (**principal investigator**). *The genetics of human energy regulation in relation to obesity.* A *Future Leaders Award* from the International Life Sciences Institute (ILSI). Period: 1/1/95-12/31/96. Total Amount: **$30,000** (direct costs).

Allison, D. B. (**principal investigator**). *Weight Gain & Compliance with Anti-Psychotic Medication.* Funded by Pfizer Central Research. Period: 3/1/99 – 3/1/00. Total Amount: **$33,000** (direct costs).

Allison, D. B. Awarded **$1000** grant from the National Science Foundation to attend NATO Advanced Study Institute #115/91 on "*Methodology for Genetic Studies of Twins and Families,*" September, 1991, Leuven, Belgium.

Allison, D. B. Sub-contract to *Johns Hopkins Clinical Trial of Olestra as an Aid to Weight Maintenance* to provide statistical support. Funded by the Proctor & Gamble Company. Period: July 1, 1999 to June 30, 2002. Total Amount: **$16,900** (direct costs).

Allison, D.B. (**principal investigator**) et al. *Statistical studies of the effect of excluding early deaths when analyzing prospective cohort studies in the presence of confounding by occult disease.* A research contract from the Centers for Disease Control and Prevention. Period: 6/1/96-5/31/97. Total Amount: **$8,500** (direct costs).

Amos, C. I., Allison, D. B. (**co-investigator**), et al.. *Linkage And Linkage Disequilibrium Methods For Quantitative Traits* (R01ES09912). A proposal funded by the National Institute of Environmental Health Sciences. Period: 1/1/99 – 12/31/02. Total Amount: **$900,000** (direct costs).

Atkinson, R. L., Dhurandhur, N., Allison, D. B., et al. (**co-principal investigator**). *Adenoviruses and human obesity – longitudinal and twin studies.* An R01 funded by the National Institute of Diabetes, Digestive, and Kidney Diseases. Period: 01-SEP-2001 - 2004. Total Amount: **$1,805,817** (direct costs).

Barnes, S., .... & Allison, D. B. (**co-investigator**). Polyphenols & Nutrients: Genes, Proteins and Cancer Risk. A P20 proposal submitted to the National Cancer Institute. Total Amount: **$69,323** (direct costs). Period: 09/28/01-03/27/02.

Cheung, K. , .... & Allison, D. B. (consultant). Exploring approaches for microarray databases that enable flexible design and integrative analysis. Funded by the National Science Foundation. Period: 11/01/02 – 10/31/04.

Emanuel, P...Allison, D. B. (**co-investigator**). Comprehensive Cancer Center Core Support Grant. A P30 grant funded by the National Institutes of Health. Period. 04/01/05-03/31/10. Total amount: $37,597,934. [Removed from grant after 1st year due to budget cuts].

Faith, M. S., Allison, D. B. (**co-investigator**), Heo, M., & Heymsfield, S. B. Maternal control feeding style: effects on childhood obesity. A funded by the ATPM/CDC/ATSDR cooperative program. Period: 9/1/99 – 8/31/00. Total Amount: **$90,000** (direct costs).

Flint, J. & Allison, D. B. (**collaborator**). Methods for gene mapping in complex traits: Obesity and neurosis. An International Collaboration Grant funded by the Wellcome Trust. Period: 6/1/99 – 5/31/02. Total Amount: **16,000 British Pounds**.

Flint, J., Goodwin, G. M., Fairburn, C. G., & Allison, D. B. (**collaborator**). Mapping Genes for Anxiety and Depression. A grant from the Wellcome Trust. Total Amount: **600,000 British Pounds**.

Gallagher, D. [Formerly Heymsfield, S. B]......Allison, D. B. (**co-investigator/switched to consultant**). *BODY COMPOSITION: METHODS, MODEL & CLINICAL APPLICATION*. A P01 proposal funded by the National Institutes of Health. Total Amount: **$5,000,000** (direct costs). Period: 12-JUN-2001 - 30-APR-2006.

Heimburger D. C. ....Allison, D. B. (**co-investigator/switched to consultant**). Reimbursement effects on enrollment in obesity treatment. R03DK067357 funded by the NIH/NIDDK. Period: 01-AUG-2004 to 30-JUN-2006. Amount: **$100,000** (total direct costs).

Heymsfield, S. B., Gallagher, D., Allison, D. B. (**co-investigator**) et al. *Aging and Skeletal Muscle: New body composition models*. An RO1 grant from the National Institute of Aging. Award Period: 4/1/95 to 3/31/99. Total Amount: **702,399** (direct costs).

Huang, LS, Chua, S., & Allison, DB (**co-investigator/switched to consultant**). Regulation of ApoB Secretion in Inbred Mouse Strains. A proposal funded by the National Institutes of Health. Period: 4/1/00 – 3/31/04. Amount: **$1,000,000** (direct costs).

Jensen, M. D. & Allison, D. B. (**co-investigator**). Advances in Obesity – From the Environment to the Gene. An R13 (conference) grant funded by the National Institute of Diabetes, Digestive, and Kidney Diseases. Period: 8/1/01 – 7/31/02. Amount: **$15,000** (direct costs).

Kaslow, R. ...& Allison, D. B. (co-investigator). Genetic factors in the epidemiology of HIV-1 infection. A proposal funded by the National Institute of Health. Total Amount: $2,835,056 (direct plus indirect costs). Period: 12/1/01 - 11/30/06. [Withdrew from grant due to over-commitment – replaced by Varghese George].

Kimberly, R. P.,....& Allison, D. B. (**co-investigator**). Multidisciplinary Clinical Research Center. A proposal submitted to the National Institute of Arthritis and Musculoskeletal and Skin Diseases. Total Amount: $3,994,828 (direct costs). Period: 01/01/02 - 12/31/06. [Withdrew from grant due to over-commitment – replaced by Varghese George].

Kotler, D. P., Allison, D. B. (**co-investigator**), & Reka, S. *Application of Molecular Techniques to the study of HIV-Associated Lipodystrophy*. A proposal submitted to the Campbell Foundation. Total Amount: **$72,000** (direct costs). Period: 6/1/01 – 5/30/02.

LeFevre, M.,....& Allison, D. B. (**co-investigator**). Diet, genetics, and CVD risk factor response in Blacks. U01HL072510. Funded by the National Heart, Lung & Blood Institute. Total Amount of UAB subcontract: $1,063,005. Period: 10/01/02-08/31/06.

Lerman, C....Allison, D. B. (**co-investigator**). Transdisciplinary Tobacco Use Research Center. A P50 grant funded by the National Institutes of Health. Period: 09/01/04 - 08/31/09. UAB subcontract amount  $108,750 (over 5 years). [Removed from grant after 2nd year due to budget cuts].

Mountz, J. ...& Allison, D. B. (**co-investigator**). Administrative Supplement to "Defective Fas Apoptosis During Aging". A proposal submitted to the National Institute of Aging. Total Amount: **$100,000** (direct costs). Period: 9/30/01 – 9/29/02.

Nagy, T. & Allison, D. B. (**co-PI**). *Effects of dairy products on insulin sensitivity*. An investigator-initiated proposal funded by General Mills. Period: 07/01/04 - 06/30/05. Amount: $125,000 (total).

Page, G. P.[original PI: Edwards, J.], & Allison, D. B. (**co-principal investigator**). *A Power & Sample Size Atlas for Microarray Research*. Funded by the National Science Foundation. Period: 9/1/03 – 8/31/05. A proposal funded by the National Science Foundation. Total amount **$97,835** (direct costs).

Pi-Sunyer, F. X., ....Allison, D. B. (**co-investigator/switched to consultant**), et al. Obesity Research Center. A P30 (center grant) grant funded by the National Institute of Diabetes, Digestive, and Kidney diseases. Period: 5/1/00-5/1/05. Amount: **$5,000,000** (direct costs).

Pi-Sunyer, F. X., Allison, D. B. (**co-investigator**), et al. *The NIDDM Primary Prevention Trial.* Funded by the National Institutes of Health. Total Amount: **$2,043,926** (direct costs).

Pi-Sunyer, F. X., Allison, D. B. (**co-investigator**), Stunkard, A. J., Hirsch, J., Bouchard, C., & Bjorntorp, P. *Obesity Treatment: Establishing Goals, Improving Outcomes, and Reviewing The Research Agenda.* A grant for a three day international scientific conference funded by the NIH, NATO, the American Psychological Association, and several industrial corporations, June, 1993. Total Amount: **$98,000.**

Pi-Sunyer, F. X., Allison, D. B. (**co-PI**), et al. Obesity Research Center Training Grant. A T32 application for post-doctoral training funded by the National Institute of Diabetes, Digestive, and Kidney Diseases. Period: 5/1/00-5/1/05. Amount: **$1,000,000** (direct costs).

Ruden, D. ...& Allison, D. B. (**co-investigator**). Toxicogenomics of Lead, Mercury, and Cadmium. A proposal funded by the National Institute of Health. Total Amount: **$287,000** (direct plus indirect costs). Period: 6-1-02 to 5-31-04. [Withdrew from grant due to over-commitment – replaced by Nengjun Yi].

Saffer, H., Grossman, M., & Allison, D. B. (**co-investigator**). *Prevention, Economics, and Obesity.* A proposal funded by the National Institutes of Health. Period: 7/1/00 – 6/30/04. Total Amount: **$750,000** (direct costs).

St-Onge, M.P....Allison, D. B. (**co-PI**). [Title confidential]. A grant from Frito-Lay North America. Period: ongoing. Amount: ~$500,000 (total costs).

Stunkard, A. J., Hainer, V., Kunesova, M., Pariskova, J., Stich, V., Allison, D. A. (**co-investigator**) et al. *Twin Study of Obesity.* A Fogarty International Research Collaboration Award. Period: 7/1/95-6/30/96. Total Amount: **$20,000** (direct costs).

Tiwari, H. K. & Allison, D. B. (**co-investigator**). Statistical Integration of Genetic Information Across Data Domains: Biomedical, Agricultural, and Comparative Genomics. A grant from the Institute of Mathematical Statistics for a 1-day meeting to be held on 12/2/02. Total Amount: **$1,500.**

Watkins, D. I., ... Allison, D. B. (**consultant**). A Novel, Logical approach to HIV Vaccine. R01AI49120. A proposal funded by the National Institutes of Health. Period: 15-MAR-2001 - 28-FEB-2005.

Weiden, P., Allison, D. B. (**co-investigator**), et al. *Sibutramine for weight loss in anti-psychotic induced weight gain.* A proposal funded by Knoll Pharmaceuticals. Total Amount: **$40,000** (total costs).

Weindruch, R. H.....Allison, D. B. (**co-investigator**). *Gene Expression Profiling, Oxidative Stress, and Aging.* An R01 funded by the National Institutes of Health. Total Amount: **$2,170,097** (total costs). Period: 12/01/00-11/30/06.

Weindruch, R.,... Allison, D. B. (**co-investigator**), et al. *Dietary Restriction and Aging in Rhesus Monkeys.* A P01 grant funded by the National Institutes of Health. Total Amount: **$5,000,000** (direct costs). Period: 8/1/99 – 7/31/05.

Williams, K....Allison, D. B. (**consultant**), et al. Keck Microarray Biotechnology Center. A proposal funded by the National Institutes of Diabetes Digestive and Kidney Diseases. Total Amount: **$1,750,000** (direct costs). Period: 9/30/00 – 8/31/2003.

PUBLICATIONS

**PEER REVIEWED PUBLICATIONS**

1.  Allison, D. B., Basile, V. C., & Yuker, H. E. (1991). The measurement of attitudes toward and beliefs about obese persons. *International Journal of Eating Disorders, 10*, 599-607.

2.  Allison, D. B., Basile, V. C., & MacDonald, R. B. (1991). The comparative effects of antecedent exercise and lorazepam on aggressive behavior in an autistic man. *Journal of Autism and Developmental Disorders, 21*, 89-94.

3.  Allison, D. B., & Heshka, S. (1991). Toward an Empirically Derived Typology of Obese Persons. *International Journal of Obesity, 15*, 741-754.

4.  Allison, D. B. (1992). When Cyclicity is a Concern: A Caveat Regarding Phase Change Criteria in Single-Case Designs. *Comprehensive Mental Health Care, 2*, 131-149.

5.  Allison, D. B., Kalinsky, L. B., & Gorman, B. S. (1992). The Comparative Psychometric Properties of Three Measures of Dietary Restraint. *Psychological Assessment, 4*, 391-398.

6.  Murphy, C. M., Allison, D. B., Babbitt, R. L., & Patterson, H. L. (1992). Adiposity in Children: Is Mental Retardation a critical variable? *International Journal of Obesity, 16*, 633-638.

7.  Alfonso, V. C., Allison, D. B., & Dunn, G. M. (1992). The Relationship Between Sexual Fantasy and Satisfaction: A Multidimensional Analysis of Gender Differences. *Journal of Human Sexuality, 5*, 19-37.

8.  Allison, D. B., Silverstein, J. M., & Galante, V. (1992). Relative Effectiveness and Cost-Effectiveness of Cooperative, Competitive, and Independent Monetary Incentive Systems for Improving Staff Performance. *Journal of Organizational Behavior Management, 13*, 85-112.

9.  Allison, D. B., Heshka, S., Pierson, R. N., Jr., Wang, J., & Heymsfield, S. B. (1992). The Analysis and Identification of Homologizer/Moderator Variables When the Moderator is Continuous: An illustration with Anthropometric Data. *American Journal of Human Biology, 4*, 775-782.

10. Allison, D. B., Franklin, R. D., & Heshka, S. (1992). Reflections on Visual Inspection, Response Guided Experimentation, and Type I Error Rate in Single Case Designs. *Journal of Experimental Education, 66,* 45-51.

11. Franklin, R. D., Allison, D. B., & Sutton, T. (1992). Alcohol, substance abuse, and violence among North Carolina prison admittees, 1988. *Journal of Offender Rehabilitation, 17*, 101-111.

12. Franklin, R. D., & Allison, D. B. (1992). The Rev. : An IBM BASIC Program for "Bayesian" Test Interpretation. *Behavior Research Methods, Instruments, & Computers, 24*, 491-492.

13. Summers, J. A., Lynch, P. S., Harris, J., Burke, J. C., Allison, D. B., & Sandler, L. (1992). Treating a disrupted sleep phase disorder in a nine-year old boy with Angelman Syndrome. *Journal of Developmental and Behavioral Pediatrics, 13*, 284-287.

14. Allison, D. B., & Heshka, S. (1993). Toward an Empirically Derived Typology of Obese Persons: Derivation in A Nonclinical Sample. *International Journal of Eating Disorders, 13*, 93-108.

15.   Allison, D. B., Gorman, B. S., & Primavera, L. H. (1993). The Most Common Questions Asked of Statistical Consultants: Our Favorite Responses and Recommended Readings. *Genetic, Social, and General Psychology Monographs, 119*, 153-185.

An abridged version was reprinted in the *Journal of Group Psychotherapy, Psychodrama, and Sociometry, 46*, 83-109.

16.   Allison, D. B., & Gorman, B. S. (1993). Calculating and Estimating Effect Sizes for Meta-Analysis: The Case of the Single Case. *Behaviour Research and Therapy, 31*, 621-631.

17.   Allison, D. B., Heshka, S., Sepulveda, D. & Heymsfield, S. B. (1993). Counting Calories? - Caveat Emptor. *Journal of The American Medical Association, 270*, 1454-1456.

18.   Allison, D. B., & Heshka, S. (1993). Emotions and Eating in the Obese?: A Critical Analysis. *International Journal of Eating Disorders, 13*, 289-295.

19.   Allison, D. B., Heshka, S., & Heymsfield, S. (1993). Evidence for a major gene with pleiotropic effects for a Cardiovascular Disease Risk Syndrome in children under 14. *American Journal of Diseases in Childhood, Special Issue on Genetics, 147*, 1298-1302.

20.   Allison, D. B., & Heshka, S. (1993). Social Desirability and Response Bias in Self-Reports of "Emotional Eating. " *Eating Disorders: Journal of Treatment and Prevention, 1*, 31-38.

21.   Allison, D. B., & Franklin, R. D. (1993). The readability of three measures of dietary restraint. *Psychotherapy in Private Practice, 12*, 53-57.

22.   Allison, D. B., & Gorman, B. S. (1993). POWCOR: A Power Analysis and Sample Size Program for Testing Differences Between Dependent and Independent Correlations. *Educational & Psychological Measurement, 53*, 133-137.

23.   Allison, D. B., Burke, J. C., & Summers, J. A. (1993). Treatment of Nonspecific Dyssomnia with Simple Stimulus Control Procedures in A Child with Down's Syndrome. *Canadian Journal of Psychiatry, 38*, 274-276.

24.   Allison, D. B., Hoy, K., Fournier, A., & Heymsfield, S. B. (1993). Can Ethnic Differences in Men's Preferences For Women's Body Shapes Contribute to Ethnic Differences in Female Obesity? *Obesity Research, 1*, 425-432.

See also: Allison, D. B., Hoy, K., & Heymsfield, S. B. (1994). Response to Must & Goldberg. *Obesity Research, 2*, 294-295.

25.   Allison, D. B., Heshka, S., Gorman, B. S., & Heymsfield, S. B. (1993). Evidence of Commingling in Human Eating Behavior. *Obesity Research, 1*, 339-344.

26.   Allison, D. B. (1993). Limitations of the Coefficient of Variation as an Index of Reliability. *Nutrition, 9*, 559-561.

27.   Allison, D. B. (1993). A Note on The Selection of Control Groups and Control Variables in Comorbidity Research. *Comprehensive Psychiatry, 34*, 336-339.

28.   Heshka, S., Feld, K., Yang, M., Allison, D. B., & Heymsfield, S. B. (1993). Resting Energy Expenditure in The Obese: A Cross-validation and Comparison of Prediction Equations. *Journal of the American Dietetic Association, 93*, 1031-1036.

29.   Allison, D. B., Neale, M. C., Heshka, S., & Heymsfield, S. B. (1994). Race Effects in the Genetics of Adolescents' Body Mass Index. *International Journal of Obesity, 18*, 363-368.

30.   Allison, D. B., Heshka, S., Neale, M. C., Lykken, D. T., & Heymsfield, S. B. (1994). A Genetic Analysis of Weight Residualized for Height Among 4020 Twin Pairs with an Emphasis on Sex Specific Effects. *Health Psychology, 13*, 362-365.

31.  Allison, D. B., & Gorman, B. S. (1994). "Make Things As Simple As Possible, But No Simpler": A Reply to Scruggs and Mastropieri. *Behaviour Research and Therapy, 32*, 885-890.

32.  Heymsfield, S. B., Allison, D. B., Pi-Sunyer, F. X., & Sun, Y. (1994). Columbia Respiratory Chamber-Indirect Calorimeter: A New Airflow and Modeling Approach. *Medical and Biological Engineering and Computing, 32*, 406-410.

33.  Hoy, M. K., Heshka, S., Allison, D. B., Grasset, E., Blank, B., & Heymsfield, S. B. (1994). Reduced Risk of Liver Function Test Abnormalities and New Gallstone Formation with Weight Loss on 800 Calorie Formula Diets. *American Journal of Clinical Nutrition, 60*, 249-254.

34.  Penn, I., Wang, Z., Buhl, K. M., Allison, D. B., Burastero, S. E., & Heymsfield, S. B. (1994). Body Composition and Two-Compartment Model Assumptions in Male Recreational Runners. *Medicine and Science in Sports and Exercise, 26*, 392-397.

35.  Silverstein, J. M., & Allison, D. B. (1994). The Comparative Efficacy of Antecedent Exercise and Methylphenidate: A Single-Case Randomized Trial. *Child: Care, Health and Development, 20*, 47-60.

36.  Mazariegos, M., Wang, Z., Gallagher, D., Baumgartner, R. N., Allison, D. B., Wang, J., Pierson, R. N., & Heymsfield, S. B. (1994). Differences between young and old females in the five levels of body composition and their relevance to the two-compartment chemical model. *Journal of Gerontology, 49*, M201-M208.

37.  Gerace, L., Aliprantis, A., Russell, M., Allison, D. B., Buhl, K. M., Wang, J., Wang, Z., Pierson, R. N., & Heymsfield, S. B. (1994). Skeletal Differences Between Black and White Men and Their Relevance to Body Composition Estimates. *American Journal of Human Biology, 6*, 255-262.

38.  Allison, D. B. (1995). When is it Worth Measuring a Covariate In a Randomized Clinical Trial? *Journal of Consulting and Clinical Psychology, 63,* 339-343.

39.  Summers, J. A., Allison, D. B., Lynch, P. S., & Sandler, L. (1995). Behavior Problems in Angelman Syndrome. *Journal of Intellectual Disabilities Research, 39,* 97-106.

40.  Allison, D. B., Kanders, B. S., Osage, G., Heymsfield, S. B., Faith, M., Heber, D., Foreyt, J. P., Elashoff, R., Blackburn, G. L. (1995). Weight-Related Attitudes and Beliefs Among Obese African-American Women. *Journal of Nutrition Education, 27,* 18-23.

41.  Allison, D. B., Paultre, F., Maggio, C., Mezzitis, N., & Pi-Sunyer, F. X. (1995). The Use of Areas Under Curves in Diabetes Research. *Diabetes Care, 18,* 245-250.

42.  Allison, D. B., Heshka, S., Neale, M. C., Tishler, P. V., & Heymsfield, S. B. (1995). Genetic, Environmental, and Phenotypic Links Between Body Mass Index and Blood Pressure Among Women. *American Journal of Medical Genetics, 55,* 335-341.

43.  Allison, D. B., Gorman, B. S., & Kucera, E. M. (1995). UNICORN: A computer program for transforming data to normality. *Educational & Psychological Measurement, 55,* 625-629.

44.  Allison, D. B., Faith, M., & Franklin, R. D. (1995). Antecedent Exercise in The Treatment of Disruptive Behavior: A Review and Meta-Analysis. *Clinical Psychology: Science and Practice, 2,* 279-303.

45.  Selected for indexing in the NHS Centre for Reviews and Dissemination (see: http://nhscrd. york. ac. uk/)

46.  El-Gamal, A., Gallagher, D., Nawras, A., Ghandi, P., Gomez, J., Allison, D. B., Steinberg, J. S., Shumacher, D., Blank, R., & Heymsfield, S. B. (1995). Effects of obesity on QT, RR, and QTc intervals. *American Journal of Cardiology, 75,* 956-959.

47.   Allison, D. B., Gomez, J., Heshka, S., Babbitt, R. L., & Heymsfield, S. B. (1995). A Decreased Resting Metabolic Rate Among Persons With Down Syndrome. *International Journal of Obesity, 19,* 858-861.

48.   Sepulveda, D., Allison, D. B., Gomez, J., Kreibich, K., Brown, R., Pierson, R. N., & Heymsfield, S. B. (1995). Low Spinal and Pelvic Bone Mineral Density Among Persons with Down Syndrome. *American Journal on Mental Retardation, 100,* 109-114.

49.   Gorman, B. S., Primavera, L. H., & Allison, D. B. (1995). PowPal: Software for generalized power analysis. *Educational and Psychological Measurement, 55,* 773-776.

50.   Allison, D. B., Paultre, F., Pi-Sunyer, F. X., & Heymsfield, S. B. (1995). Is The Intra-Uterine Period *Really* A Critical Period For The Development of Obesity? *International Journal of Obesity, 19,* 397-402.

51.   Kris-Etherton, P., Allison, D. B., Denke, M. A., Dietschy, J. M., Emken, E. A., & Nicolosi, R. J. (1995) *Trans fatty acids and coronary heart disease risk.* Report of the expert panel on *Trans* fatty acids and coronary heart disease. A critical review sponsored by the International Life Sciences Institute (ILSI). *Supplement to American Journal of Clinical Nutrition, 62,* 655S-707S.

52.   Basile, V. C., Motta, R. M., & Allison, D. B. (1995). Antecedent exercise in the treatment of disruptive behavior: Testing proposed mechanisms of action. *Behavioral Interventions, 10,* 119-140.

53.   Allison, D. B., Paultre, F., Goran, M. I., Poehlman, E. T., & Heymsfield, S. B. (1995). Statistical considerations regarding the use of ratios to adjust data. *International Journal of Obesity, 19,* 644-652.

54.   Goran, M. I., Allison, D. B., & Poehlman, E. T. (1995). Issues relating to normalization of body fat content in men and women. *International Journal of Obesity, 19,* 638-643.

55.   Allison, D. B., Kreibich, K., Heshka, S., & Heymsfield, S. B. (1995). A Randomized Placebo-Controlled Clinical Trial of an Auricular Acu-Pressure Device for Weight Loss. *International Journal of Obesity, 19,* 653-658.

56.   Allison, D. B., & Faith, M. S. (1996). On Estimating the Minima of BMI-Mortality Curves. *International Journal of Obesity, 20,* 496.

57.   Allison, D. B., & Faith, M. S. (1996). Hypnosis as an adjunct to cognitive behavioral psychotherapy: A meta-analytic re-assessment. *Journal of Consulting and Clinical Psychology, 64,* 513-516.

58.   Allison, D. B., Neale, M. C., Kezis, M. I., Alfonso, V. C., Heshka, S. & Heymsfield, S. B. (1996). Assortative Mating for Relative Weight: Genetic and Social Implications. *Behavior Genetics, 26,* 103-111.

59.   Allison, D. B. (1996). The Use of Discordant Sibling Pairs for Finding Genetic Loci Linked to Obesity: Practical Considerations. *International Journal of Obesity, 20,* 553-560.

60.   Mezitis, N. H. E., Maggio, C. A., Koch, P., Quddoos, A., Allison, D. B., & Pi-Sunyer, F. X. (1996). Glycemic effect of a single high oral dose of the novel sweetener sucralose in patients with diabetes mellitus. *Diabetes Care, 19,* 1004-1005.

61.   Allison, D. B., Kaprio, J., Korkeila, M., Koskenvuo, M., Neale, M. C., & Hayakawa, K., (1996). The Heritability of BMI Among an International Sample of Monozygotic Twins Reared Apart. *International Journal of Obesity, 20,* 501-506.

62.   Schork, N. J., Allison, D. B., & Theil, B. (1996). Mixture Distributions in Human Genetics Research. *Statistical Methods in Medical Research, 5,* 155-178.

63. Allison, D. B. & Faith, M. (1996). Publication Bias in Obesity Treatment Trials? *International Journal of Obesity, 20,* 931-937.

64. Allison, D. B., Faith, M. S., & Nathan, J. S. (1996). Risch's Lambda Values for Human Obesity. *International Journal of Obesity, 20,* 990-999.

65. Alfonso, V. C., Allison, D. B., Rader, D, & Gorman, B. S. (1996). The Extended Satisfaction With Life Scale: Development and Psychometric Properties. *Social Indicators Research, 38,* 275-301.

66. Fontaine, K. R., Cheskin, L. J., & Allison, D. B. (1997). Predicting Treatment Attendance and Weight Loss: Assessing the Psychometric Properties and Predictive Validity of the Dieting Readiness Test. *Journal of Personality Assessment, 68,* 173-183.

67. Allison, D. B., Allison, R. L., Faith, M. S., Paultre, F., & Pi-Sunyer, F. X. (1997). Power and Money: Designing Statistically Powerful Studies while Minimizing Financial Costs. *Psychological Methods,* 2, 20-33.

68. Faith, M. S., Leone, M., & Allison, D. B. (1997). The effects of self-generated comparison targets, BMI and social comparison tendencies on body image appraisal. *Eating Disorders: Journal of Treatment and Prevention, 5,* 128-140.

69. Allison, D. B. (1997). Transmission Disequilibrium Tests for Quantitative Traits. *American Journal of Human Genetics, 60,* 676-690.

    See *Am J Hum Gen, 60,* 1571 (1997) for erratum.

70. Allison, D. B., Gallagher, D., Heo, M., Pi-Sunyer, F. X., & Heymsfield, S. B. (1997). Body mass index and mortality among persons over age 70: Analysis of the Longitudinal Study of Aging. *International Journal of Obesity, 21,* 424-431.

71. Allison, D. B., & Faith, M. S. (1997). A proposed heuristic for communicating heritability estimates to the general public with obesity as an example. *Behavior Genetics, 27,* 441-445.

72. Allison, D. B. & Schork, N. J. (1997). Selected methodological issues in meiotic mapping of obesity genes in humans: Issues of power and efficiency. *Behavior Genetics, 27,* 401-421.

73. Faith, M. S., Johnson, S. L., & Allison, D. B. (1997). Putting the *behavior* into the behavior genetics of obesity. *Behavior Genetics, 27,* 423-439.

74. Allison, D. B., & Faith, M. S. (1997). Issues in Mapping Genes for Eating Disorders. *Psychopharmacology Bulletin, 33,* 359-368.

75. Allison, D. B., Faith, M. S., Heo, M., & Kotler, D. P. (1997). A hypothesis concerning the U-shaped relationship between BMI and mortality. *American Journal of Epidemiology, 146,* 339-49.

76. Allison, D. B., Heo, M., Flanders, D. W., Faith, M. S., & Williamson, D. F. (1997). Examination of 'early mortality exclusion' as an approach to control for confounding by occult disease in epidemiologic studies of mortality risk factors. *American Journal of Epidemiology, 146,* 672-680.

77. Allison, D. B., Edlen-Nezin, L., & Clay-Williams, G. (1997). Obesity among African-American Women: Prevalence, Consequences, Causes, and Developing Research. *Women's Health, 3,* 243-274.

78. Kotler, D. P., Thea, D. M., Allison, D. B., Wang, J., Pierson, R. N., St. Louis, M., & Keusch, G. T. (1998). Relative and interacting effects of sex, race, environment, and age upon body cell mass in healthy adults. *American Journal of Human Biology, 10,* 259-268.

79.   Allison, D. B., & Heo, M. (1998). Meta-analysis of linkage studies under "worst-case" conditions: A demonstration using the human *Ob* gene region. *Genetics, 148,* 859-865.

80.   Pietrobelli, A., Faith, M. S., Allison, D. B., Gallagher, D., Chiumello, G., & Heymsfield, S. B. (1998). Body mass index as a measure of adiposity among children and adolescents: A validation study. *Journal of Pediatrics, 132,* 204-210.

81.   Allison, D. B., Heo, M., Schork, N. J., Wong, S. -L., & Elston, R. C. (1998). Extreme selection strategies in gene mapping studies of oligogenic quantitative traits do not always increase power. *Human Heredity, 48,* 97-107.

82.   Faith, M. S., Allison, D. B. & Wong, F. Y. (1998). The Psychosomatic model of obesity: Affect induced eating or experimental artifact. *Obesity Research, 6,* 134-136.

83.   Pietrobelli, A., Allison, D. B., Faith, M. S., Beccaria, L., Bosio, L., Chiumello, G., Campfield, L. A., & Heymsfield, S. B. (1998). Prader-Willi syndrome (PWS): Relationship of adiposity to plasma leptin levels. *Obesity Research, 6,* 196-201.

84.   Allison, D. B., Heo, M., Faith, M. S., & Pietrobelli, A. (1998). Meta-analysis of the association of the Trp64Arg polymorphism in the $\beta_3$ adrenergic receptor with body mass index. *International Journal of Obesity, 22,* 559-566.

85.   Allison, D. B. & Beasley, M. (1998). A Method and Computer Program for Controlling the Family-wise Alpha Rate in Gene Association Studies Involving Multiple Phenotypes. *Genetic Epidemiology, 15,* 87-101.

86.   Comuzzie, A. G., & Allison, D. B. (1998). The search for human obesity genes. *Science, 280,* 1374-1377.

87.   Allison, D. B., Nathan, J. S., Albu, J. B., Heymsfield, S. B., Duprat, L. J., & Pi-Sunyer, F. X. (1998). Measurement challenges and other practical concerns when studying massively obese individuals. *International Journal of Eating Disorders, 24,* 275-284.

88.   Allison, D. B., Packer-Munter, W., Pietrobelli, A., Alfonso, V. C., & Faith, M. S. (1998). Obesity and developmental disabilities: Pathogenesis and treatment. *Journal of Physical and Developmental Disabilities,* 10: (3) 215-255.

89.   Muhleim, L. S., Allison, D. B., Heshka, S., & Heymsfield, S. B. (1998). Do unsuccessful dieters intentionally underreport food intake? *International Journal of Eating Disorders, 24,* 259-266.

90.   Fontaine, K. R., Faith, M. S., Allison, D. B., & Cheskin, L. J. (1998). Obesity & preventive health care examinations among a nationally representative sample of women. *Archives of Family Medicine, 7,* 381-384.

91.   Heo, M., Faith, M. S., & Allison, D. B. (1998). Power and sample size for survival analysis under the Weibull distribution when the whole lifespan is of interest. *Mechanisms of Ageing and Development, 102, 45-53.*

92.   Faith MS. Manibay E. Kravitz M. Griffith J. Allison DB. (1998). Relative body weight and self-esteem among African Americans in four nationally representative samples. Obesity Research. 6(6):430-7.

93.   Allison, D. B., Thiel, B., St. Jean, P., Elston, R. C., Infante, M., & Schork, N. J. (1998). Multiple Phenotype Modeling in Gene Mapping Studies of Quantitative Traits: Power Advantages. *American Journal of Human Genetics, 63,* 1190-1201.

94.   Heymsfield SB, Allison DB, Vasselli, JR, Pietrobelli, AP, Greenfield D, & Nuñez C. (1998). Garcinia Cambogia: A Randomized-Double Blind Controlled Trial of A Potential Anti-Obesity Agent. *Journal of the American Medical Association, 280*:1596-1600.

95.   Para, E. J., Marcini, A, Akey, J, Martinson, J, Batzer, M. A., Cooper, R, Forrester, T, Allison, D. B., Deka, R., Ferrell, R. E., & Shriver, M. D. (1998). Estimating African-

American Admixture Proportions by use of Population-Specific Alleles. *American Journal of Human Genetics, 63*, 1839-1851.

96.  Fontaine, K., Heo, M., Cheskin, L. J., & Allison, D. B. (1998). Body mass index, smoking, and mortality among older American women. *Journal of Women's Health, 7,* 1257-1261.

97.  Allison, D. B., Egan, S. K., Barraj, L. M., Caughman, C., Infante, M., & Heimbach, J. T. (1999). Estimated intakes of *trans* fatty and other fatty acids in the United States population. *Journal of The American Dietetic Association, 99*, 166-174.

98.  Gu, W., Tu, Z., Kleyn, P. W., Kissebah, A., Duprat, L., Lee, J., Chin, W., Maruti, S., Deng, N., Fisher, S. L, Franco, L. S., Burn, P., Yagaloff, K. A., Nathan, J., Heymsfield, S. B., Albu, J., Pi-Sunyer, F. X., & Allison, D. B. (1999). Identification and Functional Analysis of Novel Human Melanocortin-4 Receptor Variants. *Diabetes, 48*, 635-639.

99.  Mott, J. W., Wang, J., Thornton, J. C., Allison, D. B., Heymsfield, S. B., & Pierson, R. N. (1999). The relationship between body fat and age in four ethnic groups. *American Journal of Clinical Nutrition, 69, 1007-13.*

100. Allison, D. B., Heo, M., Flanders, D. W., Faith, M. S., Carpenter, K. M., & Williamson, D. F. (1999). Simulation Study Of The Effects Of Excluding Early Mortality On Risk Factor-Mortality Analyses In The Presence Of Confounding Due To Occult Disease: The Example Of Body Mass Index. *Annals of Epidemiology, 9*, 132-142.

101. Kotler, D. P., Thea, D. M., Heo, M., Allison, D. B., Engelson, E. S., Wang, J., Pierson, R. N., St. Louis, M., & Keusch, G. T. (1999). Relative Influences Of Sex, Race, Environment, And HIV Infection Upon Body Composition In Adults. *American Journal of Clinical Nutrition, 69,* 432-439.

102. Allison, D. B., Faith, M. S., Heo, M., Townsend-Butterworth, D., & Williamson, D. F. (1999). Meta-Analysis of the Effect of Excluding Early Deaths on the Estimated Relationship Between Body Mass Index and Mortality. *Obesity Research, 7,* 342-354.

103. Allison, D. B., Fontaine, K., Heo, M., Mentore, J. L., Cappelleri, J. C., Chandler, L., Weiden, P. J., & Cheskin, L. J. (1999). The Distribution of Body Mass Index Among Individuals With and Without schizophrenia. *Journal of Clinical Psychiatry, 60*, 215-220.

104. Allison, D. B., Zannolli, R., Faith, M. S., Heo, M., Pietrobelli, A., VanItallie, T. B., Pi-Sunyer, F. X., & Heymsfield, S. B. (1999). Weight loss increases and fat loss decreases all-cause mortality rate: results from two independent cohort studies. *International Journal of Obesity, 23*, 603-611.

105. Faith, M. S., Pietrobelli, A., Nunez, C., Heo, M., Heymsfield, S. B., & Allison, D. B. (1999) Evidence for independent genetic influences on fat mass and body mass index in a pediatric twin sample. *Pediatrics, 104*, 61-66.

106. Cheskin, L. J., Bartlett, S. J., Zayas R., Twilley C. H., Allison, D. B., & Contoreggi C. (1999). Weight gain and prescription medications: A review. *Southern Medical Journal, 92:898-904.*

107. Allison, D. B., Heo, M., Kaplan, N., & Martin, E. R. (1999). Development of Sibling-based Tests of Linkage in the Presence of Association for Quantitative Traits That Do not Require Parental Information. *American Journal of Human Genetics, 64:1754-1764.*

108. Allison, D. B., Zannolli, R., & Narayan, K. V. M. (1999). The direct health care costs of obesity in the United States. *American Journal of Public Health, 89*, 1194-1199.

109. Bartlett, S. J., Faith, M. S., Fontaine, K. R., Cheskin, L. J., & Allison, D. B. (1999). Is the Prevalence of Successful Weight Loss and Maintenance Higher in the General Community than the Research Clinic: A Meta-Analysis that Would Not Be. *Obesity Research, 7*, 407-413.

110. Allison, D. B., Neale, M. C., Zannolli, R. Z., Schork, N. J., Amos, C. I., & Blangero, J. (1999). Testing The Robustness Of The Likelihood Ratio Test In A Variance-Component Quantitative Trait Loci (QTL) Mapping Procedure. *American Journal of Human Genetics, 65*, 531-544.

111. Chung, W K; Luke, A; Cooper, R S; Rotimi, C; Vidal-Puig, A; Rosenbaum, M; Chua, M; Solanes, G; Zheng, M; Zhao, L; Leduc, C; Eisberg, A; Chu, F; Murphy, E; Schreier, R; Aronne, L; Capitio, S; Kahle, B; Gordon, D; Leal, S M; Goldsmith, R; Andreu, A L; Bruno, C; Dimauro, S; Heo, M; Lowe Jr, W L; Lowell, B B; Allison, D B; Leibel, R L (1999). Genetic and Physiological Analysis of the role of UCP3 in Human Obesity and Energy Homeostasis. *Diabetes, 48(9), 1890-1895.*

112. Bray GA, ... **Allison DB**, et al. (1999). The Diabetes Prevention Program - Design and methods for a clinical trial in the prevention of type 2 diabetes. *Diabetes Care*, 22: (4) 623-634.

113. Kotler, DP, Rosenbaum, K., Allison, DB, Wang, J., & Pierson, RN. (1999). Validation of bioimpedance analysis as a measure of change in body cell mass as estimated by whole body counting of potassium in adults. *Journal of Parenteral & Enteral Nutrition, 23*, 345-349.

114. Wanagat J, Allison DB, Weindruch R. (1999). Caloric intake and aging: mechanisms in rodents and a study in nonhuman primates. *Toxicological Sciences, 52*(2 Suppl):35-40.

115. Faith, M. S., Rha, S. S., Neale, M. C., & Allison, D. B. (1999). Evidence for genetic influences on human energy intake: Results from a twin study using measured observations. *Behavior Genetics, 29: (3) 145-154.*

116. Allison, D. B., Mentore, J. M., Heo, M. Chandler, L., Cappelleri, J. C., Infante, M., & Weiden, P. (1999). Antipsychotic-induced weight gain: a comprehensive research synthesis. *American Journal of Psychiatry, 156*: 1686-1696.

117. Allison, D. B., Fontaine, K. R., Manson, J., Stevens, J., & Van Itallie, T. B. (1999). Annual deaths attributable to obesity in the United States. *Journal of the American Medical Association, 282*:(16), 1530-1538.

118. Carpenter, K. M., Hasin, D. S., Allison, D. B., & Faith, M. S. (2000). The relationships between obesity and DSM-IV major depressive disorder, suicide ideation, and suicide attempts: Results from a general population study. *American Journal of Public Health, 90*, 251-257.

119. Hainer V, Stunkard AJ, Kunesova M, Parizkova J, Stich V, Allison DB. (2000). Intrapair resemblance in very low calorie diet-induced weight loss in female obese identical twins. *International Journal of Obesity*, 8,1051-7.

120. Zainal, T. A., Oberley, T. D., Allison, D. B., Szweda, L. I., & Weindruch, R. (2000). Caloric Restriction of Rhesus Monkeys Lowers Oxidative Damage in Skeletal Muscle. *FASEB Journal, 14,* 1825-1836.

121. Faith, M. S., Fontaine, K. R., Cheskin, L. J., & Allison, D. B. (2000). Behavioral approaches to the problems of obesity. *Behavior Modification, 24,* 459-493.

122. Allison, D. B., Fernandez, J., Heo, M., & Beasley, T. M. (2000). Testing The Robustness Of The New Haseman-Elston Quantitative Trait Loci (QTL) Mapping Procedure. *American Journal of Human Genetics, 67*, 249-252.

123. Green, AI, Patel, JK, Goisman, R., Allison, D. B., & Blackburn, GL. (2000). Weight Gain from Novel Antipsychotic Drugs: Need for Action. *General Hospital Psychiatry, 22,* 224-235.

124. Bray GA, ... **Allison DB**, et al. (2000). The Diabetes Prevention Program - Baseline characteristics of the randomized cohort. Diabetes Care 23 (11): 1619-1629.

125. Allen TM, O'Connor DH, Jing P, Dzuris JL, Mothe BR, Vogel TU, Dunphy E, Liebl ME, Emerson C, Wilson N, Kunstman KJ, Wang X, Allison DB, Hughes AL, Desroslers RC, Altman JD, Wollinsky SM, Sette A, Watkins DI. (2000). Tat-specific cytotoxic T lymphocytes select for SIV escape variants during resolution of primary viremia. *Nature, 407,* 386-390.

126. Martin, N., Goodwin, G., Fairburn, C., Wilson, R., Allison, D. B. Cardon, L. R., & Flint, J. (2000). A Population-Based Study of Personality In 34,000 Sib-Pairs. Twin Research, 3, 310-315.

127. Allison, D. B., Fontaine, K. R., Heshka, S., Mentore, J. L., & Heymsfield, SB. (2001). Alternative Treatments for Weight Loss: A Critical Review. *Critical Reviews in Food Science and Nutrition, 41(1),* 1-28.

128. Fontaine, K. R., Heo, M., Harrigan, E. P., Shear, C. L., Lakshminarayanan, M., Casey, D. E. & Allison, D. B. (2001). Estimating the consequences of anti-psychotic induced weight gain on health and mortality rate. *Psychiatry Research, 101,* 277-288.

129. Black, A, Allison, DB, Shapses, SA, Tilmont, EM, Handy, AM, Ingram, DK, Roth GS, Lane MA. (2001). Calorie Restriction and Skeletal Mass in Rhesus Monkeys (Macaca mulatta): Evidence for an Effect Mediated Through Changes in Body Size. *Journal of Gerontology, Biological Sciences, 56A,* B98-B107.

130. Hainer V, Stunkard A, Kunesova M, Parizkova J, Stich V, Allison D. B. (2001). A twin study of weight loss and metabolic efficiency. *International Journal Of Obesity,* 25 (4): 533-537.

131. Lee I-M, Blair SN, Allison DB, Folsom AR, Harris TB, Manson JE, Wing RR. (2001). Epidemiologic data on the relationships of caloric intake, energy balance, and weight gain over the life span with longevity and morbidity. Journal of Gerontology, Series A, 56 (special issue 1); 7-19.

132. Kayo, T., Allison, D. B., Weindruch, R. & Prolla, T. A. (2001). Influences of Aging and Caloric Restriction on the Transcriptional Profile of Skeletal Muscle from Rhesus Monkeys. *Proceedings of The National Academy of Sciences, 98,* 5093-5098.

133. Dhurandhar, N., & Allison, D. B. (2001). Algorithm For Pharmacological Treatment Of Obesity. *Primary Psychiatry, 8*(2), 63-78.

134. Faith, M. S., Berman, N., Heo, M., Pietrobelli, A., Gallagher, D., Epstein, L. H., Eiden, M. T., & Allison, D. B. (2001). Effects of Contingent-TV on Physical Activity and TV-Viewing in Obese Children. *Pediatrics, 107,* 1043-1048.

135. Allison, D. B., Miller, R. A., Austad, S. N., Bouchard, C., Leibel, R., Klebanov, S., Johnson, T., & Harrison, D. E. (2001). Genetic Variability In Responses To Caloric Restriction In Animals and In Regulation Of Metabolism And Obesity In Humans. *Journal of Gerontology, SERIES A, 56A (special issue 1),* 55-65.

136. Bulik, C. M. & Allison, D. B. (2001). Genetic Epidemiology of thinness. *Obesity Reviews,* 2, 107-115.

137. Allison, D. B., & Casey, D. E. (2001). Antipsychotic-induced weight gain: A review of the literature. *Journal of Clinical Psychiatry, 62* (suppl 7), 22-31.

138. Ko, C., Lee, T., Lau, W., Li, J., Davis, B. T., Voyiaziakis, E., Allison, D. B., Chua, S. C., & Huang, L. (2001). Two Novel Quantitative Trait Loci on Mouse Chromosomes 6 and 4 Independently and Synergistically Regulate Plasma Apolipoprotein B Levels. Journal of Lipid Research, 42, 844-855.

139. Allison, D. B., Fontaine, K. R., & Cheskin, L. J. (2001). Metabolic disharmony and mortality. *Medical Hypotheses, 56,* 604-609.

140. Fontaine, K.R., & Allison, D.B. (2001). Does intentional weight loss affect mortality rate? Eating Behaviors: An International Journal, 2, 87-95.

141. Fontaine, K.R., Heo, M., & Allison, D.B. (2001). Body weight and cancer screening among women. Journal of Women's Health and Gender-Based Medicine, 10, 463-470.

142. Park, Y., Allison, D. B., Heymsfield, S. B., & Gallagher, D. (2001). Larger amounts of visceral adipose tissue in Asian-Americans. Obesity Research, 9, 381-387.

143. Smucny, D.A., Allison, D.B., Ingram, D.K., Roth, G.S., Kemnitz, J.W., Kohama, S.G., & Lane, M.A. (2001). Changes in Blood Chemistry and Hematology Variables during Aging in Captive Rhesus Macaques (Macaca mulatta). Journal of Medical Primatology, 30(3):161-173.

144. Heshka, S. & Allison, D. B. (2001). Is obesity a disease? International Journal of Obesity, 25, 1401-1404.

145. Gresl, T. A., Colman, R. J., Roecker, E. B., Havighurst, T. C. Huang, Z., Allison, D. B., Bergman, R. N., & Kemnitz, J. W. (2001). Dietary Restriction and Glucose Regulation in Aging Rhesus Monkeys: A Follow-up Report at 8.5 Years. American Journal Of Physiology-Endocrinology And Metabolism, 281 (4): E757-E765.

146. Faith, M. S., Flint, J., Fairburn, C. G., Goodwin, G. M., & Allison, D. B. (2001). Gender Differences in the Relationship Between Psychological Well-Being and Relative Body Weight: Results from a British Population-Based Sample. Obesity Research, 9, 647-650.

147. M. Heo, R. L. Leibel, B. B. Boyer, W. K. Chung, M. Koulu, M. K. Karvonen, U. Pesonen, A. Rissanen, M. Laakso, M. I. J. Uusitupa, Y. Chagnon, C. Bouchard, P. A. Donohoue, T. L. Burns, A. R. Shuldiner, K. Silver, R. E. Andersen, O. Pedersen, S. Echwald, T. I. A. Sørensen, P. Behn, M. A. Permutt, K. B. Jacobs, R. C. Elston, D. J. Hoffman, and D. B. Allison. (2001). Pooling Analysis of Genetic Data: The Association of Leptin Receptor (LEPR) Polymorphisms With Variables Related to Human Adiposity. Genetics, 159: 1163-1178.

148. Allison, D. B., & Neale, M. C. (2001). Joint Tests of Linkage & Association for Quantitative Traits. Theoretical Population Biology, 60, 239-251.

149. Heymsfield S.B., Gallagher D., Kotler D.P., Wang Z.M., Allison D.B., Heshka S. (2002). Body-size dependence of resting energy expenditure can be attributed to nonenergetic homogeneity of fat-free mass. American Journal Of Physiology-Endocrinology And Metabolism, 282 (1): E132-E138.

150. Mothé, B. R., Horton, H., Carter, D. K., Liebl, M. E. Fuenger, S. Skinner, P., Allen, T. M., Vogel, T. U. Rehrauer, W., Wilson, N., Franchini, G., Altman, J. D., Haase, A., Picker, L. J., Allison, D. B., & Watkins, D. I. (2002). Dominance of CD8 responses specific for epitopes bound by a single MCH class I molecule during both acute and chronic phases of viral infection. Journal of Virology, 76, 975-884.

151. Allison, D. B., Beasley, T. M., Fernandez, J., Heo, M., Zhu, S., Etzel, C., & Amos, C.I. (2002). Bias in Estimates of Quantitative-Trait-Locus Effect in Genome Scans: Demonstration of the Phenomenon and a Method-of-Moments Procedure for Reducing Bias. American Journal of Human Genetics, 70, 575-585.

152. Allison, D. B., Zhu, S., Plankey, M., Faith, M. S., & Heo, M. (2002). Differential associations of body mass index and adiposity with all-cause mortality among men in the first and second National Health and Nutrition Examination Surveys (NHANES I & NHANES II) follow-up studies. International Journal of Obesity, 26, 410-416.

153. Heo, M., Faith, M. S., & Allison, D. B. (2002). Power and sample sizes for linkage with extreme sampling under an oligogenic model for quantitative traits. Behavior Genetics, 32, 23-36.

154. Janssen, I., Heymsfield, S. B., Allison, D. B., Kotler, D. P., & Ross, R. (2002). Body mass index and waist circumference independently contribute to the prediction of non-abdominal, abdominal subcutaneous, and visceral fat. American Journal of Clinical Nutrition, 75, 683-688.

155. Fontaine KR, Gadbury G, Heymsfield SB, Kral J, Albu JB, Allison DB. (2002). Quantitative prediction of body diameter in severely obese individuals. Ergonomics, 45 (1): 49-60.

156. Segal, N. & Allison, D. B. (2002). Twins and Virtual Twins: Bases of Relative Body Weight Revisited. International Journal of Obesity, 26, 437-441.

157. Fernandez, J. R., Etzel, C., Beasley, M., Shete, S., Amos, C. I., & Allison, D. B. (2002). Improving the power of sib-pair quantitative trait loci (QTL) detection by phenotype winsorization. Human Heredity, 53, 59-67.

158. Gadbury, G. L., Iyer, H. K., & Allison, D. B. (2002). Evaluating subject-treatment interaction when comparing two treatments. Journal of Biopharmaceutical Statistics, 11, 313-333.

159. Heo, M., Leibel, R. L., Fontaine, K. R., Boyer, B. B., Chung, W. K., Koulu, M., Karvonen, M. K., Pesonen, U., Rissanen, A., Laakso, M., Uusitupa, MIJ, Chagnon, Y., Bouchard, C., Donohoue, P. A., Burns, T. L., Shuldiner, A. R., Silver, K., Andersen, R. E., Pedersen, O., Echwald, S., Sørensen, T. I. A., Behn, P., Permutt, M. A., Jacobs, K. B., Elston, R. C., Hoffman, D. J., Gropp, E., & Allison, D. B. (2002). A meta-analytic investigation of linkage and association of common leptin receptor (LEPR) polymorphisms with body mass index and waist circumference. International Journal of Obesity, 26, 640-646.

160. Allen T. M., Mortara L., Mothe B. R., Liebl M., Jing P., Calore B., Piekarczyk M., Ruddersdorf R., O'Connor D. H., Wang X., Wang C., Allison D. B., Altman J. D., Sette A., Desrosiers R.C., Sutter G., & Watkins D. I. (2002). Tat-vaccinated macaques do not control simian immunodeficiency virus SIVmac239 replication. Journal of Virology, 76(8):4108-4112.

161. Allison, D. B. & Coffey, C. S. (2002). Two-stage testing in microarray analysis: What is gained? Journal of Gerontology, Biological Sciences, 57A, B189-B192.

162. Allison, D. B., Gadbury, G., Heo, M, Fernandez, J, Lee, C-K, Prolla, T. A., & Weindruch, R. (2002). A Mixture Model Approach For The Analysis Of Microarray Gene Expression Data. Computational Statistics & Data Analysis, 39, 1-20.

163. Homel, P., Casey, D., & Allison, D. B. (2002). Changes in Body Mass Index for Individuals With and Without Schizophrenia 1987-1996. Schizophrenia Research, 55(3):277-84.

164. Mountz JD, Van Zant G, Allison DB, Zhang HG, Hsu HC. (2002). Beneficial influences of systemic cooperation and sociological behavior on longevity. Mechanisms Ageing Development, Apr;123(8):963-73.

165. Horton H, Vogel TU, Carter DK, Vielhuber K, Fuller DH, Shipley T, Fuller JT, Kunstman KJ, Sutter G, Montefiori DC, Erfle V, Desrosiers RC, Wilson N, Picker LJ, Wolinsky SM, Wang C, Allison DB, Watkins DI. (2002). Immunization of Rhesus Macaques with a DNA Prime/Modified Vaccinia Virus Ankara Boost Regimen Induces Broad Simian Immunodeficiency Virus (SIV)-Specific T-Cell Responses and Reduces Initial Viral Replication but Does Not Prevent Disease Progression following Challenge with Pathogenic SIVmac239. Journal or Virolology, 76, 7187-7202.

166. Jain AK, Kaplan RA, Gadde KM, Wadden TA, Allison DB, Brewer ER, Leadbetter RA, Richard N, Haight B, Jamerson BD, Buaron KS, Metz A. (2002). Bupropion SR vs.