# EXHIBIT A
# 2 of 3

Placebo for Weight Loss in Obese Patients with Depressive Symptoms. *Obesity Research, 10*:1049-1056.

167. Allen TM, Jing P, Calore B, Horton H, O'Connor DH, Hanke T, Piekarczyk M, Ruddersdorf R, Mothe BR, Emerson C, Wilson N, Lifson JD, Belyakov IM, Berzofsky JA, Wang C, Allison DB, Montefiori DC, Desrosiers RC, Wolinsky S, Kunstman KJ, Altman JD, Sette A, McMichael AJ, Watkins DI. (2002). Effects of cytotoxic T lymphocytes (CTL) directed against a single simian immunodeficiency virus (SIV) Gag CTL epitope on the course of SIVmac239 infection. Journal of Virology, 76:10507-10511.

168. Dhurandhar, N. V., Whigham, L., Abbott, D., Schultz-Darken, N., Bradley, S. M., Kemnitz, J., Israel, B. A., Allison, D. B., & Atkinson, R. L. (2002). Human Adenovirus Ad-36 Promotes Weight Gain in Male Rhesus and Marmoset Monkeys. Journal of Nutrition, 132, 3155-3160.

169. Pietrobelli A, Allison DB, Heshka S, Heo M, Wang ZM, Bertkau A, Laferrere B, Rosenbaum M, Aloia JF, Pi-Sunyer FX, Heymsfield SB. (2002). Sexual dimorphism in the energy content of weight change. International Journal of Obesity and Related Metabolic Disorders, 26(10):1339-48.

170. Faith, M. S., Keller, K. L., Matz, P., Johnson, S. L., Lewis, R., Jorge, M. A., Ridley, C., Han, H., Must, S., Heo, M., Pietrobelli, A., Heymsfield, S. B., & Allison, D. B. (2002). "Project Grow-2-Gether:" A Study of the Genetic and Environmental Influences on Child Eating and Obesity. *Twin Research, 5(5)*, 472-475.

171. Lee, CK, Allison, D. B., Brand, J., Weindruch, R., & Prolla, T. A. (2002). Transcriptional Profiles Associated with Aging and Adult-Onset Caloric Restriction in Mouse Hearts. *Proceedings of the National Academy of Sciences, 99*, 14988-14993.

172. Fontaine, K. R., Redden, D. T., Wang, C., Westfall, A. O., & Allison, D. B. (2003). Years of Life Lost Due to Obesity. *Journal of the American Medical Association, 289*, 187-193.

     Comment in:

     JAMA. 2003 Apr 9;289(14):1777; author reply 1777-8.

     JAMA. 2003 Apr 9;289(14):1777; author reply 1777-8.

     JAMA. 2003 Jan 8;289(2):229-30.

     JAMA. 2003 Jun 11;289(22):2941; author reply 2941-2.

173. Fernandez JR, Heo M, Heymsfield SB, Pierson RN Jr, Pi-Sunyer FX, Wang ZM, Wang J, Hayes M, Allison DB, Gallagher D. (2003). Is percentage body fat differentially related to body mass index in Hispanic Americans, African Americans, and European Americans? *American Journal of Clinical Nutrition, 77*, 71-75.

174. Mothe BR, Weinfurter J, Wang C, Rehrauer W, Wilson N, Allen TM, Allison DB, Watkins DI. (2003). Expression of the Major Histocompatibility Complex Class I Molecule Mamu-A*01 Is Associated with Control of Simian Immunodeficiency Virus SIV(mac)239 Replication. *Journal of Virology, 77*, 2736-2740.

175. Cavazzoni, P., Tanaka, Y., Roychowdhury, S., Breier, A., & Allison, D. B. (2003). Nizatidine for the Prevention of Weight Gain with Olanzapine A Double-Blind Placebo-Controlled Trial. *European Neuropsychopharmacology, 13*, 81-85.

176. Heo, M., Allison, D. B., Faith, M. S., Zhu, S., Fontaine, K. R. (2003). Obesity and Health-Related Quality of Life: The Potential Mediating Effects of Joint Pain and Comorbidities. *Obesity Research, 11*, 209-216.

177. Yang, D., Fontaine, K. R., Wang, C., & Allison, D. B. (2003). Con: Weight Loss Causes Increased Mortality. *Obesity Reviews, 4*, 9-16.

178. Allison, D.B., Mackell, J.A., McDonnell D.D. (2003). Healthcare Resource Use and Body Mass Index among Individuals with Schizophrenia. *Psychiatric Services, 54*, 565-567.

179. Zhu, S., Heo, M, Plankey, M., Faith, M. S., & Allison, D. B. (2003). Associations of body mass index and anthropometric indicators of fat mass and fat free mass with all-cause mortality among women in the first and second National Health and Nutrition Examination Surveys (NHANES I & NHANES II) follow-up studies. *Annals of Epidemiology, 13*, 286-293.

180. Allison, D. B., Gadbury, G., Schwartz, L. G., Murugesan, R., Kraker, J. L., Heshka, S., Fontaine, K. R., & Heymsfield, S. B. (2003). A Novel Soy-Based Meal Replacement Formula For Weight Loss Among Obese Individuals: A Randomized Controlled Clinical Trial. *European Journal of Clinical Nutrition, 57*(4):514-522.

181. Heo, M., Faith, M. S., Mott, J., Gorman, B.S., Redden, D. T., & Allison, D. B. (2003). Hierarchical linear models for the development of growth curves: an example with body mass index in overweight/obese adults. *Statistics in Medicine, 22,* 1911-1942.

Reprinted in: *Tutorials in Biostatistics: Volume 2*, R. B. D' Agostino (Ed), Wiley, Chichester, 2004.

182. Rikke, B. A., Yerg, J. E., Battaglia, M. E., Nagy, T. R., Allison, D. B., & Johnson, T. E. (2003). Significant Strain Variation in the Response of Body Temperature to Dietary Restriction. *Mechanisms of Ageing and Development, 124*(5):663-78.

183. Yang, E. J., Kerver, J. M., Park, Y. K., Kayitsinga, J., Allison, D. B., & Song, W. O. (2003). Carbohydrate intake and biomarkers of glycemic control among U.S. adults: NHANES III. *American Journal of Clinical Nutrition, 77*, 1426-33.

184. Fullerton, J., Cubin, M., Tiwari, H., Wang, C., Bomhra, A., Davidson, S., Miller, S., Fairburn, C., Goodwin, C., Neale, M., Fiddy, S., Mott, R., Allison, D. B., & Flint, J. (2003). Linkage analysis of extremely discordant and concordant sibling pairs identifies QTL that influence variation in the human personality trait neuroticism. *American Journal of Human Genetics, 72*(4):879-890.

185. Fernández, J. R., Shriver, M. D., Beasley, T. M., Rafla-Demetrious, N., Parra, E., Albu, J., Nicklas, B., Ryan, A. S., McKeigue, P. M., Hoggart, C. L., Weinsier, R. L., & Allison, D. B.. (2003). Association Of African Genetic Admixture With Resting Metabolic Rate And Obesity Among African American Women. Obesity Research, 11, 904-911.

186. Gadbury, G. L., Page, G. P., Heo, M., Mountz, J. D., & Allison, D. B. (2003). Randomization tests for small samples: An application for genetic expression data. *Journal of the Royal Statistical Society: Series C: Applied Statistics, 52*(3), 365-376.

187. Yi, N., George, V., & Allison, D. B. (2003). Stochastic search variable selection for identifying multiple quantitative trait loci. *Genetics, 164(3)*:1129-38.

188. Gresl, T. A., Colman, R. J., Havighurst, T. C., Allison, D. B., Schoeller, D. A., & Kemnitz, J. W. (2003). Dietary restriction and B-cell sensitivity to glucose in adult male rhesus monkeys. *Journal of Gerontology A: Biological Sciences & Medical Sciences, 58(7)*:B598-B610.

189. O'Connor, D. H., Mothe, B. R., Weinfurter, J. T., Fuenger, S., Rehrauer, W. M., Jing, P., Rudersdorf, R., R., Liebl, M. E., Krebs, K., Vasquez, J., Dodds, E., Loffredo, J., Martin, S., McDermott, A. B., Allen, T. M., Wang, C., Doxiadis, G. G., Montefiori, D. C., Hughes, A., Burton, D. R., Allison, D. B., Wolinsky, S. M., Bontrop, R., Picker, L. J., & Watkins, D. I. (2003). Major Histocompatibility Complex Class I Alleles Associated with Slow Simian Immunodeficiency Virus Disease Progression Bind Epitopes Recognized by Dominant Acute-Phase Cytotoxic-T-Lymphocyte Responses. *Journal of Virology, 77*, 9029-9040.

190. Faith, M. S., Heshka, S., Keller, K. L., Sherry, B., Matz, P. E., Pietrobelli, A., & Allison, D. B. (2003). Maternal-child feeding patterns and child body weight: Findings from a population-based sample. *Archives of Pediatrics & Adolescent Medicine, 157*, 926-932.

191. Etzel, C. J., Shete, S., Beasley, T. M., Fernandez, J. R., Allison, D. B., & Amos, C. I. (2003). Effect of Box-Cox Transformation on Power of Haseman-Elston and Maximum-Likelihood Variance Components Tests to Detect Quantitative Trait Loci. *Human Heredity, 55*, 108-116.

192. Gadbury, G. L., Coffey, C. S., & Allison, D. B. (2003). Modern Statistical Methods For Obesity Trial Data: Beyond LOCF. *Obesity Reviews, 4,* 175-184.

193. Hsu H. C., Zhang H. G., Li L., Yi N., Yang P. A., Wu Q., Zhou J., Sun S., Xu X., Yang X., Lu L., Van Zant G., Williams R. W., Allison D. B., & Mountz J. D. (2003). Age-related thymic involution in C57BL/6J x DBA/2J recombinant-inbred mice maps to mouse chromosomes 9 and 10. *Genes and Immunity, 4*(6):402-410.

194. Fernandez JR, Allison DB. (2003). Understanding racial differences in obesity and metabolic syndrome traits. *Nutrition Reviews, 61*, 316-9.

195. Fontaine, K. R., Yang, D., Gadbury, G. L., Heshka, S., Schwartz, L. G., Murugesan, R., Kraker, J. L., Heo, M., Heymsfield, S. B., & Allison, D. B. (2003). Results of soy-based meal replacement formula on weight, anthropometry, serum lipids & blood pressure during a 40-week clinical weight loss trial. Nutrition Journal, 2(1):14.

196. Yi, N., Xu, S., & Allison, D. B. (2003). Bayesian Model Choice and Search Strategies for Mapping Interacting Quantitative Trait Loci. *Genetics, 165*: 867-883.

197. Gresl, T. A., Colman, R. A., Havighurst, T. G., Byerley, L. O., Allison, D. B., Schoeller, D. A., & Kemnitz, J. W. (2003). Insulin sensitivity and glucose effectiveness from three minimal models: effects of energy restriction and body fat in adult male rhesus monkeys. *American Journal of Physiology: Regulatory, Integrative, & Comparative Physiology,285*(6):R1340-54.

198. Hubbert KA, Bussey BF, Allison DB, Beasley TM, Henson CS, Heimburger DC. (2003). Effects of outcome-driven insurance reimbursement on short-term weight control. *International Journal of Obesity, 27*,1423-9.

199. Page, G. P., Edwards, J. W., Barnes, S., Weindruch, R., Allison, D. B. (2003). A Design & Statistical Perspective on Microarray Gene Expression Studies in Nutrition: The Need for Playful Creativity and Scientific Hard-Mindedness. *Nutrition, 19,* 997-1000.

200. Foster, G. D., Wadden, T. A., Makris, A. P., Davidson, D., Sanderson, R. S., Allison, D. B. & Kessler, A.  (2003). Primary Care Physicians' Attitudes About Obesity and Its Treatment. *Obesity Research, 11*(10):1168-77.

201. Fernandez, J. R., & Allison, D. B. (2003). Rimonabant Sanofi-Synthelabo. Current Opinion in Investigational Drugs 2004 5(4):430-435. An extended version of: Fernandez, J. R., & Allison, D. B. (2003). Rimonabant. The Investigational Drugs Database Drug Report, Dec, http://www.iddb3.com/.

202. Higami, Y., Pugh, T. D., Page, G. P., Allison, D. B., Prolla, T. A., Weindruch, R. (2003). Adipose tissue energy metabolism: altered gene expression profile of mice subjected to long-term caloric restriction. *The FASEB Journal Express Article 10.1096/fj.03-0678fje.* Published online December 19, 2003. Published in print as *FASEB Journal,* 2004 Feb;18(2):415-7.

203. Heimburger DC, Allison DB, Goran MI, Heini AF, Hensrud DD, Hunter GR, Klein S, Kumanyika SK, Kushner RF, Rolls BJ, Schoeller D, Schutz Y. (2003). A Festschrift for Roland L. Weinsier: Nutrition Scientist, Educator, and Clinician. *Obesity Research, 11*(10):1246-1262.

204. Vogel TU, Reynolds MR, Fuller DH, Vielhuber K, Shipley T, Fuller JT, Kunstman KJ, Sutter G, Marthas ML, Erfle V, Wolinsky SM, Wang C, Allison DB, Rud EW, Wilson N, Montefiori D, Altman JD, & Watkins DI. (2003). Multispecific Vaccine-Induced Mucosal Cytotoxic T Lymphocytes Reduce Acute-Phase Viral Replication but Fail in Long-Term Control of Simian Immunodeficiency Virus SIVmac239. *Journal of Virology, 77,* 13348-13360.

205. Yi, N., Xu, S., George, V., & Allison, D. B. (2004). Mapping Multiple Quantitative Trait Loci for Ordinal Traits. *Behavior Genetics, 34,* 3-15.

206. Zhang, H., Hyde, K., Page, G. P., Brand, J. P. L., Zhou, J., Yu, S., Allison, D. B., Hsu, H., & Mountz, J. D. (2004). Novel Tumor Necrosis Factor-a Regulated Genes in Rheumatoid Arthritis. *Arthritis & Rheumatism, 50, 420–431.*

207. Wang, C., Weindruch, R., Fernandez, J. R., Coffey, C. S., Patel, P., & Allison, D. B. (2004). Caloric Restriction and Body Weight independently Affect Longevity in Wistar Rats. *International Journal of Obesity, 28,* 357-62.

208. Shete, S., Beasley, M., Etzel, C., Fernández, J. F., Chen, J., Allison, D. B., & Amos, C. I. (2004). Effect of Winsorization on Power and Type 1 Error of Variance Components and Related Methods of QTL Detection. *Behavior Genetics, 34,* 153-159.

209. Beasley, T. M., Page, G. P., Brand, J. P. L., Gadbury, G. L., Mountz, J. D., & Allison, D. B. (2004). Chebyshev's Inequality for Non-parametric Testing with Small N and $\alpha$ in Microarray Research. *Journal of the Royal Statistical Society: Series C: Applied Statistics, 53,* 95-108.

210. Yang D., Zakharkin S. O., Page G. P., Brand J. P., Edwards J. W., Bartolucci A. A., & Allison D. B. (2004). Applications of Bayesian statistical methods in microarray data analysis. *American Journal of Pharmacogenomics, 4,* 53-62.

211. Rikke, B. A., Yerg, J. E., Battaglia, M. E., Nagy, T. R., Allison, D. B., Johnson, T. E. (2004). Quantitative Trait Loci Specifying the Response of Body Temperature to Dietary Restriction. *Journal of Gerontology: Biological Sciences,* 59A, 118–125. *[With this paper, Dr. Rikke won the Samuel Goldstein Award, an award given for the best paper in the Journal of the Gerontological Society of America in the preceding calendar year.]*

212. Zhu, S., Heshka, S., Wang, Z., Shen, W, Allison, D. B., Ross, R. & Heymsfield, S. B. (2004). Combination of BMI and Waist Circumference for Identifying Cardiovascular Risk Factors in Whites. *Obesity Research, 12,* 633-645.

213. Yi, N., Diament, A., Chiu, S., Kim, K., Allison, D. B., Fisler, J., & Warden, C. H. (2004). Characterization of Epistasis Influencing Complex Spontaneous Obesity in the BSB Model. *Genetics, 167,* 399-409.

214. Redden, D. T., Fernández, J. R., & Allison, D. B. (2004). A Simple Significance Test for Quantile Regression. *Statistics in Medicine, 23,* 2587-2597.

215. St-Onge, M. P., Wang, J., Shen, W., Wang, Z., Allison, D. B., Heshka, S., Heymsfield, S. B. (2004). Dual-energy x-ray absorptiometry-measured lean soft tissue mass: differing relation to body cell mass across the adult life span. *Journal of Gerontology: A Biol Sci Med Sci.* Aug;59(8):B796-800.

216. Lee CK, Pugh TD, Klopp RG, Edwards J, Allison DB, Weindruch R, Prolla TA. (2004). The impact of alpha-lipoic acid, coenzyme Q(10) and caloric restriction on life span and gene expression patterns in mice. *Free Radical Biology and Medicine, 15;*36(8):1043-57.

217. Fernández, J. R., Redden, D. Pietrobelli, A., Allison, D. B. (2004). Waist Circumference Percentiles in Nationally Representative Samples of African-American, European-American and Mexican-American Children. *Journal of Pediatrics, 145,*439-44.

218. Coffey, C. S., Steiner, D., Baker, B. A., & Allison, D. B. (2004). A Randomized Double-Blind Placebo Controlled Clinical Trial of a Product Containing Ephedrine, Caffeine, and Other Ingredients from Herbal Sources for Treatment of Overweight and Obesity in the Absence of Lifestyle Treatment. *International Journal of Obesity, 28*:1411-1419.

219. Conus, F., Allison, D. B., Rabasa-Lhoret, R., St-Onge, M., St-Pierre, D., Tremblay-Lebeau, A., & Poehlman, E. T. (2004). Metabolic and Behavioral Characteristics of Metabolically Obese, But Normal Weight (MONW) Women. *Journal of Clinical Endocrinology and Metabolism, 89*, 5013-5020.

220. Beasley, T. M., Yang, D., Yi, N., Bullard, D. C., Travis, E. L., Amos, C. I., Xu, S., & Allison, D. B. (2004). Joint Tests for Quantitative Trait Loci in Experimental Crosses. *Genetics Selection Evolution, 36,* 601-619.

221. Wang, C., Li, Q., Redden, D. T., Weindruch, R., & Allison, D. B. (2004). Statistical Methods for Testing Effects on "Maximum Lifespan". *Mechanisms of Ageing and Development, 125*, 629-632.

222. Faith, MS; Keller, KL; Johnson, S. L., Pietrobelli A; Matz, P.E., Must, S., Jorge, M. A., Cooperberg, J., Heymsfield, S. B., & Allison, DB.  (2004). Familial aggregation of energy intake in children. *American Journal of Clinical Nutrition, 79*(5):844-50.

223. Gadbury, G. L., Page, G. P., Edwards, J., Kayo, T., Prolla, T. A., Weindruch, R., Permana, P. A., Mountz, J., & Allison, D. B. (2004). Power and Sample Size Estimation in High Dimensional Biology. *Statistical Methods in Medical Research, 13*: 325-338.

224. Tschöp, M., Chandler, P. C., Oswald, K. D., Benoit, S. C., Seeley, R. J., Kinzig, K. P., Moran, T. H., Beck-Sickinger, A. G., Koglin, N., Rodgers, R. J., Blundell, J. E., Ishii, Y., Beattie, A. H., Holch, P., Allison, D. B., Birringer, M., Kreuzer, O., Schindler, M., Arndt, K., Rudolf, K., Mark, M., Raun, K., Madsen, K., Wulff, B. S., Stidsen, C. E., Halem, H., Taylor, J., Dong, J., Datta, R., Culler, M., Craney, S., Flora, D., Smiley, D., Heiman, M. L., Ortmann, S., Thöne-Reineke, C., Klaus, S., Joost, H. G., Castañeda, R., & Hagan, M. M. (2004). Does gut hormone PYY3-36 decrease food intake in rodents? *Nature, 430, 1 p following 165; discussion 2 p following 165.*

225. Mehta, T., Tanik, M. & Allison, D. B. (2004). Toward Sound Epistemological Foundations of Statistical Methods for High Dimensional Biology. *Nature Genetics, 36*, 943-947.

226. Heo, M., Allison, D. B., Fontaine, K. R. (2004). Overweight, Obesity, and Colorectal Cancer Screening: Disparity between Men and Women. *BMC Public Health, 4*, 53.

227. Yi N, Chiu S, Allison DB, Fisler JS, Warden CH. (2004). Epistatic interaction between two nonstructural loci on chromosomes 7 and 3 influences hepatic lipase activity in BSB mice. *Journal of Lipid Research, 45*, 2063-70.

228. Picker LJ, Hagen SI, Lum R, Reed-Inderbitzin EF, Daly LM, Sylwester AW, Walker JM, Siess DC, Piatak M Jr, Wang C, Allison DB, Maino VC, Lifson JD, Kodama T, Axthelm MK. (2004). Insufficient Production and Tissue Delivery of CD4+ Memory T Cells in Rapidly Progressive Simian Immunodeficiency Virus Infection. *Journal of Experimental Medicine, 2004,*1299-1314.

229. Klein, S., Burke, L. E., Bray, G. A., Blair, S., Allison, D. B., Pi-Sunyer, X., Hong, Y., & Eckel, R. H. (2004). Clinical Implications of Obesity with Specific Focus on Cardiovascular Disease – A Statement for Professionals from the American Heart Association Council on Nutrition, Physical Activity and Metabolism. *Circulation, 110,* 2952-2967.

230. Barnes, S. & Allison, D. B. (2004). Excitement and realities in microarray analysis of the biological effects of polyphenols. *Pharmaceutical Biology, 42*, 94-101.

231. Tiwari, H. K., Holt, J., George, V., Beasley, T. M., Amos, C. I., & Allison, D. B. (2005). New Joint Covariance- and Marginal-based Tests for Association & Linkage for Quantitative Traits for random and non-random sampling. *Genetic Epidemiology, 28*, 48-57.

232. Mignault D, St-Onge M, Karelis AD, Allison DB, Rabasa-Lhoret R. (2005). Evaluation of the Portable HealthWear Armband: A device to measure total daily energy expenditure in free-living type 2 diabetic individuals. *Diabetes Care*, 28, 225-227.

233. Baskin, M., Ard, J., Franklin, F., & Allison, D. B. (2005). Prevalence of Obesity in the United States. Obesity Reviews, 6, 5-7.

234. Atkinson, R. L., Dhurandhar, N.V., Allison, D. B., Bowen, R. L., Israel, B. A., Albu, J. B., & Augustus, A. S. (2005). Human adenovirus-36 is associated with increased body weight and paradoxical reduction of serum lipids. *International Journal of Obesity*, 29, 281-286.

235. Henderson, D. C., Cagliero, E., Copeland, Pm. M., Borba, C., Evins, E., Hayden, D., Weber, M. T., Anderson, E. J., Allison, D. B., Daley, T., Schoenfeld, D., & Goff, D. C. (2005). Glucose metabolism in schizophrenia patients treated with atypical antipsychotics: A frequently sampled intravenous glucose tolerance test and minimal model analysis. *Archives of General Psychiatry, 62*, 19-28.

236. Coffey, C. S., Gadbury, G. L., Fontaine, K. R., Wang, C., Weindruch, R., & Allison, D. B. (2005). The Effects of Intentional Weight Loss as a Latent Variable Problem. *Statistics in Medicine, 24,* 941-954.

237. Edwards, J. W., Page, G. P., Gadbury, G., Heo, M., Kayo, T., Weindruch, R., & Allison, D. B. (2005). Empirical Bayes (EB) Estimation of Gene-Specific Effects in Microarray Research. *Functional & Integrative Genomics, 5,* 32-39.

238. Olshansky, S. J., Passaro, D., Hershow, R., Layden, J., Carnes, B. A., Brody, J., Hayflick, L., Butler, R. N., Allison, D. B., & Ludwig, D. S. (2005). A Potential Life Expectancy Decline in the United States in the 21st Century? *New England Journal of Medicine, 352*, 1138-1145.

239. Wu, J., McCrory, M. A., Xie, F., Fan, Z., Zakharkin, S. O., George, V., Lange, E., Langefeld, C., Allison, D. B., Cooper, G. S., Kimberly, R. P., & Szalai, A. J. (2005) Single-nucleotide polymorphisms in the C-reactive protein (CRP) gene influence promoter activity and associate with serum CRP. Journal of Molecular Medicine, online first, 1432-1440.

240. Allison, D. B., Cutter, G., Poehlman, E. T., Moore, D. R., & Barnes, S. (2005). Exactly Which Synephrine Alkaloids Does Citrus Aurantium (bitter orange) Contain? *International Journal of Obesity, 29(4):443-446.*

241. Cope, M. B., Nagy, T. R., Fernandez, J. R., Geary, N., Casey, D. E., & Allison, D. B. (2005). Antipsychotic Drug–Induced Weight Gain: Development of an Animal Model. *International Journal of Obesity, 29,* 607-614.

242. Boyer, B. B., Heo, M., Allison, D. B., Lievenstein, N. T., Cho, I. S., Wang, Z., & Heymsfield, S. B. (2004). Comparison of body composition methodologies: determining what is most practical for the hospital, research laboratory or remote field study. *International Journal of Body Composition Research*, 2, 115-124.

243. Vasselli, J. R., Weindruch, R., Heymsfield, S. B., Pi-Sunyer, F. X., Boozer, C. N., Yi, N., Wang, C., Pietrobelli, A., Allison, D. B. (2005). 'Intentional' Weight Loss Reduces Mortality Rate in a Rodent Model of Dietary Obesity. *Obesity Research, 13*(4):693-702.

244. Dwyer, J. T., Allison, D.B., Coates, P. M. (2005). Dietary supplements in weight reduction. *Journal of the American Dietetic Association, 105*, 80-86.

245. Zakharkin, S. O., Belay, A. T., Fernandez, J. R., De Luca, V., Kennedy, J. L., Sokolowski, M., & Allison, D. B. (2005). Lack of Association Between Polymorphism of the Human Cyclic GMP - Dependent Protein Kinase Gene and Obesity. *International Journal of Obesity, 29(7):872-4.*

246. Trivedi, P., Edwards, J. W., Wang, J., Zakharkin, S.O., Gadbury, G.L., Srinivasasainagendra, V., Kim, K., Brand, J. P. L., Mehta, T., Patki, A., Page, G. P., Allison, D.B. (2005). HDBStat!: A platform-independent software suite for statistical analysis of high dimensional biology data. *BMC Bioinformatics, 6,* 86 (10 pages in length).

247. Redden, D. T., Shields, P. G., Epstein, L., Wileyto, E. P., Zakharkin, S. O., Allison, D. B., & Lerman, C. (2005). Association between Catechol-O-Methyl-Transferase (COMT) Functional Polymorphism and Nicotine Dependence. *Cancer Epidemiology, Biomarkers and Prevention, 14,* 1384-1389.

248. Beasley TM, Holt JK, Allison DB. (2005). Comparison of linear weighting schemes for perfect match and mismatch gene expression levels from microarray data. *American Journal of Pharmacogenomics, 5*(3):197-205.

249. Fontaine KR, Heo M and Allison DB. (2005). Obesity and prostate cancer screening in the USA. Public Health, 119:8, August 2005, 694-698. (http://www.sciencedirect.com/science/article/B73H6-4F92462-4/2/c3d332bb0ed08b7e2ef9335dfc46507e).

250. G.R. Hunter, C. Lara-Castro, N.M. Byrne, S.O. Zakharkin, M.-P. St. Onge, & D.B. Allison (2005). Weight loss needed to maintain visceral adipose tissue during aging. *International Journal of Body Composition Research, 3,* 55-61.

251. Tiwari, H. K., Bouchard, L., Perusse, L., & Allison, D. B. (2005). Is GAD2 on Chromosome 10p12 a Potential Candidate Gene for Morbid Obesity?" *Nutrition Reviews, 63(9):315-319.*

252. Lee YH, Nair S, Rousseau E, Allison DB, Page GP, Tataranni PA, Bogardus C, Permana PA. (2005). Microarray profiling of isolated abdominal subcutaneous adipocytes from obese vs non-obese Pima Indians: increased expression of inflammation-related genes. *Diabetologia 48*: 1776-1783.

253. Garge NR, Page GP, Sprague AP, Gorman BS, Allison DB. (2005). Reproducible clusters from microarray research: whither? *BMC Bioinformatics,* Jul 15;6 Suppl 2:S10.

254. Boggiano, M. M., Chandler, P. C., Oswald, K. D., Rodgers, R. J., Blundell, J. E., Ishii, Y., Beattie, A. H., Holch, P., Allison, D. B., Schindler, M., Arndt, K., Rudolf, K., Mark, M., Schoelch, C., Joost, H. G., Klaus, S., Thöne-Reineke, C., Benoit, S. C., Seeley, R. J., Beck-Sickinger, A. G., Koglin, N., Raun, K., Madsen, K., Wulff, B. S., Stidsen, C. E., Birringer, M., Kreuzer, J., Deng, X. Y., Whitcomb, D. C., Halem, Taylor, J., Dong, J., Datta, R., Culler, M., Ortmann, S., Castañeda, T. R., & Tschöp, M. (2005). PYY3-36 as an anti-obesity drug target. *Obesity Reviews, 6,* 307-322.

255. De Luca, M., Yi, N., Allison, D. B., Leips, J., Ruden, D. M. (2005). Mapping Quantitative Trait Loci Affecting Variation in Drosophila Triacylglycerol Storage. *Obesity Research, 13,* 1596-1605.

256. Beasley, T. M., Wiener, H., Zhang, K., Bartolucci, A. A., Amos, C. I., & Allison, D. B. (2005). Empirical Bayes Method for Incorporating Data from Multiple Genome Scans. *Human Heredity;*60: 36-42.

257. Zakharkin SO, Kim K, Mehta T, Chen L, Barnes S, Scheirer KE, Parrish RS, Allison DB, Page GP. (2005). Sources of variation in Affymetrix microarray experiments. *BMC Bioinformatics, 6*: 214.

258. Franks, P. W., Ravussin, E., Hanson, R. L., Harper, I. T., Allison, D. B., Knowler, W. C., Tataranni, P. A., & Salbe, A. D. (2005). Habitual physical activity in children: the role of genes and the environment. *American Journal of Clinical Nutrition*, *82*, 901-908.

259. Yi, N., Yandell, B. S., Churchill, G. A., Allison, D. B., Eisen, E. J., & Pomp, D. (2005). Bayesian Model Selection for Genome-Wide Epistatic QTL Analysis. *Genetics, 170*(3):1333-44.

260. Matsuoka, N., Patki, A., Tiwari, H. K., Allison, D. B., Johnson, S. B., Gregersen, P. K., Leibel, R. L., & Chung, W. K. (2006). Association of K121Q polymorphism in ENPP1 (PC-1) with BMI in Caucasian and African-American adults. *International Journal of Obesity, 30,* 233-237.

261. Higami Y, Barger JL, Page GP, Allison DB, Smith SR, Prolla TA, Weindruch R. (2006). Energy restriction lowers the expression of genes linked to inflammation, the cytoskeleton, the extracellular matrix, and angiogenesis in mouse adipose tissue. *Journal of Nutrition,136(2)*, 343-52.

262. Haaz, S., Fontaine, K. R., Cutter, G., Limdi, N., Perumean-Chaney, S., & Allison, D. B. (2006). Citrus Aurantium and Synephrine Alkaloids in the Treatment of Overweight and Obesity: An Update. *Obesity Reviews, 7(1)*:79-88.

263. Ard, J. D., Desmond, R. A., Allison, D. B., & Conway, J. M. (2006). Dietary restraint and disinhibition do not affect accuracy of 24-hour recall in a multiethnic population. *Journal of the American Dietetic Association, 106*: (3) 434-437.

264. Yi, N., Zinniel, D. K., Kim, K., Eisen, E. J., Bartolucci, A., Allison, D. B., Pomp, D. (2006). Bayesian Analyses of Multiple Epistatic QTL Models for Body Weight and Body Composition in Mice. *Genetics, 87(1)*:45-60.

265. Kim, K., Page, G. P., Beasley, T. M., Barnes, S., Scheirer, K. E., & Allison, D. B. (2006). A Proposed Metric for Assessing the Measurement Quality of Individual Microarrays. *BMC Bioinformatics,* Jan 23;7:35.

266. Page, G. P., Edwards, J., W., Yelisetti, P., Wang, J., Trivedi, P., & Allison, D. B. (2006). The PowerAtlas: A Power and Sample Size Atlas for Microarray Experimental Design and Research. *BMC Bioinformatics, Feb 22;7:84.*

267. Allison, D. B., Cui, X., Page, G. P, & Sabripour, M. (2006). Microarray Data Analysis: From *Dis*-array to Consolidation & Consensus. *Nature Reviews Genetics, 7, 55-65.*

268. Wilson NA, Reed J, Napoe GS, Piaskowski S, Szymanski A, Furlott J, Gonzalez EJ, Yant LJ, Maness NJ, May GE, Soma T, Reynolds MR, Rakasz E, Rudersdorf R, McDermott AB, O'connor DH, Friedrich TC, Allison DB, Patki A, Picker LJ, Burton DR, Lin J, Huang L, Patel D, Heindecker G, Fan J, Citron M, Horton M, Wang F, Liang X, Shiver JW, Casimiro DR, Watkins DI. (2006). Vaccine-Induced Cellular Immune Responses Reduce Plasma Viral Concentrations after Repeated Low-Dose Challenge with Pathogenic Simian Immunodeficiency Virus SIVmac239. *Journal of Virology, 80*, 5875-5885.

269. Gadde, K. M. & Allison, D. B. (2006). Cannabinoid-1 Receptor Antagonist, Rimonabant, for Management of Obesity and Related Risks. *Circulation, 114,* 974-984.

270. Redden, D. T., & Allison, D. B. (2006). The Effect of Assortative Mating upon Genetic Association Studies: Spurious Associations and Population Substructure in the Absence of Admixture. *Behavior Genetics, 36,* 678-686.

271. Fernandez JR, Willig AL, Jones A, Shriver MD, Beasley TM, Albu J, Allison DB. (2006). Genetic Admixture is Associated with Visceral Adipose Tissue in Puerto Rican Women. *International Journal of Body Composition Research, 4*:(3), 137-143.

272. Musani, S. K., Halbert, N. D., Redden, D. T., Allison, D. B., Derr, J. N. (2006). Marker genotypes, population admixture, and their association with body weight, height, and relative body mass in U.S. federal bison herds. *Genetics, 174(2):775-83*.

273. Gadde, K. M., Yonish, G. M., Wagner, H. R., Foust, M. S., & Allison, D. B. (2006). Atomoxetine for weight reduction in obese women: A preliminary randomised controlled trial. *International Journal of Obesity, 30*(7):1138-42.

274. Keith, S., Redden, D. T., Katzmarzyk, P., Boggiano, M. M., Hanlon, E. C., Benca, R. M., Ruden, D., Pietrobelli, A., Barger, J., Fontaine, K. R., Wang, C., Aronne, L. J., Wright, S., Baskin, M., Dhurandhar, N., Lijoi, M. C., Grilo, C. M., De Luca, M., Westfall, A. O., & Allison, D. B. (2006). Putative Contributors to the Secular Increase in Obesity: Exploring the Roads Less Traveled. *International Journal of Obesity, 30*(11):1585-94.

275. Zhang, K., Wiener, H., Beasley, T. M., George, V., Amos, C. I., & Allison, D. B. (2006). An Empirical Bayes Method for Updating Inferences in Analysis of Quantitative Trait Loci Using Information from Related Genome Scans. *Genetics, 173*(4):2283-96.

276. Limdi NA, Beasley TM, Allison DB, Rivers CA, & Acton RT. (2006). Racial differences in the prevalence of Factor V Leiden mutation among patients on chronic warfarin therapy. *Blood Cells, Molecules and Disease, 37*(2):100-6.

277. Redden, D. T., Divers, J., Vaughan, L. K., Tiwari, H. K., Beasley, T. M., Fernandez, J. R., Kimberly, R. P., Feng, R., Padilla, M., Liu, N., Miller, M. B., Allison, D. B. (2006). Regional admixture mapping and structured association testing: conceptual unification and an extensible general linear model. *PloS Genetics, Aug 25;2(8):e137*.

278. Zakharkin SO, Kim K, Bartolucci AA, Page GP, and Allison DB.  (2006) Optimal Allocation of Replicates for Measurement Evaluation Studies. *Genomics, Proteomics & Bioinformatics, 4*(3),196-202.

279. Hu, J., Redden, D. T., Berrettini, W. H., Shields, P. G., Restine, S. L., Pinto, A., Lerman, C., & Allison, D. B. (2006). No Evidence for a Major Role of Five Candidate Polymorphisms with Weight Gain during Bupropion Treatment for Smoking Cessation. *Obesity Research, 14*(11):1863-7.

280. Rikke BA, Battaglia ME, Allison DB, Johnson TE. (2006). Murine weight loss exhibits significant genetic variation during dietary restriction. *Physiological Genomics, 27*(2):122-30.

281. Mehta, T., Zakharkin, S., Gadbury, G. L., & Allison, D. B. (2006). Epistemological Issues in Omics and High-Dimensional Biology: Give the People What They Want. *Physiological Genomics, 28 (1)*: 24-32.

282. DelParigi A, Page GP, Allison DB, Beach T, Stephan DA, Reiman EM, & Tataranni A. (2006). Neuroimagenomics for the study of human obesity. *Immunology, Endocrine & Metabolic Agents in Medicinal Chemistry, 6*; 75 - 80.

283. Grunda JM, Nabors LB, Palmer CA, Chhieng DC, Steg AD, Mikkelsen T, Diasio RB, Zhang K, Allison DB, Grizzle WE, Wang W, Gillespie Y, & Johnson MR.  (2006) lIncreased expression of thymidylate synthetase (TS), ubiquitin specific protease 10 (USP10) and survivin is associated with poor survival in glioblastoma multiforme (GBM). *Journal of Neuro-Oncology, 80*(3):261-74.

284. Musani SK, Zhang HG, Hsu HC, Yi N, Gorman BS, Allison DB, & Mountz JD. (2006). Principal component analysis of quantitative trait loci for immune response to adenovirus in mice. *Hereditas,*143:189-97.

285. Ard JD, Fitzpatrick S, Desmond R, Sutton B, Pisu M, Allison DB, Franklin F, Baskin M. (2007). The Impact of Fruit and Vegetable Cost on Availability in the Home. *American Journal of Public Health, 97*(2):367-72.

286. Chung C, Lee W, Loffredo JT, Burwitz B, Friedrich TC, Giraldo Vela JP, Napoe G, Rakasz EG, Wilson NA, Allison DB, Watkins DI. (2007). Not all cytokine-producing CD8+ T-cells suppress simian immunodeficiency virus replication. *Journal of Virology, 81,* 1517-1523.

287. Musani, S. K., Shriner, D., Liu, N., Feng, R., Coffey, C. S., Yi, N., Tiwari, H. K., Allison, D. B. (2007). Detection of Gene x Gene Interactions in Genome-Wide Association Studies of Human Population Data. *Human Heredity, 63*(2):67-84.

288. Sacha JB, Chung C, Rakasz EG, Spencer SP, Jonas AK, Bean AT, Lee W, Burwitz BJ, Stephany JJ, Loffredo JT, Allison DB, Adnan S, Hoji A, Wilson NA, Friedrich TC, Lifson JD, Yang OO, Watkins DI. Gag-Specific CD8+ T Lymphocytes Recognize Infected Cells before AIDS-Virus Integration and Viral Protein Expression. J Immunol. 2007 Mar 1;178(5):2746-54.

289. Faith, M. S., Fontaine, K. R., Baskin, M. L., & Allison, D. B. (2007). Toward the reduction of population obesity: macrolevel environmental approaches to the problems of food, eating, and obesity. *Psychological Bulletin, 133*(2):205-226.

290. St-Onge M, Mignault D, Allison DB, Rabasa-Lhoret R. (2007). Evaluation of a portable device to measure daily energy expenditure in free-living adults. *American Journal of Clinical Nutrition, 85*(3):742-749.

291. Forshee, R. A., Storey, M. L., Allison, D. B., Ginsmann, W. H., Hein, G. L., Lineback, D. R., Miller, S. A., Nicklas, T. A., Weaver, G. A., White, J. S. (in press). A critical examination of the evidence relating high fructose corn syrup and weight gain. *Critical Reviews in Food Science and Nutrition.*

292. Cope, M. B., Jumbo-Lucioni, P., Walton, R. G., Kesterson, R. A., Allison, D. B., Nagy, T. R. (2007). No effect of dietary fat on short-term weight gain in mice treated with atypical antipsychotic drugs. International Journal of Obesity, 31, 1014-1022.

293. Brand, J. P. L., Chen, L., Cui, X., Bartolucci, A. A., Page, G. P., Kim, K., Barnes, S., Srinivasasainagendra, V., Beasley, T. M., & Allison, D. B. (2007). An Adaptive Alpha-spending Algorithm Improves the Power of Statistical Inference in Microarray Data Analysis.          Bioinformatician,          1(10):          384-389. (http://www.bioinformation.net/001/009100012007.pdf).

294. Greenberg, J. A., Allison, D. B., Kevin Fontaine, K. R. (in press). Putative Biases in Estimating Mortality Attributable to Obesity in the U.S. Population. *International Journal of Obesity.*

295. St-Onge, M., Aban, I., Bosarge, A., Gower, B., Hecker, K. D., & Allison, D. B. (in press). Consuming Snack Chips Fried in Corn Oil Improves Cardiovascular Risk Factors When Substituted For Other Low-Fat or High-Fat Snacks. *American Journal of Clinical Nutrition.*

296. Elobeid, M., Desmond, R., Keith, S. W., & Allison, D. B. (in press). Waist Circumference Values are Increasing Beyond that Expected from Body Mass Index Increases. *Obesity.*

297. Silva, A. M., Wang, J., Pierson, R. N., Wang, Z., Spivack, J., Allison, D. B.,Heymsfield, S. B., Sardinha, L. B., & Heshka, S. (2007). Extracellular Water Across the Adult Lifespan: Reference Values for Adults. *Physiological Measurement, 28,* 489-502.

298. Wu, X., Wang, J., Cui, X., Maianu, L., Rhees, B., Rosinski, J., So, W. V., Willi, S. M., Osier, M. V., , Hill, H. S., Page, G. P., Allison, D. B., Martin, M., Garvey, W. T. (in press). The Effect of Insulin on Expression of Genes and Biochemical Pathways in Human Skeletal Muscle. *Endocrine.*

299. Butsch WS, Ard JD, Allison DB, Patki A, Henson CS, Rueger MM, Hubbert KA, Glandon GL, Heimburger DC. (in press). Effects of a reimbursement incentive on enrollment in a weight control program. *Obesity*.

300. Klein S, Allison DB, Heymsfield SB, Kelley DE, Leibel RL, Nonas C, Kahn R. (2007). Waist Circumference and Cardiometabolic Risk: A Consensus Statement from Shaping America's Health: Association for Weight Management and Obesity Prevention; NAASO, The Obesity Society; the American Society for Nutrition; and the American Diabetes Association. *Obesity, 15(5)*:1061-7.

> Also published as: Klein S, Allison DB, Heymsfield SB, Kelley DE, Leibel RL, Nonas C, Kahn R. Waist circumference and cardiometabolic risk: a consensus statement from Shaping America's Health: Association for Weight Management and Obesity Prevention; NAASO, The Obesity Society; the American Society for Nutrition; and the American Diabetes Association. Am J Clin Nutr. 2007 May;85(5):1197-202.

> And as: Klein S, Allison DB, Heymsfield SB, Kelley DE, Leibel RL, Nonas C. Waist Circumference and Cardiometabolic Risk. Diabetes Care. 2007 Apr 10; [Epub ahead of print].

301. Cope, M. B., Erdman, J. W., & Allison, D. B. (in press). The Potential Role of Soyfoods in Weight and Adiposity Reduction: An Evidenced Based Review. *Obesity Reviews*.

302. Divers, J., Vaughan, L. K., Padilla, M., Fernandez, J. R., Allison, D. B., & Redden, D. T. (in press). Correcting for measurement error in individual ancestry estimates in structured association tests. *Genetics*.

303. Shikany, J. M., Barash, J., Redden, D. T., Westfall, A. O., Heimburger, D. C., Henson, C. S, & Allison, D. B. (In press). Even the Experts Can't Agree: Divergence in Popular Diets Relative to Diets Consumed by Americans, and Implications for Diet Selection. *Medscape General Medicine*.

304. Keith, S. W. Wang, C., Fontaine, K. R., Cowan, C. D., Allison, D. B. (in press). Body Mass Index and Headache among Women: Results from 11 Epidemiologic Datasets and Over 200,000 Participants. *Obesity*.

## Books and Book Chapters

1. Tighe, A., Allison, D. B., Kral, J., & Heymsfield, S. B. (1993). Nutritional support of obese patients. In J. L. Rombeau and M. D. Caldwell (Eds.), *Parenteral Nutrition*, Vol. I, Second Edition, (pp. 716-736). Philadelphia: W. B. Saunders.

2. Yuker, H. E., & Allison, D. B. (1994). Obesity: Socio-Cultural Perspectives. In L.A. Alexander & D. B. Lumsden (Eds.), *Understanding eating disorders*, pp. 243-270. Washington DC: Taylor & Francis.

3. Allison, D. B., & Pi-Sunyer, F. X. (Eds). (1995). *Obesity Treatment: Establishing Goals, Improving Outcomes, and Reviewing the Research Agenda*. Proceedings of a NATO Advanced Research Workshop. New York: Plenum Press. In addition to co-editing the volume, I authored or co-authored the following chapters.

4. Pi-Sunyer, F. X., & Allison, D. B. Chapter 1 - *Introduction*.

5. Allison, D. B., & Engel, C. If we live in a deterministic world, why can't we predict treatment outcome?

6. McArdle, J. J., & Allison, D. B. Growth and Change Modeling of Incomplete Repeated Measures Data in Obesity research.

7. Allison, D. B. (1995). Methodological Issues in Obesity Research with Examples from Biometrical Genetics. Proceedings of the symposium Obesity and Weight Control: Advances

in the Medical and Psychosocial Management of the Nation's most Prevalent Life-Threatening Illness (pp. 122-132). Philadelphia: The Charles Press.

8. Allison, D. B. (Ed.). (1995). *Handbook of Methods for the Assessment of Eating Behaviors and Weight Related Problems*. Newbury Park, CA: Sage Publications. In addition to editing the volume, I authored or co-authored the following chapters.

   9. Allison, D. B. Chapter 1 - *Introduction*.

   10. Yuker, H. E., Allison, D. B., & Faith, M. Chapter 2 - Attitudes toward and beliefs about obesity and obese persons.

   11. Gorman, B. S., & Allison, D. B. Chapter 6 - *The Measurement of Dietary Restraint*.

   12. Heymsfield, S. B., Allison, D. B., Heshka, S., & Pierson, R. N. Chapter 16 - *The Assessment of Body Composition*.

13. Faith, M., & Allison, D. B. (1996). Assessment of psychological status among obese persons. In J. K. Thompson (Ed.). *Body image, eating disorders, and obesity: An integrative guide to assessment and treatment*, (pp. 365-387). Washington, D.C.: American Psychological Association.

14. Allison, D. B., & Engel, C. (1996). *Obesity prevention: theoretical and methodological issues*, (pp. 607-612). Progress in Obesity Research: 7. In A. Angel, H. Anderson, C. Bouchard, D. Lau, L. Leiter, & R. Mendelson (Eds). London, England: John Libbey & Company Ltd.

15. Faith, M.S., Allison, D.B., & Geliebter, A. (1997). Emotional Eating and Obesity: Theoretical Considerations and Practical Recommendations (pp. 430-465). In S. Dalton (Ed.) *Overweight and Weight Management*. Gaithersburg, MD: ASPEN Publications.

16. Allison, D.B., Cappelleri, J.C., & Carpenter, K.M. (1997). Design and Analysis of Obesity Treatment and Prevention Trials (pp. 557-597). In S. Dalton (Ed.) *Overweight and Weight Management*. Gaithersburg, MD: ASPEN Publications.

17. Franklin, R.D., Allison, D.B. & Gorman, B.S. (Eds.) (1997). *Methods for the Design and Analysis of Single-Case Research*. Hillsdale, NJ: Lawrence Erlbaum Publishing. In addition to co-editing the volume, I authored or co-authored the following chapters

   18. Franklin, R.D., Allison, D. B., & Gorman, B.S. Chapter 1 - *Introduction*.

   19. Primavera, L.H., Allison, D. B. & Alfonso, V.C. *Measurement of Dependent Variables*.

   20. Franklin, R.D., Gorman, B.S. & Allison, D.B. Errors of Inference Associated with Visual Inspection.

   21. Gorman, B.S. & Allison, D.B. *Statistical Alternatives*.

   22. Allison, D.B., Gorman, B.S. & Faith, M. Evaluation of Single Case Designs for Meta-Analysis.

   23. Beasley, M., Allison, D.B. & Gorman, B.S. The potentially confounding effects of cyclicity: Identification and Prevention.

   24. Silverstein, J.M., Allison, D.B. & Gorman, B.S. Early Stopping Rules and Power Analysis for N=1 Designs.

   25. Franklin, R.D., Allison, D.B. & Gorman, B.S. Integrating Statistical and Single Case Analysis in Clinical Evaluation.

26. Faith, M.S., Pietrobelli, A., Allison, D.B. & Heymsfield, S.B. (1997). Prevention of pediatric obesity. In A. Bendich & R. Deckelbaum (Eds.) *Preventive Nutrition: The Guide for Health Professionals* (pp. 471-486). Totowa, NJ: Humana Press, Inc.

27. Heymsfield, S.B., Allison, D. B., Wang, Z., Baumgartner, R. N., & Ross, R. (1998). Evaluation of Total and Regional Body Composition. In Bray, G. A., Bouchard, C., & James, W.P.T. (Eds.). *Handbook of Obesity,* (pp 41-78). New York: Marcel Dekker, Inc.

28. Nathan, J., & Allison, D. B. (1998). Psychological and physical assessment of persons with eating disorders. In H. W. Hoek, J. L. Treasure, & M. A. Katzman (Eds.) *Neurobiology in the Treatment of Eating Disorders,* (pp. 47-96). New York: John Wiley & Sons.

29. Allison, D. B. & Faith, M.S. (2000). The Concept of Genome-wide power and a consideration for its use in mapping polygenic traits: The example of sib-pairs. In T. Spector, H. Snieder, & AJ MacGregor (Eds.). *Advances in Twin and Sib-pair Analysis,* Oxford University Press, Oxford, pp. 181-187.

30. Heymsfield, S. B., Choban, P. S., Allison, D. B., & Flancbaum, L. (2000). Nutritional support of the obese patient. In J. L. Rombeau and R. H. Rolandelli (Eds.), Parenteral Nutrition, Third Edition, (pp. 407-428). Philadelphia: W. B. Saunders.

31. Allison DB, Matz PE, Pietrobelli A, Zannolli R, Faith MS. (2001) Genetic and environmental influences on obesity. In Bendich A, Deckelbaum RJ (eds.), Primary and Secondary Preventive Nutrition. Totowa, NJ: Humana Press. (pp. 147-164).

32. Faith, M. S., Matz, P. E., & Allison, D. B. (2003). Psychosocial correlates and consequences of obesity. In R. Andersen (Ed.), Obesity: Etiology, Assessment, Treatment and Prevention. Champaign IL: Human Kinetics Publishers.

33. Bulik, C. M., & Allison, D. B. (2002). Constitutional Thinness and Resistance to Obesity. In K. D. Brownell & C. Fairburn (eds.), Eating Disorders and Obesity : A Comprehensive Handbook (2nd edition). New York: Guilford Press. (pp. 22-25).

34. Fontaine, K. R., & Allison, D. B. (2002). Obesity & The Internet. In K. D. Brownell & C. Fairburn (eds.), Eating Disorders and  Obesity : A Comprehensive Handbook (2nd edition). New York: Guilford  Press. (pp. 609-612).

35. Faith, M.S., Saelens, B. E., Wilfley, D. E., & Allison, D. B. (2001). Behavioral Treatment of Childhood and Adolescent Obesity: Current Status, Challenges, and Future Directions. In J. Kevin Thompson & Linda Smolak (eds.) Body Image, Eating Disorders, and Obesity in Youth (pp 313-340). American Psychological Association, Washington, DC.

36. Bray, M. S. & Allison, D. B. (2001). Obesity Syndromes. In J. B. Owen, J. L. Treasure, & D. A., Collier (Eds.) Animal models - Disorders of eating behavior and body composition disorders. Kluwer Academic Publishers: Dordrecht, The Netherlands, pp. 1-18.

37. Allison, D. B., Heo, M., Fontaine, K. R., & Hoffman, D. J. (2001). Body weight, body composition and longevity. In P. Bjorntorp (Ed.). International Textbook of Obesity, pp 31-48. John Wiley & Sons, New York.

38. Allison, D. B. (2002). Antipsychotic drugs. In L.. J. Aronne (Ed.) A practical guide to drug-induced weight gain. McGraw-Hill: Minneapolis.

39. Cheung KH, White K, Hager J, Gerstein M, Reinke V, Nelson K, Masiar P, Srivastava R, Li Y, Li J, Li J, Zhao H, Allison DB, Snyder M, Miller P, Williams K. YMD: A microarray Database for Large-scale Gene Expression Analysis. Proc American Medical Informatics Association (AMIA) Symp 2002;:140-4.

40. Hoffman, D. J., Huber-Miller, R., K., Allison, D. B., Wang, Z., Shen, W. Heymsfield, S. B. (2003). Human Body Composition. In R. Eckel (Ed.) *Obesity: Mechanisms & Clinical Management.* New York: Elsevier, pp. 103-127.

41. Allison, D. B., Pietrobelli, A., Faith, M. S., Fontaine, K. R., Gropp, E., Fernández, J. R. (2003). Genetic Influences on Obesity. In R. Eckel (Ed.) *Obesity: Mechanisms & Clinical Management.* New York: Elsevier, pp. 31-74.

42. Fontaine, K. R., & Allison, D. B. (2004). Obesity & Mortality Rates. In C. Bouchard, W. P. T. James, & Bray, G. A. (eds.), Handbook of Obesity (2nd edition). New York: Marcel Dekker, Inc. pp. 767-785.

43. Cope, M. B., Fernández, J. R., & Allison, D. B. Genetic and Biological Risk Factors. In: Handbook of eating disorders and obesity. Thompson, J. Kevin; Hoboken, NJ, US: John Wiley & Sons, Inc, 2004. pp. 323-338.

44. Heymsfield, S. B., Shen, W., Wang, Z., Baumgartner, R. N., Allison, D. B., & Ross, R. (2004). Evaluation of total and regional adiposity. In C. Bouchard, W. P. T. James, & Bray, G. A. (eds.), Handbook of Obesity (2nd edition). New York: Marcel Dekker, Inc., pp 33-79.

45. Allison, D. B. (2003). Obesity Research From Genome To Population: An Integrative View. In G. Medeiros-Neto, A. Halpern, & C. Bouchard (Eds.). Progress in Obesity Research: 9. London, England: John Libbey & Company Ltd. Pages 3-9.

46. St-Onge, M., Page, G. P., DeLuca, M., Zhang, K., Kim, K., Heymsfield, S. B., & Allison, D. B. (2004). Design & Analysis of Microarray Studies for Obesity Research. In C. D. Berdanier (Ed.) & N. Moustaid Moussa (Ed.). Genomics and Proteomics in Nutrition (Nutrition in Health and Disease) (pp. 145-204), Marcel Dekker, New York.

47. Elamin, S., Faith, M. S., De Luca, M., Pietrobelli, A., Matz, P. E., Zannolli, R., Allison, D. B. (in press). Genetic and Environmental Influences on Obesity. In A. Bendich & R. Deckelbaum (Eds.) Preventive Nutrition: The Guide for Health Professionals (2nd Edition). Totowa, NJ: Humana Press, Inc.

48. Tiwari, H. K., George, V., Allison, D. B., & Beasley, T. M. (in press). Multifactorial Inheritance and Complex Diseases. In Rimoin et al: Principles and Practice of Medical Genetics, 5th Edition.

49. Faith MS, Calamaro CJ, Pietrobelli A, Dolan MS, Allison DB, Heymsfield SB. (2005) Prevention of Pediatric Obesity: Examining the Issues and Forecasting Research Directions. In Bendich A and Deckelbaum RJ. (Eds.) Prevention Nutrition: The Comprehensive Guide for Health Professionals 3rd ed., (pp. 321-343). Humana Press, Totowa, NJ.

50. Allison, D. B., Page, G. P., Beasley, T. M., & Edwards, J. (Eds) (2005). DNA Microarrays and Related Genomics Techniques: Design, Analysis, and Interpretation of Experiments. Chapman & Hall/CRC Press. In addition to editing the book, I co-authored the following chapters.

  51. Zakharkin, S. O, Mehta, T., Tanik, M., & Allison, D. B. Epistemological Foundations of Statistical Methods for High-Dimensional Biology. Pages 57-75.

  52. Gadbury, G. L, Xiang, Q., Edwards, J. W, Page, G. P, & Allison, D. B.; The Role of Sample Size on Measures of Uncertainty and Power. Pages 77-94.

53. McElroy, S. L., Allison, D. B., & Bray, G. A. (Eds.) (2006). Obesity and Mental Disorders. Taylor & Francis. New York.

54. Barnes S, Allison DB, Page GP, Carpenter M, Gadbury GL, Meleth S, Horn-Ross PM, Kim H, Lamartinere CA. (2006). Genistein and polyphenols in the study of cancer prevention: chemistry biology statistics and experimental design. In Jim Kaput & Raymond L Rodriquez (Eds.), Nutrional Genomics, pp. 305-329. Hoboken NJ: John Wiley & Sons, Inc.

55. Tiwari HK, T. Beasley M, George V, Allison DB (2007). Multifactorial Inheritance and Complex Diseases. Emery and Rimoin's Principles and Practice of Medical Genetics, 5th edition, Rimoin, Connor, Pyeritz, and Korf (Eds). Vol 1, pp 299-306, Elsevier Ltd., Philadelphia, PA.

56. Haaz S, Fontaine KR,. & Allison DB. (2007). Bitter Orange (Citrus aurantium). Encyclopedia of Dietary Supplements, 1 (1), 978-0-8247-5504-1. Retrieved April 19, 2007, from http://www.informaworld.com/10.1081/E-EDS-120042356

57. Wang C, Baumgartner RN, Allison DB. (in press). Genetics of Human Obesity. In Carolyn Berdanier PhD & Johanna Dwyer DSc RD (Eds.), *Handbook of Nutrition and Food, Second Edition.* CRC Press.

58. Redden DT, Divers J, Vaughan LK, Padilla M, Musani S, Tiwari HK, & Allison DB (in press). "Methodologic Challenges in Genetic Studies of Obesity." In Thorkild I. A. Sørenson (Ed.) Genetics of Obesity.

## OTHER PUBLICATIONS

1. Allison, D. B. (1990). On the limits of further empirical evidence for deciding the debate over aversives. *The Behavior Therapist, 13,* 147-148.

2. Allison, D. B. (1990). *Toward an Empirically Derived Typology of Obese Persons.* Doctoral Dissertation available through UMI.

3. Allison, D. B., Basile, V. C., & Yuker, H. E. (1991). *The Attitudes Toward Obese Persons Scale.* (Health and Psychosocial Instruments on-line database record). Pittsburgh, PA: Behavioral Measurement Database Services (Producer). McLean, VA: BRS Search Service (on-line Vendor).

4. Allison, D. B., Basile, V. C., & Yuker, H. E. (1991). *The Beliefs About Obese Persons Scale.* (Health and Psychosocial Instruments on-line database record). Pittsburgh, PA: Behavioral Measurement Database Services (Producer). McLean, VA: BRS Search Service (on-line Vendor).

5. Allison, D. B., Alfonso, V. C., & Dunn, G. M. (1991). The Extended Satisfaction With Life Scale. *The Behavior Therapist, 14,* 15-16.

6. Allison, D. B., & Silverstein, J. M. (1991, May). *Scaling aversiveness of behavior decelerative procedures: Perceptions of staff working with developmentally disabled persons.* Educational Resources Information Center (ERIC) database and abstract journal.

7. Allison, D. B. (1992). A review of *Body Image Disturbance* by J. Kevin Thompson. *Behavior Change, 9,* 52-53.

8. Allison, D. B. (1992). A review of *Psychoanalytic Terms & Concepts* edited by Moore and Fine. *American Journal of Psychiatry, 149,* 699.

9. Allison, D. B. (1992). A review of *Behavioral Medicine* by Tunks and Bellissimo. *Canadian Journal of Psychiatry, 37,* 220.

10. Allison, D. B. (1992). A review of *Beyond Dieting* by Donna Ciliska. *The Behavior Therapist, 15,* 131-132.

11. Allison, D. B., & Heymsfield, S. B. (1993). A review of *Obesity: Theory & Therapy* by Albert J. Stunkard and Thomas A. Wadden. *Journal of Parenteral and Enteral Nutrition, 17,* 396.

12. Allison, D. B., & Pi-Sunyer, F. X. (1994). New Developments in Obesity. *The Sciences,* May/June, 38-43.

13. Allison, D. B. (1994). Assessing Nutrition Epidemiology Reports. An invited review and commentary for Nabisco's *Nutrition Updates* (Winter Issue).

14. Allison, D. B., & Heymsfield, S. B. (1994). A review of *The Obese Child* Edited by P.L. Giorgi, R.M. Suskind, & C. Catassi. *Journal of Parenteral and Enteral Nutrition, 18,* 89.

15. Allison, D. B., & Heymsfield, S. B. (1994). A review of *Obesities* by Jean Vague. *Journal of Parenteral and Enteral Nutrition, 18,* 87.

16. Allison, D. B., Wolper, C., & Heymsfield, S. B. (1994). A review of *Improving the Long-Term Management of Obesity* by Michael G. Perri, Arthur M. Nezu, & Barbara J Viegener, *Journal of Parenteral and Enteral Nutrition, 18,* 88.

17. Allison, D. B., & Pi-Sunyer, F. X. (1995). *Obesity Treatment: Examining the Premises.* An invited review for *Endocrine Practice, 1,* 353-364.

18. Heymsfield, S. B., Darby, P., Siegler, L., Gallagher, D., Wolper, C., & Allison, D. B. (1995). The calorie: Myth, measurement, and reality. *American Journal of Clinical Nutrition, 62(5S),* 1034S-1041S,

19. Allison, D. B. (1995). Commentary on Holman, Goldstein, and Enas. [Letter to the editor]. *International Journal of Obesity.*

20. Allison, D. B. & Heymsfield, S.B. (1995). A review of *Obesity in Europe - '94. Journal of Parenteral and Enteral Nutrition, 19,* 424.

21. Allison, D. B. (1996). The Genetics of Human Obesity. *Weight Control Digest, 6,* 506-510.

22. Edlen-Nezin, L. & Allison, D.B. (1996). Metabolism and Body Weight. *Weight Control Digest, 6,* 530-532.

23. Allison, D. B. & Faith, M. S. (1996). A review of *Social Aspects of Obesity* by I de Garine & N. J. Pollock (Eds.). *American Journal of Epidemiology, 144,* 712-714.

24. Faith, M.S. & Allison, D.B. (1997). Obesity and Physical Health: Looking for Shades of Gray. *Weight Control Digest, 6,* 345-352.

25. Faith, M. S., & Allison, D. B. (1997). A review of *Obesity: Advances in Understanding and Treatment. SSIBlings:* Newsletter of the Society for the Study of Ingestive Behavior, *10,* 4-5.

26. Allison, D. B., & Faith, M. S. (1997). Introduction to special issue. *Behavior Genetics, 27,* 273-276.

27. Albu, J., Allison, D., Boozer, C. N., Heymsfield, S. B., Kissileff, H., Krester, A., Krumhar, K., Leibel, R., Nonas, C., Pi-Sunyer, X., VanItallie, T., & Wedral, E. (1997). Obesity Solutions: Report of a Meeting. *Nutrition Reviews, 55,* 150-156.

28. Allison, D. B., & Heo, M. (1997). MEETING BRIEF: Advancing the Genetics of Obesity Strategies and Methods. *HMS-Beagle* (on-line journal), August 15, 1997 · Issue 14.

29. Allison, D. B., & Siemon, D. N. (1997). Body Weight and Mortality: A Lesson in Complexity. *HMS-Beagle* (on-line journal), August 15, 1997 · Issue 14.

30. Pietrobelli, A., Allison, D. B., & Heymsfield, S. B. (1997). Practical, low-cost body-composition assessments. *Weight Control Digest, 7,* 675-677.

31. Cheskin, L. J., & Allison, D. B. (1997). Weighing the Case Against Phen-Fen. *HMS-Beagle* (on-line journal), October, 1997 · Issue 19.

32. Faith, M.S. & Allison, D.B. (1997). Barriers to Weight Control in Children. *Weight Control Digest, 7,* 650-654.

33. Mentore, J. L., Heo, M., & Allison, D. B. (1998). Antipsychotic drugs and weight gain. *Weight Control Digest, 8(1),* 690-692.

34. Allison, D. B., & Faith, M. S. (1998). Genetic and environmental influences on obesity: Implications for the behavior therapist. *Obesity and Eating Disorders Special Interest Group (of AABT) Newsletter, 12,* 1-2.

35. Allison, D. B., Lee, M. J., & Gorman, B. S. (in press). The Dimensionality of Punishment: Exploratory Inquiry into the Perceptions of Professionals Working with Disturbed Children. *The Psychiatric Forum.*

36. Yu, S., Kris-Etherton, P. M., & Allison, D. B. (in press). Dietary saturated and trans fatty acids, cholesterol, and 25-year mortality from coronary heart disease: The Seven Countries Study. *Perspectives in Applied Nutrition.*

37. Allison, D. B., & Rha, S. S. (1998). Getting a feel for body mass index. *Weight Control Digest, 8(4),* 740-741.

38. Chung, W. K., Luke, A., Cooper, R. S., Rotini, C., Vidal-Puig, A., Rosenbaum, M., Gordon, D., Leal, S., Caprio, S., Goldsmith, R., Andreu, A. L., Bruno, C., DiMauro, S., Heo, M., W L Lowe, J., Lowell, B. B., Allison, D. B., and Leibel, R. L. (1999). The long isoform of uncoupling protein-3 (UCP3L) in energy homeostasis. *International Journal of Obesity*, 23, S49-S50.

39. As member of expert advisory panel convened by the Life Sciences Research Office of the Federation of American Societies of Experimental Biology at the behest of the Food and Drug Administration (FDA), prepared report advising the FDA as to how to review petitions for new food additives resulting in publication: Raiten, DJ (Ed.) (1999). *Alternative and Traditional Models for Safety Evaluation of Food Ingredients.* Life Sciences Research Office. American Society of Nutritional Sciences: Bethesda: MD.

40. Allison, D. B. & Saunders, S. (1999). Three Prescription Weight Loss Medications – A Review. *Weight Control Digest, 9(4),* 827-832.

41. Allison, D. B., & Faith, M. S. (2000). Genetic and environmental influences on human body weight: Implications for the behavior therapist. *Nutrition Today*, 35(1), 18-21.

42. Allison, D. B. & Saunders, S. (2000). Obesity in North America: An overview. *Medical Clinics of North America, 84,* 305-332.

43. Heymsfield, S. B. & Allison, D. B. & (2000). A review of *Nutrition, Genetics, and Obesity. New England Journal of Medicine, Vol. 342, No. 10,* 747.

44. Dhurandhar, N., & Allison, D. B. (2000). The Pharmacologic Treatment of Obesity. The Economics of Neuroscience, 2(8), 42-52.

45. Allison, D. B. (2001). Hold the cola alarm. *Archives of Pediatric and Adolescent Medicine, 155,* 201-202 [letter].

46. Prolla TA, Allison DB, Weindruch R. (2001). Response to "interpretation, design, and analysis of gene array expression experiments" Journals Of Gerontology Series A-Biological Sciences And Medical Sciences 56 (8): B327-B329. [Letter].

47. McArdle, J. J. & Allison, D. B. (2001). Genetic Studies of Behavior: Methodology. In N.J. Smelser & P.B. Baltes (Editors), International Encyclopedia of the Social & Behavioral Sciences (pp 6108-6116). Pergamon, Oxford.

48. Allison, D. B. (2002), "Statistical Methods For Microarray Research For Drug Target Identification," 2002 Proceedings of the American Statistical Association, Biopharmaceutical Section [CD-ROM], Alexandria, VA: American Statistical Association.

49. Allison, D. B. & Aronne, L. J. (2002). *Drug-Associated Weight Change Reference Card.* A pocket reference card for physicians published and distributed by Catalyst Communications.

50. Heimburger, D. C., & Allison, D. B. (2003). In Memoriam. Roland L Weinsier, MD, Dr PH. 1942–2002. American Journal of Nutrition, 77, 525-526.

51. Allison, D. B. & Weber, M. T. (2003). Treatment and Prevention of Obesity: What Works, What Doesn't Work And What Might Work. An invited paper on the occasion of the Mark Bieber Memorial Symposium. *Lipids, 38*(2):147-155.

52. George, V., & Allison, D. B. (2003). *Foreword.* In *Applied Statistics in Toxicology and Pharmacology,* by Katsumi Kobayashi and Sadasivan Pillai. Science Publishers, Inc. Enfield, New Hampshire.

53. Allison, D. B. (2003). The whole is greater than the weighted average of its parts. *American Journal of Clinical Nutrition, 77,* 1348-1349. [editorial].

54. Redden D. T. & Allison D. B. (2003). Non-replication in Genetic Association Studies of Obesity and Diabetes. *Journal of Nutrition, 133,* 3323-3326. [Invited review].

55. Page, G. P., George, V., Go, R. C., Page, P. Z., & Allison, D. B. (2003). "Are We There Yet?": Deciding when one has demonstrated specific genetic causation in complex diseases and quantitative traits. *American Journal of Human Genetics, 73: 711–719.* [Invited Editorial].

56. Allison, D. B., Barnes, S., & Garvey, W. T. (2004). Nutrigenomics: Unraveling man's constitution in relation to food. *Nutrition, 20,* 1.

57. Tiwari, H. K. & Allison, D. B. (2003). Do allelic variants of SLC6A14 predispose to obesity? *Journal of Clinical Investigation, 112,* 1633-1636. [Invited Editorial].

58. Redden, D. T. & Allison, D. B. (2004). The Quebec Overfeeding Study: A Catalyst for New Hypothesis Generation. *Obesity Reviews, 5,* 1-2. [Invited Editorial].

59. McElroy Susan L., Allison David B., and Carter William P., eds. Correlates and Management of Obesity in Psychiatry [CME monograph]. Wayne (NJ): Health Learning Systems; 2003 Dec. 26 p. Available from the University of South Florida College of Medicine.

60. Cope, M. B. & Allison, D. B.  (2004). Weight Loss and High Protein Diets: Can Soy Help? *The Soy Connection Newsletter, 12(3), 1-2,7.*

61. Cope, MB; Allison, DB.  2004. Weight loss and high protein diets: Can soy help fight obesity? *Journal of The American Dietetic Association, 104* (7): A1-+ .

62. Tiwari HK, Holt J, George V, Beasley TM, Amos CI, & Allison DB.  Power and cost consideration in joint tests of association & linkage for quantitative traits. 2004 *Proceedings of the American Statistical Association Joint Statistical Meeting,* ENAR Section [CD-ROM], Toronto, Ontario, Canada, Aug 8 - 12, 2004.

63. Kim K, Zakharkin SO, Loraine AE, & Allison DB.  Picking the most likely candidates for further development:  Novel intersection-union tests for addressing multi-component hypotheses in comparative genomics.  2004 *Proceedings of the American Statistical Association Joint Statistical Meeting,* ENAR Section [CD-ROM], Toronto, Ontario, Canada, Aug 8 - 12, 2004.

64. Allison, D. B. (2005). Dietary Supplements For Weight Loss: Challenges In Evaluation [editorial]. *Obesity Reviews, 6,* 89-92.

65. Olshansky, S.J., Passaro, D., Hershow, R., Layden, J., Carnes, BA., Brody, J., Hayflick, L., Butler, RN., Allison, DB., Ludwig, DS.  2005.  Peering into the future of American Longevity. *Discovery Medicine 5*(26):130-134.

66. Contributor to: Estimating the Contributions of Lifestyle-Related Factors to Preventable Death: A Workshop Summary. Published by the Institute of Medicine, National Academies of Science, 2005. See: http://www.nap.edu/catalog/11323.html

67. Olshansky SJ, Passaro DJ, Hershow RC, Layden J, Carnes BA, Brody J, Hayflick L, Butler RN, Allison DB, Ludwig DS. (2005). A Potential Decline in Life Expectancy in the United States in the 21st Century. *Obstetrical and Gynecological Survey, 60*(7):450-452.

68. Olshansky SJ, Carnes BA, Hershow R, Passaro D, Layden J, Brody J, Hayflick L, Butler RN, Allison DB, Ludwig DS. Misdirection on the road to Shangri-La. Sci Aging Knowledge Environ. 2005 Jul 13; 2005(28):er1.

69. Allison D. B.  Statistical Genetics and Obesity: Dietary Implications. *Nutrition Today, 40(4),* July/August; 170-172.

70. Tiwari HK, Patki A, Musani S, Beasley TM, George V, & Allison DB. (2005). Incorporating missing data methods in familial genetic data analyses. 2005 JSM Proceedings, ASA Biometrics Section; Minneapolis MN, 402-406.

71. Cope MB, Allison DB. Obesity: person and population. Obesity (Silver Spring). 2006 Jul;14 Suppl 4:156S-159S.

72. Tiwari HK, Patki A, Beasley TM, & Allison DB. Within-Cluster Resampling Methods in Association Analysis with Pedigree Data. 2006 JSM Proceedings, ASA Biometrics Section; Seattle WA, 395-399.

73. Brock, D. W., Keith, S. W., Elobeid, M. A., Allison, D. B. 2007. Does Intentional Weight Loss Influence Mortality and Other Hard End Points Favorably? Confessions of a Closet Bayesian and Occam-ite. Proceedings of the 2006 International Congress on Obesity. [CD-ROM], Sydney Australia, Sep 3-8, 2006. Paper # ISO111.

## SUBMITTED FOR PUBLICATION/UNDER REVISION

1. Brand, J. P. L., Beasley, T. M., Bartolucci, A. A., Gadbury, G. L., Edwards, J. E., Page, G. P., Long, J. D., & Allison, D. B. *A Comparison of Parametric and Non-Parametric Tests For Inferential Testing In Microarray Research.*

2. Wang, C., Coffey, C., & Allison, D. B. *Toward Unbiased Estimation of the Effects of Risk Factors in the Presence of Latent Confounders Estimated with Error by Simulation-Extrapolation in Cox Proportional Hazard Model: The Example of Intentional Weight Loss and Mortality Rate.*

3. Matsuoka, N., Patki, A., Tiwari, H. K., Luke, A., Johnson, S. B., Gregersen, P. K., Allison, D. B., Leibel, R. L., & Chung, W. K. *Association of MC3R with Body Mass Index in African-Americans.*

4. Shriner, D., De Luca, M., Allison, D. B., Ruden, D. M., & Yi, N. (submitted). *Mapping Epistatic Networks and Genotype-Environment Interactions for Obesity-related Phenotypes in Drosophila melanogaster.*

5. Johnson, M. S., Jumbo-Lucioni, P., Watts, A. J., Allison, D. B., & Nagy, T. R. *Effect of dairy supplementation on body composition and insulin resistance in mice.*

6. Baskin, M. L., Desmond, R. A., & Allison, D. B. *Is Participation in Physical Education Classes Protective Against Childhood Obesity?*

7. Gadbury, G., Hu, X., & David Allison. *On the Distribution of a P-value for High Dimensional Data Analyses.*

8. van de Wall, E., Leshan, R., Xu, A. W., Balthasar, N., Coppari, R., Liu, S. M., Jo, Y. H., Mackenzie, R. G., Allison, D. B., Dun, N. J., Elmquist, J., Lowell, B. B., Barsh, G. S., Myers, M. J., Schwartz, G. J., & Chua, S. *Leptin Has Synergistic and Additive Effects on Body Mass, Fat Content and Ingestive Behavior That Are Mediated By Hypothalamic AGRP/NPY and POMC Neurons.*

9. Muzumdar, R.*, Allison, D. B., Ma, X., Atzmon, G., Einstein, F., Fishman, S., McVei, T., Keith, S. W., & Barzilai, N. *Visceral Adipose Tissue Modulates Mammalian Longevity.* *[equal contributors].

10. Vaughan LK, Divers J, Padilla M, Redden DT, Tiwari HK, Pomp D, & Allison DB. *Evaluating individual admixture estimation through plasmode data.*

11. Hughes LB, Morrison D, Kelley JM, Padilla MA, Vaughan LK, Westfall AO, Mikuls TR, Holers H, Parrish L, Alarcon GS, Conn DL, Jonas B, Callahan LF, Smith EA, Gilkeson G, Howard G, Moreland LW, Fraser P, Allison DB, Patterson N, Reich D, Bridges SL. *The HLA-DRB1 Shared Epitope is Associated with Susceptibility to Rheumatoid Arthritis in African-Americans and Correlates with Degree of Genetic Admixture from Caucasians.*

12. Yi N, Ding S, Keith SW, Coffey CS, & Allison DB. *Bayesian Analysis of the Effect of Intentional Weight Loss on Mortality Rate.*

13. Tuncer Y, Tanik MM, & Allison DB. *An overview of statistical decomposition techniques applied to complex systems.*

14. Bruder C, Piotrowski A, Andersson R, Erickson S, de Ståhl TD, Menzel U, Sandgren J, von Tell D, Poplawski A, Tiwari H, Allison DB, Wirdefeldt K, Komorowski J, Pedersen NL, Dumanski JP. *Phenotypically discordant monozygotic twins display different DNA copy number variation (CNV) profiles.*

15. Heymsfield S, Childers D, Beetsch J, Allison DB, & Pietrobelli A. (submitted). *Body Size and Human Energy Requirements: Reduced Mass-Specific Resting Energy Expenditure in Tall Adults.*

16. St-Onge, M. P., Newcomer, B. R., Buchthal, S., Aban, A., Allison, D. B., Bosarge, A., & Gower, B. (submitted). *Intramyocellular lipid is lower with a low-fat diet but is it related to metabolic risk?*

17. Due A, Larsen TM, Mu H, Hermansen K, Stender S, Toubrow, Allison DB, Astrup A. (submitted). *Diets for long-term weight maintenance after a weight loss. A randomized 18 months study comparing the "USDA Food Pyramid 2004" versus the new "Healthy Eating Pyramid" versus a control diet.*

18. Brock DW, Thomas O, Cowan CD, Hunter GR, Gaesser GA, & Allison DB. (submitted). *Obesity and physical activity by state.*

19. Allisom, D. B., Elobeid, M., Brock, D. W., Faith, M. S., Sargent, S., Berkowitz, R., Cutter, G., McVie, T. Gadde, K., & Foster, G. D. (submitted). *Sample Size in Obesity Trials: Patient Perspective vs. Current Practice.*

## PRESENTATIONS PUBLISHED as ABSTRACTS (not necessarily an exhaustive list)

1. St-Onge MP, Aban I, Bosarge A, Gower B, Hecker KD, & Allison DB. Consuming snack chips fried in corn oil improves cardiovascular risk factors when substituted for other low-fat or high-fat snacks. CIRCULATION 114 (18): 884-884 Suppl. S OCT 31 2006.

2. Allison DB, L'Italien G, Vester-Blokland E, McQuade R, Carson WH, Marcus RN. Metabolic syndrome among patients with schizophrenia treated with aripiprazole, placebo or olanzapine. INTERNATIONAL JOURNAL OF NEUROPSYCHOPHARMACOLOGY 9: S283-S283 Suppl. 1 JUL 2006.

3. Heimburger DC, Ard JD, Henson CS, Rueger MM, Hubbert KA, Glandon GL, Allison DB. Effect of reimbursement incentive on enrollment in weight control. FASEB JOURNAL 20 (4): A586-A586 Part 1 MAR 6 2006.

4. Keith, Scott., Wang, Chenxi., Fontaine, Kevin., Cowan, Charles., Allison, David. Body Mass Index and Headache among Women: Results form 10 Epidemiologic Datasets and Over 200, 000 Participants. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting. Oct. 20-24, 2006, Boston, Massachusetts. Abstract 34-OR. Obesity Vol. (14), Supp. A11.

5. Shriner, Daniel., De Luca, Maria., Allison, David., Ruden, Douglas., Yi, Nengjun. Bayesian Mapping of Obesity-Related Quantitative Trait Loci in Drosophila Melanogaster. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 80-OR. Obesity Vol. (14), Supp. A26

6. Allison, David., Muzumdar, Radhika., Einstein, Francine H., Fishman, Sigal., MA, Xiaohui., Keith, Scott W., McVie, Theresa., Barzilai, Nir; Surgical Removal of Visceral Fat Improves Metabolic Profile and Prolongs Life in a Manner Similar to Caloric Restriction. (2006) Presentation at

NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 90-OR. Obesity Vol. (14), Supp. A28

7. Boyer, Bert., Chung, Wendy., Patki, Amit., Matsuoka, Naoki., Goropashnaya, Anna., Allison, David., Leibel, Rudolph., Tiwari, Hemant. Obesity Candidate Gene Association Study in Yup'ik Eskimos Indicates a Role for Several Hypothalamic Genes Involved in the Control of Energy Homeostasis. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 150-OR. Obesity Vol. (14), Supp. A46

8. Tiwari, Hemant., Patki, Amit., Matsuoka, Naoki., Musani, Solomon., Boyer, Bert., Allison, David., Leibel, Rudolph., Chung, Wendy. Case-Control Association Study of Candidate Genes of Energy Homeostasis. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 152-OR. Obesity Vol. (14), Supp. A26

9. Shikany, James., Heimburger, Douglas., Henson, Suzanne., Redden, David., Westfall, Andrew., Allison, David. Even the Experts Can't Agree: Divergence in Published Recommended Diets Relative to Diets Consumed by Americans and Possible Implications for Individualized Diet Selection. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 357-P. Obesity Vol. (14), Supp. A113

10. Johnson, Maria., Jumbo-Luciono, Patricia., Allison, David., Nagy, Tim. Effect of Yogurt Supplementation on Insulin Resistance in Mice. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 427-P. Obesity Vol. (14), Supp. A136

11. Baskin, Monica., Allison, David. Is Participation in Physical Education Classes Protective Against Childhood Obesity? (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 584-P. Obesity Vol. (14), Supp. A184

12. Thomas, Olivia., Allison, David. Attitudes and Beliefs Associated with Leisure-Time Physical Activity among a Nationally Representative Sample of African Americans Adults. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 587-P. Obesity Vol. (14), Supp. A185

13. Elobeid, Mai., Desmond, Renee., Keith, Scott W., Allison, David. Has the Association of BMI with Waist Girth Changed over Calendar Time? (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 606-P. Obesity Vol. (14), Supp. A191

14. Musani, Solomon., Patki, Amit., Matsuoka, Naoki., Loraine, Ann., Tiwari, Hemant., Allison, David., Leibel, Rudolph., Chung, Wendy. Evidence for Epistasis from SNP x SNP Interactions of 30 Candidate Genes for Human Obesity in a Caucasian Sample. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 626-P Obesity Vol. (14), Supp. A198

15. Cope, Mark., Dicostanzo, Catherine., Kesterson, Robert., Allison, David., Nagy, Tim. Effect of Modest Food Restriction on Olanzapine-Induced Weight Gain in Mice. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 659-P Obesity Vol. (14), Supp. A209

16. Allison, David., Faith, Myles., Sargent, Stephanie., Berkowitz, Robert., Cutter, Gary., McVie, Theresa., Gadde, Kishore M., Foster, Gary. Sample Size and Risk Assessment in Obesity Trials: Patient Perspective vs. Current Practice. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 667-P Obesity Vol. (14), Supp. A212

17. Cox, Tiffany L., Malpede, Christie Z., Ard, Jamy., Allison, David., Franklin, Frank., Baskin, Monica. Perceived Body Image in African American Girls after an Obesity Prevention Pilot. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 716-P Obesity Vol. (14), Supp. A226

18. St-Onge, Marie-Pierre., Newcomer, Bradley., Buchthal, Steven., Aban, Immaculada., Bosarge, Aubrey., Gower, Barbara., Allison, David. Intramyocellular Lipid Content Is Lower After Consumption of a Lower Fat Diet but Is Not Related to Metabolic Risk. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 754-P Obesity Vol. (14), Supp. A237

19. Baskin, Monica., Cox, Tiffany L., Fitzpatrick, Stephanie., Malpede, Christie Z., Ard, Jamy., Franklin, Frank., Allison, David. Primary Outcomes of a Pilot Obesity Prevention Intervention for African American 8- to 10-Year Old Girls and Their Mothers. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 766-P Obesity Vol. (14), Supp. A241

20. Keith, Scott W., Desmond, Renee., Fontaine, Kevin., Pietrobelli, Angelo., Allison, David. Body Fat and Mortality: a Survival Analysis of the Third National Health and Nutrition Examination Study. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 835-P Obesity Vol. (14), Supp. A262

21. Redden, David., Hu, Jianfang., Berrenttini, Peter Shields, Restine, Stephanie., Pinto, Angela., Lerman, Caryn., Allison, David. No Evidence for a Major Role of Five Candidate Polymorphisms with Weight Gain during Bupropion Treatment for Smoking Cessation. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 846-P Obesity Vol. (14), Supp. A266.

22. Plaetke R, Goropashnaya A, de Mayolo GA, Hutchinson S, Wang Y, Herron JR, Allison DB, Tiwari HK, Mohatt GV, Comuzzie AG, Boyer BB. Heritability estimates for phenotypes related to obesity, cardiovascular disease and type 2 diabetes mellitus - The CANHR Study. GENETIC EPIDEMIOLOGY 29 (3): 274-274 136 NOV 2005.

23. Ard JD, Desmond R, Fitzpatrick S, Desmond R, Fitzpatrick S, Faulk L, Franklin F, Allison DB, Baskin M. Effect of fruit and vegetable cost on availability in a multiethnic sample. FASEB JOURNAL 19 (5): A978-A978 Part 2 Suppl. S MAR 7 2005.

24. Tiwari HK, Patki A, Wang Y, Goropashnaya A, De Mayholo GA, Plaetke R, Mohatt G, Allison DB, Boyer B. Heritability analysis of obesity related traits in Alaskan Yup'ik Eskimos: The CANHR Study. (2005) Presentation at NAASO's 2005 Annual Scientific Meeting. Oct 15-19, 2005, Vancouver BC, Canada. Abstract 36-OR. Obesity Research Vol (13), Supp. A9-10.

25. Yi N, Kim K, Allison DB, Eisen E, Pomp D. Genetic architecture of the developmental trajectory for body weight in a cross of high growth and wild strains of mice. (2005) Presentation at NAASO's 2005 Annual Scientific Meeting. Oct 15-19, 2005, Vancouver BC, Canada. Abstract 144-OR. Obesity Research Vol (13), Supp. A37.

26. Johnson M, Watts A, Allison DB, Nagy TR. Effect of dairy supplementation on body composition in mice. (2005) Presentation at NAASO's 2005 Annual Scientific Meeting. Oct 15-19, 2005, Vancouver BC, Canada. Abstract 197-P. Obesity Research Vol (13), Supp. A51.

27. Matsuoka N, Patki A, Tiwari H, Luke A, Johnson S, Gregersen P, Allison DB, Leibel R, Chung W. Association of +2138InsCAGACC in MCSR with obesity in African-Americans. (2005) Presentation at NAASO's 2005 Annual Scientific Meeting. Oct 15-19, 2005, Vancouver BC, Canada. Abstract 613-P. Obesity Research Vol (13), Supp. A158-159.

28. Cope M, Jumbo-Lucioni P, Walton R, Allison DB, Kesterson R, Nagy T. Antipsychotic drug-induced weight gain: Dose response of three atypical-Antipsychotic drugs in female mice. (2005) Presentation at NAASO's 2005 Annual Scientific Meeting. Oct 15-19, 2005, Vancouver BC, Canada. Abstract 660-P. Obesity Research Vol (13), Supp. A171.

29. Jumbo-Lucioni P, Cope M, Johnson M, Allison DB, Kesterson R, Nagy T. Effect of a high-fat diet on atypical-antipsychotic drug induced weight gain in mice. (2005) Presentation at NAASO's 2005 Annual Scientific Meeting. Oct 15-19, 2005, Vancouver BC, Canada. Abstract 665-P. Obesity Research Vol (13), Supp. A172.

30. Pietrobelli A, Keller K, Wang J, Heymsfield S, Allison DB, Faith M.  Genetic-environmental influences on child waist circumference independent of body mass index z-score: evidence from a pediatric twin cohort. (2005)  Presentation at NAASO's 2005 Annual Scientific Meeting.  Oct 15-19, 2005, Vancouver BC, Canada. Abstract 699-P. Obesity Research Vol (13), Supp. A182.

31. Heshka, S; Puryanitya, M; Shen, W; Chatterjee, P; Gallagher, D; Albu, J; Allison, DB; Heymsfield, SB.  2004.  Inter-reader reliability in reconstructing tissue volumes from magnetic resonance images. FASEB JOURNAL, 18 (4): A177-A177 Suppl. S.

32. St-Onge, MP; Wang, J; Shen, W; Wang, ZM; Allison, DB; Heshka, S; Heymsfield, SB.  2004. Dual-energy x-ray absorptiometry-measured lean soft tissue mass: differing relation to body cell mass across the adult lifespan. FASEB JOURNAL, 18 (4): A548-A549 Suppl. S.

33. Fernandez JR, Redden DT, Pietrobelli A, & Allison, D. B. Waist circumference percentiles in nationally representative samples of African-american, European-American, and Mexican-American children and adolescents. JOURNAL OF PEDIATRICS 145 (4): 439-444 OCT 2004.

34. Allison DB.  (2004). Beyond the mere observation of weight gain: What Next? Appetite 2004, 42: p 337.

35. Fullerton J, Brady S, Cubin M, Tiwari H, Wang CX, Bomhra A, Davidson S, Miller S, Fairburn C, Goodwin G, Neale MC, Fiddy S, Mott R, Allison DB, Flint J. Molecular approaches to identifying candidate genes in depression. BEHAVIOR GENETICS 34 (6): 639-639 NOV 2004.

36. Pietrobelli, A., Fernández, J. R., Redden, D., & Allison, D. B. (2004). Waist Circumference Percentiles in Nationally Representative Samples of Black, White and Hispanic Children. International Journal of Obesity, S201.

37. Matsuoka N, Deng L, Johnson SB, Gregersen PK, Allison DB, Tiwari HK, Leibel RL, Chung WK. (2004). Association of K121Q Polymorphism in ENPP1 (PC-1) with BMI in Caucasians and African Americans. Diabetes, 53(Suppl 2), 1737-P: A414.

38. Zhang HG, Hyde K, Page GP, Brand JPL, Hsu HC, Allison DB, Mountz JD. (2003). AdIkB-DN specifically blocks a TNF-alpha-induced anti-apoptosis signaling resulting in significant downregulation of 350 genes that normally enhance adhesion or inflammation in RASF. Molecular Therapy, 7: 1048 Part 2 MAY.

39. Cope MB, Nagy TR, and Allison DB. The effects of quetiapine (Seroquel) on food intake and body weight in mice.  Pharmacotherapy 23:123 Abs.231, 2003.

40. Newcomer JW, Haupt D, Breier A, & Allison, D. B. (2003). Increased adiposity and other risk factors for metabolic disturbances during antipsychotic treatment. Biological Psychiatry 53 (8): 7 Suppl. S APR 15 2003.

41. Reveille, JD; Beasley, TM; Tan, FK; Roseman, JM; Vila, LM; Bastian, HM; Fessler, BJ; Baethge, BA; McGwin, G; Allison, DB; Alarcon, GS. 2003. Admixture as a measure of genomic control. Data from a multiethnic lupus cohort. ARTHRITIS AND RHEUMATISM48 (9): S225-S225, Suppl. S.

42. Beasley, TM; Wiener, H; Allison, DB.  2003.  Empirical Bayes Method for Incorporating Data from Multiple Genome Scans.  Poster at American Society of Human Genetics 2003.  November 4 - 8, 2003, Los Angeles CA.  Abstract 2583. AMERICAN JOURNAL OF HUMAN GENETICS, 73 (5): 609, Suppl.

43. DelParigi, A; Beach, TG; Page, GP; Allison, DB; Tataranni, A. 2003. Differential gene expression in the hypothalamus of obese and lean humans: a preliminary report. DIABETOLOGIA46: A227-A228, Suppl. 2.

44. Gresl, TA; Colman, RJ; Havighurst, TC; Byerley, LO; Allison, DB; Schoeller, DA; Kemnitz, JW. 2003. Insulin sensitivity and glucose effectiveness from three minimal models: effects of energy restriction and body fat in adult male rhesus monkeys. AMERICAN JOURNAL OF

PHYSIOLOGY-REGULATORY INTEGRATIVE AND COMPARATIVE PHYSIOLOGY285 (6): R1340-R1354.

45. Hsu, HC; Li, LN; Yi, NJ; Zhang, HG; Yang, PA; Zhou, JL; Wu, Q; Lu, L; Allison, DB; Williams, RW; Mountz, JD. 2003. Genomic analysis of age-related thymic involution. FASEB JOURNAL17 (7): C241-C241, Suppl. S.

46. Cope, MB; Nagy, TR; Fernandez, J; Allison, DB. 2003. Effects of ziprasidone on body weight and food intake in female C57B7/6J mice. FASEB JOURNAL17 (5): A1043-A1043, Part 2 Suppl. S.

47. Segal, NL; Allison, DB. 2002. Twins and virtual twins: Influences on relative body weight revisited. BEHAVIOR GENETICS32 (6): 485-485.

48. Allison, DB. Obesity Research From Genome to Population: An Integrative View. *International Journal of Obesity*, 2002;26(Suppl 1)S3.

49. Shete, SS; Beasley, TM; Etzel, CJ; Fernandez, JR; Chen, J; Allison, DB; Amos, CI. 2002. Effect of winsorization on power and type 1 error of variance components and related methods of QTL detection.. AMERICAN JOURNAL OF HUMAN GENETICS, 71 (4): 571-571, Suppl. S.

50. Faith, MS; Keller, KL; Pietrobelli A; Daglyan, VV; Allison, DB. Genetic and Environmental Influences on Child Energy Intake. *International Journal of Obesity*, 2002;26(Suppl 1)S67.

51. Beasley, TM; Fernández, JR; Albu, J; Rafla-Demetrious, N; Shriver, MD; Niclas, B; Weinser, RL; Allison, DB. Using Reciprocal BMI For Examining African Genetic Admixture Associations With Obesity. *International Journal of Obesity*, 2002;26(Suppl 1)S84.

52. Cope MB, Nagy TR, Fernandez, JR, & Allison, D. Effects of olanzapine on body weight in C57BL/6J mice. International Journal of Obesity, 2002;26(Suppl 1):S157.

53. Bowe, D. B., Allison, D. B., & Frost, A. R. (2002). Differences In Gene Expression Of Breast Carcinomas In Pre- And Postmenopausal Women. The third Era of Hope meeting for the Department of Defense (DOD) Breast Cancer Research Program (BCRP), Orlando, Florida. Published online at: http://cdmrp.army.mil/bcrp/era/.

54. Hubbert KA; Bussey BF; Allison DB; Baker BA; Heimburger DC. Incentivized insurer-based reimbursement improves weight control outcomes. FASEB JOURNAL 2002, Vol 16, Iss 5, pp A1019-A1020.

55. Cope MB; Davis BL; Nagy TR; Allison DB. Extraction and purification of olanzapine from Zyprexa tablets. FASEB JOURNAL 2002, Vol 16, Iss 4, pp A568-A568.

56. Coffey CS; Steiner DJ; Baker BA; Mullinax C; Allison DB. Safety of an herbal formulation including ephedra alkaloids dosed intermittently or continuously for weight control. FASEB JOURNAL 2002, Vol 16, Iss 4, pp A649-A649.

57. Yang EJ; Kayitsinga J; Kerver JM; Park Y; Obayashi S; Allison DB; Song WO. Biomarkers of glycemic function related to carbohydrate intake in US adults. FASEB JOURNAL 2002, Vol 16, Iss 4, pp A657-A657.

58. Hsu HC; Zhang HG; Allison DB; Young PA; Geiger H; Van Zant G; Mountz JD. Peripheral T-cell response to anti-CD3 stimulation correlates with longevity in C57BL/6J X DBA/2 recombinant inbred strains of mice. FASEB JOURNAL 2002, Vol 16, Iss 4, pp A695-A695.

59. Fontaine KR, Heo MS, Allison DB, Faith MS, Zhu SK, Zhu SK. Obesity and health-related quality of life: Mediating effects of joint pain and co-morbidities. ARTHRITIS RHEUM 46 (9): S468-S468 Suppl. S SEP 2002.

60. Vasselli JR; Koczka CP; Lee I; Sabo A; Casey DE; Allison DB. Development of a rodent model of antipsychotic drug-induced obesity. AMERICAN JOURNAL OF CLINICAL NUTRITION 2002, Vol 75, Iss 2, pp 237.

DAVID B. ALLISON

61. Gresl TA, Coleman RJ, Havighurst TC, Allison DB, Kemnitz JW.  Effect of Body Fat on Basal β–Cell Sensitivity to Glucose and Plasma Insulin in Adult Male Rhesus Monkeys Subjected to Chronic Dietary Restriction. Diabetes, 51(Suppl 2), 149-P: A364.

62. Gresl TA, Coleman RJ, Havighurst TC, Byerley LO, Allison DB, Kemnitz JW.  Comparison of Insulin Sensitivity and Glucose Effectiveness Parameters from Three Minimal Models:  Effects of Energy Restriction and Body Fat in Adult Male Rhesus Monkeys. Diabetes, 51(Suppl 2), 2450-PO: A591.

63. Jain, A. K., Kaplan, R. A., Gadde, K. M., Wadden, T. A., Allison, D. B., Brewer, E. R., Leadbetter, R. A., Donahue, R. M. J., Buaron, K. S., Jamerson, B. D. (2001). A Study of Bupropion SR compared to Placebo in Obese Adults with Mild to Moderate Depressive Symptoms. Obesity Research Vol (9), Supp 3. p. 68S.

64. Matz, P. E., Hoffman, D. J., Pfizer, A., Pietrobelli, A., Rose, E., Allison, D. B., Faith, M. S. (2001). Maternal Control during Feeding: Development and Validation of a Self-Report Inventory. Obesity Research Vol (9), Supp 3 p. 78S.

65. Pietrobelli, A., Heymsfield, S. B., Gallagher, D., Kotler, D. P., Wang, Z., Allison, D. B., Heshka, S. (2001).  Body-Size Dependence of Resting Energy Expenditure Can Be Attributed to Non-Energetic Homogeneity of Fat-Free Mass.  Obesity Research Vol (9), Supp 3. p. 79S.

66. Fernández, J. R., Shriver, M. D., Rafla-Demetrious, N., Parra, E., Albu, J., Nicklas, B., Ryan, A. S., Allison, D. B. (2001).  Is African Genetic Admixture associated with BMI and Resting Metabolic Rate in African American females? Obesity Research Vol (9), Supp 3. p. 87S.

67. Redden, D. T., Leibel, R., Chung, W., Luke, A., Cooper, R., Lowe, W., Allison, D. B. (2001). Evaluating Epistatic and Additive Effects of Multiple Candidate Genotypes on Obesity Phenotypes in African-Americans. Obesity Research Vol (9), Supp 3. p. 88S.

68. Boyer, B. B., Heo, M., Banerjee, P., Knowles, J. A., Leibel, R. L., Chung, W. K., Ebbesson, S. O. E., Allison, D. B. (2001).  Analysis of 21 candidate genes for linkage in the presence of association with obesity and HDL concentration in Alaska Natives.  Obesity Research Vol (9), Supp 3. p. 105S.

69. Heo, M., Fontaine, K. R., Allison, D. B. (2001).  Body Mass Index and General Health Status. Obesity Research Vol (9), Supp 3. p. 136S.

70. Fernández, J. R., Heo, M., Heymsfield, S. B., Pierson, R. N., Jr., Pi-Sunyer, X., Wang, Z. M., Wang, J., Allison, D. B., Gallagher, D. (2001).  Is the Prediction of Body Fat from BMI in Hispanics different from African Americans and European Americans? Obesity Research Vol (9), Supp 3. p. 139S.

71. Allison DB, Cavazzoni P, Beasley CM, et al.  Random blood glucose levels with schizophrenia treated with typical and atypical antipsychotic agents: An analysis of data from double-blind, randomized, controlled clinical trials.  J Psychopharmacol (Oxf) 2001;15(3 SUPPL.):A43.

72. Allison, D. B., Gadbury, G., Schwartz, L. G., Murugesan, R., Kraker, J. L., Heshka, H., Heymsfield, S. B., & Heo, M. A Randomized Controlled Clinical Trial Of A Novel Meal Replacement Formula For Weight Loss Among Obese Individuals.  Presentation at EXPERIMENTAL BIOLOGY 2001. March 31-April 4, 2001, Orlando, Florida. Abstract LB318.

73. Park Y. W., Allison D. B., Heymsfield S. B., Gallagher D. (2001). Larger amounts of visceral adipose tissue (VAT) in Asian-Americans. FASEB JOURNAL, 15 (4): A613-A613, Part 1.

74. Lee TL, Ko C, Lau W, Li J, Davis BT, Voylazlakis E, Allison DB, Chua SC, Huang LS. (2000). Two novel quantitative trait loci on mouse chromosomes 6 and 4 independently and synergistically regulate plasma apolipoprotein B (APOB) levels. Circulation, 102: (18) 714, Suppl. S.

75. Albu, J. B., Kovera, A. J., Heymsfield, S. B., & Allison, D. B. (2000). Effect of fat distribution and lipid levels in women: studies using whole body MRI technique. Obesity Research Vol (1), Supp 1. p. 120S

76. Faith, M. S., Matz, P. E., Johnson, S. K., Pietrobelli, A., Jorge, M. A., Allison, D. B. (2000). Evidence for Caloric Compensation in Young Siblings: Associations With Maternal Feeding Styles and Familiarity. Obesity Research Vol (1), Supp 1. p. 58S.

77. Faith, M.S., Heshka, S., Matz, P. E., Pietrobelli, A., & Allison, D. B.. (2000). Distribution of Maternal Feeding Practices in the United States: Results from the National Longitudinal Survey of Youth. Obesity Research Vol (1), Supp 1. p. 108S.

78. Fernandez, J.R, Heo, M., Wang, J Pierson, R.N. Jr & Allison, D.B. (2000). Exploring ethnic difference in body fat distribution among European Americans, African Americans and Puerto Rican Americans. Obesity Research Vol (1), Supp 1. p. 107S.

79. Fernandez, J.R., Gadbury, G, Heo, M., Lee, C.K. Prolla, T. A., Weindruch, R., & Allison, D.B. (2000). Use of microarrays to detect genes differentially expressed with caloric and non-caloric restriction feeding: a focus on analytical approaches. Obesity Research Vol (1), Supp 1. p. 32S.

80. Heo, M., Fontaine, K. R., Harrigan, E. P., Shear, C. L., Lakshminarayanan, M., Allison, D.B. (2000). Estimating the consequence of anti-psychotic induced weight gain on morbidity and mortality rate. Obesity Research Vol (1), Supp 1. p. 109S

81. Heymsfield, SB, Allison, Heshka, S, Heo, M, Wang Z, Pietrobelli A, Bertkau A, Laferrere B, PiSunyer FX. (2000). Homo-Sapiens: Sexual Dimorphism in the Energy Content of Weight Change. Obesity Research Vol (1), Supp 1. p. 55S.

82. Hoffman, D. J., Vasselli, J. R., Pugh, T., Weindruch, R. & Allison, D. B. (2000). Oxidative damage in the nuclei of islet cells and obesity. Obesity Research Vol (1), Supp 1. p. 116S

83. Zhu, S., Heo, M., Plankey, M. W., Faith, M. S., & Allison, D. B. (2000). Differential associations of fat mass and lean body mass indicators with all-cause mortality in NHANES I and II follow-up studies. Obesity Research Vol (1), Supp 1. p. 109S.

84. Fernandez, JR, Allison, DB, Tarantino, LM, Vogler, GP, & McClearn, GE. (1999). Sex-exclusive quantitative trait loci (QTL) for body weight in mice. *Obesity Research, 7(suppl 1),* 25S.

85. Faith, M. S., Heo, M., Mott, J. W., Gorman, B. S., & Allison, D. B. (1999). Development and application of natural growth curves of body mass index for overweight/obese adults in the general population. *Obesity Research, 7(suppl 1),* 47S.

*86.* Pietrobelli, A., Faith, M. S., Allison, D. B., Heo, M., Chiumello, G., & Heymsfield, S. B. (1999). Evidence for independent associations of lean tissue mass and fat mass with bone mineral content and density in Italian children and adolescents. *Obesity Research, 7(suppl 1),* 129S.

87. Heo, M., Leibel, RL, Boyer, BB, Chung, WK, Koulu, M., Karvonen, M., Pesonen, U., Rissanen, A., Lakso, M., Uusitupa, M., Chagnon, Y., Bouchard, C., Donohoue, PA, Burns, T., Shuldiner, A, Silver, K., Pederson, O., Echwald, S., Behn, P., Permutt, MA, & Allison, DB. (1999). A preliminary meta-analysis of the association of LEPR polymorphisms with anthropometric variables. *Obesity Research, 7(suppl 1),* 37S.

88. Allison, DB., & Mackell, J., (1999). The impact of weight gain on quality of life among individuals with schizophrenia. *Journal of the European College of Neuropsychopharmacology,* 9(suppl 5), p. S265.

89. Allison, DB. (1999). Does sustained weight loss lead to decreased morbidity and mortality? International Journal of Obesity, 23 (suppl 5), S21.