# EXHIBIT A
# 3 of 3

90. Berman N, Faith MS, Heo M, Pietrobelli A, Gallagher D, Eiden M, Allison DB. (1999). A method to increase activity and decrease television viewing in obese children. *FASEB Journal, 13* (4), Abstract 226.5.

91. Allison DB, Mentore JL, Heo M, Weiden PJ, Cappelleri JC, Chandler LP. (1999). Weight gain associated with conventional and newer antipsychotics: A meta-analysis. Schizophrenia Research 36: (1-3) 353.

92. Pietrobelli, A., Faith, M. S., Heo, M., Heymsfield, S. B., Allison D. B. (1998). Fat Loss Decreases and Weight Loss Increases All Cause Mortality: Results from Two Epidemiologic Studies. *International Journal of Obesity*,22, (*suppl* 3),11S.

93. Atkinson, R.L., Dhurandhar, N. V., Allison, D. B., Bowen, R., Israel, B. E., (1998). Evidence for an association of an Obesity Virus with Human Obesity at Three Sites in the United States. *International Journal of Obesity*, 22, (*suppl* 3) 57S.

94. Fisher, S. L., Yagaloff, K. A., Burn, P., Tu, Z., Gu, W., Kleyn , P., Rinaldi, N., Everds, N., Rumennick, L., Randolph, G., Kurlyko, G., Allison, D. B., (1998). Genetic and Pharmacological Evidence that the Melanocortin-4 Receptor Modulates Body Weight. *International Journal of Obesity, 22, (suppl 3) 72S.*

95. Allison, D. B., Shriver, M., Rha, S. S., Heymsfield, S. B. (1998). African Genetic Admixture, ATIII Polymorphisms, and Body Mass Index. *International Journal of Obesity*, 22 (*suppl* 3) 118S.

96. Mentore, J.M., Heo, M., Faith, M. S., Allison, D. B., (1998). Analysis of the Distribution of Body Mass Index Among Individuals with and without Schizophrenia. *International Journal of Obesity, 22* (*suppl*3) P448.

97. Faith, M., Pietrobelli, A., Heymsfield, S. B., Allison, D. B., (1998). Associations of Body Weight and Total Fat Mass with Systolic and Diastolic Blood Pressure in a Sample of Monozygotic Twins. *International Journal of Obesity*, 22 (*suppl* 3) 526P.

98. Heymsfield, S. B., Allison, D. B., Nunez, C., Greenfield, D., Wolper, C., Pietrobelli, A., Vasselli, JR. (1998). A Randomized Clinical Trial of the Efficacy of Garcinia Camodia for Weight and Fat Loss in Association with Low Calorie Diet. *International Journal of Obesity*, 22 (*suppl* 3) 652P.

99. Heo, M., Fontaine, K. R., Cheskin, L. J. Allison, D. B., (1998.) Body Mass Index, Smoking, and Mortality Among Older American Women: A Targeted Replication Study *International Journal of Obesity*, 22 (*suppl* 3) 431P.

100.    Allison, D. B. (1998). Design and Analysis of Twin and Sibling-Based Association Studies. *Twin Research, 1,* 81-116.

101.    Pietrobelli, A., Aloia, J., Allison, D.B., Heymsfield, S.B., & PPG Study Group. (1998). Homo-Sapiens: Sexual Dimorphism in Body Mass Energy Content. *The FASEB Journal, 12,* A652.

102.    Pietrobelli, A., V. Marconcini, L. Edlen-Nezin, DB. Allison, MS. Faith, C., Wolper, G. Chiumello, SB. Heymsfield. Correlates of body image in a female Italian semi-professional volleyball team. Eighth New York International Conference on Eating Disorders. April 24 - April 26, 1998, Abstract Book.

103.    Pietrobelli, A., Allison, D. B., Faith, M. S., Heymsfield, S. B., Beccaria, L., Bosio, L., Chiumello, G., & Campfield, L. A. (1997). The influence of Prader-Willi Syndrome (PWS) on the relationship between fat and leptin. *International Journal of Obesity, 21,* S95.

104.    Pietrobelli, A., Vasselli, J. R., Faith, M. S., Allison, D. B., Heymsfield, S. B., Beccaria, L., Chiumello, G., & Campfield, L. A. (1997). Is the relationship between leptin and insulin levels the same for individuals with and without Prader Willi Syndrome (PWS)? *Hormone Research, 48 (suppl 2),* 182.

105.    Allison, D.B., Panarites, C.J., Zinner, D.E., Wolf, A., Blackburn, G.L., Maxwell, M. & Pi-Sunyer, F.X. (1997). An Obesity Cost-of-Illness Model. *Obesity Research, 5 (suppl 1),* 1S.

106.    Faith, M.S., Manibay, E. P., Griffith, J.L., & Allison, D.B. (1997). Body Weight Is Unrelated to Self-Esteem in African-American Adults. *Obesity Research, 5 (suppl 1),* 10S.

107.    Faith, M.S., Rha, S., Pietrobelli, A., & Allison, D.B. (1997). Genetic and Environmental Influences on *Ad Libitum* Caloric Intake and Caloric Compensation at a Test Meal Among a Sample of Adult Twins. *Obesity Research, 5 (suppl 1),* 10S.

108.    Heo, M., Faith, M.S., Pietrobelli, A., Spanakos, A. & Allison, D.B. (1997). Meta-Analysis of the Association of the Trp64Arg Polymorphism in the $\beta_3$ Adrenergic Receptor with Body Mass Index. *Obesity Research, 5 (suppl 1),* 18S.

109.    Faith, M.S., Heo, M., Flanders, D.W., Mentore, J., Williamson, D.F. & Allison, D.B. (1997). A Meta-Analytic Study of the Effect of Excluding Early Deaths on the Estimated Relationship Between Body Mass Index and Mortality. *Obesity Research, 5 (suppl 1),* 51S.

110.    Hainer, V., Stunkard, A., Kunesova, M., Parizkova, J., Stich, V., & Allison, D. (1997). Genetic Inluences on Weight Loss of 14 Pairs of Identical Twins. *Obesity Research, 5 (suppl 1),* 57S.

111.    Heo, M. & Allison, D.B. (1997). Meta-Analysis of Linkage Data Under Worst Case Conditions: A Demonstration Using the Human *OB* Region. *Obesity Research, 5 (suppl 1),* 59S.

112.    Pietrobelli, A., Faith, M.S., Heo, M., Heymsfield, S.B., Chiumello, G., Wrenn, S.M., & Allison, D. B. (1997).  The Association of 3-$\alpha$-Etiocholanolone (ET) and Fat Mass (FM) in Person with and Without Prader Willi Syndrome (PWS). *Obesity Research, 5 (suppl 1),* 74S.

113.    Rha, S.S., Faith, M.S. & Allison, D.B. (1997). Genetic and Environmental Influences on Macronutrient Intake in a Laboratory Setting. *Obesity Research, 5 (suppl 1),* 76S.

114.    Wolper, C., Pietrobelli, A., Faith, M.S., Allison, D.B., Clay-Williams, G., Liu, W.Q., & Heymsfield, S.B. (1997). Association of Binge Eating, Emotional Eating, and Psychological Well Being Among Obese African American Women Seeking Obesity Treatment. *Obesity Research, 5 (suppl 1),* 86S.

115.    Allison, D.B. (1997). Three Potentially Misleading "Tools" in Studying the Adiposity-Mortality Connection: BMI; Early-Death Exclusion; and Quantiles. *Obesity Research, 5 (suppl 1),* 94S.

116.    Allison, D.B., Faith, M.S., Carpenter, K.M., Flanders, D. & Williamson, D.F. (October, 1996). An evaluation of the strategy of eliminating early deaths as a means of controlling for confounding due to preexisting disease.  Presented to the North American Association for the Study of Obesity. *Obesity Research, 4 (suppl 1), 12S.*

*117.*    Faith, M.S., Fontaine, K.R., Cheskin, L.J., & Allison, D.B. (October, 1996).  Obesity & preventive health care examinations among a nationally representative sample of women. Presented to the North American Association for the Study of Obesity. *Obesity Research, 4 (suppl 1), 35S.*

*118.*    Edlen-Nezin, L., Faith, M.S., Pietrobelli, A., Gallagher, D., Heymsfield, S.B., Campfield, L.A., & Allison, D.B. (October, 1996).  The effect of an acute bout of exercise on serum *OB* protein (Leptin) levels in normal healthy adults: A pilot study. Presented to the North American Association for the Study of Obesity. *Obesity Research, 4 (suppl 1), 41S.*

119.    Heymsfield, S.B., Pietrobelli, A., Vasselli, J., Grammes, J., Allison, D.B., Blackburn, G.L., Ishikawa, M., Hackett, C., Manyak, C., & Staten, M. (October, 1996). Serum Leptin levels: Development and cross-validation of prediction models for estimating total body fat. Presented to the North American Association for the Study of Obesity. *Obesity Research, 4 (suppl 1), 43S.*

120.    Manibay, E.P., Faith, M.S., Griffith, J.L., & Allison, D.B. (October, 1996). Obesity and self-esteem in adolescent African-Americans. Presented to the North American Association for the Study of Obesity. *Obesity Research, 4 (suppl 1), 60S.*

121.    Kezis, M., Edlen-Nezin, L., Kreibach, K. Faith, M.S., & Allison, D.B. (October, 1996). Development of a family based index of the likelihood of mitochondrial DNA influence on BMI: a

demonstration of its use. Presented to the North American Association for the Study of Obesity. *Obesity Research, 4 (suppl 1), 46S.*

122.    Wolper, C., Edlen-Nezin, L., Allison, D.B., & Heymsfield, S.B. (October, 1996) Discriminant validity of the impact of weight on quality of life questionnaire (IWQOL): An investigation of normal vs. obese subjects.   Presented to the North American Association for the Study of Obesity. *Obesity Research, 4 (suppl 1), 60S.*

123.    Pietrobelli, A., Gallagher, D., Faith, M. S., Allison, D. B., Beccaria, L., Chiumello, G., Heymsfield, S. B. (September, 1996). Association between central fat deposition and health risk indicators among obese male and female children. *Hormone Research, 46(S2),* 68.

124.    Gallagher, D., Ruts, E., Baumgartner, R., Allison, D.B., Wang, J., Thorton, J.C., Pierson, R.N., Jr., Pi-Sunyer, X., Heymsfield, S. (April, 1996). Sarcopenia and unintentional weight loss after age 60 years: Evidence from the Rosetta Longitudinal Aging Study.   Presented at the 1996 Experimental Biology Meeting. *FASEB Journal, 10 (3), A734*

125.    Clay-Williams, G., Allison, D.B., Gallagher, D. & Heymsfield, S.B. (1996). The association between body dissatisfaction and sexual interest. *FASEB Journal 10 (3), A503.*

126.    Allison, D. B., & Faith, M. S. (1995). *Hypnosis as an Adjunct to Cognitive-Behavioral Psychotherapy for Obesity: A Meta-Analytic Reappraisal.* Presented to the North American Association for the Study of Obesity. *Obesity Research, 3 (suppl 3),* 404S.

127.    Allison, D. B., Kreibich, K., Heshka, S., & Heymsfield, S.B. (1995). *A Randomized Placebo-Controlled Clinical Trial of an Auricular Acu-Pressure Device for Weight Loss.* Presented to the North American Association for the Study of Obesity. *Obesity Research, 3 (suppl 3),* 404S.

128.    Faith, M.S., Allison, D.B. & Wong, F.Y. (1995). *The Psychosomatic model of obesity: Affect induced eating or experimental artifact.* Presented to the North American Association for the Study of Obesity. *Obesity Research, 3(suppl 3),* 364S.

129.    Allison, D. B., Clay-Williams, G., Heymsfield, S.B. & Pi-Sunyer, F.X. (1995). *Weight Loss success rates in a community sample.* Presented to the North American Association for the Study of Obesity. *Obesity Research, 3(suppl 3),* 406S.

130.    Allison, D. B., Reddy, N. & Rao, D.C. (1995).   *Using data from consanguineous mating to assess non-additivity in genetic factors influencing adiposity.*  Presented to the North American Association for the Study of Obesity.  *Obesity Research, 3(suppl 3),* 387S.

131.    Allison, D. B., Neale, M.C., Grim, C.E., Tishler, P.V., Reddy, N., Rao, D.C., & Heymsfield, S.B. (1995). *Does genetic predisposition to obesity moderate the BMI blood pressure relationship.* Presented to the North American Association for the Study of Obesity. *Obesity Research, 3(suppl 3),* 390S.

132.    Gallagher, D., Ruts, E., Pierson, R.N., Wang, J., Thornton, J., Allison, D. B., Pi-Sunyer, F.X. & Heymsfield, S.B. (1995). *Body composition after age 60 years: The Rosetta longitudinal aging study.*  Presented to the North American Association for the Study of Obesity. *Obesity Research, 3(suppl 3),* 364S.

133.    Clay-Williams, G., Wolper, C., Allison, D. B., Lui, W.Q. & Heymsfield, S.B. (1995). *Body size preference of middle-age African American Women seeking weight loss and their perceptions of female body sizes desired by men.* Presented to the North American Association for the Study of Obesity. *Obesity Research, 3 (suppl 3),* 398S.

134.    Allison, D. B. (1995). *Statistical issues in assessing the effect of body mass index on mortality.*  Presented to the North American Association for the Study of Obesity. *Obesity Research, 3(suppl 3),* 386S.

135.    Allison, D. B., Gallagher, D., Pi-Sunyer, F.X., & Heymsfield, S.B. (1995). *Body mass index and all-cause mortality among persons age 70 and over: The longitudinal study of aging.*

Presented to the North American Association for the Study of Obesity. *Obesity Research, 3(suppl 3), 387S.*

136. Muhlheim, L.S., Allison, D. B. & Heymsfield, S.B. (1995). *Mechanisms of understanding of dietary intake.* Presented to the North American Association for the Study of Obesity. *Obesity Research, 3(suppl 3), 348S.*

137. Heymsfield, S.B., Allison, D. B., Gallagher, D. & Wolper, C. (1995). *Relative Body Weight and Functionality.* Presented to the North American Association for the Study of Obesity. *Obesity Research, 3 (suppl 3), 342S.*

138. Allison, D. B. (1994). *Methodological Issues in the Design and Analysis of Obesity Prevention Trials. International Journal of Obesity, 18 (suppl 2),* p49.

139. Allison, D. B., Kaprio, J., Korkeila, M., Koskenvuo, M. & Hayakawa, K. (1994). The Heritability if BMI Among an International Sample of Monozygotic Twins Reared Apart. *International Journal of Obesity, 18 (suppl 2),* p116.

140. Allison, D. B. & Pi-Sunyer, F.X. (1994). Optimal Stage I Screening Criteria to Minimize Clinical Trial Recruitment Costs. *Controlled Clinical Trials, 15(3S), 39S.*

141. Heymsfield, S.B., Wang, Z., Wang, J., Allison, D. B., & Pierson, R.N. (1994). *Theoretical Foundation of Dual Energy X-Ray Absorptiometry (DEXA) Soft Tissue Estimates: Validation in Situ and In Vivo. FASEB Journal, 8(4),* A278.

142. Gomez, J., Allison, D.B., Sepulveda, D., Brown, R., & Heymsfield, S.B. (1994). Low Bone Mineral Density Among Persons with Down Syndrome. *FASEB Journal, 8(4),* A168.

143. Nawras, A., El-Gamal, A., Gomez, J., Gallagher, D., Allison, D. B., & Heymsfield, S.B. (1994). Obesity: Changes in Electrocardiographic QT Interval with Weight Loss. *FASEB Journal, 8(4),* A170.

144. Allison, D. B., Heshka, S., Neale, M.C. & Heymsfield, S.B. (1993). Genetic and environmental Links Between Body Mass Index and Blood Pressure Among Women. *Obesity Research, 1 (Suppl 2),* 96S.

145. Allison, D. B., Neale, M. C., Heshka, S., & Heymsfield, S. B. (1993). Race Effects in the Genetics of Adolescents' Body Mass Index. *Obesity Research, 1 (Suppl. 2),* 120S.

146. Allison, D. B., Heshka, S., & Heymsfield, S. B. (1993). Evidence for a major gene with pleiotropic effects for "Syndrome X" in children under 13. *Obesity Research, 1 (Suppl.2),* 106S.

147. Gomez, J.E., Allison, D. B. & Heymsfield, S. B. (1993). Is BMI a Differentially Valid Indicator of Fatness in Blacks and Whites. *Obesity Research, 1 (Suppl. 2),* 106S.

148. Albu, J., Dowling, H., Allison, D. B., & Pi-Sunyer, F. X. (1993). HDL Cholesterol and Insulin Resistance in Obese Glucose Tolerant Women. *Obesity Research, 1 (Suppl. 2),* 95S.

149. Albu, J., Dowling, H., Allison, D. B., & Pi-Sunyer, F. X. (1993). Insulin Resistance and Body Composition in Obese Women. *Obesity Research, 1 (Suppl. 2),* 80S.

150. Sepulveda, D., Heshka, S., Heymsfield, S. B., & Allison, D. B. (1993). Counting Calories: Caveat Emptor. *Obesity Research, 1 (Suppl. 2),* 114S.

151. Buhl, K., Heshka, S., Allison, D. B., Pestone, M., Matthews, D., & Heymsfield, S. B. (1993). Energy expenditure and accuracy of self-reported intake in obese patients referred for diet resistance or unexplained weight gain. *Obesity Research, 1 (Suppl. 2),* 79S.

152. Buhl, K., Allison, D. B., & Heymsfield, S. B. (1993). The effect of obesity on fat estimates by two electrical methods: Tobec and BIA. *FASEB Journal.*

153. Allison, D. B. (1992). Ethnic Differences in Perceptions of Attractiveness of Women's Body Shapes. *International Journal of Obesity, 16 (Suppl. 1),* p. 21.

154.    Allison, D. B., Heshka, S., Pierson, R. N., Jr., & Heymsfield, S. B. (1992). Differential Validity
        of Body Fat Measurements Across the Age Span. *FASEB Journal, 6*, A1656.

155.    Hoy, K., Allison, D. B., Buhl, K., Russell, M., Pierson, R. N., & Heymsfield, S. B. (1992).
        Comparison of Methods for Body Composition Measurement in the Obese. *FASEB Journal, 6*,
        A1363.

156.    Pestone, M., Allison, D. B., Matthews, D. E., & Heymsfield, S. B. (1992). The Prediction of
        Total Energy Expenditure. *FASEB Journal, 6*, A2023.

157.    Buhl, K., Wang, Z., Allison, D. B., Russell, M., & Heymsfield, S. (1992). Adipose Tissue
        Measured By Computerized Axial Tomography (CT): Comparison To Fat Estimates By Other
        Available Methods. *Medicine and Science in Sports and Exercise, 24 (Suppl. 5)*, S117.

158.    Allison, D. B., Alfonso, V. C., & Heshka, S. (1992). Gender differences in the psychological
        centrality of relative weight. *International Journal of Obesity*.

159.    Hoy, K., Allison, D. B., & Heymsfield, S. B. (1992). Cultural preferences for body shape
        among New York males. *International Journal of Obesity*.

160.    Pestone, M., Allison, D. B., Matthews, D. E., & Heymsfield, S. B. (1992). The Prediction of
        Total Energy Expenditure. *International Journal of Obesity*.

161.    Allison, D. B., Kalinsky, L. B., & Gorman, B. S. (1991). The Comparative Psychometric
        Properties of Three Measures of Dietary Restraint. *International Journal of Obesity, 15 (Suppl.
        3)*, p. 8.

### PRESENTATIONS (selected)

1.  Keith SW & Allison, DB. 2007. A simulation study of a model selection procedure for nonlinear
    logistic regression. Poster presented at IBS ENAR 2007. March 11 - 14, 2007, Atlanta GA.

2.  Bartolucci A, Allison DB, Singh K, Bae S. (2006) Demonstrating the Use of the Mixture Model
    in Analyzing Microarray Gene Expression Data. Presented at 2006 Joint Research
    Conference on Statistics in Quality, Industry and Technology., Knoxville, TN, June 7-9,
    2006.

3.  Hughes LB, Moreland LW, Howard G, Alarcón GS, Allison DB, Westfall AO, Conn DL, Jonas
    BL, Callahan LF, Smith EA, Gilkeson GS, Fraser P, Reich D, Bridges SL. (Nov, 2006).
    The HLA DRB1 Shared Epitope Is Associated With Rheumatoid Arthritis In African-
    Americans And Correlates With Higher Estimated Admixture Of European Ancestry:
    Results From the CLEAR Registry. ACR/AHP Scientific Meeting 06, Nov 11 - 15.
    Washington DC.

4.  Allison, D. B. (Mar, 2006). Regional Admixture Mapping (RAM) and Structured Association
    Testing (SAT): A Unified Framework. Invited lecture at the 6th Annual NIDDK-funded Short
    Course in Statistical Genetics for Obesity & Nutrition Researchers. San Francisco, CA.

5.  Allison, D. B. (Mar, 2006). Genetic & Environmental Influences on Obesity: No Simple
    Answers. Invited lecture at the Grand Rounds at Washington University. St. Louis, MO.

6.  Allison, D. B. (Mar, 2006). Regional Admixture Mapping (RAM) and Structured Association
    Testing (SAT): A Unified Framework. Invited lecture at the 2nd Annual Frontiers NIAMS-
    funded Short Course on Statistical Genetics. Atlanta, GA.

7.  Jacob P. L. Brand, Lan Chen, Xiangqin Cui, Alfred A. Bartolucci, Grier P. Page, Kyoungmi Kim,
    Stephen Barnes, Vinodh Srinivasasainagendra, Mark T. Beasley and David B. Allison.
    2006. An Adaptive Alpha-Spending Algorithm Improves the Power of Statistical Inference in
    Microarray Data Analysis. ENAR 2006 Spring Meeting, March 26-29, Tampa, FL.

8.  Jacob Brand, Lang Chen, Xiangqin Cui, Alfred Bartolucci, Grier Page, Kyoungmi Kim, Stephen Barnes, Vinodh Shrinivasasainagendra, Mark Beasley, Andrey Ptitsyn, David Allison. 2006. An Adaptive Alpha-spending Algorithm Improves the Power of Statistical Inference in Microarray Data Analysis. 2006. The Third Annual Conference of the MidSouth Computational Biology and Bioinformatics Society., March 2-4, Baton Rouge, LA.

9.  Allison, D. B. (Feb, 2006). Structured Association Testing and Regional Admixture Mapping: A Unified and Extensible Model. Invited lecture at the Institut de Biologie de Lille - Institut Pasteur de Lille. Lille CEDEX, France.

10. Allison, D. B. (Feb, 2006).  Controversies and Confusions regarding Obesity and Longevity. Invited lecture at University of Florida. Gainesville, FL.

11. Allison, D. B. (Feb, 2006).  Environmental Interactions with Genetics that Influence Obesity. *Invited lecture at University of Florida's York Distinguished Lecture Series*. Gainesville, FL.

12. Allison, D. B. (Feb, 2006). Genetic and Environmental Influences on Obesity.  Invited lecture for Dr. Douglas Ruden's Environmental Health Masters Level Seminar (ENH 695/791) @ UAB. Birmingham, AL.

13. Allison, D. B. (Jan, 2006).  Obesity, Overweight, and Mortality Rates: Understanding the Data behind the Differing Estimates.  Invited lecture at 2006 ISLI NA Annual Scientific Meeting. San Juan, Puerto Rico.

14. Allison, D. B. (Nov, 2005). Obesity: Person and Population. Keynote lecture delivered at Workshop on obesity, hunger, and treatment hosted by SlimFast, Inc. West Palm Beach, FL.

15. Allison, D. B. (Nov, 2005).  Obesity and Mortality Rate. Invited lecture at Morehouse School of Medicine's CVRI Lecture Series. Atlanta, GA.

16. Allison, D. B. (Nov, 2005). Regional Admixture Mapping (RAM) and Structured Association Testing (SAT): A Unified Framework.  Invited lecture delivered at the Department of Statistics, Texas A&M University. College Station, TX.

17. Allison, D. B. (Oct, 2005). Relationship of Obesity and Psychiatric Disorders.  Invited lecture delivered at a National Institute of Mental Health workshop on Obesity and Severe Mental Disorders. Bethesda, MD.

18. Allison, D. B. (Oct, 2005). Medication effects on weight and adiposity.  Invited lecture delivered at a National Institute of Mental Health workshop on metabolic effects of antipsychotic drugs and mood stabilizers. St. Louis, MO.

19. Allison, D. B. (Sept, 2005). Resampling-based Inference in High Dimensional Biology.  Lecture delivered at a National Science Foundation sponsored retreat on design and analysis of microarray studies. New Paltz, NY.

20. Allison, D. B. (Sept, 2005). Regional Admixture Mapping (RAM) and Structured Association Testing (SAT): A Unified Framework.  Lecture delivered at the Data Analysis Workshop of the National Heart, Lung, and Blood's PROGENI Network. Baltimore, MD.

21. Allison, D. B. (Sept, 2005). Regional Admixture Mapping (RAM) and Structured Association Testing (SAT): A Unified Framework.  Invited lecture delivered at the annual Joint Statistcal Meeting (JSM).

22. Allison, D. B. (Sept, 2005). Regional Admixture Mapping (RAM) and Structured Association Testing (SAT): A Unified Framework.  Invited lecture delivered at the annual Joint Statistcal Meeting (JSM).

23. Allison, D. B. (Sept, 2005). Genetic & Environmental Influences on Obesity: No Simple Answers. Invited lecture delivered at the Department of Psychology, University of Alabama at Birmingham. Birmingham, AL.

24. Allison, D. B. (July, 2005). New approaches for dealing with bioinformatics OR Sense & Nonsense in Microarray Research & HDB. Invited lecture delivered at the annual meeting of the American institute on Cancer Research.

25. Allison, D. B. (May, 2005). Structured Association Testing (SAT) & Regional Admixture Mapping (RAM). Lecture delivered at UAB-sponsored workshop on genetic admixture. Birmingham, AL.

26. Allison, D. B. (March, 2005). Genetic & Environmental Influences on Obesity: No Simple Answers. Invited lecture delivered at the National Cancer Institute. Bethesda, MD.

27. Allison, D. B. (Feb, 2005). Genetic & Environmental Influences on Obesity: No Simple Answers. Invited lecture delivered at the annual meetig of the UAB Medical School Alumni. Birmingham, AL.

28. Allison, D. B. (Feb, 2005). Sense & Nonsense in Microarray Research & HDB. Invited lecture delivered at St. Jude's Children's Hopsital. Memphis, TN.

29. Allison, D. B. (Dec, 2004). Attributable Risk in Practice-Examples from the Field: Obesity. Invited lecture delivered at the Institute of Medicine. See: http://www.iom.edu/project.asp?id=24066

30. Allison, D. B. (Dec, 2004). Sense & Nonsense in Microarray Research & HDB. Invited lecture delivered at Ligand Pharmaceuticals. San Diego, CA.

31. Zakharkin SO, Hunter GR, Lara-Castro C, Byrne NM, Allison DB. (2004) Weight Loss Needed to Maintain Visceral Adipose Tissue During Aging. Presented at the UAB Center for Aging Annual Meeting; Birmingham, Alabama, September 10, 2004. **Paper won the post-doc/junior faculty award in the Clinical Science - Health Services - Outcomes Research category at the conference.**

32. Garge NR, Page GP, Sprague AP, Allison DB. (2004) Cluster Stability in Microarrays. Presented at Midsouth Computational Biology and Bioinformatics Society Conference; Little Rock, Arkansas, October 8, 2004.

33. Zakharkin S.O., Page G.P., Allison D.B., Fuller C.M., Gillespie G.Y., Reddy A.T., Mapstone, T.B., Benos D.J. Gene Expression Profiling in Pediatric Brain Tumors Using Microarray Analysis. ASBMB Annual Meeting & 8th IUBME Conference. Boston MA, June 12 - 16, 2004. Poster B434.

34. Henderson DC, Allison DB, Cagliero E, Daley TB, Borba C, Copeland P, Anderson E, Hayden D, Schoenfeld D, Goff DC. Glucose metabolism in schizophrenia patients treated with atypical antipsychotics: a frequent sampled intravenous glucose tolerance test and minimal model analysis. 44th Annual New Clinical Drug Evaluation Unit (NCDEU) Conference. Phoenix, AZ, June 1-4, 2004. Poster No. 232.

35. Brand JP, Beasley TM, Page GP, Bartolucci AA, Gadbury G, Kim K, Barnes S, Allison DB (April 2004). An adaptive weighted p-value algorithm for more powerful multiplicity control in finding differentially expressed genes in microarray data. Bioinformatics Symposium, University of Louisiana, Lafayette, [See: http://www.cacs.louisiana.edu/bioinformatics/program.html.]

36. Allison, D.B. (November, 2003). Adiposity associated with the use of anti-psychotic drugs. Invited lecture delivered to the ADA Consensus Development Conference on Anti-psychotic Drugs & Diabetes, Alexandria, VA.

37. Allison, D.B. (December, 2003).   Design & Analysis of Microarray Studies.   Invited lecture delivered to the Emory University School of Medicine, Dept of Human Genetics, Atlanta, GA.

38. Allison, D.B. (December, 2003).  Genetics of Obesity:  A methodological Perspective.  Invited lecture delivered to the Duke University Medical Center, Center for Human Genetics, Durham, NC.

39. Allison, D.B. (December, 2003).   Pharmacologic management of obesity.   Invited lecture delivered to Health Learning System:   Pri-Med Update at the Binge Eating & Obesity Symposium, San Antonio, TX.

40. Allison, D.B. & Fernandez, J. (February, 2004).  Statistical Genomics: Riding the Wave of the Data Torrent.  Invited lecture delivered to the University of Alabama at Birmingham's Honors Program, Birmingham, AL.

41. Allison, D.B. (March, 2004). Novel Statistical Approaches to High Dimensional Analyses. Invited symposium delivered to the ENAR 2004, Pittsburgh, PA.

42. Allison, D.B. (April, 2004).  A statistical geneticist looks at obesity.  Invited lecture delivered at the ILSI - Pre-Experimental Biology Meeting 2004, Washington, DC.

43. Allison, D.B. (April, 2004).   Mathematical modeling in microarray analysis.   Invited lecture delivered at the APS Experimental Biology 2004 session:  A Bioinformatics How-to-for the Wet-Lab Physiologist, Washington, DC.

44. Allison, D.B. (April, 2004).  Microarray and related topics III.  Invited lecture at the 2004 UAB Short Course on Statistical Genetics, Washington, DC.

45. Allison, D.B. (May, 2004).   Weight Gain and it's Associated Comorbidities.   Invited lecture delivered to the Florida Association For The Study of Headache and Neurological Disorders, Palm Beach, FL.

46. Allison, D.B. (May, 2004). Methods for Multiple Comparison Adjustments.  Invited lecture at the University of Arizona's Oligonucleotide Microarray Workshop, Tucson, AZ.  [See: http://ag.arizona.edu/microarray/workshopMay2004.html]

47. Allison, D. B. (October, 2003). Food and Nutrition in Obesity Prevention: Implications for Research and Education. Invited Keynote Lecture delivered at the annual meeting of the USDA Advisory Board Committee, Washington, DC.

48. Allison, D. B. (October, 2003). Genetic Study Designs. Invited Keynote Lecture delivered at Phenotyping Obesity for Human Genetic Studies hosted by the National Institute of Diabetes, Digestive, and Kidney Diseases, Bethesda, MD.

49. Allison, D. B. (October, 2003). Hogs in Montana, Tea in China, Stars in the Heavens: Objectively Connecting Knowledge in High Dimensional Biology. Invited Lecture delivered at UAB's Comprehensive Cancer Center's Annual Retreat, Birmingham, AL.

50. Allison, D. B. (October, 2003). Antipsychotic induced weight gain: A second generation of research. Invited Lecture delivered at the annual meeting of the North American Association for the Study of Obesity, Fort Lauderdale, FL.

51. Allison, D. B. (September, 2003). Applying High-Dimensional Approaches to Microarray Research. Invited Lecture delivered at The Institute for Mathematics and its Applications' workshop on Statistical Methods for Gene Expression: Microarrays and Proteomics, Minneapolis, MN. [See: http://www.ima.umn.edu/complex/fall/c1.html#schedule]

52. Allison, D. B. (August, 2003). Microarray Research: Goldmine or Minefield. An Invited Lecture delivered at a meeting on Genomics Of Diabetes And Associated Diseases In The Post Genome Era, Lille, France.

53. Allison, D. B. (July, 2003). Statistical Issues in Longitudinal Data Analysis. An Invited Lecture delivered at the National Institute of Aging, Bethesda, MD.

54. Allison, D. B. (July, 2003). Antipsychotic-induced weight gain: A second generation of research. An Invited Lecture delivered to Pfizer Pharmaceuticals, Ann Arbor, MI.

55. Allison, D. B. (July, 2003). Obesity: True Knowledge, presumed knowledge, and false beliefs. Invited **Keynote** Lecture delivered at the Chief Scientific Officers' meeting of the International Food Technologists annual meeting, Chicago, IL.

56. Allison, D. B. (June, 2003). Genetic & Environmental Influences on Obesity. An Invited Lecture delivered at the "Healthy Solutions: Innovation in Response to the Obesity Epidemic" meeting for the food industry sponsored by McNeil Pharmaceuticals, NY, NY.

57. Allison, D. B. (June, 2003). Obesity & Headache. An Invited Lecture delivered at the annual meeting of the American Headache Society, Chicago, IL.

58. Allison, D. B. (June, 2003). Applying High-Dimensional Approaches to Microarray Research. An Invited Lecture delivered at the Graybill Conference on Microarrays, Bioinfomatics, & Related Topics, Fort Collins, CO.

59. Allison, D. B. (June, 2003). Problems in statistical genetics. An Invited Lecture delivered at the annual meeting of The Southern Regional Council on Statistics' Summer Research Conference in Statistics, Jekyll Island, GA.

60. Allison, D. B. (May, 2003). Antipsychotic induced weight gain. An Invited Lecture delivered at the annual meeting of The American Psychiatric Association, San Francisco, CA.

61. Allison, D. B. (May, 2003). Antipsychotic induced weight gain. An Invited Lecture delivered at the annual Biological Psychiatry meeting, San Francisco, CA.

62. Allison, D. B. (April, 2003). Adenovirus 36 as a potential cause of obesity: What additional evidence is needed. An Invited Lecture delivered at the annual Experimental Biology meeting, San Diego, CA.

63. Allison, D. B. (April, 2003). Antipsychotic-induced weight gain: A second generation of research. An Invited Lecture delivered to Eli Lilly & Co., Indianapolis, IN.

64. Allison, D. B. (April, 2003). Obesity among African Americans. An Invited Lecture delivered at the annual meeting of the National Organization for the Professional Advancement of Black Chemists and Chemical Engineers, Indianapolis, IN.

65. Allison, D. B. (April, 2003). Use of Microarrays for Pharmacogenomics Research. An Invited Lecture delivered at Indiana University's Division of Clinical Pharmacology in the Department of Medicine, Indianapolis, IN.

66. Allison, D. B. (April, 2003). Design & Analysis of Microarray Studies. An Invited Lecture delivered at Indiana University's Indiana University School of Medicine Department of Endocrinology & Medical & Molecular Genetics, Indianapolis, IN.

67. Allison, D. B. (March, 2003). Design & Analysis of Microarray Studies. An invited lecture delivered at the Wistar Institute, Philadelphia, PA.

68. Allison, D. B. (March, 2003). Statistical Methods in High Dimensional Biology: Examples from Microarray Research. An invited lecture delivered at the University of Pennsylvania, Philadelphia, PA.

69. Allison, D. B. (March, 2003). Obesity, Weight Loss, & Mortality. The **1st Janssen Distinguished Lecture** delivered at the University of Southern California, Los Angeles, CA..

70. Holt, J., Beasley, T. M., & Allison, D. B. (March, 2003). Statistical Models of Gene Expression from Microarray Data. Presented at the 2003 ENAR conference, Tampa, Florida.

71. Allison, D. B. (December, 2002). Integrating QTL Mapping Data Across Species: Comparative Genomics Made Quantitative. Invited address delivered at conference sponsored by the Institute of Mathematical Statistics on *Statistical Integration of Genetic Information Across*

*Data Domains: Biomedical, Agricultural, and Comparative Genomics.* Held in Birmingham, Alabama.

72. Beasley, T. M., Fernandez, J. R. George, V., & Allison, D. B. (November, 2002). Quantitative Genomics and Biostatistics: Exciting Career Opportunities in 21st Century Science. Presented at the annual American Indian Science & Engineering Society National Conference in Tulsa, Oklahoma.

73. Allison, D. B. (September, 2002). Design & Analysis in High Dimensional Biology: Examples from Microarray & Related Research. **Keynote** Address delivered at Auburn University's Cellular & Molecular Biosciences Fall Mini-Symposium.

74. Allison, D. B. (March, 2002). Genetic & Environmental Influences on Obesity. An invited lecture delivered to the Palm Chapter of the Florida Psychological Association.

75. Allison, D. B. (October, 2001). Standards of evidence in obesity treatment loss trials. In Non-pharmacological Treatments for Obesity. A symposium sponsored by Nutripharma Inc at the 2001 meeting of the North American Association for the Study of Obesity.

76. Allison, D. B. (August, 2001). Data Analytic Approaches to Microarray Technology. An invited address delivered at the summer conference on Obesity sponsored by the Federation of American Societies of experimental Biology. Snowmass, CO.

77. Allison, D. B. (July, 2001). Statistical Analysis in Pooling Data from Multiple Genome Scans. An invited address delivered at the National Institute of Diabetes, Digestive, & Kidney Disease's second *AdiMap* workshop. Washington, DC.

78. Allison, D. B. (July, 2001). Statistical Analysis of Microarray Gene Expression Data. An invited address delivered at the National Institute of Diabetes, Digestive, & Kidney Disease's conference on *Genomic and Proteomics in Kidney and Urologic* Disease. Washington, DC.

79. Allison, D. B. (May, 2001). New approaches to the epidemiology of obesity and cardiovascular disease risk. An invited address delivered at the NHLBI-NIDDK Working Group on the Pathophysiology of Obesity-Associated Cardiovascular Disease, Bethesda, MD.

80. Allison, D. B. (May, 2001). Public Health & Environmental approaches to obesity. An invited address delivered to Kraft (Nabisco) Nutrition Group, Chicago, Ill.

81. Allison, D. B. (May, 2001). Statistical Analysis of Microarray Gene Expression Data. An invited address delivered to R. W. Johnson Research Foundation, La Jolla, California.

82. Allison, D. B., & Mackell, J. (2000). Healthcare resource use and body mass index among individuals with schizophrenia. Presented at the 13th annual meeting of the European College of Neuropsychopharmacology, Munich, Sept 9-13, 2000.

83. Allison, D. B. (August, 2000). Statistical Methods for Gene Mapping with Quantitative Traits. An invited address delivered at the Indiana University School of Medicine.

84. Allison, D. B. (July, 2000). Obesity, Genetics and Mortality. An invited address delivered before the National Academy of Science's Panel on Dietary Reference Intakes, Washington, DC.

85. Allison, D. B. (July, 2000). Statistical Methods for Gene Mapping with Complex Traits. An invited address delivered at the Sackler Institute, NY, NY.

86. Allison, D. B. (April, 2000). Food Policy & Obesity: What Do the Data Tell Us. An invited address delivered at the 2000 Food Update Conference, Sanibel Island, Florida.

87. Allison, D. B. (April, 2000). Genetic Influences on Obesity: Something for Everyone. An invited address delivered at the Inauguration of the Clinical Nutrition Research Unit at the University of Alabama at Birmingham.

88. Allison DB, Mackell JA, Gutterman EM. The Impact of Weight Gain on Quality of Life among Individuals with Schizophrenia. 39th Annual New Clinical Drug Evaluation Unit (NCDEU) Conference. Boca Raton, FL, June 1-4, 1999. Poster No. 91.

89. Allison, D.B., and Mackell, J.A. Healthcare Resource Use and Body Mass Index among Individuals with Schizophrenia. 40th Annual New Clinical Drug Evaluation Unit (NCDEU) Conference. Boca Raton, FL, May 30-June 2, 2000. Poster No. 125.

90. Allison, D. B. (March, 1999). Genetic & Environmental Influences on Obesity. An invited address delivered at the Research Institute on Addictions at the State University of New York at Buffalo.

91. Allison, D. B. (February, 2000). Statistical Analysis of Microarray Gene Expression Data. An invited address delivered to the Biostatistics Department of the New York State Psychiatric Institute at Columbia University.

92. Allison, D. B. (February, 2000). Research Directions in Antipsychotic Induced Weight Gain. An invited address delivered at the University of Innsbrook.

93. Allison, D. B. (January, 1999). Genetic & Environmental Influences on Obesity. An invited address delivered at the Jean Mayer Center for Research on Nutrition and Aging at Tufts University.

94. Allison, D. B. (December, 1999). Some estimation and inference problems in mapping quantitative trait loci. An invited address delivered to the Columbia University Genetic Epidemiology Seminar.

95. Allison, D. B. (December, 1999). Genetic & Environmental Influences on Obesity. An invited address (Grand Rounds) delivered to the Department of Psychiatry, Medical College of Virginia.

96. Allison, D. B. (October, 1999). Tests of Linkage in the Presence of Association with Quantitative Traits. An invited address delivered to the American Society of Human Genetics, San Francisco.

97. Allison, D. B. (1999, October). Body composition and longevity. An invited address delivered at the International Symposium on in Vivo Body Composition at the Brookhaven National Laboratory.

98. Allison, D. B. (1999, September). Body weight, body composition and longevity. An invited address delivered to the Primate Research Center of the University of Wisconsin.

99. Allison, D. B. (1999, September). Body weight, body composition, aging, and mortality rate. An invited address delivered at the Annual Conference on Nutrition and Aging, Little Rock, Arkansas, Veterans Administration.

100.   Allison, D. B. (1999, September). The Rising Tide of Obesity. What is the role of the food industry. An invited address delivered at the annual meeting of the Grocery Manufacturers' Association, Washington, DC.

101.   Allison, D. B., Mackell, J., & Gutterman, E. M. (1999, August). The Impact of Weight Gain on Quality of Life among Individuals with Schizophrenia: The Patient's Perspective. Presented to the CINP in Hamburg Germany.

102.   Allison, D. B. (1999, June). Genetics of Obesity: A very complex trait. An invited address given at the National Institute of Health's STEP Forum on "Complex Traits: Genes, Environment and Disease.". Bethesda, MD, June 10, 1999.

103.   Allison, D. B. (1999, March). Genetic influences on the longevity response to caloric restriction in humans. An invited address given at the National Institute of Aging's workshop on "Caloric Restriction: Clinical Implication and Extensions". Bethesda, MD, March 8-10, 1999.

104. Allison, D. B., Mentore, J. M., Heo, M. Chandler, L., Cappelleri, J. C., Infante, M., & Weiden, P. Meta-analysis of the effects of anti-psychotic medication on weight gain. Presented to the 9th Congress of the Association of European Psychiatrists in Copenhagen, Denmark, in September 1998.

105. Allison, D. B., Mentore, J. M., Heo, M. Chandler, L., Cappelleri, J. C., Infante, M., & Weiden, P. Meta-analysis of the effects of anti-psychotic medication on weight gain. Presented to the XXIst Collegium Internationale Neuropsychopharmacologicum (CINP) meeting in Glasgow, Scotland, July 12-16, 1998.

106. Allison, D. B., Mentore, J. M., Heo, M. Chandler, L., Cappelleri, J. C., Infante, M., & Weiden, P. Meta-analysis of the effects of anti-psychotic medication on weight gain. Presented to the the New Clinical Drug Evaluation Unit (NCDEU) Meeting in Florida, June 8-12.

107. M. Chandler, L., Cappelleri, J. C., Infante, M., & Weiden, P. Meta-analysis of the effects of anti-psychotic medication on weight gain. Presented to the 151st Annual Meeting of the American Psychiatric Association in Toronto, Canada, May 30-June 4, 1998.

108. Carpenter, K.M., Hasin, D.S., Allison, D.B., & Faith, M.S. DSM-IV Major Depression and Obesity: A General Population Study. Presented to the American Psychological Association, August, 1998.

109. Allison, D. B. (1998, June). How to Interpret Outcomes Research. An invited address delivered to the media spokespersons of the American Dietetic Association.

110. Allison, D. B. (1998, May). Meta-Analysis: Extensions & Applications. An invited address delivered as part of a workshop on Meta-analysis: Methods, Issues, Examples. Sponsored by the NY Metropolitan Chapter of the American Statistical Association.

111. Allison, D. B. (1998, April). The Genetics of Obesity from an Environmental Point of View. An invited address delivered at the Grand Opening of the University of Maryland's Josslyn Center for Diabetes.

112. Allison, D. B. (1998, April). The Genetics of Obesity and Eating Disorders. An invited plenary address delivered at the Eighth International Conference on Eating Disorders, New York, New York.

113. Allison, D.B. (1998, March). Issues and Applications of Meta-Analytic Methods. In (L. Primavera; Chair) Methods for Meta-Analysis. An invited workshop presented to the Eastern Psychological Association.

114. Allison, D. B. (1998, February). Methods for the assessment of eating behaviors and weight related problems. An invited Magestral (**keynote**) address delivered at the opening of the Italian Congress on Eating Disorders, Bologna, Italy.

115. Allison, D.B. (1998, January). Genetic and Environmental Influences on Obesity. Paper presented to the American Society of Parenteral and Enteral Nutrition.

116. Allison, D. B. (1997, December). Prevalence and Consequences of Obesity. An invited address delivered at the Englewood Hospital, Englewood, NJ at a one-day symposium on Clinical Issues in Obesity hosted by Dr. Peter Bennotti.

117. Allison, D. B. (1997, July). Selective Sampling Strategies for Gene Mapping. Presented at the NAASO/NIDDK sponsored workshop Advancing the Genetics of Obesity: Strategies & Methods.

118. Allison, D. B. (1997, June). Fitness AND fatness affect health and longevity. An invited lecture/debate with Dr. Steven Blair at the University of Colorado Health Sciences Center.

119. Nathan, J. S., Heymsfield, S. B., Albu, J., Pi-Sunyer, F. X., & Allison, D. B. (1997, April). Descriptive Results from Phase I of the BMI50 Study: Measurement Challenges in the Massively Obese People. Presented to the Eastern Psychological Association.

120.    Faith, M. S., Manibay, E. P., & Allison, D. B. Self-Concept and Obesity in Adolescents. (1997, April). Presented to the Eastern Psychological Association.

121.    Allison, D. B. (1997, April). Scaling and Adjusting Data with Ratios, Residuals, Regression, and Allometry. Presented to the Eastern Psychological Association.

122.    Allison, D. B. (1997, April). Obesity and body mass index, body composition, and gene mapping. Presented to the Eastern Psychological Association.

123.    Allison, D. B. (February, 1997). *Genetic Epidemiology of Obesity*. Invited presentation delivered at the 2nd Abraham Conference on Preventive Nutrition "Obesity in the 1[st] Century" at Columbia University College of Physicians and Surgeons.

124.    Allison, D. B. (January, 1997). *Genetic Influence on Food Intake: A Twin Study*. Invited presentation delivered at the 1997 annual meeting of the International Life Sciences Institute.

125.    Allison, D. B., & Faith, M. S. (November, 1996). Bridging the data gap. In D. B. Allison (Chair) *Controversies in Obesity Treatment: Moving Toward Common Ground* (Symposium). Presented to the Association for the Advancement of Behaviour Therapy.

126.    Allison, D. B. *Recent Advances in the Genetics of Obesity*. (November, 1996). Invited **Keynote** address presented to the Obesity and Eating Disorders Special Interest Group of the Association for the Advancement of Behaviour Therapy.

127.    Allison, D. B. (November, 1996). *Obesity: Prevalence and Consequences.* In *Obesity: Problems, mechanisms & Therapies.* A one-day symposium at Montefiore Medical Center.

128.    Allison, D. B. (September, 1996). *Advocacy (and other) Science: Separating the Reasonable from Unreasonable.* An invited lecture delivered at the annual meeting of the D.C. Science Writers' Association.

129.    Allison, D.B. & Faith, M.S. (August, 1996). A Proposed Heuristic for Communicating Heritability to the General Public. Presented to the American Psychological Association.

130.    Allison, D. B. (1996). *Statistical Aspects of Data Normalization Procedures.* In Goran, M. I. *Workshop on Data Normalization Procedures.* Presented at the 1996 Experimental Biology meeting.

131.    Pietrobelli, A., Brambilla, P., Manzoni, P. Heymsfield, S. B., Gallagher, D., Allison, D. B., Faith, M. S., Chiumello, G. (April, 1996). Validation of BMI as a Measure of Adiposity in Children and Young Women. Presented at the 1996 International Congress on Eating Disorders.

132.    Allison, D. B. (April, 1996). Psychobiology of Eating Disorders I: Genetics. Presented at the 1996 International Congress on Eating Disorders.

133.    Allison, D. B. (April, 1996). Eating Disorders Research Viewed from an Obesity Research Perspective: What Can We Learn? Presented at the 1996 International Congress on Eating Disorders.

134.    Allison, D.B. (April, 1996) Overview and Introduction on Obesity: Pathophysiology and Treatment II (Metabolic Processes in Health and Disease Theme). Presented at the 1996 Experimental Biology Meeting.

135.    Faith, M.S. & Allison, D.B. (March, 1996). Do Social Comparison Tendencies Moderate the Obesity Body Image relationship. Presented to the Eastern Psychological Association.

136.    Edlen-Nezin, L., Allison, D.B., & Clay-Williams, G. (March, 1996). Race effects on body weight satisfaction and dieting beliefs and behaviors. Presented to the Eastern Psychological Association.

137.    Allison, D.B. (March, 1996). Alternative Models for Meta-Analysis. In (L. Primavera; Chair) Methods for Meta-Analysis. Presented to the Eastern Psychological Association.

138.    Allison, D. B. (March, 1996). Going to Extremes: Statistical Issues in Mapping Genes for Complex Traits. An invited address presented to the New York Metropolitan Chapter of the American Statistical Association.

139.    Allison, D. B. (November, 1995). *New findings in the genetics of obesity.* An invited address presented at the annual Nutrition Symposium at Johns Hopkins University School of Medicine.

140.    Allison, D. B. (October 1995). *Interpreting epidemiological research.* An invited address delivered at the annual meeting on journalistic reporting of epidemiological research hosted by the Boston University School of Journalism.

141.    Allison, D. B. (August 1995). T*he Measurement of Food Intake in Children.* Invited paper presented at the National Institutes of Health, National Institute of Diabetes Digestive and Kidney Disease's symposium on *Methods for Research in Childhood Obesity,* September 1995.

142.    Allison, D. B., Faith, M.S. & Gorman, B.S. (August 1995). *The effects of autocorrelation on Type I error rates in single case research analyzed via randomization test.* Paper presented to the American Psychological Association.

143.    Allison, D. B., Engel, C., Kreibich, K., Heshka, S., & Heymsfield, S.B. (August 1995). *Predicting weight loss: Assessing the predictive validity of three psychometric instruments.* Paper presented to the American Psychological Society.

144.    Allison, D. B., Neale, M.C., Kezis, M. I., Alfonso, V.C., Heshka, S., & Heymsfield, S.B. (August 1995). *Assortative Mating for Relative Weight: Genetic and Social Implications.* Paper presented to the American Psychological Society.

145.    Allison, D. B. (August 1995). *Meta-Regression: Issues and Applications.* In Primavera, L.H. (Chair). Issues in the use of regression analysis. A symposium presented to the American Psychological Association.

146.    Allison, D. B. & Heymsfield, S. (August 1995). Racial Admixture, adiposity, and adipose tissue distribution among Black females: A pilot study. Presented to the 1995 FASEB Summer Conference on Genetic and Behavioral Influences on Obesity and Energy Regulation.

147.    Allison, D. B. *Genetics of Human Obesity: Myths, Methods, & Measurements.* An invited address delivered to the New York City American Heart Association, June, 1995.

148.    Allison, D. B., & Neale, M. C. *Does Genetic Predisposition to Obesity Moderate the Obesity-Hypertension Relation.* Paper presented to the International Twin Society, May, 1995.

149.    Allison, D. B. *The Epidemiologic Evidence Regarding Trans-Fatty Acids and CHD.* Invited address presented at the 1995 meeting of the Oil Chemists Society.

150.    Allison, D. B., & Faith, M. *Publication Bias in Obesity Treatment Trials?* Paper presented to the Eastern Psychological Association, April, 1995.

151.    Goran, M. I., Allison, D. B., Poehlman, E. T. *Are Body Composition Ratios Valid Obesity Indices.* Paper presented to the Federation of American Societies of Experimental Biology, April, 1995.

152.    Allison, D. B. *More Power & More Money.* In Primavera, L. H., Gorman, B. S., and Allison, D. B. *Practical Issues in Power Analysis.* A symposium presented to the American Psychological Association, August, 1994.

153.    Mulheim, L. S., Allison, D. B., & Heymsfield, S. B. *Caloric Underreporting in obese persons.* Presented to the 6th International Conference on Eating Disorders, April, 1994.

154.    Allison, D. B. (Invited Panel Presenter) at *Research and the New Paradigm.* Presented at the annual meeting of the Association for the Health Enrichment of Large People, April, 1994.

155.  Allison, D. B.  *Power and Money*.  A symposium presented to the Eastern Psychological Association, April, 1994.

156.  Allison, D. B., Heshka, S., Sepulveda, D., Babbitt, R. L., & Heymsfield, S.  *Resting Metabolic Rate Among Persons With Down Syndrome*. Paper presented to the annual Gatlinberg Conference on Mental Retardation, March, 1994.

157.  Basile, V. C., Motta, R., & Allison, D. B.  *Antecedent Exercise as a treatment for disruptive behavior: Testing hypothesized mechanisms of action*.  Paper presented to the Association for the Advancement of Behavior Therapy, November 1993.

158.  Alfonso, V. C. & Allison, D. B.  *Convergent and Discriminant Validity of the Extended Satisfaction with Life Scale*. Paper presented to the American Psychological Association, August, 1993.

159.  Primavera, L. H., Gorman, B. S., & Allison, D. B. *Common questions of statistical consultants: What to do before hitting the ENTER key*.  Paper presented to the American Psychological Association, August, 1993.

160.  Gorman, B. S., Primavera, L. H., & Allison, D. B.  *Difficulty factors in the restrained eating scale: When is a scale a scale?*  Paper presented to the Eastern Psychological Association, April, 1993.

161.  Allison, D. B.  Methodological Issues in Obesity Research with Examples from Biometrical Genetics.  Paper presented to at the symposium Obesity and Weight Control: Advances in the Medical and Psychosocial Management of the Nations most Prevalent Life-Threatening Illness sponsored by The American Institute of Life-Threatening Illness and Loss, April, 1993.

162.  Allison, D. B., & Heymsfield, S. B.  Do the obese overeat?  In Allison, D. B., & Pi-Sunyer, F. X.  *Current Status of Scientific and Clinical Progress in Human Obesity*.  A two-day symposium held at the annual AAAS convention in February, 1993.

163.  Allison, D. B.  If we live in a deterministic world, why can't we predict treatment outcome?  In Allison, D. B., & Pi-Sunyer, F. X.  Current Status of Scientific and Clinical Progress in Human Obesity.  A two-day symposium held at the annual AAAS convention in February, 1993.

164.  Allison, D. B., Gorman, B. S., & Primavera, L. H.  (1992, August).  *The Most Commonly Asked Questions by Statistical Consultees: Our Favorite Responses and Recommended Readings*. Invited address (Division 1) delivered to the American Psychological Association at the 1992 annual convention.

165.  Allison, D. B., Heshka, S., & Heymsfield, S. B.  (August, 1992).  *A Method for the Identification and Analysis of Homologizer/Moderator Variables When the Moderator is Continuous*.  Paper presented to the American Statistical Association.

166.  Alfonso, V. C., & Allison, D. B.  (1992, August).  *Further Psychometric Development of the ESWLS*. Paper presented to the American Psychological Association.

167.  Allison, D. B., & Heymsfield, S. B.  (1992, August).  *Is the Asymptotic Variance-Z Test Robust with Truly Small Samples?* Paper presented to the American Psychological Association.

168.  Allison, D. B.  (1992, August).  *The Confounding of Single-Case Designs When Cyclicity is Present*.  Paper presented to the American Psychological Association.

169.  Gorman, B. S., & Allison, D. B.  (1992, August).  *Calculating Effect Sizes for Meta-analysis: The Case of the Single-Case*. Paper presented to the American Psychological Association.

170.  Franklin, R. D., & Allison, D. B.  (1992, August).  *Visual Inspection, Response Guided Experimentation, and Type I Error Rate*.  Paper presented to the American Psychological Association.

171.    Silverstein, J. M., & Allison, D. B. (1992, August). *Proposed Designs for Informative, Ethical, and Inferentially Sound Clinical Evaluation.* Paper presented to the American Psychological Association.

172.    Allison, D. B. (1992, August). *Evidence of Commingling in Human Eating Behavior.* Presented at the FASEB Summer Conference on "Energy Balance from Gene to Organism."

173.    Allison, D. B. (May, 1992). *The Validity of Assumptions Underlying the Promotion of Weight Loss.* Invited address delivered to the Food and Nutrition Council of Greater New York.

174.    Allison, D. B., & Heymsfield, S. B. (May, 1992). *Do Obese Persons Eat More Than Nonobese Persons? A Methodological Perspective.* Paper presented to the Association for the Health Enhancement of Large Persons.

175.    Silverstein, J. M., & Allison, D. B. (May, 1992). *Antecedent Exercise in the Treatment of Disruptive Behavior.* Invited address delivered at the Young Adult Institute's 13th Annual International Conference.

176.    Allison, D. B., Heshka, S., & Heymsfield, S. B. (May, 1992). *The Independent Effects of Age on Metabolic Rate: A "Mini-Meta-Analysis."* Paper presented to the American Society of Clinical Nutrition.

177.    Gerace, L., Russell, M., Aliprantis, A., Wang, J., Pierson, R. N., Baumgartner, R., Allison, D. B., & Heymsfield, S. B. (May, 1992). *Differences in Bone Mass and Skeletal Linear Dimensions Between Black and White Men.* Paper presented to the American Society for Clinical Nutrition.

178.    Allison, D. B. (April, 1992). *A Note on The Selection of Control Groups and Control Variables in Comorbidity Research.* Paper presented at the Fifth International Conference on Eating Disorders.

179.    Allison, D. B., Heshka, S. & Heymsfield, S. B. (April, 1992). *Counting Calories? - Caveat Emptor.* Short paper presented at the Society for the Study of Ingestive Behavior Annual Meeting at the Meeting of The Eastern Psychological Association.

180.    Allison, D. B., Silverstein, J. M., & Galante, V. (April, 1992). Relative Effectiveness and Cost-Effectiveness of Cooperative, Competitive, and Independent Monetary Incentive Systems for Improving Staff Performance. Paper presented to the Eastern Psychological Association.

181.    Allison, D. B., & Heshka, S. (April, 1992). *Emotionality and Eating Among the Obese?: A Critique.* Paper presented to the Eastern Psychological Association.

182.    Allison, D. B. (March, 1992). Upper versus Lower and Central versus Peripheral as Distinct Components of Body Fat Distribution. Paper presented to the Society for Behavioral Medicine.

183.    Murphy, C. M., Babbitt, R. L., Allison, D. B., & Patterson, H. L. (March, 1992). The Prevalence and Characterization of Obesity Among Children with Developmental Disabilities Compared to Nondevelopmentally Disabled Controls. Paper presented to the Society for Behavioral Medicine.

184.    Allison, D. B., & Franklin, R. D. (November, 1991). *The Readability of Three Measures of Dietary Restraint.* Paper presented at the annual meeting of the Association for the Advancement of Behavior Therapy.

185.    Allison, D. B., Murphy, C. M., Babbitt, R. L., & Patterson, H. L. (October, 1991). *Adiposity Amongst The Mentally Retarded.* Paper presented at the annual conference of the American Association of University Affiliated Programs.

186.    Franklin, R. D., Fisher, W. F., & Allison, D. B. (1991, August). *Reinforcer Assessment: A Twenty-Five Year Retrospective.* Paper presented to the American Psychological Association.

187.   Franklin, R. D., & Allison, D. B. (1991, August). *Violent Crime and Substance Abuse Among North Carolina Prisoners, 1989.* Paper presented to the American Psychological Association.

188.   Allison, D. B., & Franklin, R. D. (1991, June). *Opiate Peptides: Their Putative Role in the Pathogenesis and Treatment of Obesity.* Paper presented to the American Psychological Society.

189.   Burke, J. B., Summers, J. A., Lynch, P. S., & Allison, D. B. (1991, June). *Treating a disrupted sleep phase disorder in a nine-year old boy with Angelman Syndrome.* Paper presented to the American Psychological Society.

190.   Alfonso, V. C., Allison, D. B., & Dunn, G. M. (1991, June). *The Development of The Extended Satisfaction With Life Scale.* Paper presented at the first annual meeting of the American Association for Applied and Preventive Psychology, Washington, DC.

191.   Allison, D. B., Burke, J. C., & Silverstein, J. M. (1991, May). Scaling the Acceptability of Behavior Decelerative Procedures: Perceptions of Psychologists and Psychology Interns Working With Developmentally Disabled Persons. Paper presented at the annual meeting of the Association for Behavior Analysis.

192.   Allison, D. B. (1991, May). *Antecedent Exercise in the Treatment of Disruptive Behavior: A Meta-analytic Review.* Paper presented at the annual meeting of the Association for Behavior Analysis.

193.   Allison, D. B., & Silverstein, J. M. (1991, May). Scaling aversiveness of behavior decelerative procedures: Perceptions of staff working with developmentally disabled persons. Paper presented to the American Academy on Mental Retardation.

194.   Allison, D. B. (1991, April). *Four Paradigms, Five Procedures, and Three Purposes for Assessing The Stability of Cluster Analysis Solutions.* Paper presented at the Annual Meeting of the Eastern Psychological Association.

195.   Allison, D. B., & Heshka, S. (1991, March). *Toward an Empirically Derived Typology of Obese Persons: Derivation in A Patient Population.* Paper presented to the Society for Behavioral Medicine.

196.   Allison, D. B., & Heshka, S. (1991, March). *Toward an Empirically Derived Typology of Obese Persons: Replication in A Divergent Sample.* Paper presented to the Society for Behavioral Medicine.

197.   Allison, D. B., & Gorman, B. S. (1991, February). *Calculating and Estimating Effect Sizes from Between Group, Within Group, and Single Case Designs for Meta-analysis.* Paper presented at the annual meeting of the American Association for the Advancement of Science, Washington DC.

198.   Allison, D. B., & Franklin, R. D. (1991, February). *The Association Between Carbohydrate Craving and History of Depression and Anxiety: Support for Serotonergic Involvement.* Paper presented to the American Association for the Advancement of Science.

199.   Allison, D. B., Basile, V. C., & McDonald, R. B. (1990, October). *The Comparative Effects of Antecedent Exercise and Lorazepam on Aggressive Behavior in an Autistic Man.* Paper presented at the meeting of the New England Psychological Association, Worcester, MA.

200.   Allison, D. B. (1990, July). *Is OBM Needed in The Developmental Disabilities Field? Some Ongoing Research.* Invited address delivered at the Regional Symposium of the New York State Association for Behavior Analysis.

201.   Allison, D. B., Lee, M. J., & Gorman, B. S. (1990, May). *Dimensionality of Punishment: Exploratory Inquiry into the Perceptions of Professionals Working with Disturbed Children.* Paper presented at the meeting of the Association for Behavior Analysis, Nashville, TN.

202.    Allison, D. B., & Silverstein, J. M. (1990, May). *Quantifying Treatment Aversiveness: An Empirical Approach*. Paper presented at the meeting of the Association for Behavior Analysis, Nashville, TN.

203.    Allison, D. B., & Silverstein, J. M. (1990, August). *Scaling Aversiveness of Decelerative Procedures*. Paper presented at the meeting of the American Psychological Association, Boston, MA.

204.    Alfonso, V. C., Allison, D. B., & Dunn, G. M. (1990, February). *The Relationship Between Sexual Fantasy and Satisfaction: A Multidimensional Analysis of Gender Differences*. Paper presented to the American Association of Sex Educators, Counselors and Therapists, Arlington, VA.

DAVID B. ALLISON

## Classroom Teaching Experience

St. John's University, Queens, NY
    Adjunct Assistant Professor                         Jan. 1992 - June 1992

    Taught graduate course in Multivariate Statistics for psychology Ph.D. candidates.

Hofstra University, Hempstead, NY
    Adjunct Faculty                                 Jan. 1990 - August 1990

    Taught undergraduate courses in Social, Adolescent, and Introductory Psychology.

Nassau Community College, Garden City, NY
    Adjunct Faculty                                 May 1990 - July 1990

    Taught undergraduate courses in Introductory Psychology.

St. John's University, Queens, NY
    Adjunct Faculty                                 Jan. 1990 - May 1990

    Taught undergraduate course in Tests and Measures.

## Clinical Experience

PLUS Group Homes, Westbury, NY
    Applied Behavior Specialist                       Aug. 1988 - April 1990

    Developed and implemented behavior modification programs for autistic/retarded adults living in residential units. Designed and implemented staff training and organizational behavior management systems. Initiated research program. Performed psychological evaluations.

Astor Child Guidance Center, Bronx, NY
    Intern Psychologist                             Sept. 1988 - Aug. 1989

    Provided group and individual therapy to severely emotionally disturbed children and their families in a day treatment hospital. Provided consultation to classroom teachers in the shaping of classroom behavior through operant procedures.

Farmingdale School District, Farmingdale, NY
    Intern Psychologist                             Sept. 1987 - June 1988

    Provided psychological and educational evaluations and counseling for elementary and junior high school students.

Mercy Hospital Community Residence, Wantagh, NY
    Mental Health Assistant                          Sept. 1987 - Aug. 1988

    Assisted out-patients with histories of major mental disorders in adapting to life outside a hospital, maintaining a home, and becoming integrated into the community.

St. Francis Hospital, Roslyn, NY
   Psychiatric Assistant                                   Sept. 1986 - Oct. 1987

     Assisted psychiatric staff in providing care and therapy for adult in-patients with acute mental disorders.

Blueberry Treatment Center, Brooklyn, NY
   Child Care Worker                                      July 1985 - Aug. 1986

     Responsible for primary care, counseling, and therapeutic intervention with severely disturbed children ages four to seventeen.

Physician's Weight Loss Center, Hicksville, NY
   Behavior Therapist                                     Sept. 1985 - March 1986

     Provided group and individual counseling, behavior modification lectures, and psychological screenings for massively and morbidly obese adult outpatients.

Lifeline Center For Child Development, Queens, NY
   Substitute Teacher                                     April 1986 - June 1986

     Assumed teacher responsibilities for emotionally disturbed children of various ages.

## *Continuing Education*

- Since completing doctoral studies, I have participated in the following formal continuing education activities:
- August, 1991 - Attended one day training seminar in structural equation modeling through the American Psychological Association. Instructor: Rex Klein.
- September, 1991 - Attended two week course in statistical methods for the analysis of twin and family data for quantitative genetic studies. Instructors included Karl Joreskog, Lindon Eaves, and Michael Neale.
- November, 1991 - Attended one half day training seminar in structural equation modeling through the Association for the Advancement of Behavior Therapy. Instructor: Peter Bentler
- March, 1992 - Attended one day training seminar in categorical data analysis sponsored by the Biometric Society, Eastern North American Region. Instructor: Alan Agresti.
- May, 1993 - Attended one week training seminar in advanced statistical methods for the analysis of twin and family data for quantitative genetic studies. Instructors included Lindon Eaves, Michael Neale, and David Fulker.
- January, 1995 - Attended four day training seminar in *Enhancing Research Methodology & Grantsmanship Skills in Minority Research*. Sponsored by the National Center for Health Statistics.
- March, 1995 - Attended four day training seminar in genetic methods for medical researchers at Duke University. Instructors included Margaret Pericak-Vance, Jonathan Haines, and David Goldgar.
- May, 1995 - Attended one day workshop *Accelerating Gene Discovery & Mutation Detection. Breakthroughs in Human Genetics and Disease Research.* Hosted by Perkin Elmer. Instructors included Jay B. Lichter, Kenneth K. Kidd, and David Goldman.
- June, 1995 - Attended one week (5 day) workshop *Introduction to Human Genetic Linkage*. Hosted by Columbia University. Instructors included Jurg Ott and Lodewijk Sandkuyl.
- July, 1995 - Attended two week course in *Medical and Mammalian Genetics*. Hosted by the Jackson Laboratory. Instructors included Victor McKusik, John Phillips, and Deborah Meyers.

- August, 1995 - Attended half-day course in *Structural Equation Modeling*. Hosted by the American Psychological Association. Instructor was James Arbuckle.
- January - February, 1996 - Completed "bursary" visit with Drs. Nicholas Schork and Robert Elston at Case Western Reserve University and studied Statistical Genetics.
- March, 1996 - Attended 5-day workshop on Genetic Analysis of Twin & Family Data hosted by the Institute for Behavior Genetics at Boulder Colorado. Instructors included David Fulker, Michael C. Neale, Lindon Eaves, & Joanne Meyer.
- April 1996 - Attended 2 day video training course (10 hours) on Survival Analysis, sponsored by the American Statistics Association. Instructors were David Cox and David Oakes.
- June,1996 - Attended 1 week course on Statistical Methods for the Analysis of Complex Diseases at Cold Spring Harbor Laboratory. Primary course instructor was Neil Risch.
- July, 1996 - Attended 1 day course on Multiple Comparisons - Theory and Practice. Instructors included Yosef Hochberg and Dror Rom.
- September, 1996 - Attended 1 day workshop on *Meta-Analytic Methods* sponsored by the American College of Epidemiology. Instructors were Kay Dickerson and Steven Goodman.
- May, 1998 – Attended 5-day course in *Statistical Methods for Genetic Epidemiology* at the University of Montreal. Instructors were: Ken Morgan, Robert Elston, Ellen Wijsman, Elizabeth Thompson, Alice Wittemore, and Bruce Weir.
- Sept 1999 -- Attended two-day course in *Nutrition and Aging XIV: Nutritional Syndromes in the Elderly* at the Excelsior Hotel in Little Rock AR. Sponsored by the University of Arkansas College of Medicine. (11.75 hours of AMA PRA category 1 credit)
- May, 1999 - Attended 3-day course in *Statistical Analysis for Genetic Epidemiology* in Baltimore, MD. Instructors were: Robert Elston, Jane Olson, Kevin Jacobs, Audrey Schnell.
- January, 2003 – Attended 1-week course on Bayesian statistics at the University of Texas, Houston. Instructors included: Donald Berry, Bradley Carlin.

Although not specifically labeled training seminars or workshops, I regularly attend a variety of obesity, genetic, statistical, and psychological conferences and meetings.

## *EDITORIAL & REFEREEING EXPERIENCE*

### Editorships

- Associate Editor for *Computational Statistics and Data Analysis*, 2003 - present.
- Associate Editor for *PLOS Genetics*, 2005 – present.
- Associate Editor for *Behavior Genetics*, 2005 – present.
- Associate Editor of *Human Heredity*, 2002 – present.
- Editorial Board Member for *Journal of the American Aging Association*, 2004 – present.
- Editorial Board Member for *American Journal of Clinical Nutrition*, 2003 - 2004.
- Editorial Board Member for *Nutrition Today*, January, 1998 - present.
- Editorial Board Member for *International Journal of Eating Disorders*, 1998 - 2005.
- Editorial Board Member for *Obesity Reviews*, Jan, 2000 - present.
- Editorial Board Member for *International Journal of Obesity*, Jan, 2000 - 2006.
- Editorial Advisory Board member of *Behavior Genetics*, 2000 – 2005.
- Honorary Editorial Board member: *Evidence-Based Preventive Medicine*, 2003 – present.
- Contributing Editor for *Nutrition Reviews*, 2002 – 2006.
- Co-edited special issue of *Behavior Genetics* on the Genetics of Obesity, August, 1997.
- Co-edited special issue of *Nutrition* on Nutrigenomics, January, 2004.

### Journal & Book Reviewing

- *Acta Physiologica Scandinavica* – 1997.
- *American Journal of Clinical Nutrition* – 1997-1998, 2000, 2002-2003.
- *American Journal of Epidemiology* – 1997-1999.
- *American Journal of Human Genetics* – 1997-2003.
- *American Journal of Medicine* – 1997-1998.
- *American Journal of Physiology* – 2000.
- *American Journal of Psychiatry* – 2000.
- *American Journal of Public Health* – 1994, 1999.
- *Annals of Epidemiology* – 2004.
- *Annals of Internal Medicine* – 1998-2001, 2003.
- *Appetite* - 1992, 1994, 1996.
- *Archives of Internal Medicine* – 2001.
- *Behavior Modification* - 1993-1994.
- *Behavior Genetics* – 1998-2001.
- *Behaviour Research and Therapy* - 1993.
- *Biometrics* – 2005-2006.
- *Children and Youth Services Review* - 1991.
- *Computational Statistics & Data Analysis*, 2002-2004.
- *Diabetes* – 2000.
- *Encyclopedia of Dietary Supplements*, 2004.
- *Ethnicity & Disease* – 2000.
- *Genetic Epidemiology* – 1996-1999.
- *Genetics* – 2000-2001.
- *Human Heredity* – 1999-2004.
- *Human Molecular Genetics* – 1997-1998.
- International Journal of Body Composition Research – 2007.
- *International Journal of Eating Disorders* - 1995-2001, 2003.
- *International Journal of Obesity* - 1992-2005.
- *Journal of the American Medical Association* – 1998-2006.
- *Journal of the American Statistical Association* – 2006.
- *Journal of Applied Behavior Analysis* - 1991, 1996.
- *Journal of Applied Physiology* - 1994-1997.
- *Journal of Clinical Epidemiology*, 2000.
- *Journal of Clinical Endocrinology & Metabolism* – 1996, 1998.
- *Journal of Clinical Psychiatry* – 2000, 2006.
- *Journal of Consulting and Clinical Psychology* - 1992.
- *Journal of Gerontology* – 1998-1999.
- *Journal of Nutrition Education* - 1994.
- *Journal of Pediatrics*, 2002.
- *Measurement and Evaluation in Counseling and Development* - 1992.
- *Medicine and Science in Sports & Exercise* – 1995-1997.
- *Nature* – 2004.
- *Nature Cell Biology* – 2004-2005.
- *Nature Genetics* – 2003-2006.
- *Neuropsychiatric Genetics* – 2004.
- *Obesity Research* [now *Obesity*] - 1994-2001, 2004, 2006.
- *Obesity Reviews* – 2000 - 2004.
- *Perceptual & Motor Skills/Psychological Reports* – 1991, 1997.
- *Physiological Genomics* – 2000, 2003.
- *PLoS Genetics* – 2005-2006.
- *Proceedings of the National Academy of Sciences* – 2004.
- *Psychological Assessment* - 1992.
- *Psychological Bulletin* – 1994.
- *Psychological Methods* – 1997-2001.

- *Science* – 2003-2007.
- *Surgery for Obesity and Related Disorders (SOARD)* - 2006
- *Statistics in Medicine* – 2005-2006.

## Grant, Conference, & Other Reviewing

- Served on Selection Committee for television entries for the American Association for the Advancement of Science - Westinghouse Science Journalism 1990 Awards.
- Proposal Reviewer for the American Psychological Society's 1992 Convention.
- Proposal Reviewer for the American Psychological Association's 1994 Convention (Division 5) and 1998 convention (Division 38).
- Proposal Reviewer for the Society of Epidemiological Research Convention, 1996.
- Reviewer of grants-in-aid proposals for the Organizational Behavior Management Network's small grants program, 1992.
- Book proposal reviewer for American Psychological Association (1993) and Lawrence Erlbaum Publishers (1994), and Johns Hopkins press (1995).
- Ad hoc reviewer for **NIH** Nutrition Study Section (2000); Cardiovascular Disease Study Section (2000); and Endocrinology, Metabolism, Nutrition and Reproductive Sciences IRG (2005).
- Special Study Section Reviewer for National Institute of Aging RFA on Caloric Restriction studies. August, 2001.
- Special Emphasis Panel reviewer for National Institutes of Health (ZMH1-NRB-G-12 and ZMH1-ERB-P) for applications proposing Schizophrenia Treatments and Treatment Related to Aging, 2004 and 2005.
- Ad hoc reviewer for National Science Foundation *FIBR* proposal, 2004; CAREER proposal 2004.
- Grant proposal reviewer for:
  - Chair of the United Soybean Board's grant review committee 1999 – present.
  - Genome Canada, a not-for-profit corporation established through funding from the federal government of Canada (2002).
  - The University of Alabama at Birmingham's Comprehensive Cancer Center pilot & feasibility grants program (2002 - present).
  - The University of Alabama at Birmingham's Clinical Nutrition Research Center pilot & feasibility grants program (2001 - present).
  - The New York Obesity Research Center's Pilot and Feasibility Program (1995; 1999, 2000);
  - The Wellcome Trust (1995, 1998, 2000);
  - The Wellcome Trust & Juvenile Diabetes Foundation Joint Funding Program (2000)
  - The United Soybean Board (1997-1998);
  - International Life Sciences Institute Future Leader's Award (1999 - 2002)
  - Ad hoc reviewer for the NIH Look AHEAD study's ancillary projects program (2004).
  - Reviewer for the University of South Carolina's intramural research promotion grants (2004).
  - Reviewer for UCLA's Clinical Nutrition Research Unit's pilot & feasibility grants program (2003 – present).
  - The University of Colorado's Center for Research in Clinical Nutrition's Pilot and Feasibility Program (1995);
  - The Austrian *Fonds zur Förderung der wissenschaftlichen Forschung* (1999).

## INTRAMURAL COMMITTEE WORK

- Member of the UAB School of Public Health Faculty Affairs Committee, 2001 - 2003.
- Member of UAB University-Wide Office of Grants & Contracts Oversight Committee, 2003 - 2005.

- Member of UAB's Comprehensive Cancer Center Institutional Research Grant Committee, 2001 – 2004.
- Member of UAB's Department of Nutrition Sciences Chair Search Committee, 2001-2002.
- Member of UAB's Department of Nutrition Sciences Faculty Search Committee, 2003-2004.
- Member of Search Committee for UAB's Comprehensive Cancer Center Director, 2005 - present.
- Member of UAB's School of Public Health Associate Dean Search Committee, 2003 – 2004.
- Chair of UAB School of Public Health Research Advisory Council, 2005 – present.
- Member of UAB's University-Wide Research Advisory Group, 2005 – present.
- Chair of UAB School of Public Health Committee to Increase Enrollment in Masters Programs, 2005 – 2006.

## ORGANIZATIONAL AFFILIATIONS & APPOINTMENTS

- Association for Advancement of Behavior Therapy (AABT) – membership not current.
- American Association for the Advancement of Science (AAAS), 1989 – present.
- American College of Nutrition, Elected as Fellow, 2006.
- American Diabetes Association (ADA)
- American Heart Association (AHA), 2006 – Present
- American Psychological Association (APA)
  - o Member of Division 38 - Health Psychology
  - o Member of Division 5 - Measurement & Statistics
- American Society for Human Genetics (ASHG)
- American Society of Nutrition (ASN) (formerly American Society for Clinical Nutrition (ASCN), Elected Member of Nominating Committee, 2003 – present.
- **American Statistical Association (ASA)**
  - o Member of the executive board of the New York Metropolitan chapter of the American Statistical Association - 1995 to 1999.
  - o Elected as Fellow, 2007.
- Behavior Genetics Association (BGA)
- Classification Society of North America (CSNA)
- Eastern Psychological Association (EPA) – membership not current.
- Gerontological Society of America (GSA)
- Human Genome Organization - (HUGO)
- Biometric Society - Eastern North American Region (ENAR)
- Institute for Mathematical Statistics (IMS)
- Mathematical Association of America (MAA)
- NAASO: The Obesity Society
  - o Chair of Public Relations subcommittee to develop *Media Guide to Contact People and Consultants* ~1992.
  - o Member of Publications Committee October 1996 - 1997.
  - o Elected Member of Nominations Committee 1996 – 1997.
  - o Elected to NAASO Council May, 1995. Served on council from October 1995 through August, 1998.

- o Elected as Secretary/Treasurer of NAASO August, 1998. Will serve from August 1998 through October, 2001.
- o Served on a special Public Affairs Task Force to provide information regarding dietary supplements for weight loss to the U.S. General Accounting Office (GAO) – 2002.
- o Track co-leader for the Population Studies track of the 2003, 2004, and 2005 annual meetings.
- o Elected Member of Nominations Committee 2005-2006.
- o Elected Vice President in 2006 (will serve as Vice President commencing Oct 2006; President Elect commencing Oct 2007; President Commencing Oct 2008; and Past President commencing Oct 2009).
- New York Academy of Science (NYAS)
- Society of Behavioral Medicine (SBM).
- Society for the Study of Ingestive Behavior (SSIB)


CONFERENCE & WORKSHOP ORGANIZATION

- Primary organizer of an international Advanced Research Workshop (≈150 participants) sponsored by the North Atlantic Treaty Organization (NATO) and the National Institute of Diabetes Digestive & Kidney Diseases, *Obesity Treatment: Establishing Goals, Improving Outcomes, and Reviewing the Research Agenda*, held June 3-5, 1993.

- Chair (with F. Xavier Pi-Sunyer) of a two-day meeting (≈200 participants) sponsored by the American Association for the Advancement of Science (AAAS), *Current Status of Scientific and Clinical Progress in Human Obesity* in February, 1993.

- Chair of the organizing committee for the NAASO-sponsored and NIDDK-funded conference (≈120 participants) *Advancing the Genetics of Obesity: Strategies & Methods* held July, 1997.

- Co-Chair with David Harrison of Genetics Committee of National Institute of Aging Conference on Application of Caloric Restriction Research to Humans, March, 1999.

- Elected Vice-Chair (with Michael Jensen, Chair) of 2001 FASEB summer conference on *Obesity & Energy Metabolism.*

- Vice Chair of the year 2000 annual meeting of the International Life Sciences Institute (ILSI) and Chair of the year 2001 annual ILSI meeting.

- Serve on the International Advisory Committee for the 2002 9th International Congress on Obesity in Brazil as the "International Expert" for the Track on *Genetics Of Obesity.*

- Chair (with Drs. Arlen Price and Anthony Comuzzie) of the first meeting for a putative consortium of human obesity gene mappers titled *'Adi-Map' Obesity Gene Mapping Collaborative Project: Are we ready?* Sponsored by the National Institute of Diabetes Digestive, and Kidney Diseases, July 14, 2000.

- Co-Leader (with June Stevens and Anthony Comuzzie) of Population Studies & Public Health Track of the 2003, 2004, and 2005 annual meetings of the North American Association for the Study of Obesity.

- With Dr. Jose Fernandez in the lead, I organized a 1-day workshop on UAB's campus regarding genetic admixture studies (see: http://mhrc.dopm.uab.edu/MHRC%20Genetic%20Admixture%20Workshop.pdf).

- Primary organizer and PI of NIH R13 grant for 2-day conference on *Design, Analysis, Interpretation of Randomized Clinical Trials In Obesity* held in Newark, NJ, Dec 4-5, 2006. For details, see: http://main.uab.edu/Shrp/Default.aspx?pid=97738

## MENTORSHIP ACTIVITIES (*see also leadership activities section*)

- Initiated, drafted the plan, and successfully 'lobbied' for UAB's Postdoctoral Diversity Awards (PDAs) program, a program of awards to enhance the Recruitment & Retention of Minority and Other Underrepresented Postdoctoral Scholars at UAB. This program is now under consideration for funding and approaval by the University.

- Served on Doctoral Dissertation Committees for students at UAB, Columbia University Teachers' College, Hofstra University, Rutgers University.

- Masters thesis advisor to Masters students at Columbia University and New York University.

- Pre-examiner for doctoral dissertation of Minna Oman from the University of Helsinki, 2001.

- Scientist participant in *Science-By-Mail*, a science correspondence program with fourth grade children, 1992-93

- Mentor in New York Academy of Science's summer student internship program, 1992-1998. Co-Mentor, 1999-2001. Supervised high school students in research projects.

- Supervise/mentor high school interns from LaGuardia High School for Gifted Students, 1994-1996.

- Supervise/provide research experience to numerous masters and Ph.D. students from Fordham University.

- Internship supervisor of doctoral student in health psychology from Ferkauf College at Albert Einstein College of Medicine, 1995-1996.

- A UAB post-doctoral fellow I have helped, Dr. Xuxia Wu, won an award for our collaborative work: Wu X, Wang J, Allison DB, Garvey WT. (2004) Muscle response to insulin is impaired in diabetic humans, in association with a defect in signaling pathway. Presented at the University of Alabama at Birmingham's 2004 Annual Center on Aging Meeting in September. UAB Center of Aging Abstract Winner.

- UAB Dept of Medicine Junior Faculty Mentoring Program led by Lisa M. Guay-Woodford, M.D., Director, Division of Genetic and Translational Medicine. As of Spring 2007, serving as one of three Scholar Advisory Committee (SAC) members for John Hartman MD, Asst Prof of Genetics, 2007 – present.

A (non-exhaustive) Listing of Individuals Mentored Appears Below:

| High School Students | | | | |
|---|---|---|---|---|
| Angelique Fournier | Social & Ethnic Influences on Obesity | | 1992 | One peer-reviewed paper |
| Orlando Valazco | Estimating weight loss success. | NY Academy of Science Summer Internship program for Gifted High School Students | 1993 | Completion of high school and entry into college |
| Rachel Weber | Estimating weight loss success. | | 1993 | |
| Denise Sanchez | Obesity & Mortality Rates | | 1995 | |
| Diana Townsend-Butterworth | Obesity & Mortality Rates | | 1997 | One peer-reviewed paper. Successful application to and attendance at Harvard University. |
| Adwoa Dawzi | Obesity & Mortality Rates | | 1998 | In final year at Trinity College, Hartford, CT. Hoping to attend graduate school in Psychology in the Fall, 2004. Conducting senior honors thesis on Obesity and Attitudes about Weight among African-American women. |
| Jessica Singleton | Alternative Medicine & Obesity | | 1999 | Currently pursuing a bachelor's in the honors cognitive neuroscience program at Harvard |
| Kristen Jozkowski[1] | Genetics of Food Intake | | 2000 | Participant and finalist in several high school science fairs. Regional finalist in the US Intel "Science and Engineering" Competition. |
| Undergraduate Students | | | | |
| Meredyth Kravitz | | Undergraduate Summer Volunteer | 1997 | One peer-reviewed paper; Successful application to and attendance at Albert Einstein-Yeshiva University's PsyD program. |
| Post-Baccalaureate Students | | | | |
| Elizabeth Manibay | Obesity | Ph.D. program in Psychology at CUNY Baruch College | 1996 | One paper published in peer-reviewed journal; Received NIH minority supplement grant. |
| Ming Infante | Statistical Genetics and obesity | Post-baccalaureate pre-med program, Columbia University | 1998-1999 | Three peer-reviewed papers. |
| Nathaniel Berman | Pediatric Obesity | Pre-Med program, Columbia University | 1998-1999 | Successful application to and attendance at medical school. One peer-reviewed paper in *Pediatrics* |
| Masters Students | | | | |
| Dennis Sepulveda | Obesity in Down Syndrome | Masters Program at Columbia in Nutrition | 1993 | Two published papers. Received award for outstanding achievement by employee of Sanofi Pharmaceuticals. |
| Jennifer L. Kraker | Meal Replacement formulae for obesity treatment. | | 2000-2001 | Two papers published. Winner of 2005 scholarship from the American Society of Clinical Nutrition for an internship in nutrition and medicine. Currently enrolled in medical school. |
| Paula Iocova | Obesity | Extern from Psychology Masters program at Fordham University | 1995-1996 | Successful application to Ph.D. program. |

---

[1] Jointly mentored with Myles Faith.

| Name | Topic | Position | Years | Outcome |
|---|---|---|---|---|
| Tapan Mehta | Analysis of microarray data. | M.S. Student in Engineering at UAB | 2002 - 2004 | Several papers published. Winner of Young Investigator support to present paper at *Statistical and Applied Mathematical Sciences Institute* Workshop September, 2003. Now in UAB Biostats Ph.D. program. |
| **Doctoral Students** | | | | |
| Hansen Bannerman-Thompson | Microarray analysis by support vector machines. | Graduate Intern (Ph.D. candidate at N. Dakota State U.) | Summer, 2000 | |
| Eva Gropp | Obesity & Genetics | Medical Student/Visiting Scholar from Germany | 2000 - 2001 | Several papers published. Currently post-doctoral fellow at Institute for Genetics, University of Cologne |
| Janet Mentore | Obesity | Extern from Psychology Ph.D. program at Fordham University | 1996 to 1997 | One non-peer-reviewed newsletter article. Three peer-reviewed papers. |
| Susan Tennant | Obesity | | 1998 | |
| Julie Nathan | Obesity | Extern from Psychology Ph.D. program at Fordham University | 1996-1997 | Three published papers. One book chapter. |
| Chenxi Wang | Statistical methods for studying the relation between obesity and mortality. | Ph.D Student in Nutrition Sciences, UAB | 2001 to 2004 | Multiple published papers. Won Samuel L. Barker Award for Best Graduate Student at UAB in 2004. Currently Assistant professor of Nutrition, University of Louisville. |
| Scott Keith | Statistical methods for studying obesity and mortality rate. | UAB Ph.D. Program in Biostatistics. Supported by NHLBI T32. | 2004 - present | Several published papers. |
| **Post-Doctoral Fellows** | | | | |
| Myles S. Faith, Ph.D. | Behavioral genetics of obesity. | Post-Doctoral Fellow | 1995-1998 | Numerous published papers. Several NIH grants as PI. Asst Prof at U. Penn. |
| Angelo Pietrobelli[2], M.D. | Pediatric obesity & Body Composition. | Post-Doctoral Fellow (from Italy) | 1995-1998 | Numerous published papers. Assoc Editor on Int J Obesity. |
| Moonseong Heo, Ph.D. | Statistical methods in obesity research. | Post-Doctoral Fellow | 1996-1999 | Numerous published papers. Assistant Professor at Cornell Institute of Geriatric Psychiatry, Dept of Psychiatry/Westchester Weill Medical College of Cornell University |
| Raffaella Zannolli, M.D. | Epidemiological studies in obesity. | Post-Doctoral Fellow (from Italy) | 1998-1999 | Three peer-reviewed papers. |
| Jose Fernandez, Ph.D. | Statistical genetics applied to obesity. | Post-Doctoral Fellow | 1999 - 2001 | Multiple papers published. NIH R01 as PI plus multiple other grants. Asst Prof at UAB. |
| Daniel Hoffman[3], Ph.D. | Body composition. | Post-Doctoral Fellow | 1999 – 2001 | Multiple papers submitted and in preparation. Several grant applications submitted. Currently asst prof at Rutgers Univ. |
| James (Yongwu) Park[4], M.D. | Body composition. | Post-Doctoral Fellow (from Korea) | 2000 - 2001 | Multiple papers published. Faculty appointment. |
| Shankuan Zhu, M.D., | Body composition & mortality rates. | Post-Doctoral Fellow | 2000-2001 | Numerous published papers. Now a 'Chair Professor' at Zhejiang |

[2] Jointly mentored with Steven Heymsfield.
[3] Jointly mentored with Steven Heymsfield.
[4] Jointly mentored with Dympna Gallagher.

| Ph.D. | | | | University |
|---|---|---|---|---|
| Jaap Brand, Ph.D. | Statistical analysis of microarray data through computer intensive methods. | Post-Doctoral Fellow | 2001 – 2003 | Presented numerous abstracts. Several papers published and in review. Currently Scientist at NIH (intramural). |
| Mark Cope, Ph.D. | Pharmacogenomics of Anti-Psychotic Induced Weight Gain: Rodent Models. | Post-Doctoral Fellow | 2001 – 2006 | Recipient of a 2002 Postdoctoral Career Enhancement Award from UAB Office of Postdoctoral Education. Several papers and chapters published. Awarded an individual NIH NRSA grant (F32DK064532). Now Research Assoc at UAB. |
| Dongyan Yang, M.D., M.S. | Statistical Genetics. | Post-Doctoral Fellow | 2002 – 2003 | Multiple papers published. Staff Statistician, University of Louisville |
| Jode Edwards, Ph.D. | Statistical analysis of microarray data. | Post-Doc (T32) | 2002 – 2004 | Several papers published. Winner of 2002 Cottrell Award for Outstanding Post-Doctoral Fellow. Now Asst Prof at Iowa State Univ and USDA ARS. |
| Stanislav Zakharkin, Ph.D. | Statistical analysis of genetic data | Post-Doc (T32) | 2002 – 2005 | Several published papers. Won 2004 UAB Center for Aging, post-doc/junior faculty award. Now Senior Scientist at Solae. |
| Siham Elamin, DVM | Genetic Epidemiology | Post-Doctoral Fellow | 2003 – 2004 | 1 chapter published; Currently scientist at USDA |
| Kyoungmi, Kim, Ph.D. | Statistical genetics. | Post-Doctoral Fellow | 2003 – 2005 | Many published papers. Asst Prof at UC Davis. |
| Solomon Musani, Ph.D. | Statistical genetics. | Post-Doc (T32) | 2003 – 2005 | Instructor at UAB. Recipient of NIH minority supplement grant. Published several papers. |
| Laura Kelly Vaughan | Statistical Genetics | Post-Doc (T32) | 2005 - | |
| Daniel Shriner[5] | Statistical Genetics | Post-Doc (T32) | 2005 - | Finalist for Young Investigator Award at NAASO. |
| David Brock | Obesity | Post-Doc (T32) | 2006 - | |
| Mai Elobeid | Obesity | Post-Doc (T32) | 2006 - | |
| Marcus Guyton | Obesity | Post-Doc (T32) | 2006 - | |
| Stephen Erickson | Statistical Genetics | Post-Doc (T32) | 2006 - | |
| **Young Faculty** | | | | |
| Bert Boyer[6], Ph.D. | Genetic epidemiologic methods in obesity. | Senior Post-Doctoral Fellow (NIH F32) on 1-year sabbatical from University of Alaska | 1998 – 1999 | Several papers published. Two NIH grants in review. One NSF grant funded as co-investigator. |
| Gary Gadbury, Ph.D. | Statistical analysis of microarray data. | Visiting Junior Professor | 2000 - 2001 | Many papers published. Now tenured associate prof at Univ Missouri at Rolla. |
| Mary Weber, R.N., Ph.D. U. of Texas at Arlington | Antipsychotic-Induced Weight Gain | Remote Faculty Mentoree in the NIMH/NINR Mentorship Program for Building the Capacity of Psychiatric Mental Health Nurse Researchers. Pairs doctorally prepared psychiatric nurses who have high potential for a successful research career with mentors who are the top researchers in the nurses' areas of research | 2002 – 2003 | 2 papers published. |

---

[5] Jointly mentored with Nengjun Yi.
[6] Jointly mentored with Rudy Leibel & Steven Heymsfield.

| | | interest. | | |
|---|---|---|---|---|
| David Redden, Ph.D. | Statistical Methods for Partitioning of Linkage Data | Mentored K-Award recipient/Asst Prof. | 2002 – present | Multiple papers submitted, in press, and published. Now tenured Assoc Prof. |
| Jamy Ard, M.D. | Treatment and prevention of obesity | Mentored K-Award. | 2003 – present | Received K-award, Robert Wood Johnson Career Award, published many papers. |
| Monica Baskin, Ph.D. | Treatment and prevention of childhood obesity | Serve as mentor on her pilot grants from CNRC and from an anonymous philanthropist. | 2003 - present | Received minority supplement from NIH. Multiple papers. |
| Nita Limdi, Ph.D. | Pharmacogenetics of Anticoagulation Therapy | Mentored K-Award recipient/Asst Prof./ Masters student in Public Health | 2003 – present | Received k-award: K23NS045598. Multiple papers published. |
| Nefertiti Durant, M.D. | Community and clinical aspects of obesity and its prevention | Assistant Professor of Pediatrics – Individual Mentor Arrangement | 2006 – present | |
| **Other** | | | | |
| Julie Yu | Obesity | Visiting Scholar (Nutritionist) from Taiwan | 1997 | |
| Wendy Packer-Munter | Obesity | | 1995-1996 | Successful Application to Ph.D. program. One published paper |
| Lauren Balkin | | Nutrition intern, Hofstra University | 1997 | Successful completion of degree. |

DAVID B. ALLISON

## LICENSURES and CERTIFICATIONS

* New York State Licensed Clinical Psychologist; License # 011212

* Certified instructor in physical intervention and restraint (SCIP) by the New York State Office of Mental Retardation and Developmental Disabilities (certification now expired).

* New York State certified school psychologist.

## OTHER

* "Communicator" for the International Food Information Council, an organization who's mission is to help the public and mass media obtain accurate information regarding food-related issues. Responsibilities include giving interviews to members of the mass media, developing educational materials for the general public, and helping to organize conferences; 1995-present.
* Listed in Marquis *Who's Who in Science and Engineering* (2nd and 3rd Edition).
* Listed in *International Who's Who in Medicine* (2nd Edition).
* Listed in *Who's Who in American Education* (5th Edition).
* Listed in Marquis *Who's Who in America* (49th through 51st Edition).
* Listed in *American Men & Women of Science*
* Listed in *International Directory of Distinguished Leadership* (5th Edition).
* Listed in *Men of Achievement* (17th Edition).
* Listed in *Strathmore's Who's Who* (1996-1997).
* Listed in *Who's Who in Medicine and Health Care* (1st Edition).
* Listed in *Dictionary of International Biography* (25th Edition).

DAVID B. ALLISON

# REFERENCES

F. Xavier Pi-Sunyer, M.D.
Director Obesity Research Center
St. Luke's/Roosevelt Hospital
Professor of Medicine
Columbia University College of Physicians & Surgeons
Amsterdam Avenue & 114th Street
New York, New York 10025
(212) 523-4161

Steven B. Heymsfield, M.D.
Executive Director,
Clinical Research, Metabolism
Merck Research Laboratories
126 E. Lincoln Avenue
PO Box 2000, RY34A-A238
Rahway, NJ 07065-0900
732-594-4448
732-594-3750 fax

Michael C. Neale, Ph.D.
Professor, Virginia Institute of Psychiatric and Behavioral Genetics
Medical College of Virginia
800 East Leigh Street, Room 115
Richmond, Virginia 23219
(804) 828-3369

Albert J. Stunkard, M.D.
Professor, Department of Psychiatry
University of Pennsylvania
3600 Market Street, room 734
Philadelphia, PA 19104
(215) 898-7314

George L. Blackburn, M.D., Ph.D.
S. Daniel Abraham Associate Professor of Nutrition
Harvard Medical School
Director of Nutrition Support Service
New England Deaconess Hospital
194 Pilgrim Road
Boston, MA 02215
(617) 632-8543

Robert C. Elston, Ph.D.
Professor
Department of Epidemiology & Biostatistics
Case Western Reserve University
2500 MetroHealth Drive, Rm. 259
Cleveland, OH 44109-1998
Phone: (216) 778-3863
Fax: (216) 778-3280

Bernard S. Gorman, Ph.D.
Professor
Department of Psychology
Hofstra University
Hempstead, New York 11550
(516) 463-5635

Robert H. Eckel, M.D.
Professor of Medicine and Physiology
Director of Adult General Clinical Research Center
University of Colorado
Health Sciences Center
4200 East 9th Avenue
Campus Box B151
Denver, Colorado 80262
(303) 315-8443

Louis H. Primavera, Ph.D.
Dean, Gordon F. Derner Institute of Advanced Psychological Studies
Adelphi University
Garden City, New York 11530
(516) 877-3000

Warren Ewens, Ph. D.
Professor of Biology
221 Leidy Laboratories
Department of Biology
University of Pennsylvania
Philadelphia, PA 19104 USA
(215) 898.7109

Ruth Ottman, Ph.D.
Professor of Epidemiology
Deputy Director for Research
G.H. Sergievsky Center
Columbia University
630 W. 168th Street
New York, New York 10032
(212) 305-9188

Michael I. Goran, Ph.D.
Professor & Associate Director
Institute for Prevention Research
Department of Preventive Medicine
1540 Alcazar Street
University of Southern California
Los Angeles, CA 90033
Tel: (323) 442-3027
Fax: (323) 442-2601
E-mail: goran@hsc.usc.edu