```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

New York State Restaurant Association,
    *Plaintiff*,

- against -

New York City Board of Health, *et al.*
    *Defendants*.

Case No. 1:07-cv-05710 (RJH)

**ORDER FOR ADMISSION
PRO HAC VICE**

Upon the motion of Kevin C. Mallon, attorney for *amici curiae* U.S. Representative Henry Waxman, David Kessler, M.D., et al., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Deepak Gupta |
| Firm Name: | Public Citizen Litigation Group |
| Address: | 1600 20th Street, NW |
| City/State/Zip: | Washington, DC 20009 |
| Telephone/Fax: | (202) 588-1000 / 588-7795 |
| Email Address: | dgupta@citizen.org |

is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 24, 2007
City, State: New York, NY

                                        United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $      SDNY RECEIPT#