# EXHIBIT C

SB 120

Page 1

Date of Hearing:  June 26, 2007

ASSEMBLY COMMITTEE ON HEALTH
Mervyn Dymally, Chair
SB 120 (Padilla and Migden) - As Amended:  June 19, 2007

SENATE VOTE  :  22-17

SUBJECT  :  Food facilities: nutritional information.

SUMMARY  :  Requires each food facility that shares the same trade name with at least nine other food facilities in the state, regardless of whether the food facilities are subject to the same ownership or type of ownership, that offers for sale substantially the same menu items, to make nutritional information available to consumers for all standard menu items. Specifically,  this bill  :

1) Requires the following information for each menu item to include, but not be limited to:
   a)  Total number of calories;
   b)  Total number of grams of saturated fat;
   c)  Total number of grams of trans fat;
   d)  Total number of carbohydrates; and,
   e)  Total number of milligrams of sodium.

2) Requires each food facility that uses a standard menu to provide the nutritional information next to each item on the menu in a size and typeface similar to other information about each menu item.  Requires the bottom of each page of a menu to include, in a clear and conspicuous manner, the following statement: "Recommended limits for a 2,000 calorie daily diet are 20 grams of saturated fat and 2,300 milligrams of sodium."

3) Allows a food facility, if the food facility also uses a menu board, to limit the nutritional information listed on the menu board to the total number of calories per item in a size and typeface similar to other information about the item.

4) Requires each food facility that uses only a menu board to provide on the menu board the total number of calories per item in a size and typeface similar to other information on the menu board about the item.  Requires this type of food facility to, upon request, make the other nutritional

SB 120
Page 2

information available to consumers in writing at the point of
sale.

5)Allows menus and menu boards to include a disclaimer that
indicates that there may be minimal variations in nutritional
content across servings, based on slight variations in overall
size and quantities of ingredients, and based on special
ordering.

6)Excludes from this bill items that are on the menu for less
than six months and to condiments and other items placed on
the table or counter for general use without charge.

7)Exempts application of this bill to alcoholic beverages.
Additionally exempts the following facilities from this bill:

   a)  Certified farmers' markets;
   b)  Commissaries;
   c)  Licensed health care facilities;
   d)  Mobile support units;
   e)  Public and private school cafeterias;
   f)  Restricted food service facilities;
   g)  Temporary food facilities; and,
   h)  Vending machines.

8)States that commencing on July 1, 2009, a food facility   that
violates this bill is guilty of an infraction, punishable by a
fine of not less than fifty dollars ($50) or more than five
hundred   dollars ($500) for each violation, which may be
assessed by a local enforcement agency.  Prohibits making a
violation of this bill a misdemeanor.

9)Makes legislative findings and declarations on the importance
of nutritional information to allow customers to make informed
decisions about their health and diet.

EXISTING LAW  :

1)Renames the Department of Health Services as the Department of
Health Care Services and transfers certain public health
responsibilities, including the regulation of food facilities,
to a newly established Department of Public Health (DPH), as
of July 1, 2007.

2)Establishes the California Uniform Retail Food Facilities Law,

SB 120
Page 3

and effective July 1, 2007, the California Retail Food Code
(Cal Code), to regulate the health and sanitation standards
for food facilities by the DPH.  States that primary
responsibility for enforcement of Cal Code is with the local
enforcement agency.

3)Indicates that any person who violates the provisions of Cal
  Code is guilty of misdemeanor.  States that each offense is
  punishable by a fine of not less than $25 or more than $
  1,000, or by imprisonment in the county jail for a term not
  exceeding six months, or by both fine and imprisonment.
  Allows a local enforcement agency to suspend or revoke a
  permit of a food facility that violates the Cal Code.

4)Defines "food facility" as an operation that stores, prepares,
  packages, serves, vends, or otherwise provides food for human
  consumption at the retail level.  Includes in this definition
  permanent and nonpermanent food facilities, including but not
  limited to: a) public and private school cafeterias; b)
  restricted food service facilities; c) licensed health care
  facilities; d) commissaries; e) mobile food facilities; f)
  mobile support units; g) temporary food facilities; h) vending
  machines; and, i) certified farmers' markets, for purposes of
  permitting and enforcement.

5)Establishes the United States Food and Drug Administration
  (FDA) to regulate food, cosmetics, medicines, and medicine
  products; and ensures that such products are labeled
  appropriately.

FISCAL EFFECT :  According to the Senate Appropriations
Committee, pursuant to Senate Rule 28.8, negligible state costs.

COMMENTS :

1)PURPOSE OF THIS BILL . According to the sponsors of this bill,
  the American Heart Association, the California Center for
  Public Health Advocacy (CCPHA), and the American Cancer
  Society, this bill is an effort to establish standardized
  nutritional information at the point of sale at large chain
  restaurants.  They state that currently, restaurants are not
  required to provide consumers with nutritional information at
  the point of sale.  While some restaurants provide nutritional
  information on websites, and fewer provide nutritional
  information upon request, half of restaurants provide no

SB 120
Page 4

nutritional information at all.  Consumers who want to eat
healthier are not being provided with the nutritional
information they need to make healthier choices.  The current
system of voluntary labeling at restaurants is inadequate
given the large role that restaurant foods play in the diets
of Californians, and at a time when California is experiencing
one of the fastest rates of increase in adult obesity, this
bill will educate Californian's about the food they are
consuming.

2)FEDERAL LABELING REQUIREMENTS  .  The Nutrition Labeling and
Education Act of 1990 (NLEA) became law on November 8, 1990,
and requires manufacturers of packaged food to list nutrition
information on labels.  The NLEA addresses three primary
areas: the nutrition label, nutrient content claims, and
health claims.  The new nutrition labeling regulations require
nutrition labels on almost all packaged foods, revise the list
of nutrients whose content levels are required to be shown on
the nutrition label, adopt a new format for the nutrition
label, and provide for more consistent serving sizes across
product lines to reflect the amounts people actually eat.  The
basic nutrition label is to list 14 nutrients.  The nutrients
and the order in which they must be listed are: calories,
calories from fat, total fat, saturated fat, cholesterol,
sodium, total carbohydrate, dietary fiber, sugars, protein,
vitamin A, vitamin C, calcium, and iron.  Other vitamins and
minerals for which Reference Daily Intakes have been
established must be declared if a claim is made about them or
if they have been added as a nutrient supplement.  The NLEA
exempts restaurants from the labeling requirements unless
restaurants make a nutrient content claim ("low fat" or "high
fiber") or health claim ("heart healthy"), then such
restaurants must provide nutrition information for any food or
meal for which a claim was made.

3)DINING OUT  .  According to the National Restaurant Association
(NRA), total nationwide sales for restaurants in 2007 are
estimated at $537 billion.  In California, the 2006 restaurant
sales were estimated at $51.5 billion.  NRA also estimates
that the average household expenditure for food away from home
in 2005 was $2,634, or $1,054 per person.  In 1998, data from
the United States Department of Agriculture (USDA) indicates
that the share of food dollars spent away from home is 47%.
In 2004, one of the recommendations by the FDA's Obesity
Working Group was to encourage restaurants to provide calorie

SB 120
Page 5

and nutrition information. The FDA points out that such
information would help consumers make healthier and
lower-calorie choices outside the home, where Americans now
spend nearly half their total food budget. The USDA also
points out that improved diets could prevent a significant
proportion of heart disease, stroke, cancer, diabetes,
osteoporosis-related hip fractures, and neural tube birth
defects in the United States.

4)OTHER STATES . According to the National Conference of State
Legislatures, Arizona, Connecticut, Hawaii, Illinois, New
Jersey, and New Mexico have pending legislation similar to
this bill.

5)OBESITY . According to the federal Health and Human Services
Department, 64% of Americans are overweight or obese. Obesity
is considered a risk factor for a number of diseases,
including diabetes, cardiovascular disease, and cancer. The
Centers for Disease Control and Prevention released a study in
2004 that found that poor diet and inactivity were linked to
111,909 deaths in the United States in 2000. Results from the
1999-2002 National Health and Nutrition Examination Survey
(NHANES) indicate that 16% of children and adolescents ages
six to nine years of age are overweight. This represents a
45% increase from the overweight estimates obtained from
NHANES III (1988-94). A national study found that 9.1% of
total U.S. medical in 1998 could be attributed to being
overweight and/or obese. The dollar figure for this spending
may have reached as high as $78.5 billion ($92.6 billion in
2002 dollars). Obesity and being overweight are chronic
conditions, and result from a variety of factors including
behavior, environment, and genetics. The two factors that
play the largest roles in obesity are behavior and
environment, which are also considered the best areas for
prevention and treatment. According to the CCPHA, the numbers
of overweight and inactive children have reached an all-time
high in California. CCPHA found that statewide, approximately
27% of children are overweight and 40% are unfit.

6)GOVERNOR'S HEALTH CARE REFORM PROPOSAL . The Governor's
health
care reform proposal calls for reversing obesity trends
through innovative and comprehensive strategies. The
Governor's proposal includes a sustained media campaign to
encourage healthy choices; community-based activities to
increase access to healthy food and physical activity in

SB 120
Page 6

stores, schools, and neighborhoods; employee wellness
programs; and school-based strategies that engage the broader
community in obesity prevention activity.

7)PRIOR LEGISLATION .  SB 679 (Ortiz) introduced in 2003 would
have required restaurants to make nutritional information
immediately available to customers, upon request, in a
take-away form, and post a sign stating that the information
is available. This bill failed passage in the Assembly Health
Committee. SB 1171 (Ortiz) of 2004 was substantially similar
to     SB 679. SB 1171 was referred to the Senate Committee
on Health and Human Services, but was never heard.

8)SUPPORT .  Supporters such as the American Diabetes
Association, American Heart Association, and the California
WIC Association indicate that consumers have the right to know
the nutritional content of restaurant meals.  They state that
this bill will assist Californians in making changes in their
diet choices at restaurants, and is an important strategy for
reducing obesity and other diseases, and protecting the
public's health.

9)OPPOSITION .  Opponents such as the California Restaurant
Association and the California Grocers Association indicate
the following:  this bill will not address the obesity issue;
most food establishments have existing health options on the
menus; nutritional content can vary significantly even for the
same dish or food; potential liability for food service
establishments because of variations in nutritional
information; providing all the nutritional information would
be overwhelming and unrealistic; and, the cost of compliance
would be significant.  McDonald's Hispanic Owner/Operators of
California indicates that any information provided on a menu
board would be limited in scope and meaningless to most
customers because there would be no context to help them
understand the numbers in relation to their dietary needs.  It
also states that McDonald's has been providing nutritional
information to customers for over 30 years and it is
impractical, difficult, and expensive to modify restaurant
menu boards, including space limitations.

10)SUGGESTED AMENDMENTS .  On page 4, lines 6-10, this bill
requires that a food facility that uses a menu board to
provide the total number of calories per item on its menu
board, must make available to customers other nutritional

SB 120
Page 7

information upon request. Reference to "other nutritional information" is vague. The author may wish to amend this subsection to specify that the "other nutritional information" that must be made available includes, but is not limited, to the information specified in #1) of the summary of this bill (total number of grams of saturated fat; total number of grams of trans fat; total number of carbohydrates; and, total number of milligrams of sodium).

11)POLICY QUESTION . What constitutes a single violation of this bill?

REGISTERED SUPPORT / OPPOSITION :

Support

American Cancer Society (sponsor)
American Heart Association (co-sponsor)
California Center for Public Health Advocacy (co-sponsor)
California Optometric Association (co-sponsor)
Alameda County Board of Supervisors
American Academy of Pediatrics California District
American Diabetes Association
American Federation of State, County and Municipal Employees, AFL-CIO
Baldwin Park City Council
Berkeley City Council
California Adolescent Nutrition and Fitness Program
California Association of Family Physicians
California Black Health Network, Inc
California Chapter of the American College of Cardiology
California Chiropractic Association
California Medical Association
California Nurses Association
California School Employees Association, AFL-CIO
California State PTA
California WIC Association
Casa de Bonita Residential Care Facility
Congress of California Seniors
Consumer Federation of California
Contra Costa County Board of Supervisors
County of Los Angeles Public Health Department
Diabetes Coalition of California
Gray Panthers California
Health Officers Association of California

SB 120
Page 8

Latino Coalition for a Healthy California
Latino Diabetes Association
Latino Health Access
Los Angeles County Board of Supervisors
Lucille Packard Children's Hospital at Stanford
Marin County Board of Supervisors
Public and Environmental Health Advisory Board
Sierra Cascade Nutrition and Activity Consortium
Stanford University School of Medicine
State Building and Construction Trades Council

Opposition

Baskin-Robbins
California Alliance for Consumer Protection
California Chamber of Commerce
California Grocers Association
California Hispanic Chambers of Commerce
California Independent Grocers Association
California Restaurant Association
California Retailers Association
Darden Restaurants
Golden Gate Restaurant Association
International Franchise Association
McDonald's
McDonald's Hispanic Owner/Operators of California
Several restaurant and franchise owners

Analysis Prepared by :   Rosielyn Pulmano / HEALTH / (916)
319-2097