# EXHIBIT I

# HOUSE BILL No. 4791

May 17, 2007, Introduced by Reps. Gonzales, Miller, Polidori, Spade and Vagnozzi and referred to the Committee on Health Policy.

A bill to amend 2000 PA 92, entitled

"Food law of 2000,"

(MCL 289.1101 to 289.8111) by adding section 6145.

THE PEOPLE OF THE STATE OF MICHIGAN ENACT:

SEC. 6145. (1) BEGINNING OCTOBER 1, 2007, FOOD SERVICE ESTABLISHMENTS SHALL DISCLOSE ON THEIR MENUS THE CALORIC VALUE OF EACH FOOD AND MEAL.

(2) THE TEXT FOR THE DISCLOSURES REQUIRED UNDER SUBSECTION (1) SHALL MEET THE FOLLOWING REQUIREMENTS:

(A) THE FONT SIZE FOR HANDHELD MENUS OR TABLE TENTS SHALL BE VISUALLY EQUIVALENT TO AT LEAST 11-POINT FONT SIZE OR MAY BE VISUALLY EQUIVALENT TO THE FONT SIZE OF MENU ITEM DESCRIPTIONS.

(B) TEXT COLOR SHALL PROVIDE A CLEAR CONTRAST TO THE