# EXHIBIT L

HOUSE BILL 1203

48TH LEGISLATURE - STATE OF NEW MEXICO - FIRST SESSION, 2007

INTRODUCTION BY

Irvin Harrison

AN ACT

RELATING TO HEALTH; REQUIRING RESTAURANTS TO POST INFORMATION ON TRANS FAT CONTENT; ESTABLISHING A LIMIT ON USE OF TRANS FAT.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF NEW MEXICO:

    Section 1. A new section of Chapter 25 NMSA 1978 is enacted to read:

    "[NEW MATERIAL] SHORT TITLE.--This act may be cited as the "Trans Fat Act"."

    Section 2. A new section of Chapter 25 NMSA 1978 is enacted to read:

    "[NEW MATERIAL] DEFINITIONS.--As used in the Trans Fat Act:

        A. "restaurant" means an establishment that is held out to the public as a place where meals are prepared and served primarily for on-premises consumption to the general public in consideration of payment and that has a dining room, a kitchen and the employees necessary for preparing, cooking and serving meals, including an establishment that serves hamburgers, sandwiches, salads and other fast foods if it also has a dining room and having:

            (1) a New Mexico resident as a proprietor or manager; or

            (2) three or more locations in New Mexico; and

        B. "trans fat" means a trans fatty acid, an artificially occurring

fat, a hydrogenated fat created when hydrogen is added to liquid oil or an unsaturated, monounsaturated or polyunsaturated fat that is unhealthy for human consumption."

    Section 3. A new section of Chapter 25 NMSA 1978 is enacted to read:

    "[NEW MATERIAL] REQUIREMENT TO POST NUTRITION INFORMATION.--A restaurant shall post calorie information, including the proportion of trans fat per serving for every standard menu item at the point of purchase on a menu or menu board, so that a diner can see it while or prior to ordering."

    Section 4. A new section of Chapter 25 NMSA 1978 is enacted to read:

    "[NEW MATERIAL] LIMIT ON TRANS FAT PER SERVING PORTION.--A restaurant shall limit the use of a trans fat, including that in margarine and shortening, to one-half gram of trans fat per serving."

    Section 5. A new section of Chapter 25 NMSA 1978 is enacted to read:

    "[NEW MATERIAL] GRADING--RULEMAKING.--The environmental improvement board shall promulgate rules for the regulation of trans fat in restaurants and may, as authorized by Section 25-1-5 NMSA 1978, establish a system for grading a restaurant for its compliance with the Trans Fat Act."

    Section 6. EFFECTIVE DATE.--The effective date of the provisions of Sections 1 through 3 and 5 of this act is July 1, 2007. The effective date of the provisions of Section 4 of this act is July 1, 2008.

- 3 -