# EXHIBIT M

# New York State ASSEMBLY
Sheldon Silver - Speaker

Thursday, July 5, 2007

## Bill Text - A00729

Back | New York State Bill Search | Assembly Home

See Bill Summary

```
                    S T A T E   O F   N E W   Y O R K
_____

                                  729--A

                       2007-2008 Regular Sessions

                          I N   A S S E M B L Y

                               (PREFILED)

                             January 3, 2007
                           _____
```

   Introduced by M. of A. ORTIZ, GOTTFRIED, COOK, P. RIVERA, MAYERSOHN,
     GABRYSZAK, KOON, LAFAYETTE, GALEF -- Multi-Sponsored by -- M. of A.
     BOYLAND, BRENNAN, CLARK, D. GORDON, GREENE, HOOPER, LAVINE, LIFTON,
     MAISEL, MARKEY, PHEFFER, J. RIVERA, TOWNS, WEISENBERG, YOUNG -- read
     once and referred to the Committee on Health -- reported and referred
     to the Committee on Codes -- committee discharged, bill amended,
     ordered reprinted as amended and recommitted to said committee

   AN ACT to amend the public health law, in relation to the posting of
     caloric value of food items

   THE PEOPLE OF THE STATE OF NEW YORK, REPRESENTED IN SENATE AND ASSEM-
   BLY, DO ENACT AS FOLLOWS:

1    Section 1.  The public health law is amended by adding a new section
2  1352-c to read as follows:
3    S 1352-C. CALORIC VALUE. 1.  THE COMMISSIONER IS AUTHORIZED AND
4  DIRECTED TO PROMULGATE RULES AND REGULATIONS REQUIRING RESTAURANTS AND
5  FOOD SERVICE ESTABLISHMENTS SUBJECT TO THE PROVISIONS OF SECTION THIR-
6  TEEN HUNDRED FIFTY-ONE OF THIS TITLE TO PROMINENTLY POST CALORIE CONTENT
7  ON MENUS AND MENU BOARDS FOR MENU ITEMS IF SUCH MENU ITEMS MEET THE
8  FOLLOWING:
9    A. CALORIE CONTENT INFORMATION OF SUCH ITEMS IS MADE PUBLICLY AVAIL-
10 ABLE, EITHER BY THE ESTABLISHMENT OR AN ENTITY ON ITS BEHALF, ON OR
11 AFTER JULY FIRST, TWO THOUSAND SEVEN; AND,
12   B. SUCH ITEMS ARE SERVED IN PORTIONS THE SIZE AND CONTENT OF WHICH ARE
13 STANDARDIZED. THE RULES AND REGULATIONS SHALL REQUIRE SUCH RESTAURANTS
14 AND FOOD SERVICE ESTABLISHMENTS TO POST THE NUMBER OF CALORIES PER MENU
15 ITEM ADJACENT TO SUCH MENU ITEMS ON MENU BOARDS, IF PRESENT, AND MENUS
16 IN A SIZE OR TYPEFACE AT LEAST AS LARGE AS THE NAME AND PRICE OF THE
17 MENU ITEM, WHICHEVER IS LARGER, AND TO POST THE RANGE OF CALORIE CONTENT
18 VALUES SHOWING THE MINIMUM TO MAXIMUM NUMBERS OF CALORIES FOR ALL
19 FLAVORS OR VARIETIES FOR EACH SIZE OFFERED OF SUCH MENU ITEMS THAT COME

     EXPLANATION--Matter in ITALICS (underscored) is new; matter in brackets
                      [ ] is old law to be omitted.

A. 729--A                       2

```
 1  IN DIFFERENT FLAVORS OR VARIETIES BUT ARE LISTED AS A SINGLE MENU  ITEM.
 2  THE  PROVISIONS  OF  THIS SECTION SHALL NOT APPLY TO FOOD ESTABLISHMENTS
 3  THAT ARE LICENSED UNDER ARTICLE TWENTY-C OF THE AGRICULTURE AND  MARKETS
 4  LAW EXCEPT FOR SECTIONS WITHIN SUCH ESTABLISHMENTS THAT HAVE BEEN DETER-
 5  MINED BY THE DEPARTMENT TO BE RESTAURANTS OR FOOD SERVICE ESTABLISHMENTS
 6  SUBJECT TO THE PROVISIONS OF THIS SECTION.
 7    2.  FOR PURPOSES OF THIS SECTION, THE COMMISSIONER OR HIS DULY AUTHOR-
 8  IZED AGENTS OR EMPLOYEES WHO INSPECT RESTAURANTS AND FOOD SERVICE ESTAB-
 9  LISHMENTS SHALL ONLY BE REQUIRED TO DETERMINE THAT THE  CALORIE  CONTENT
10  LISTINGS  REQUIRED  UNDER  THIS  SECTION  ARE LISTED ON THE MENU OR MENU
11  BOARD. SUCH INSPECTORS SHALL NOT BE REQUIRED TO VERIFY THE  ACCURACY  OF
12  THE  LISTINGS BUT THE COMMISSIONER MAY REQUEST THAT RESTAURANTS AND FOOD
13  SERVICE ESTABLISHMENTS PROVIDE DOCUMENTATION OF THE ACCURACY.  NOTWITH-
14  STANDING  THE PROVISIONS OF SECTION THIRTEEN HUNDRED FIFTY-THREE OF THIS
15  TITLE, THE PENALTY FOR A VIOLATION OF THIS SECTION SHALL BE  LIMITED  TO
16  THE PENALTY SET FORTH IN SECTION TWELVE OF THIS CHAPTER.
17    THE  PROVISIONS  OF  THIS  SECTION SHALL NOT RESTRICT THE POWER OF ANY
18  COUNTY, CITY, TOWN, OR VILLAGE TO ADOPT  AND  ENFORCE  ADDITIONAL  LOCAL
19  LAWS,  ORDINANCES, OR REGULATIONS WHICH COMPLY WITH AT LEAST THE MINIMUM
20  APPLICABLE STANDARDS SET FORTH IN THIS SECTION.
21    S 2. This act shall take effect on the one hundred eightieth day after
22  it shall have become a law; provided, however, that effective immediate-
23  ly the commissioner of health is authorized and directed  to  promulgate
24  any  rule  or regulation or to take any other necessary action to ensure
25  the timely implementation of  this  act  on  its  effective  date,  and
26  provided,  further,  that  the commissioner of health shall consult with
27  nutrition and health professionals, representatives  of  restaurants  or
28  food  service  establishments,  and  consumers prior to promulgating any
29  such rule or regulation.
```

Contact Webmaster
*Page display time = 0.0036 sec*