# EXHIBIT N

THE GENERAL ASSEMBLY OF PENNSYLVANIA

# HOUSE BILL
## No. 1108 Session of 2007

INTRODUCED BY BISHOP, COHEN, CREIGHTON, CURRY, D. EVANS,
  FREEMAN, HALUSKA, HORNAMAN, JAMES, KIRKLAND, LEACH, MANN,
  MYERS, PARKER, YOUNGBLOOD AND SIPTROTH, APRIL 18, 2007

REFERRED TO COMMITTEE ON AGRICULTURE AND RURAL AFFAIRS,
  APRIL 18, 2007

AN ACT

1  Amending Title 3 (Agriculture) of the Pennsylvania Consolidated
2     Statutes, requiring restaurants to display dietary
3     information.

4     The General Assembly of the Commonwealth of Pennsylvania
5  hereby enacts as follows:
6     Section 1. Title 3 of the Pennsylvania Consolidated Statutes
7  is amended by adding a chapter to read:
8                          CHAPTER 66
9              RESTAURANT DISPLAY OF DIETARY INFORMATION
10 Sec.
11 6601. Short title of chapter.
12 6602. Definitions.
13 6603. Requirements.
14 § 6601. Short title of chapter.
15     This chapter shall be known and may be cited as the
16 Restaurant Display of Dietary Information Act.
17 § 6602. Definitions.

1     The following words and phrases when used in this chapter
2  shall have the meanings given to them in this section unless the
3  context clearly indicates otherwise:
4     "Restaurant." A food establishment licensed under 7 Pa. Code
5  Ch. 78 (relating to food establishments) that is identified with
6  a restaurant chain having 20 or more locations under the same
7  name nationally regardless of the type of ownership of the
8  restaurant locations.
9  § 6603. Requirements.
10    A restaurant shall provide dietary information for all food
11 and drink items sold in its establishment as follows:
12    (1) Caloric information must be provided on menu boards in
13 restaurants in which menu boards are displayed. The size,
14 arrangement and typeface of the caloric information must be
15 similar to and as easy to read as other menu board information,
16 and the nutrition information must be displayed adjacent to the
17 listing of the food item.
18    (2) The nutrition information must be provided on menus in
19 restaurants in which menus are used. The size, arrangement and
20 typeface of the nutrition information must be similar in size
21 and typeface to other information about each menu item. The
22 nutrition information must be similar to the categories of
23 nutrition information provided on packaged foods sold in grocery
24 stores and must be displayed adjacent to the listing of the food

```
25  item.
26      (3)  The nutrition information must be provided on wrappers
27  and boxes used to deliver particular items of food and drink to
28  customers. The size, arrangement and typeface of the nutrition
29  information must be similar to that of nutrition information
30  provided on packaged foods sold in grocery stores.
20070H1108B1337                  - 2 -
1       (4)  Restaurants without menus must display menu boards on
2   the walls. At least one menu board must be readable from 12 feet
3   away from each entrance. The menu board must meet the
4   requirements of paragraph (1) and contain the information
5   specified in paragraphs (2) and (3).
6       Section 2.  This act shall take effect in 60 days.
```

A10L03SFL/20070H1108B1337          - 3 -