UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

New York State Restaurant Association,
*Plaintiff*,

- against -

New York City Board of Health, *et al.*
*Defendants*.

Case No. 1:07-cv-05710 (RJH)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

---



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin C. Mallon, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Deepak Gupta |
| Firm Name: | Public Citizen Litigation Group |
| Address: | 1600 20th Street, NW |
| City/State/Zip: | Washington, DC 20009 |
| Phone Number: | (202) 588-1000 |
| Fax Number: | (202) 588-7795 |

Mr. Gupta is a member in good standing of the Bar of the District of Columbia.

There are no pending disciplinary proceeding against Mr. Gupta in any State or Federal court.

Dated: July 24, 2007

City, State: New York, NY

Respectfully submitted,

Kevin C. Malon

SDNY Bar No. KCM-4798

| | |
|---|---|
| Firm Name: | Fishman & Neil, LLP |
| Address: | 305 Broadway, Suite 900 |
| City/State/Zip: | New York, NY 10007 |
| Phone Number: | (212) 897-5840 |
| Fax Number: | (212) 897-5141 |

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

---

New York State Restaurant Association,
          *Plaintiff*,

- against -

New York City Board of Health, *et al.*
          *Defendants*.

Case No. 1:07-cv-05710 (RJH)

**AFFIDAVIT OF KEVIN MALLON
IN SUPPORT OF MOTION TO ADMIT
COUNSEL PRO HAC VICE**

---

State of New York   )
                           ) SS:
County of New York )

Kevin C. Mallon, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Fishman & Neil, counsel for *amici curiae* Rep. Henry Waxman, David Kessler,, *et al.*, in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of *amici*'s motion to admit Deepak Gupta as counsel pro hac vice to represent *amici* in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I know Mr. Gupta as a fellow member of the National Association Consumer Advocates and first became acquainted with him in March of this year.

4. Mr. Gupta is an attorney at Public Citizen Litigation Group in Washington, D.C.

5. I have found Mr. Gupta to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Deepak Gupta, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Deepak Gupta, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Deepak Gupta, pro hac vice, to represent *amici* in the above captioned matter, be granted.

Dated: July 24, 2007
City, State: New York, N Y

Notarized:

JAMES B. FISHMAN
Notary Public, State of New York
No. 60-4941467
Qualified in Westchester County
Commission Expires August 15, ~~1994~~ 2007

Respectfully submitted,

Kevin C. Malon
SDNY Bar No. KCM-4798



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Deepak Gupta

was on the 12th day of December, 2005

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 24, 2007.

GARLAND PINKSTON, JR.

By: /s/
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

New York State Restaurant Association,
          *Plaintiff*,

- against -

New York City Board of Health, *et al.*
          *Defendants.*

Case No. 1:07-cv-05710 (RJH)

**ORDER FOR ADMISSION
PRO HAC VICE**

---

Upon the motion of Kevin C. Mallon, attorney for *amici curiae* U.S. Representative Henry Waxman, David Kessler, M.D., et al., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Deepak Gupta |
| Firm Name: | Public Citizen Litigation Group |
| Address: | 1600 20th Street, NW |
| City/State/Zip: | Washington, DC 20009 |
| Telephone/Fax: | (202) 588-1000 / 588-7795 |
| Email Address: | dgupta@citizen.org |

is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:        July 24, 2007
City, State:  New York, NY

_____
United States District/Magistrate Judge

---

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#

## CERTIFICATE OF SERVICE

I, Kevin C. Mallon, hereby certify that on this date I caused the foregoing Motion to Admit Counsel Pro Hac Vice and supporting papers to be served via U.S. mail on the following parties:

Mark W. Muschenheim
Assistant Corporation Counsel
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007

Peter L. Zimroth
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

Date:         July 24, 2007
City, State:  New York, NY

_____
Kevin C. Mallon