SDNY/NYNY
07-CV-5710
Holwell

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

NEW YORK STATE RESTAURANT
ASSOCIATION,

            Plaintiff-Appellee,

      v.

NEW YORK CITY BOARD OF HEALTH,
NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE,
COMMISSIONER THOMAS R. FRIEDEN,

            Defendants-Appellants.

No. 07-4378-cv



UNITED STATES COURT OF APPEALS
FILED
NOV 14 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

## STIPULATION AND ORDER

WHEREAS, on September 11, 2007, the District Court entered a Memorandum Opinion and Order holding that Section 81.50 of the New York City Health Code is without effect and permanently enjoining defendants from enforcing it; and

WHEREAS, defendants filed a Notice of Appeal on October 5, 2007; and

WHEREAS, on or about October 24, 2007, the Department of Health and Mental Hygiene issued a Notice of Intention to Repeal and Re-enact Section 81.50 of the New York City Health Code whereby it proposes to enact a new Section 81.50, and has scheduled a Public Hearing for November 27, 2007; and

WHEREAS, the parties agree that if a new Section 81.50 is adopted, the current appeal will be moot.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel that:

1

CERTIFIED:

    NOV 15 2007

1.      The above-captioned appeal is hereby withdrawn from active consideration before the Court.  Such withdrawal, in and of itself, shall not operate as a dismissal of the appeal under Rule 42(b) of the Federal Rules of Appellate Procedure.

2.      However, upon the adoption of a new Section 81.50, the parties agree that the above-captioned appeal will immediately be dismissed as moot with prejudice by stipulation signed by the parties' counsel and without costs or attorneys fees incurred to date.

3.      If a new Section 81.50 is not adopted, appellants shall have until February 1, 2008, to notify the Court that they want to reactivate the appeal by filing a written notice of reactivation with the Clerk of this Court.  If appellants do not notify the Court of reactivation by that date, the appeal shall be subject to dismissal.

Dated: New York, New York
       November 2, 2007

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Appellants
100 Church Street
New York, New York  10007
(212) 788-1034

Fay Ng
Assistant Corporation Counsel

ARNOLD & PORTER LLP

Attorney for Appellee
399 Park Avenue
New York, New York 10022
(212) 715-1000

Peter L. Zimroth

SO ORDERED:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Stanley A. Bass, Staff Counsel

Nov. 14, 2007

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by
DEPUTY CLERK

2