# MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

---

NEW YORK STATE RESTAURANT
ASSOCIATION,

          Plaintiff-Appellee,

     v.

NEW YORK CITY BOARD OF HEALTH,
NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE,
COMMISSIONER THOMAS R. FRIEDEN,

          Defendants-Appellants.

No. 07-4378-cv



SDNY (NYC)
07-CV-5710
HOLWELL

UNITED STATES COURT OF APPEALS
FILED
FEB 05 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

---

## STIPULATION AND ORDER

WHEREAS, on September 11, 2007, the District Court entered a Memorandum Opinion and Order holding that Section 81.50 of the New York City Health Code adopted on December 5, 2006 is without effect and permanently enjoining defendants from enforcing it; and

WHEREAS, defendants filed a Notice of Appeal on October 5, 2007; and

WHEREAS, the parties entered into a Stipulation and Order dated November 2, 2007 and filed November 14, 2007, which is attached and incorporated by reference herein; and

WHEREAS, the November 2, 2007 Stipulation and Order provides that "upon the adoption of a new Section 81.50, the parties agree that the above-captioned appeal will immediately be dismissed as moot with prejudice by stipulation signed by the parties' counsel and without costs or attorneys fees incurred to date"; and

WHEREAS, on January 22, 2008, the New York City Board of Health repealed the former Health Code §81.50 and reenacted a new section 81.50.

1

CERTIFIED: 2\5\08

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel that:

The above-captioned appeal will be deemed dismissed as moot with prejudice and without costs or attorneys fees incurred to date.

Dated: New York, New York
      January 23, 2008

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Appellants
100 Church Street
New York, New York 10007
(212) 788-1034

_____
Fay Ng
Assistant Corporation Counsel

ARNOLD & PORTER LLP

Attorney for Appellee
399 Park Avenue
New York, New York 10022
(212) 715-1000

_____
Peter L. Zimroth

SO ORDERED: _____

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Jan. 30, 2008

2